UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Case No. 04CV12252 WGY

```
*****************************
ACE American Ins. Co., Federal   )
Ins. Co., Insurance Co. of North )
America, Maryland Casualty Co.   )
and Northern Ins. Co.            )
                 Plaintiffs      )
                                 )
v.                               )
                                 )
Crosby Yacht Yard, Inc. and      )
Oyster Harbors Marine, Inc.      )
                 Defendants      )
*****************************
```

## NOTICE OF APPEARANCE

TO THE CLERK:

Please enter my appearance as counsel in this case for the defendant, Crosby Yacht Yard, Inc.

By its attorneys,

*/s/ Seth S. Holbrook*
Seth S. Holbrook / BBO No. 237850
HOLBROOK & MURPHY
150 Federal Street, 12th Floor
Boston, MA 02110
(617) 428-1151

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on 11-18-04.

*/s/ Seth S. Holbrook*