AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of  Massachusetts

ACE American Ins. Co.,
Federal Ins. Co., Ins. Co.
of North America, Maryland
Casualty Co. and Northern
Ins. Co.

**SUMMONS IN A CIVIL ACTION**

V.

Crosby Yacht Yard, Inc.
and Oyster Harbors Marine,
Inc.

CASE NUMBER:
04CV12252WGY

TO: (Name and address of Defendant)

Oyster Harbors Marine, Inc.
122 Bridge Street
Osterville, MA  02655

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David J. Daly
Daly Cavanaugh LLP
27 Mica Lane
Wellesley, MA  02481

an answer to the complaint which is served on you with this summons, within __twenty__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK  TONY ANASTAS

(By) DEPUTY CLERK

DATE  10/29/2004

**Barnstable County Sheriff's Office**

I hereby certify and return that on **November 12, 2004 at 1:36 PM** I served a true and attested copy of Summons & Complaint, in hand to Peter Maryott, general manager agent able to accept civil process for the within named Defendant, Oyster Harbors Marine, Inc., at the last and usual address to wit: 122 Bridge Street, Osterville, MA 02655.

Fee:          $46.40

Francis M. Welby, Deputy Sheriff
PO Box 1043, Centerville, MA 02632

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
              Date                    *Signature of Server*

                                      _____
                                      *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.