# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ACE AMERICAN INSURANCE COMPANY, <br> FEDERAL INSURANCE COMPANY, <br> INSURANCE COMPANY OF NORTH AMERICA, <br> MARYLAND CASUALTY COMPANY and <br> NORTHERN INSURANCE COMPANY, <br>     Plaintiffs, <br> v. <br> CROSBY YACHT YARD, INC. and <br> OYSTER HARBORS MARINE, INC., <br>     Defendants. | C.A. NO. <br> 04CV12252-WGY |

## ASSENTED-TO MOTION TO EXTEND TIME TO RESPOND

Now come the parties to the above-entitled action, and each of them, by their attorneys, move the Court to extend the time to respond to the complaint in the above entitled action for sixty (60) days.

ACE American Insurance Company,
Federal Insurance Company,
Insurance Company of North America,
Maryland Casualty Company and
Northern Insurance Company
By their attorney,

*/s/ Thomas D. Frothingham*

David J. Daly, Esq., BBO #112840
Thomas D. Frothingham, Esq., BBO #645838
Daly Cavanaugh LLP
27 Mica Lane
Wellesley, MA 02481
(781) 237-0600

Crosby Yacht Yard, Inc.
By its attorney,

*Seth S. Holbrook* /T.S.F.
Seth S. Holbrook, Esq., BBO #237850
Holbrook & Murphy
150 Federal Street, 12th Floor
Boston, MA 02110
(617) 428-1151

Oyster Harbors Marine, Inc.
By its attorney,

*John H. Bruno* /T.S.F.
John H. Bruno, II, Esq., BBO #542089
Masi & Bruno
124 Long Pond Road, Unit 11
Plymouth, MA 02360
(508) 747-5277