UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ACE AMERICAN INSURANCE COMPANY,
FEDERAL INSURANCE COMPANY, INSURANCE
COMPANY OF NORTH AMERICA, MARYLAND
CASUALTY COMPANY and NORTHERN
INSURANCE COMPANY,
    Plaintiffs

VS.                                                                                          DOCKET NO. 04-12252WGY

CROSBY YACHT YARD, INC. and
OYSTER HARBORS MARINE, INC.,
    Defendants

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### THE DEFENDANT, OYSTER HARBORS MARINE, INC.'S, INITIAL DISCLOSURE (FED.R.CIV. P. RULE 26(a) AND LOCAL RULE 26.2(A))

Now comes the Oyster Harbors Marine, Inc. in the above captioned matter and makes the required initial disclosures pursuant to the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the District of Massachusetts:

A.    Name, if known, address and telephone number of individual likely to have discoverable information that the disclosing party may use to support its claims or defenses:

    (1)    Keeper of Records Oyster Harbors Marine, Inc. – records relating to storage agreements for each of the boats as listed in the complaint.

    (2)    Centerville – Osterville – Marston Mills Fire District report indicating names of investigating officers.

B.    A copy of or description by category and location of documents that are in the possession of the party and that the disclosing party may use to support its claim or defense:

    (4)    Copies of the nine (9) boat storage agreements.

C.    Compilation of category of damages claimed by the disclosing party:

    None.

D.   Inspection and copying under Rule 34 for any insurance agreement:

   (5)   Copy of Commercial Insurance Policy.

   (6)   Copy of Umbrella Insurance Policy.

Respectfully submitted,

John H. Bruno II, Esquire
B.B.O. No. 542098
Masi & Bruno
124 Long Pond Road
Unit 11
Plymouth, MA 02360
(508)747-5277

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by mail / hand on 3/10/05

BOAT STORAGE AGREEMENTS (9)