UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ACE AMERICAN INSURANCE COMPANY,
FEDERAL INSURANCE COMPANY, INSURANCE
COMPANY OF NORTH AMERICA, MARYLAND
CASUALTY COMPANY and NORTHERN
INSURANCE COMPANY,
    Plaintiffs

VS.    DOCKET NO. 04-12252WGY

CROSBY YACHT YARD, INC. and
OYSTER HARBORS MARINE, INC.,
    Defendants
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CORPORATE DISCLOSURE STATEMENT PURSUANT TO LOCAL RULE 7.3(A)

Now comes the Oyster Harbors Marine, Inc. and states in conformance with Local Rule 7.3(A) that Oyster Harbors, Inc. has no parent corporation and that no publicly held company owns more than 10% of the Oyster Harbors, Inc. stock.

Respectfully submitted,

John H. Bruno II, Esquire
B.B.O. No. 542098
Masi & Bruno
124 Long Pond Road
Unit 11
Plymouth, MA 02360
(508)747-5277

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by mail / hand-on
3/10/05