UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ACE AMERICAN INSURANCE COMPANY, <br> FEDERAL INSURANCE COMPANY, <br> INSURANCE COMPANY OF NORTH AMERICA, <br> MARYLAND CASUALTY COMPANY, <br> NORTHERN INSURANCE COMPANY, SOLDIER <br> OF FORTUNE CORPORATION, DIANE L. <br> COMOLETTI, and JAMES F. CLEARY, <br>                 Plaintiffs <br><br> v. <br><br> CROSBY YACHT YARD, INC. and <br> OYSTER HARBORS MARINE, INC., <br>                 Defendants | C.A. No. 04-12252-WGY |

**CONSENTED TO MOTION TO AMEND COMPLAINT**

Now come the plaintiffs, ACE American Insurance Company, Federal Insurance Company, Insurance Company of North America, Maryland Casualty Company, and Northern Insurance Company, and move pursuant to Rule 15 of the Federal Rules of Civil Procedure to amend their Complaint to add as plaintiffs Soldier of Fortune Corporation, Diane L. Comoletti, and James F. Cleary.

As grounds for the amendment, plaintiffs state that the addition of the new plaintiffs will promote judicial economy by adding claims arising from the same circumstances and which involve unsubrogated damages to the same property as that for which the subrogees seek recovery.

This motion is consented to by the defendants.

Respectfully Submitted,

For the Plaintiffs,
By their attorneys,


/s/ Thomas D. Frothingham
Thomas D. Frothingham, BBO#645838
Daly Cavanaugh LLP
27 Mica Lane
Wellesley, MA  02481
(617) 951-0015


| Crosby Yacht Yard, Inc. | Oyster Harbors Marine, Inc. |
| By its attorney, | By its attorney, |
| | |
| /s/ Seth S. Holbrook by TDF | /s/ John H. Bruno by TDF |
| Seth S. Holbrook, Esq. BBO#237850 | John H. Bruno, II  BBO#542098 |
| Holbrook & Murphy | Masi & Bruno |
| 150 Federal Street, 12th Floor | 124 Long Pond Road, Unit 11 |
| Boston, MA  02110 | Plymouth, MA 02360 |
| (617) 428-1151 | (508) 747-5277 |

Dated: March 18, 2005