# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

RE: Civil No. __04-cv-12252-WGY__

Title: __Ace American Insurance Co. et.al. v Crosby Yacht Yard Inc. et al.__

## N O T I C E

Please take notice that this case previously assigned to Judge __Young__ has been reassigned to Judge __O'Toole__ for all further proceedings. From this date forward the case number on all pleadings should be **04-cv-12244**, followed by the initials **GAO**.

Thank you for your cooperation in this matter.

SARAH A. THORNTON
CLERK OF COURT

By: __/s/ Gina Edge__
Deputy Clerk

Date: __May 18, 2005__

(Notice of LR40.1 Reassign.wpd - 3/7/2005)