UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
ACE AMERICAN INSURANCE COMPANY,
FEDERAL INSURANCE COMPANY, INSURANCE
COMPANY OF NORTH AMERICA, MARYLAND
CASUALTY COMPANY, NORTHERN INSURANCE
COMPANY, SOLDIER OF FORTUNE CORPORATION,
DIANE L. COMOLETTI and JAMES F. CLEARY,
    Plaintiffs

VS.                                                                                            DOCKET NO. 04-12252WGY

CROSBY YACHT YARD, INC. and
OYSTER HARBORS MARINE, INC.,
    Defendants
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## AMENDED CROSSCLAIM OF THE DEFENDANT, OYSTER HARBORS MARINE, INC., TO THE CO-DEFENDANT, CROSBY YACHT YARD, INC., AND DEMAND FOR JURY TRIAL

### COUNT I – CONTRIBUTION

1. If the plaintiffs were damaged as alleged, then said damage was due to the acts and/or omissions of Crosby Yacht Yard, Inc.

    WHEREFORE, Oyster Harbors Marine, Inc. seeks contribution from any damage that is judged in favor of the plaintiffs and as against Oyster Harbors Marine, Inc. from the defendant in crossclaim, Crosby Yacht Yard, Inc.

### COUNT II – INDEMNIFICATION

2. If the plaintiffs were damaged as alleged, then the damage was as a result of the negligence and/or acts and/or omissions of Crosby Yacht Yard, Inc.

3. The negligence, act and/or omission of Crosby Yacht Yard, Inc. was active.

    WHEREFORE, the plaintiff in crossclaim, Oyster Harbors Marine, Inc., is entitled to indemnification from Crosby Yacht Yard, Inc. for any and all sums that are adjudged in favor of the plaintiffs and as against Oyster Harbors Marine, Inc.

**THE DEFENDANT, OYSTER HARBORS MARINE, INC., DEMANDS A TRIAL BY JURY OF ALL ISSUES HEREIN.**

    Respectfully submitted,

    /S/JOHN H. BRUNO II
    John H. Bruno II, Esquire
    B.B.O. No. 542098
    Masi & Bruno
    124 Long Pond Road
    Unit 11
    Plymouth, MA 02360
    (508)747-5277