**ALLMERICA FINANCIAL®**

CITIZENS INSURANCE®
HANOVER INSURANCE®

## "THIS IS A CERTIFIED COPY OF THE ORIGINAL POLICY"

## COMMERCIAL LINES UNDERWRITING

## SIGNATURE

*Marybeth Mc Ninch*

9/3/04

Citizens Insurance Company of America, 645 West Grand River, Howell, MI 48843, Phone 517-546-2160, Fax 517-546-1667
The Hanover Insurance Company, 100 North Parkway, Worcester, MA 01605-1396, Phone 508-853-7200, Fax 508-856-9092

THE ALLMERICA FINANCIAL COMPANIES
First Allmerica Financial Life Insurance Company • Allmerica Financial Life Insurance and Annuity Company (all states except NY) • Allmerica Trust Company, N.A. • Allmerica Investments, Inc. • Allmerica Investment Management Company, Inc. • Financial Profiles, Inc. • The Hanover Insurance Company • AMGRO, Inc. • Allmerica Financial Alliance Insurance Company • Allmerica Asset Management, Inc. • Allmerica Financial Benefit Insurance Company • Citizens Insurance Company of America • Citizens Management Inc.

OY000001

**ALLMERICA FINANCIAL®**
**HANOVER INSURANCE**

COMMERCIAL LINES POLICY
COMMON DECLARATIONS

☒ The Hanover Insurance Company    ☐ Massachusetts Bay Insurance Company
              ☐ Citizens Insurance Company of America
Coverage Is Provided in the Company designated by ☒ above

IHN 5107029
Renewal of Number

| POLICY NUMBER | POLICY PERIOD FROM | TO | | AGENCY CODE |
|---|---|---|---|---|
| IHN 5107029 | 09/15/03 | 09/15/04 | AT 12:01 AM STANDARD TIME AT YOUR MAILING ADDRESS SHOWN BELOW | 3201618 |

**NAMED INSURED AND MAILING ADDRESS** | **AGENT**

(No., Street, Town or City, County, State, Zip Code)
Oyster Harbors Marine, Inc.
(See Attached Named Insured Endt)
122 Bridge Street
Osterville, MA 02655

Fair Insurance Agency/RAIS
619 PO Box 430
Centerville, MA 02632

**DESCRIPTION OF BUSINESS**
Form of Business:    ☒ Corporation
☐ Individual    ☐ Joint Venture    ☐ Partnership    ☐ Organization (Other than Partnership or Joint Venture)
Business Description: Marina

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY. THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PART(S) FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.

                                                                                        PREMIUM
- Commercial Property Coverage Part ............................................... $      3,008.00
- Commercial General Liability Coverage Part .................................. $     78,257.00
- Commercial Crime Coverage Part .................................................. $    Not Covered
- Commercial Inland Marine Coverage Part ..................................... $     51,193.00
- Boiler and Machinery Coverage Part .............................................. $    Not Covered
- Commercial Auto Coverage Part ..................................................... $    Not Covered
TOTAL                                                                             $    133,802.00**

**PREMIUM**
☐ Prepaid – The total annual premium of $              is due at inception
☐ Annual installments -- $              due at inception, and $              due at each anniversary*
☐ Hanocash – The annual premium of $              is payable according to the terms of the Hanocash endorsement attached.
       *☐ (If ☒, anniversary adjustment of rates is waived)

DIRECT BILL:
☐ PREPAID
☐ 4-PAY
☐ 8-PAY
☒ 10 Pay

Audit Period: Non-Auditable Unless Indicated By ☒    ☒ Annual    ☐ Semi-Annual    ☐ Quarterly    ☐ Monthly    ☐ Other:

Form(s) and Endorsement(s) applicable to all Coverage Part(s) and made a part of this policy at time of issue:
4010027 4/99; 4010024 11/85; 2310475 6/89; IL 0935 8/98; 2210163 4/90
4110520; IL0940 01/02; 4010107; IL 0970 11/02; IL 0975 11/02

**Includes $1,344.00 Terrorism Premium
Countersigned:
                                                        By _____
                                                              Authorized Representative

THESE DECLARATIONS TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE PART COVERAGE FORM(S) AND FORMS AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.

Includes copyrighted material of Insurance Services Office, Inc., with its permission. Copyright, Insurance Services Office, Inc., 1983, 1984

401-0023 (4/90)                                                                                              (IL 00 19)

 **ALLMERICA FINANCIAL**
HANOVER INSURANCE

**COMMERCIAL LINES POLICY
SCHEDULE OF LOCATIONS.**

IHN 5107029
**Renewal of Policy**

| POLICY NUMBER | POLICY PERIOD FROM | TO | | AGENCY CODE |
|---|---|---|---|---|
| IHN 5107029 | 09/15/03 | 09/15/04 | AT 12:01 AM STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ON THE COMMON DECLARATIONS | 3201618 |

| PREM. NO. | BLDG. NO. | LOCATION |
|---|---|---|
| 1 | 1-9 | 120 Bridge St<br>Osterville, MA 02655 |
| 2 | 1 | 157 Pleasant St<br>Hyannis, MA 02601 |
| 3 | 1 | Brewers Boat Yard<br>South Freeport, ME 04078 |

401-0024 (11-85)

OY000003


**ALLMERICA FINANCIAL**
**HANOVER INSURANCE**

## COMMERCIAL PROPERTY COVERAGE PART
## DECLARATIONS

IHN 5107029
**RENEWAL OF POLICY**

| POLICY NUMBER | POLICY PERIOD FROM | TO | | AGENCY CODE |
|---|---|---|---|---|
| IHN 5107029 | 09/15/03 | 09/15/04 | AT 12.01 AM STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ON THE COMMON DECLARATIONS | 3201618 |

**COVERAGES PROVIDED** - INSURANCE AT THE DESCRIBED PREMISES APPLIES ONLY FOR COVERAGES FOR WHICH A LIMIT OF INSURANCE IS SHOWN.

| PREM. NO. | BLDG. NO. | COVERAGE | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | COINSURANCE+ | RATES |
|---|---|---|---|---|---|---|
| 1 | 5 | Building | $250,000 | Special Form | 80% | |
| 1 | 9 | Building | $ 10,000 | Special Form | 80% | |

**OPTIONAL COVERAGES** - APPLICABLE ONLY WHEN ENTRIES ARE MADE IN THE SCHEDULE BELOW

+IF EXTRA EXPENSE, LIMITS ON LOSS PAYMENT

| | | AGREED VALUE | | | REPLACEMENT COST (X) | | |
|---|---|---|---|---|---|---|---|
| PREM. NO. | BLDG. NO. | EXPIRATION DATE | COVERAGE | AMOUNT | BUILDING | PERSONAL PROPERTY | INCLUDING "STOCK" |
| 1 | 5, 9 | | | | X | | |

| | | INFLATION GUARD (Percentage) | | ++MONTHLY LIMIT OF INDEMNITY (Fraction) | ++MAXIMUM PERIOD OF INDEMNITY (X) | ++EXTENDED PERIOD OF INDEMNITY (Days) |
|---|---|---|---|---|---|---|
| PREM. NO. | BLDG. NO | BUILDING | PERSONAL PROPERTY | | | |

**MORTGAGE HOLDER(S)**                                         ++APPLIES TO BUSINESS INCOME ONLY

| PREM. NO. | BLDG. NO. | MORTGAGE HOLDER NAME AND MAILING ADDRESS |
|---|---|---|

**DEDUCTIBLE**
$250. EXCEPTIONS: $1,000

**FORMS AND ENDORSEMENTS** APPLYING TO THIS COVERAGE PART AND MADE PART OF THIS POLICY AT TIME OF ISSUE: 4110524; CP 1030 4/02; CP 0010 4/02; CP 0109 10/00; CP 1218 6/95; CP 0015 6/95; CP 1915 7/88; 4110078 3/03

APPLICABLE TO ALL COVERAGES: CP 00 90 7/88
APPLICABLE TO SPECIFIC PREMISES/ COVERAGES:   PREM NO.   BLDG. NO.   COVERAGES

Includes copyrighted material of Insurance Services Office, Inc., with its permission. Copyright, Insurance Services Office, Inc., 1983, 1984
411-0002 (3-88)

OY000004


**ALLMERICA FINANCIAL®**
**HANOVER INSURANCE**

# COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS

☐ Supplemental Declarations is attached

IHN 5107029
**Renewal of Policy**

| POLICY NUMBER | POLICY PERIOD FROM | TO | | AGENCY CODE |
|---|---|---|---|---|
| IHN 5107029 | 09/15/03 | 09/15/04 | AT 12:01 AM STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ON THE COMMON DECLARATIONS | 3201618 |

## LIMITS OF INSURANCE

| | | |
|---|---|---|
| General Aggregate Limit (Other Than Products-Completed Operations) | $ | 2,000,000 |
| Products-Completed Operations Aggregate Limit | $ | 2,000,000 |
| Personal and Advertising Injury Limit | $ | 1,000,000 |
| Each Occurrence Limit | $ | 1,000,000 |
| Fire Damage Limit | $ | 100,000 Any One Fire |
| Medical Expense Limit | $ | 5,000 Any One Person |

**RETROACTIVE DATE (CG 00 02 only)**
Coverage A of this insurance does not apply to "bodily injury" or "property damage" which occurs before the Retroactive Date, if any, shown here: _____
(Enter Date or "None" if no Retroactive Date applies)

**DESCRIPTION OF BUSINESS** (All Premises You Own, Rent or Occupy:)

| PREM. NO. | BLDG. NO. | LOCATION |
|---|---|---|
| 1 | 1 | 120 Bridge St., Osterville, MA 02655 |

## GENERAL LIABILITY SCHEDULE

| PREM. NO. | BLDG. NO. | Classification/Description | Code No. | Premium Basis | Rate Pr/Ops | All Other | Advance Premium Pr/Ops | All Other |
|---|---|---|---|---|---|---|---|---|
| 1 | 1 | Boat Dealers | 29002 | 35,000,000 | 1.60 | INCL | $ 56,000 | $ INCL |
| 1 | 1 | Boat Storage and Moorage | 29003 | 775,000 | 4.85 | INCL | 3,759 | INCL |
| 1 | 1 | Marina Sales with Repair | 29000 | 4,468,000 | 4.14 | INCL | 18,498 | INCL |

Total Advance Premium $ 78,257

**FORMS AND ENDORSEMENTS**
Forms and Endorsements applying to this Coverage Part and made part of this policy at time of issue:
IL 0021 4/98; CG 0001 10/0; 4210300; CG 2162 9/98; CG 2147 7/98; CG 2149 9/99; CG 2146 7/98
4210022 12/90; CG 2011 1/96; 4210287; CG2169 1/02; CG2172 12/02; 4210293; CG2167 4/02

THESE DECLARATIONS AND THE COMMON POLICY DECLARATIONS, IF APPLICABLE, TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE FORM(S) AND FORMS AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.
Includes copyrighted material of Insurance Services Office, Inc., with its permission. Copyright, Insurance Services Office, Inc., 1982,1984

FORM 421-0001 (9/90)



THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

In consideration of no change in premium, it is understood and agreed that the following is added to the policy as First Named Insured:

    Oyster Harbors Marine Business Trust

**Nothing herein contained shall be held to vary, alter, waive or extend any of the terms, conditions, agreements or limitations of the policy other than as above stated.**

(Completion of the following, including countersignature, is required to make this endorsement effective only when it is issued subsequent to preparation of the Policy.)

Effective 09/15/03                          this endorsement forms a part of Policy No. IHN 5107029

Issued to  Oyster Harbors Marine, Inc.

By The Hanover Insurance Co

Date of Issue                    Countersigned by _____
                                                                                    Authorized Representative of the Company

221-0163 (10-03)

                                                                                                                                 OY000006



THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

NAMED INSURED ENDORSEMENT

Oyster Harbors Marine, Inc.
Oyster Harbors of Maine, Inc.
Oyster Harbor Yacht Basin Realty Corp.,
Oyster Harbors Yacht Basin, Inc.
Oyster Harbors Yacht Basin Management Corp.
Floyd J. Silvia as Trustee of Oyster Harbors Trust

**Nothing herein contained shall be held to vary, alter, waive or extend any of the terms, conditions, agreements or limitations of the policy other than as above stated.**

(Completion of the following, including countersignature, is required to make this endorsement effective only when it is issued subsequent to preparation of the Policy.)

Effective _____   this endorsement forms a part of Policy No. _____

Issued to

By

Date of Issue                    Countersigned by _____
                                                    Authorized Representative of the Company

221-0163 (4-90)

OY000007


ALLMERICA FINANCIAL
HANOVER INSURANCE

# MARINE DECLARATIONS
# MARINA "PORTFOLIO"

IHN 5107029
Renewal of Policy

Insured's Name: Oyster Harbors Marine, Inc.

Street Address: 120 Bridge Street

City: Osterville     State: MA     Zip Code: 02655

Policy Period:   From 09/15/03         To 09/15/04
                 (Month/Day/Year)      (Month/Day/Year)
Agency Code: 321618   Agent: Fair Insurance Agency/RAIS

| Class of Property | Deductible Amount | Limit of Insurance | Rate | Premium |
|---|---|---|---|---|
| A. BOAT DEALERS | $ 1,000 | $ Per Attached | $ .024 mo | $ 19,871 Dep |
| B. MARINA OPERATIONS LEGAL LIABILITY | $ 1,000 | $ 5,000,000 | $ Flat | $ 27,920 |
| C. PIERS, DOCKS, WHARVES | $ | $ Not Covered | $ | $ |
| D. MACHINERY & EQUIPMENT | $ 1,000 | $ 190,000 | $ Flat | $ 760 |
| E. PROTECTION & INDEMNITY | $ N/A | $ 1,000,000 | $ Flat | $ 1,875 |
| F. OWNED WORKBOATS | $ 1,000 | $ 40,000 | $ Flat | $ 767 |
| | | | TOTAL PREMIUM: | $ 51,193 |

| SCHEDULE | | |
|---|---|---|
| No. | Full Description | Amount of Limit of Insurance |
| 1 | 36' Barge "Joe Hooker" w/90 HP engine | $40,000 |
|  | See Attached Equipment Schedule | $190,000 |

*See Marine Declarations Sublimit(s) Attachment
**Boat Dealers Reporting Period:  ☒ Monthly  ☐ Quarterly  ☐ Semi-Annually  ☐ Annually

Covered Locations:
1. 120 Bridge Street, Osterville, MA  02655
2. 157 Pleasant St., Hyannis, MA 02601
3. Brewers Boat Yard, South Freeport, ME

Forms and Endorsements applying to this Coverage Part and made a part of this policy at time of issue:
OCEMSUBL; OCEM0162; OCEM0163; OCEM0164; OCEM0166; OCEM0167 6/95; OCEM0169;
2210163 4/90

OCEM-DEC

OY000008

**ALLMERICA FINANCIAL**
**HANOVER INSURANCE**

## SUBLIMIT(S) ATTACHMENT

It is understood and agreed that the Company shall not be liable for more than the following limit(s) for the Boat Dealers Coverage:

$ _____See Below_____ Aggregate Limit any one loss at the above described premises.

$ _____1,500,000_____ On any one vessel while afloat or ashore.

$ _____800,000_____ While in transit by land.

$ _____800,000_____ While on exhibit at _vrs. boat shows_____.

$ _____800,000_____ Incoming from Manufacturer/Dealer at risk of insured.

### MARINA OPERATORS' LEGAL LIABILITY COVERAGE FORM

$ _____1,000,000_____ On any one vessel while afloat.

$ _____800,000_____ While in transit by land.

$ _____5,000,000_____ While on premises at _120 Bridge Street, Osterville, MA 02655_____.

$ _____1,000,000_____ Away from premises.

Additional Information:

$10,000,000 Aggregate Limit any one loss at 120 Bridge St, Osterville, MA

$ 2,000,000 Aggregate Limit any one loss at 157 Pleasant St., Hyannis, MA

$   210,000 Aggregate Limit any one loss at Brewers Boat Yard,
        S. Freeport, ME

OCEM-SUBL

OY000009