POLICY NUMBER: IHN 5107029							COMMERCIAL PROPERTY

# GLASS COVERAGE SCHEDULE

This endorsement provides supplementary information to be used with the following:

    GLASS COVERAGE FORM

The Glass Coverage Form applies to the items described below. Unless otherwise stated in the Schedule, the glass is plain flat glass with all edges set in frames.

| Prem. No. | Bldg. No. | Number of Plates | Dimensions in Inches | | Description of Glass and Lettering and Ornamentation; Position In Building | Limit of Insurance (if applicable) | Optional Coverage Replacement Plates for Large Plates Loss Payment (if applicable) |
|---|---|---|---|---|---|---|---|
| | | | L | W | | | |
| 2 | 1 | 1 | 44 | 47 | | | |
| 2 | 1 | 3 | 52 | 21 | | | |
| 2 | 1 | 7 | 27 | 43 | | | |
| 2 | 1 | 5 | 31 | 48 | | | |
| 2 | 1 | 3 | 23 | 36 | | | |
| 2 | 1 | 1 | 80 | 39 | | | |

Coverage for Vacant Buildings:					Additional Premium $ _____

Glass Deductible  $ 50 _____

OY000064

CP 19 15 07 88			Copyright, ISO Commercial Risk Services, Inc., 1983, 1987