ALLMERICA FINANCIAL®
CITIZENS INSURANCE®
HANOVER INSURANCE®

# NOTICE TO POLICYHOLDERS

# BROADENINGS, RESTRICTIONS AND CLARIFICATIONS OF COVERAGE

## GL-2000-OMF00

This notice has been prepared in conjunction with the implementation of changes to your policy. It contains a brief synopsis of the significant broadenings, restrictions and clarifications of coverage that were made in each policy form and endorsement. This notice does not reference every editorial change made in these forms and endorsements.

Please read your policy, and the endorsements attached to your policy, carefully.

## INTERNET LIABILITY

Internet Liability has been listed separately because the changes in these coverage forms result in broadening in coverage in certain respects and may, in certain states, result in a decrease in other respects. The impact of the changes in the revision are very difficult to quantify and may differ in different states.

## BROADENINGS OF COVERAGE

CG 00 01 10 01-- **Commercial General Liability Coverage Form (Occurrence Version)**
CG 00 02 10 01-- **Commercial General Liability Coverage Form (Claims-Made Version)**

- In CG 00 01 and CG 00 02 policies the definition of "coverage territory" is being expanded to include personal and advertising injury offenses that take place via the Internet or other electronic means of communication, limited to some extent by the location where the suit is filed.

OY000110

## RESTRICTIONS IN COVERAGE

CG 00 01 10 01 -- Commercial General Liability Coverage Form (Occurrence Version)
CG 00 02 10 01 -- Commercial General Liability Coverage Form (Claims-Made Version)
CG 00 09 10 01 Owners And Contractors Protective Liability Coverage Form
CG 00 37 10 01 Products/Completed Operations Liability Coverage Form (Occurrence Version)
CG 00 38 10 01 Products/Completed Operations Liability Coverage Form (Claims-Made Version)
CG 00 39 10 01 Pollution Liability Coverage Form (Designated Sites)
CG 00 40 10 01 Pollution Liability Limited Coverage Form (Designated Sites)
CG 00 42 10 01 Underground Storage Tank Policy (Designated Tanks)

- In most states, the question of whether electronic data is tangible has not been finally decided by the courts in the context of the prior policy language. In jurisdictions where such data is ruled not to be tangible property under prior forms, this change amounts to a reinforcement of current intent. We do not consider electronic data to be tangible, and therefore, do not consider damage to such data to be "property damage." However, to some, this change may be considered a decrease in coverage, if such property is held to be tangible under prior forms. For that reason, out of caution, we are listing it as a decrease. Also, the description of electronic data was added.

CG 00 01 10 01 -- Commercial General Liability Coverage Form (Occurrence Version)
CG 00 02 10 01 -- Commercial General Liability Coverage Form (Claims-Made Version)

- These policies have been revised to exclude coverage for "personal and advertising injury" for web-site designers, Internet access and service providers (with an exception for mere placing of links, frames or borders) and electronic chatrooms or bulletin boards.

## CLARIFICATIONS IN COVERAGE

CG 00 01 10 01-- Commercial General Liability Coverage Form (Occurrence Version)
CG 00 02 10 01-- Commercial General Liability Coverage Form (Claims-Made Version)

- These policies have been clarified with respect to the definition of "personal and advertising injury" offenses such as slander, libel and invasion of privacy by specifically applying the word "publication" to include all types of publication, including those that are electronic.

- These policies have been clarified with respect to the definition of "advertisement" to include notices that are published via the Internet and other forms of electronic communication. Also a statement was included in the definition specifying that the definition applies to advertising material only, when other material, as well as advertising, is put forth on a web-site.

OY000111

421-0300                © ISO Properties, Inc., 2001                Page 2

- An exclusion was added to these policies to specifically reference the intellectual property rights of copyright, patent, trademark or trade secret. However, there is an exception to this exclusion for personal and advertising injury offenses of copyright, trade dress or slogan in an "advertisement"

## BROADENINGS OF COVERAGE - COVERAGE FORMS

### CG 00 01 10 01 -- Commercial General Liability Coverage Form (Occurrence Version)
### CG 00 02 10 01 -- Commercial General Liability Coverage Form (Claims-Made Version)

- The Criminal Acts exclusion in these coverage forms is changed to permit coverage for the vicarious liability of other insureds who have no knowledge of a criminal act.
- Section II - Who Is An Insured in these coverage forms is broadened to include trusts as Named Insureds when designated in the policy Declarations.
- Section II - Who Is An Insured in these coverage forms is broadened to automatically include "volunteer workers" as insureds, but only while performing duties related to the conduct of the insured's business.

## BROADENINGS OF COVERAGE - MULTISTATE ENDORSEMENTS

### CG 04 35 10 01 -- Employee Benefits Liability Coverage Endorsement

- This new endorsement, when attached to the Commercial General Liability policy, broadens coverage to include certain damages the insured becomes legally obligated to pay because of acts, errors or omissions negligently committed in the administration of an employee benefit program.

### CG 04 36 10 01 -- Limited Product Withdrawal Expense Endorsement

- When attached to the Commercial General Liability or Products/Completed Operations Liability Coverage Forms, this new endorsement provides reimbursement for certain expenses incurred because of a product withdrawal due to a recall or tampering.

### CG 20 37 10 01 -- Additional Insured - Owners, Lessees Or Contractors - Completed Operations

- This endorsement provides a broadening of coverage by explicitly providing completed operations coverage for a specified additional insured.

OY000112

### CG 22 62 10 01 Underground Resources And Equipment Coverage

- This endorsement provides a broadening of coverage by adding an exception to the "damage to property" exclusion with respect to the care, custody or control provision. Coverage will be provided for such liability arising out of property damage included in the "underground resources hazard" for those oil or gas producing or servicing classes of risks otherwise excluded by CG 22 57 Exclusion - Underground Resources And Equipment Endorsement.

### CG 22 96 10 01 -- Limited Exclusion - Personal And Advertising Injury - Lawyers

- This endorsement provides coverage for personal and advertising injury liability for lawyers when they perform activities that fall outside of a lawyer's professional services.

### CG 22 97 10 01 Druggists - Broadened Coverage

- The endorsement CG 22 97, is introduced for use in the states that permit broader pharmacists duties and responsibilities.

### CG 24 22 10 01 Amendment Of Coverage Territory - Worldwide Coverage

- When this endorsement is attached to a policy, the coverage is provided for offenses and occurrences anywhere in the world, subject to the limitation on where the suit is filed.

### CG 24 23 10 01 Amendment Of Coverage Territory - Additional Scheduled Countries

- When this endorsement is attached to a policy, coverage is broadened beyond the standard coverage territory (US including its territories and possessions, Canada and Puerto Rico), to include any other country that will be specified in the Schedule subject to the limitation on where the suit is filed.

### CG 24 24 10 01 Amendment Of Coverage Territory - Worldwide Coverage With Specified Exceptions

- When this endorsement is attached to a policy, coverage is broadened to anywhere in the world, subject to the limitation on where the suit is filed, with the exception of those countries that will be listed in the Schedule.

### CG 27 15 10 01 Extended Reporting Period Endorsement For Employee Benefits Liability Coverage

- This endorsement is available for purchase when canceling or non-renewing Employee Benefits Liability coverage and provides an extended period of five years during which a claim may be made by the insured.

OY000113

**CG 28 05 10 01 Personal Injury Liability Endorsement**

- This endorsement provides broadening in coverage over its prior provisions, as there will now be coverage for vicarious liability of other insureds who have no knowledge of a criminal act.

**CG 31 15 10 01 Construction Project Management Protective Liability Coverage**

- When attached to an OCP policy, this new endorsement provides vicarious liability to the owner, contractor, architect or engineer or construction manager arising out of the work of the named insured contractor with an exception for professional services. Also, employees of the Named Insured will be covered for acts or omissions in connection with the general supervision of the contractor's operations.

## CLARIFICATIONS IN COVERAGE AND OTHER EDITORIAL REVISIONS -- COVERAGE FORMS

All General Liability coverage forms contain minor editorial revisions to provide for consistency among policies. In addition, these coverage forms have been revised to incorporate other various revisions in order to clarify coverage. Those latter changes to each individual coverage form are described below:

**CG 00 33 10 01 Liquor Liability Coverage Form (Occurrence Version)**
**CG 00 34 10 01 Liquor Liability Coverage Form (Claims-Made Version)**
**CG 00 37 10 01 Products/Completed Operations Liability Coverage Form (Occurrence Version)**
**CG 00 38 10 01 Products/Completed Operations Liability Coverage Form (Claims-Made Version)**

- These policies are revised to clarify that international waters or airspace are included under "coverage territory" but only if an "injury" occurs in the course of travel or transportation between any two of the following: US (including its territories and possessions), Puerto Rico and Canada.

**CG 00 01 10 01-- Commercial General Liability Coverage Form (Occurrence Version)**
**CG 00 09 10 01 Owners And Contractors Protective Liability Coverage Form**
**CG 00 33 10 01 Liquor Liability Coverage Form (Occurrence Version)**
**CG 00 37 10 01 Products/Completed Operations Liability Coverage Form (Occurrence Version)**

- These policies have been revised to incorporate the "known loss" provision directly into the Insuring Agreement. We are not introducing the known loss language in CG 00 35.

OY000114

**CG 00 35 10 01 Railroad Protective Liability Coverage Form**

- We are not incorporating the "known loss" provision into the Railroad Protective Liability Policy because railroad employees are covered under the application of Federal Employers Liability Act.

**CG 00 01 10 01 -- Commercial General Liability Coverage Form (Occurrence Version)**
**CG 00 02 10 01 -- Commercial General Liability Coverage Form (Claims-Made Version)**
**CG 00 09 10 01 Owners And Contractors Protective Liability Coverage Form**
**CG 00 33 10 01 Liquor Liability Coverage Form (Occurrence Version)**
**CG 00 34 10 01 Liquor Liability Coverage Form (Claims-Made Version)**
**CG 00 35 10 01 Railroad Protective Liability Coverage Form**
**CG 00 37 10 01 Products/Completed Operations Liability Coverage Form (Occurrence Version)**
**CG 00 38 10 01 Products/Completed Operations Liability Coverage Form (Claims-Made Version)**
**CG 00 39 10 01 Pollution Liability Coverage Form (Designated Sites)**
**CG 00 40 10 01 Pollution Liability Limited Coverage Form (Designated Sites)**
**CG 00 42 10 01 Underground Storage Tank Policy (Designated Sites)**

- We are revising the Legal Action Against Us Condition in these policies to remove the phrase "obtained after an actual trial", as the definition of "suit" allows damages to be awarded through an arbitration or other alternative dispute resolution, so the judgment can be obtained without an actual trial.

**CG 00 01 10 01 -- Commercial General Liability Coverage Form (Occurrence Version)**
**CG 00 02 10 01 -- Commercial General Liability Coverage Form (Claims-Made Version)**

- The Aircraft, Auto Or Watercraft exclusion in these policies is being revised to clarify the intent of this exclusion to apply even if the claims allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by an insured.

**CG 00 35 10 01 -- Railroad Protective Liability Coverage Form**

- The Pollution exclusion in this coverage form is revised to clarify that coverage is not excluded for the insured whose liability arises out of the escape of fuels or lubricants from equipment used by contractors at their job site in connection with operations performed by such contractors.

OY000115

## CLARIFICATIONS IN COVERAGE AND OTHER EDITORIAL REVISIONS -- ENDORSEMENTS

**CG 20 10 10 01 Additional Insured - Owners Lessees Or Contractors - Scheduled Person Or Organization**
**CG 20 33 10 01 Additional Insured - Owners Lessees Or Contractors - Automatic Status When Required In Construction Agreement With You**

- We are revising these endorsements to clarify that completed operations coverage for an additional insured is excluded.

**CG 20 22 10 01 Additional Insured - Church Members, Officers And Volunteer Workers**

- We are revising CG 20 22 to delete the reference to volunteer workers since the provisions relating to volunteer workers have been incorporated into the CGL. This doesn't decrease coverage because of the fact that, in the prior edition of the coverage form, coverage for volunteer workers was excluded.

**CG 20 35 Additional Insured - Grantor Of Licenses - Automatic Status When Required By Licensor**
**CG 20 36 Additional Insured - Grantor Of Licenses**

- These new endorsements will add a person or organization who grants licenses as an additional insured to the policy of a person or organization who makes and distributes products of that person or organization. CG 20 35 provides automatic status as an additional insured of grantors of licenses. CG 20 36 requires that the grantor of the license be named in the Schedule of the endorsement.

**CG 21 37 10 01 Exclusion - Employees And Volunteer Workers As Insured (formerly Exclusion - Employees As Insureds)**

- We are revising this endorsement to clarify that volunteer workers as well as employees are excluded as insureds.

**CG 21 37 10 01 Exclusion - Employees And Volunteer Workers As Insureds**
**CG 22 71 10 01 Colleges Or Schools (Limited Form)**
**CG 22 72 10 01 Colleges Or Schools**

- The Aircraft, Auto Or Watercraft exclusion in these policies is being revised to clarify that this exclusion applies even if the claims allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by an insured.

OY000116

## RESTRICTIONS IN COVERAGE -- COVERAGE FORMS

### CG 00 42 10 01 Underground Storage Tank Policy Designated Tanks

- This policy is revised to exclude coverage for corrective action costs due to willful noncompliance with any statute, law, or ordinance for corrective action measures in the event of an underground storage tank incident.

### CG 00 01 10 01 -- Commercial General Liability Coverage Form (Occurrence Version)
### CG 00 02 10 01 -- Commercial General Liability Coverage Form (Claims-Made Version)
### CG 00 09 10 01 Owners And Contractors Protective Liability Coverage Form
### CG 00 37 10 01 Products/Completed Operations Liability Coverage Form (Occurrence Version)
### CG 00 38 10 01 Products/Completed Operations Liability Coverage Form (Claims-Made Version)
### CG 00 39 10 01 Pollution Liability Coverage Form (Designated Sites)
### CG 00 40 10 01 Pollution Liability Limited Coverage Form (Designated Sites)
### CG 00 42 10 01 Underground Storage Tank Policy (Designated Tanks)

- The Damage To Property exclusion in these policies is revised to clarify that expenses incurred for repairs, etc. made on the insured's own property for any reason, including to avoid injury to a third party, will not be covered.

## RESTRICTIONS IN COVERAGE -- ENDORSEMENTS

### CG 21 66 10 01 Exclusion -- Volunteer Workers

- When this endorsement is attached to a CGL, coverage is restricted by excluding volunteer workers as insureds from a CGL policy.

### CG 22 69 10 01 Druggists

- We are revising CG 22 69 to clarify that the types of pharmacist services that are not within the traditional duties of pharmacists like writing prescriptions, administering drugs and vaccinations, and performing blood tests are excluded.

### CG 22 94 10 01 Exclusion -- Damage To Work Performed By Subcontractors On Your Behalf
### CG 22 95 10 01 Exclusion -- Damage To Work Performed By Subcontractors On Your Behalf -- Designated Sites Or Operations

- When these new endorsements are attached to a CGL, coverage is restricted by excluding defects in "your work" from a CGL policy, even for work performed by a subcontractor.

OY000117

**CG 22 98 10 01 Exclusion - Internet Service Providers And Internet Access Providers Errors And Omissions**
**CG 22 99 10 01 Professional Liability Exclusion - Web-Site Designers**

- These endorsements are introduced to exclude coverage for injury or damage arising out of the rendering or failure to render Internet service, Internet access, web-site designer or consultant services, as these professional services are not contemplated in the CGL coverage form.

**CG 28 12 10 01 Pesticide Or Herbicide Applicator Coverage**

- This endorsement is being revised to apply the exception to the exclusion to only paragraph **1(d)** of exclusion **j.**, so that the scope of coverage for pesticide or herbicide applicator should be the same under OCP policy as it is under the CGL policy.