
ALLMERICA FINANCIAL®
HANOVER INSURANCE

## BOAT DEALERS COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section F. **Definitions.**

**A.   COVERAGE**

We will pay for "loss" to covered property from any of the Covered Causes of Loss.

1.  **Covered Property**

    We cover stock in trade, consisting principally of watercraft, marine motors, boat trailers, appurtenances and accessories which are:

    a.   Owned by you and held for sale.
    b.   Owned by other boat dealers but which have been consigned to you.
    c.   Property which has been sold but not yet delivered.

2.  **Property Not Covered**

    a.   Automobiles, motor trucks, motorcycles and aircraft;
    b.   Accounts, bills, currency, deeds, evidences of debt, money, notes and securities;
    c.   Property while in the course of manufacture;
    d.   Property leased or rented to others;
    e.   Property that is sold under a deferred payment sales agreement, after it has left the custody of carriers for hire when you are responsible for delivery;
    f.   Furniture, fixtures, office supplies, improvements and betterments, machinery, tools, dies, molds and models;
    g.   Property of others held by you for purposes of storage or repair;
    h.   Contraband or property in the course of illegal transportation or trade;

3.  **Covered Causes of Loss**

    Covered Causes of Loss means RISKS OF DIRECT PHYSICAL "LOSS" to covered property except those causes of "loss" listed in the Exclusions.

OY000138

B.   **EXCLUSIONS**

1. We will not pay for a "loss" caused directly or indirectly by any of the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss."

   a.   **Governmental Action**

   Seizure or destruction of property by order of governmental authority. But we will pay for acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this Coverage Form.

   b.   **Nuclear Hazard**

   1. Any weapon employing atomic fission or fusion; or
   2. Nuclear reaction or radiation, or radioactive contamination from any other cause. But we will pay for direct "loss" caused by resulting fire if the fire would be covered under this Coverage Form.

   c.   **War and Military Action**

   1. War, including undeclared or civil war;
   2. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or
   3. Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

2. We will not pay for a "loss" caused by or resulting from any of the following:

   a.   Processing or work upon the property. But we will pay for direct "loss" caused by resulting fire or explosion, if these causes of "loss" would be covered under this Coverage Form.
   b.   Delay, loss of market or use, or other consequential loss of any kind or nature;
   c.   Dishonest acts by you, anyone else with an interest in the property, your or their employees, agents, servants, authorized representatives or anyone entrusted with the property, whether or not acting alone or in collusion with other persons or occurring during hours of employment, agency, service or representation.
   d.   Voluntarily parting with any property by you or anyone entrusted with the property if induced to do so by any fraudulent scheme, trick, device or false pretense.
   e.   Unauthorized instructions to transfer property to any person or to any place.
   f.   Unexplained disappearance or shortage found or discovered upon taking inventory, the proof of which, either as to its factual existence or as to its amount is dependent upon an inventory computation or a profit and loss computation.

OY000139

OCEM-0163   (9-95)                                                                                           2

3. We will not pay for a "loss" caused by or resulting from any of the following. But if "loss" by a Covered Cause of Loss results, we will pay the resulting "loss".

Wear and tear, gradual deterioration, depreciation, insects, rodents, vermin or other pest, mechanical breakdown or failure, inherent vice, latent defect or any other condition of or within the property which causes it to destroy itself.

C. **LIMIT OF INSURANCE**

The most we will pay for "loss" in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

D. **DEDUCTIBLE**

We will not pay for "loss" in any one occurrence until the amount of the adjusted "loss" exceeds the Deductible shown in the Declarations. We will then pay the amount of the adjusted "loss" in excess of the Deductible, up to the applicable Limit of Insurance.

E. **ADDITIONAL CONDITIONS**

The following conditions apply in addition to the Commercial Marina Conditions and the Common Policy Conditions:

1. **Coverage Territory**

    We cover property wherever located within:
    a. The forty-eight contiguous states of the United States;
    b. The District of Columbia and
    c. Canada

2. **Valuation**

    General Condition E. Valuation in the Commercial Marina Conditions is replaced by the following:

    a. **Unsold property.** The value of unsold Covered Property will be the least of the following amounts:
        (1) The actual cash value of that property;
        (2) The cost of reasonably restoring that property to its condition immediately before "loss";
        (3) The cost of replacing that property with substantially identical property; or
        (4) The lowest figure put upon the property in your inventory existing as of the time of "loss".
    b. **Sold property.** The value of Covered Property sold but not delivered will be your net selling price after all allowances and discounts.
    c. **Property of others.** The value of property in your care, custody or control will be the actual cash value, including labor and materials you have added.

OY000140

The value of property does not include any antique or historical value.

In the event of "loss", the value of property will be determined as of the time of "loss".

3. **Records and Inventory**

You will keep accurate records of your business and retain them for three years after the policy ends. These records will consist of:

a. An itemized inventory of all your stock in trade;
b. Records of all purchases and sales whether cash or credit;
c. Records of the property of others in your care, custody or control.

You will also have a physical inventory of all Covered Property at least every twelve (12) months.

4. **Reporting Requirements**

For Covered Property written on a Reporting Basis, you agree to send us a written report within thirty (30) days after the end of each "reporting period", showing separately at each location, the values of Covered Property. This report must show the values on the dates required by the "reporting period".

5. **Premium Adjustment**

The premium charged at inception of each policy year is an advanced premium.

We will determine the final premium for this insurance after the policy year, or expiration, based on the average of your reports of value.

Based on the difference between the advance premium and the final premium for each policy year, we will:
a. charge additional premium; or
b. return excess premium.

F. **DEFINITIONS**

1. **"Loss"** means accidental loss or damage

2. **"Reporting Period"** means the period of time for which new reports of value are due, as shown in the Declarations. If the reporting period is:
   a. Monthly, reports must show values as of the last day of the month, and the "reporting period" ends on the last day of the month.
   b. Quarterly, reports must show values as of the last day of each month, but the "reporting period" ends on the last day of each 3-month period.
   c. Semi-annually, reports must show values as of the last day of each month, but the "reporting period" ends on the last day of each 6-month period.
   d. Annually, reports must show values as of the last day of each month, but the "reporting period" ends on the policy anniversary date.

OY000141