
ALLMERICA FINANCIAL®
HANOVER INSURANCE

## MARINA OPERATORS LEGAL LIABILITY
## COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section G - DEFINITIONS.

**A.    COVERAGE**

We will pay for "loss" to Covered Property from any Covered Cause of loss.

1. **Covered Property**

    We cover your legal liability as a bailee or warehouseman for loss of or damage to Watercraft including spars, tenders, furniture & fixtures, machinery, equipment and fittings relating thereto and all other personal property on board which is in your care, custody and control for the following operations and activities while conducted at locations described in the Declarations:

    a.   Alteration(s), repair(s) or maintenance both afloat or ashore;
    b.   Storage afloat;
    c.   Storage ashore;
    d.   Docking at slips or spaces rented or provided by you;
    e.   Mooring or anchoring at buoys or areas you provide;
    f.   Fueling supervised by you;
    g.   Fueling performed by you;
    h.   Launching performed by you;
    i.   Hauling performed by you or for you by others;
    j.   Consigned to you from other than boat dealers.

2. **Property Not Covered**

    Covered Property does not include:

    a.   Property while in the care, custody or control of other bailees (carriers excepted), unless specifically endorsed hereon.
    b.   Gratuitous bailment(s);
    c.   Property that you accept for storage for which you make no storage charge;

OY000142

    d.    Property in storage, afloat or ashore for which no storage receipt has been issued;
    e.    Property you lease, rent, hire or charter from or to others;
    f.    Property to or for which you have assumed liability in excess of that imposed on you by law as a warehouseman or bailee;
    g.    Property in storage, when your relationship to the owner, or storer, is that of a lessor of storage space.

This does not apply to 1 "d" (above) mooring - anchoring, or 1 "e" (above) docking at slips and spaces.

**B.**   **COVERED CAUSES OF LOSS**

Covered Causes of loss means RISKS OF DIRECT PHYSICAL "LOSS" to Covered Property except for those causes of "loss" listed in the Exclusions.

**C.**   **EXCLUSIONS**

1. We will not pay for a "loss" caused directly or indirectly by any of the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss."

    a. **Governmental Action**

    Seizure or destruction of property by order of governmental authority.

    But we will pay for acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread if the fire would be covered under this Coverage Form.

    b. **Nuclear Hazard**

    1. Any weapon employing atomic fission or fusion; or
    2. Nuclear reaction or radiation, or radioactive contamination from any other cause. But we will pay for direct "loss" caused by resulting fire if the fire would be covered under this Coverage Form.

    c. **War and Military Action**

    1. War, including undeclared or civil war;
    2. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or
    3. Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

OY000143

2. We will not pay for a "loss" caused by or resulting from any of the following:

    a. Wear and tear, gradual deterioration, latent defect, inherent vice or any condition of or within the property which causes it to destroy itself;

    b. Insects, vermin, rodent or other pest(s);

    c. Unexplained disappearance or "loss" when the only proof that a loss occurred is an inventory shortage;

    d. Misappropriation, secretion, conversion, infidelity or any dishonest act by you or other party of interest, his or their employees, agents or servants, whether committed during regular hours of employment or otherwise, or others entrusted with Covered Property.

       This exclusion does not apply to Covered Property in the custody of common carriers;

    e. Loss of market or use, delay, indirect or consequential loss of any kind or nature;

**D. LIMITS OF INSURANCE**

The most we will pay for "loss" in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

**E. DEDUCTIBLE**

We will not pay for "loss" in any one occurrence until the amount of the adjusted "loss", before applying the applicable Limits of Insurance, exceeds the Deductible shown in the declarations. We will then pay the amount of the adjusted "loss" in excess of the Deductible, up to the applicable Limit of Insurance.

**F. ADDITIONAL CONDITIONS**

  1. **Coverage Territory**

    We cover property while:
    a. At any premises described in the Declarations; and
    b. In transit, wherever located within:
       1. The forty-eight contiguous states of the United States;
       2. The District of Columbia; and
       3. Canada.

  2. **Records and Inspection**

    It is a condition precedent to recovery that you will keep accurate records of all Covered Property. These records will include a copy of each receipt you issue for operations covered under this Form. You will retain these records for three years after the policy ends.

OY000144

OCEM-0164    (6-95)                                               3

We may examine or audit your books and records at any time during the policy period and for three years thereafter. Examination or audit by us does not waive any of our rights or alter any of the terms and conditions of this policy.

3. **Other Insurance**

This insurance applies only as excess insurance over any other available insurance on Covered Property.

4. **Transfer Of Rights Of Recovery Against Others To Us**

The following is added to Commercial Inland Marine Conditions K - Transfer Of Rights Of Recovery Against Others To Us:

If you make any agreement or do anything else to impair our right to recover damages from others, we will not cover the "loss"; nor will we cover any "loss" which you settle or compromise without our written consent.

5. **Reporting Requirements**

You agree to send us a written report within thirty (30) days after the expiration of this policy showing the gross receipts paid to you for operations covered by this Form for the past year. The reporting basis under this coverage is on an annual basis.

6. **Premium Adjustment**

The premium shown is only an estimate. To determine the earned premium at the end of the reporting period, we will multiply the gross receipts reported to us by the rate shown in the Declarations. The earned premium will be applied against the estimated premium. All earned premium that exceeds the estimated premium will be due at the time the premium is adjusted. If the earned premium for each twelve (12) month period does not exceed the estimated premium, we will return the difference to you.

G. **DEFINITIONS**

"Loss" means accidental loss or damage.

OY000145