
ALLMERICA FINANCIAL®
HANOVER INSURANCE

# OWNED WORKBOATS
## (Full Coverage Form)

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section F. Definitions.

A.   **COVERAGE**

We will pay for "loss" to covered property from any of the Covered Causes of Loss.

1.   **Covered Property,** as used in this Coverage Form, means those vessels you own and use in conjunction with the normal conduct of a marina, boat yard or boat dealership which are specifically described in the Declarations.

Covered Property includes the hull, machinery, fittings and other equipment necessary to be on board for the safe operation and maintenance of the vessel.

2.   **Property Not Covered**
Covered Property does not include:
   a.   items of personal property, personal effects or wearing apparel which are not required for the vessel's safe operation or maintenance;
   b.   property used for pleasure or recreational use, such as, but not limited to, waterskiing, aquaplaning or fishing;
   c.   property more than 50 nautical miles from described premises;
   d.   boat, hull or motor combinations designed, rated, advertised or capable of in-water speeds in excess of 40 statute [non-nautical] miles per hour;
   e.   property which you have chartered, loaned, hired, leased, or rented to others.

3.   **Covered Causes of Loss**

Covered Causes of Loss means RISKS OF DIRECT PHYSICAL "LOSS" to Covered Property except for those causes of "loss" listed in the Exclusions.

OY000154

B. **EXCLUSIONS**

1. We will not pay for a "loss" caused directly or indirectly by any of the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss."

    a. **Governmental Action**
       Seizure or destruction of property by order of governmental authority.
       But we will pay for acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread.

    b. **Nuclear Hazard**
       1. Any weapon employing atomic fission or fusion; or
       2. Nuclear reaction or radiation, or radioactive contamination from any other cause. But we will pay for direct "loss" caused by resulting fire.

    c. **War and Military Action**
       1. War, including undeclared or civil war;
       2. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or
       3. Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

2. We will not pay for a "loss" caused by or resulting from any of the following:

    a. Delay, loss of market or use, or other consequential loss of any kind or nature;
    b. ice, sleet, snow, freezing or other extremes of temperature, while afloat;
    c. Theft or mysterious disappearance of equipment, accessories or other items of personal property unless occurring in conjunction with theft of the entire vessel, and then only where there is visible evidence of forcible entry or forcible removal;
    d. Dishonest acts by you, anyone else with an interest in the property, you or their employees, agents, servants, authorized representatives or anyone entrusted with Covered Property, whether or not acting alone or in collusion with other persons or occurring during hours of employment, agency, service or representation;
    e. Voluntarily parting with any property by you or anyone entrusted with the property if induced to do so by any fraudulent scheme, trick, device or false pretense;
    f. Unauthorized instructions to transfer property to any person or to any place;
    g. Unexplained disappearance or shortage found or discovered upon taking inventory.
    h. Cosmetic damage or injury which does not affect the vessel's safety or seaworthiness, consisting of, but not limited to, wear and tear, gradual

OY000155

deterioration, marine borers (as well as all other marine life forms responsible for or causing deterioration or destruction), marring, denting, scratching, chipping, electrolysis, osmotic blistering, mechanical breakdown, corrosion, rust, dampness or dryness of atmosphere or bleaching from sunlight or weathering;

3. We will not pay for a "loss" caused by or resulting from any of the following. The entire loss is excluded notwithstanding any additional damage which may arise out of or resulting from: wear and tear, gradual deterioration, depreciation, insects, rodents or other vermin, mechanical breakdown or failure, inherent vice, latent defect or any other condition of or within the property which causes it to destroy itself.

C. **LIMIT OF INSURANCE**

The most we will pay for "loss" in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

D. **DEDUCTIBLE**

We will not pay for "loss" in any one occurrence until the amount of the adjusted "loss" exceeds the Deductible shown in the Declarations. We will then pay the amount of the adjusted "loss" in excess of the Deductible, up to the applicable Limit of Insurance.

E. **ADDITIONAL CONDITIONS**

The following conditions apply in addition to the Commercial Inland Marine Conditions and the Common Policy Conditions:

1. **Coinsurance**
All Covered Property must be insured for its "actual cash value" which is the cost to replace with property of like kind, condition and quality, at a price negotiated between a willing buyer and a willing seller as of the time of "loss" or you will incur a penalty.

   The penalty is that we will not pay the full amount of any loss. Instead, we will determine the most we will pay using the following steps:
   (a) Divide the amount actually insured by the amount that should have been insured;
   (b) Multiply the adjusted loss, before application of the Deductible, by the figure determined in step (a).

   **EXAMPLE:**
   The value insured was $50,000. The "actual cash value" immediately prior to the loss was $100,000. The amount of the loss (agreed to by "us" and "you") is $ 10,000.

OY000156

OCEM-0169

3

$$\frac{\$50,000}{\$100,000} \times \$10,000 = \$5,000 \quad \text{the amount we will pay minus the Deductible.}$$

F.  **DEFINITIONS**

"Loss" means accidental loss or damage.

OY000157

OCEM-0169

4