
**ALLMERICA FINANCIAL®**
**HANOVER INSURANCE**

## COMMERCIAL PROPERTY COVERAGE PART
## DECLARATIONS

IHN 5107029
**RENEWAL OF POLICY**

| POLICY NUMBER | POLICY PERIOD FROM | TO | | AGENCY CODE |
|---|---|---|---|---|
| IHN 5107029 | 03/09/04 | 09/15/04 | AT 12:01 AM STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ON THE COMMON DECLARATIONS | 3201618 |

**COVERAGES PROVIDED** - INSURANCE AT THE DESCRIBED PREMISES APPLIES ONLY FOR COVERAGES FOR WHICH A LIMIT OF INSURANCE IS SHOWN.

| PREM. NO. | BLDG. NO. | COVERAGE | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | COINSURANCE+ | RATES |
|---|---|---|---|---|---|---|
| 1 | All | Blanket Building | $1,718,430 | Special Form | 90% | |
| 1 | All | Blanket Personal Property | $1,195,000 | Special Form | 90% | |
| 1 | All | Electronic Data Processing | $50,000 | Special Form | 80% | |

**OPTIONAL COVERAGES** - APPLICABLE ONLY WHEN ENTRIES ARE MADE IN THE SCHEDULE BELOW

+IF EXTRA EXPENSE, LIMITS ON LOSS PAYMENT

| | | AGREED VALUE | | | REPLACEMENT COST (X) | | |
|---|---|---|---|---|---|---|---|
| PREM. NO. | BLDG. NO. | EXPIRATION DATE | COVERAGE | AMOUNT | BUILDING | PERSONAL PROPERTY | INCLUDING "STOCK" |
| 1 | All | | | | X | X | |

| | | INFLATION GUARD (Percentage) | | ++MONTHLY LIMIT OF INDEMNITY (Fraction) | ++MAXIMUM PERIOD OF INDEMNITY (X) | ++EXTENDED PERIOD OF INDEMNITY (Days) |
|---|---|---|---|---|---|---|
| PREM. NO. | BLDG. NO | BUILDING | PERSONAL PROPERTY | | | |

++APPLIES TO BUSINESS INCOME ONLY

**MORTGAGE HOLDER(S)**

| PREM. NO. | BLDG. NO. | MORTGAGE HOLDER NAME AND MAILING ADDRESS |
|---|---|---|
| 1 | | Fleet Bank of MA ISAOA ATIMA, P.O. Box 2984, Hartford, CT 06101  Mail Code: CTHMM1OJ |

**DEDUCTIBLE**
$250. EXCEPTIONS: $1,000

**FORMS AND ENDORSEMENTS** APPLYING TO THIS COVERAGE PART AND MADE PART OF THIS POLICY AT TIME OF ISSUE:  4110524; CP 1030 4/02; CP 0010 4/02; CP 0109 10/00; CP 1218 6/95; CP 0015 6/95; CP 1915 7/88; 4110078 3/03

APPLICABLE TO ALL COVERAGES: CP 00 90 7/88
APPLICABLE TO SPECIFIC PREMISES/ COVERAGES:   PREM NO.   BLDG. NO.   COVERAGES

OY000158

Includes copyrighted material of Insurance Services Office, Inc., with its permission.  Copyright, Insurance Services Office, Inc., 1983, 1984
411-0002 (3-88)


ALLMERICA FINANCIAL®
CITIZENS INSURANCE®
HANOVER INSURANCE®

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

In consideration of an additional premium of $3,913.00, it is understood and agreed that the following changes are made to the policy:

1. Amending property to read:

   | | |
   |---|---|
   | Blanket Building | $1,718,430 |
   | Blanket Personal Property | $1,195,000 |
   | Electronic Data Processing | $   50,000 |

   90% Coinsurance applies to Blanket Building and Blanket Personal Property

2. Almending Machinery and Equipment to read $260,945

**Nothing herein contained shall be held to vary, alter, waive or extend any of the terms, conditions, agreements or limitations of the policy other than as above stated.**

(Completion of the following, including countersignature, is required to make this endorsement effective only when it is issued subsequent to preparation of the Policy.)

Effective 03/09/04                             this endorsement forms a part of Policy No. IHN 5107029

Issued to Oyster Harbors Marine, Inc.

By The Hanover Insurance Co

Date of Issue                    Countersigned by _____
                                                  Authorized Representative of the Company

221-0163 (10-03)                                                                    OY000159


ALLMERICA FINANCIAL®
HANOVER INSURANCE

# MARINE DECLARATIONS
# MARINA "PORTFOLIO"

IHN 5107029

Renewal of Policy

Insured's Name: Oyster Harbors Marine, Inc.

Street Address: 120 Bridge Street

City: Osterville            State: MA            Zip Code: 02655

Policy Period:   From 03/09/04          To 09/15/04
                 (Month/Day/Year)      (Month/Day/Year)
Agency Code: 321618         Agent: Fair Insurance Agency/RAIS

| Class of Property | Deductible Amount | Limit of Insurance | Rate | Premium |
|---|---|---|---|---|
| A. BOAT DEALERS | $ 1,000 | $ Per Attached | $ .024 mo | $ 19,871 Dep |
| B. MARINA OPERATIONS LEGAL LIABILITY | $ 1,000 | $ 5,000,000 | $ Flat | $ 27,920 |
| C. PIERS, DOCKS, WHARVES | $ | $ Not Covered | $ | $ |
| D. MACHINERY & EQUIPMENT | $ 1,000 | $ 260,945 | $ Flat | $ 1,044 |
| E. PROTECTION & INDEMNITY | $ N/A | $ 1,000,000 | $ Flat | $ 1,875 |
| F. OWNED WORKBOATS | $ 1,000 | $ 40,000 | $ Flat | $ 767 |
| | | | TOTAL PREMIUM: | $ 51,193 |

### SCHEDULE

| No. | Full Description | Amount of Limit of Insurance |
|---|---|---|
| 1 | 36' Barge "Joe Hooker" w/90 HP engine | $40,000 |
|  | See Attached Equipment Schedule | $190,000 |

*See Marine Declarations Sublimit(s) Attachment
**Boat Dealers Reporting Period:   ☒ Monthly   ☐ Quarterly   ☐ Semi-Annually   ☐ Annually

Covered Locations:

1. 120 Bridge Street, Osterville, MA  02655
2. 157 Pleasant St., Hyannis, MA 02601
3. Brewers Boat Yard, South Freeport, ME

Forms and Endorsements applying to this Coverage Part and made a part of this policy at time of issue:
OCEMSUBL; OCEM0162; OCEM0163; OCEM0164; OCEM0166; OCEM0167 6/95; OCEM0169;
2210163 4/90

OCEM-DEC                                                                    OY000160


ALLMERICA FINANCIAL®
CITIZENS INSURANCE®
HANOVER INSURANCE®

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

In consideration of an additional premium of $3,913.00, it is understood and agreed that the following changes are made to the policy:

1. Amending property to show Blanket Valuation as follows:

   Blanket Building              $1,718,430
   Blanket Personal Property     $1,195,000

2. Amending Coinsurance to read 90%.

3. Adding Electronic Data Processing at a limit of $50,000.

4. Amending Machinery and Equipment Limit to read $260,945.

**Nothing herein contained shall be held to vary, alter, waive or extend any of the terms, conditions, agreements or limitations of the policy other than as above stated.**

(Completion of the following, including countersignature, is required to make this endorsement effective only when it is issued subsequent to preparation of the Policy.)

Effective 03/09/04                                this endorsement forms a part of Policy No. IHN 5107029

Issued to  Oyster Harbors Marine, Inc.


By The Hanover Insurance Co

Date of Issue                      Countersigned by _____
                                                    Authorized Representative of the Company


221-0163 (10-03)

OY000161


ALLMERICA FINANCIAL®
HANOVER INSURANCE

## MARINE DECLARATIONS
## MARINA "PORTFOLIO"

IHN 5107029
Renewal of Policy

Insured's Name: Oyster Harbors Marine, Inc.

Street Address: 120 Bridge Street

City: Osterville        State: MA        Zip Code: 02655

Policy Period:    From 03/09/04             To 09/15/04
                  (Month/Day/Year)          (Month/Day/Year)
Agency Code: 321618                Agent: Fair Insurance Agency/RAIS

| Class of Property | Deductible Amount | Limit of Insurance | Rate | Premium |
|---|---|---|---|---|
| A. BOAT DEALERS | $ 1,000 | $ Per Attached | $ .024 mo | $ 19,871 Dep |
| B. MARINA OPERATIONS LEGAL LIABILITY | $ 1,000 | $ 5,000,000 | $ Flat | $ 27,920 |
| C. PIERS, DOCKS, WHARVES | $ | $ Not Covered | $ | $ |
| D. MACHINERY & EQUIPMENT | $ 1,000 | $ 260,945 | $ Flat | $ 1,044 |
| E. PROTECTION & INDEMNITY | $ N/A | $ 1,000,000 | $ Flat | $ 1,875 |
| F. OWNED WORKBOATS | $ 1,000 | $ 40,000 | $ Flat | $ 767 |
| | | | TOTAL PREMIUM: | $ 51,477 |

### SCHEDULE

| No. | Full Description | Amount of Limit of Insurance |
|---|---|---|
| 1 | 36' Barge "Joe Hooker" w/90 HP engine | $40,000 |
| | See Attached Equipment Schedule | $190,000 |

*See Marine Declarations Sublimit(s) Attachment
**Boat Dealers Reporting Period:   ☒ Monthly   ☐ Quarterly   ☐ Semi-Annually   ☐ Annually

Covered Locations:

1. 120 Bridge Street, Osterville, MA  02655
2. 157 Pleasant St., Hyannis, MA 02601
3. Brewers Boat Yard, South Freeport, ME

Forms and Endorsements applying to this Coverage Part and made a part of this policy at time of issue:
OCEMSUBL; OCEM0162; OCEM0163; OCEM0164; OCEM0166; OCEM0167 6/95; OCEM0169; 2210163 4/90

OCEM-DEC

OY000162



THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

In consideration of an additional premium of $3,913.00, it is understood and agreed that the following changes are made to the policy:

1. Amending property to show Blanket Valuation as follows:

    | Blanket Building | $1,718,430 |
    | Blanket Personal Property | $1,195,000 |

2. Amending Coinsurance to read 90%.

3. Adding Electronic Data Processing at a limit of $50,000.

4. Amending Machinery and Equipment Limit to read $260,945.

**Nothing herein contained shall be held to vary, alter, waive or extend any of the terms, conditions, agreements or limitations of the policy other than as above stated.**

(Completion of the following, including countersignature, is required to make this endorsement effective only when it is issued subsequent to preparation of the Policy.)

Effective 03/09/04                             this endorsement forms a part of Policy No. IHN 5107029

Issued to Oyster Harbors Marine, Inc.

By The Hanover Insurance Co

Date of Issue                             Countersigned by _____
                                                                        Authorized Representative of the Company

221-0163 (10-03)

OY000163



THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

In consideration of no change in premium, it is understood and agreed that the following changes are made to the policy:

1. Amending Boat Dealer sublimits to read:

    $1,000,000    While in transit by land
    $2,500,000    Incoming from Manufacturer / Dealer at risk of insured

2. Amending Marina Operators' Liabiliy sublimits to read:

    $1,000,000    While in transit by land

**Nothing herein contained shall be held to vary, alter, waive or extend any of the terms, conditions, agreements or limitations of the policy other than as above stated.**

(Completion of the following, including countersignature, is required to make this endorsement effective only when it is issued subsequent to preparation of the Policy.)

Effective 03/26/04                                        this endorsement forms a part of Policy No. IHN 5107029

Issued to  Oyster Harbors Marine, Inc.


By The Hanover Insurance Co

Date of Issue                          Countersigned by _____
                                                            Authorized Representative of the Company


221-0163 (10-03)

OY000164