
**ALLMERICA FINANCIAL®**
**HANOVER INSURANCE**

## MARINE DECLARATIONS
## MARINA "PORTFOLIO"

IHN 5107029
Renewal of Policy

Insured's Name: Oyster Harbors Marine, Inc.

Street Address: 120 Bridge Street

City: Osterville    State: MA    Zip Code: 02655

Policy Period:    From 03/26/04    To 09/15/04
                  (Month/Day/Year)   (Month/Day/Year)
Agency Code: 321618    Agent: Fair Insurance Agency/RAIS

| Class of Property | Deductible Amount | Limit of Insurance | Rate | Premium |
|---|---|---|---|---|
| A. BOAT DEALERS | $ 1,000 | $ Per Attached | $ .024 mo | $ 19,871 Dep |
| B. MARINA OPERATIONS LEGAL LIABILITY | $ 10,000 | $ 5,000,000 | $ Flat | $ 25,128 |
| C. PIERS, DOCKS, WHARVES | $ | $ Not Covered | $ | $ |
| D. MACHINERY & EQUIPMENT | $ 1,000 | $ 260,945 | $ Flat | $ 1,044 |
| E. PROTECTION & INDEMNITY | $ N/A | $ 1,000,000 | $ Flat | $ 1,875 |
| F. OWNED WORKBOATS | $ 1,000 | $ 40,000 | $ Flat | $ 767 |
| | | | TOTAL PREMIUM: | $ 48,685 |

### SCHEDULE

| No. | Full Description | Amount of Limit of Insurance |
|---|---|---|
| 1 | 36' Barge "Joe Hooker" w/90 HP engine | $40,000 |
| | See Attached Equipment Schedule | $190,000 |

*See Marine Declarations Sublimit(s) Attachment
**Boat Dealers Reporting Period:    ☒ Monthly    ☐ Quarterly    ☐ Semi-Annually    ☐ Annually

Covered Locations:

1. 120 Bridge Street, Osterville, MA  02655
2. 157 Pleasant St., Hyannis, MA 02601
3. Brewers Boat Yard, South Freeport, ME

Forms and Endorsements applying to this Coverage Part and made a part of this policy at time of issue:
OCEMSUBL; OCEM0162; OCEM0163; OCEM0164; OCEM0166; OCEM0167 6/95; OCEM0169;
2210163 4/90

**OCEM-DEC**

OY000172



ALLMERICA FINANCIAL®
CITIZENS INSURANCE®
HANOVER INSURANCE®

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

In consideration of no change in premium, it is understood and agreed that the following changes are made to the policy:

1. Amending Boat Dealer sublimits to read:

    $1,000,000    While in transit by land
    $2,500,000    Incoming from Manufacturer / Dealer at risk of insured

2. Amending Marina Operators' Liabiliy sublimits to read:

    $1,000,000    While in transit by land

**Nothing herein contained shall be held to vary, alter, waive or extend any of the terms, conditions, agreements or limitations of the policy other than as above stated.**

(Completion of the following, including countersignature, is required to make this endorsement effective only when it is issued subsequent to preparation of the Policy.)

Effective 03/26/04                              this endorsement forms a part of Policy No. IHN 5107029

Issued to  Oyster Harbors Marine, Inc.


By The Hanover Insurance Co

Date of Issue                    Countersigned by _____
                                                 Authorized Representative of the Company


221-0163 (10-03)

OY000173



THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

In consideration of no change in premium, it is understood and agreed that the following changes are made to the policy:

1. Amending Boat Dealer sublimits to read:

   $1,000,000   While in transit by land
   $2,500,000   Incoming from Manufacturer / Dealer at risk of insured

2. Amending Marina Operators' Liabiliy sublimits to read:

   $1,000,000   While in transit by land

**Nothing herein contained shall be held to vary, alter, waive or extend any of the terms, conditions, agreements or limitations of the policy other than as above stated.**

(Completion of the following, including countersignature, is required to make this endorsement effective only when it is issued subsequent to preparation of the Policy.)

Effective 03/26/04                         this endorsement forms a part of Policy No. IHN 5107029

Issued to  Oyster Harbors Marine, Inc.

By The Hanover Insurance Co

Date of Issue                    Countersigned by _____
                                                  Authorized Representative of the Company

221-0163 (10-03)

OY000174



**ALLMERICA FINANCIAL®**
**HANOVER INSURANCE**

## MARINE DECLARATIONS
## MARINA "PORTFOLIO"

IHN 5107029
Renewal of Policy

Insured's Name: Oyster Harbors Marine, Inc.

Street Address: 120 Bridge Street

City: Osterville                State: MA                Zip Code: 02655

Policy Period:    From 03/09/04              To 09/15/04
                  (Month/Day/Year)           (Month/Day/Year)
Agency Code: 321618                 Agent: Fair Insurance Agency/RAIS

| Class of Property | Deductible Amount | Limit of Insurance | Rate | Premium |
|---|---|---|---|---|
| A. BOAT DEALERS | $ 1,000 | $ Per Attached | $ .024 mo | $ 19,871 Dep |
| B. MARINA OPERATIONS LEGAL LIABILITY | $ 1,000 | $ 5,000,000 | $ Flat | $ 27,920 |
| C. PIERS, DOCKS, WHARVES | $ | $ Not Covered | $ | $ |
| D. MACHINERY & EQUIPMENT | $ 1,000 | $ 260,945 | $ Flat | $ 1,044 |
| E. PROTECTION & INDEMNITY | $ N/A | $ 1,000,000 | $ Flat | $ 1,875 |
| F. OWNED WORKBOATS | $ 1,000 | $ 40,000 | $ Flat | $ 767 |
| | | | TOTAL PREMIUM: | $ 51,477 |

### SCHEDULE

| No. | Full Description | Amount of Limit of Insurance |
|---|---|---|
| 1 | 36' Barge "Joe Hooker" w/90 HP engine | $40,000 |
| | See Attached Equipment Schedule | $190,000 |

*See Marine Declarations Sublimit(s) Attachment
**Boat Dealers Reporting Period:    ☒ Monthly    ☐ Quarterly    ☐ Semi-Annually    ☐ Annually

Covered Locations:

1. 120 Bridge Street, Osterville, MA 02655
2. 157 Pleasant St., Hyannis, MA 02601
3. Brewers Boat Yard, South Freeport, ME

Forms and Endorsements applying to this Coverage Part and made a part of this policy at time of issue:
OCEMSUBL; OCEM0162; OCEM0163; OCEM0164; OCEM0166; OCEM0167 6/95; OCEM0169;
2210163 4/90

OCEM-DEC

OY000175



ENDDECS

IHN 5107029

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

In consideration of an additional premium of $3,913.00, it is understood and agreed that the following changes are made to the policy:

1. Amending property to show Blanket Valuation as follows:

    Blanket Building            $1,718,430
    Blanket Personal Property   $1,195,000

2. Amending Coinsurance to read 90%.

3. Adding Electronic Data Processing at a limit of $50,000.

4. Amending Machinery and Equipment Limit to read $260,945.

**Nothing herein contained shall be held to vary, alter, waive or extend any of the terms, conditions, agreements or limitations of the policy other than as above stated.**

(Completion of the following, including countersignature, is required to make this endorsement effective only when it is issued subsequent to preparation of the Policy.)

Effective 03/09/04                              this endorsement forms a part of Policy No. IHN 5107029

Issued to  Oyster Harbors Marine, Inc.

By The Hanover Insurance Co

Date of Issue                    Countersigned by _____
                                                   Authorized Representative of the Company

221-0163 (10-03)

OY000176


**ALLMERICA FINANCIAL**
HANOVER INSURANCE

## MARINE DECLARATIONS
## MARINA "PORTFOLIO"

IHN 5107029
Renewal of Policy

Insured's Name: Oyster Harbors Marine, Inc.

Street Address: 120 Bridge Street

City: Osterville    State: MA    Zip Code: 02655

Policy Period:  From 03/26/04           To 09/15/04
                (Month/Day/Year)        (Month/Day/Year)
Agency Code: 321618   Agent: Fair Insurance Agency/RAIS

| Class of Property | Deductible Amount | Limit of Insurance | Rate | Premium |
|---|---|---|---|---|
| A. BOAT DEALERS | $ 1,000 | $ Per Attached | $ .024 mo | $ 19,871 Dep |
| B. MARINA OPERATIONS LEGAL LIABILITY | $ 10,000 | $ 5,000,000 | $ Flat | $ 25,128 |
| C. PIERS, DOCKS, WHARVES | $ | $ Not Covered | $ | $ |
| D. MACHINERY & EQUIPMENT | $ 1,000 | $ 260,945 | $ Flat | $ 1,044 |
| E. PROTECTION & INDEMNITY | $ N/A | $ 1,000,000 | $ Flat | $ 1,875 |
| F. OWNED WORKBOATS | $ 1,000 | $ 40,000 | $ Flat | $ 767 |
| | | | TOTAL PREMIUM: | $ 48,685 |

### SCHEDULE

| No. | Full Description | Amount of Limit of Insurance |
|---|---|---|
| 1 | 36' Barge "Joe Hooker" w/90 HP engine | $40,000 |
|   | See Attached Equipment Schedule | $190,000 |

*See Marine Declarations Sublimit(s) Attachment
**Boat Dealers Reporting Period:  ☒ Monthly  ☐ Quarterly  ☐ Semi-Annually  ☐ Annually

Covered Locations:

1. 120 Bridge Street, Osterville, MA 02655
2. 157 Pleasant St., Hyannis, MA 02601
3. Brewers Boat Yard, South Freeport, ME

Forms and Endorsements applying to this Coverage Part and made a part of this policy at time of issue:
OCEMSUBL; OCEM0162; OCEM0163; OCEM0164; OCEM0166; OCEM0167 6/95; OCEM0169; 2210163 4/90

OCEM-DEC

OY000177



*ENDDECS*

*IHN 5107029*

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

In consideration of an additional premium of $1,232.00, it is understood and agreed that the following changes are made to the policy:

1. Amending Boat Dealer sublimits to read:

    $2,500,000 On any one vessel while afloat or ashore
    $5,000,000 While on exhibit

2. Amending the Marina Operators' Liability Section of the policy as follows:

    a. Deductible is amended to read $10,000
    b. Premium is amended to read $25,128 Flat
    c. Marina Operators' Legal Liability Sublimits are amended as follows:

        $2,500,000 On any one vessel while afloat or ashore
        $2,500,000 Away from Premises

3. The following locations are being added to the policy for Boat Storage only:

    91 Flint Street, Marston Mills, MA
    Bridge Street, Osterville, MA

4. Adding Ordinance or Law (Form CP0405) and Debris Removal (Form #CP0415) as attached.

**Nothing herein contained shall be held to vary, alter, waive or extend any of the terms, conditions, agreements or limitations of the policy other than as above stated.**

(Completion of the following, including countersignature, is required to make this endorsement effective only when it is issued subsequent to preparation of the Policy.)

Effective 03/26/04                           this endorsement forms a part of Policy No. IHN 5107029

Issued to Oyster Harbors Marine, Inc.

By The Hanover Insurance Co

Date of Issue                    Countersigned by _____
                                                Authorized Representative of the Company

221-0163 (10-03)

OY000178


**ALLMERICA FINANCIAL®**
**HANOVER INSURANCE**

## SUBLIMIT(S) ATTACHMENT

It is understood and agreed that the Company shall not be liable for more than the following limit(s) for the Boat Dealers Coverage:

$ __See Below__ Aggregate Limit any one loss at the above described premises.

$ __2,500,000__ On any one vessel while afloat or ashore.

$ __800,000__ While in transit by land.

$ __5,000,000__ While on exhibit at __vrs. boat shows__.

$ __800,000__ Incoming from Manufacturer/Dealer at risk of insured.

### MARINA OPERATORS' LEGAL LIABILITY COVERAGE FORM

$ __2,500,000__ On any one vessel while afloat.

$ __800,000__ While in transit by land.

$ __5,000,000__ While on premises at __120 Bridge Street, Osterville, MA 02655__.

$ __2,500,000__ Away from premises.

Additional Information:

$10,000,000 Aggregate Limit any one loss at 120 Bridge St, Osterville, MA

$ 2,000,000 Aggregate Limit any one loss at 157 Pleasant St., Hyannis, MA

$   210,000 Aggregate Limit any one loss at Brewers Boat Yard,
                    S. Freeport, ME

OCEM-SUBL

OY000179