SCHEDULE 1

INSURED - OYSTER HARBORS MARINE, INC.
FIRE - BUSINESS INCOME CLAIM
DATE OF LOSS - DECEMBER 10, 2003

CLAIMED STORAGE REFUNDS TO CUSTOMERS - BOATS

| Data Ref # | Customer (H) | Boat Name | Boat Type | | Boat Size | Claimed Amount (A) | Credit Amount Per Statement | (H)(B) | Per HSNO |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Paul Kaneb | *Westerly* | Power | Limestone | 24' | $ 1,644.00 | $ 1,644.00 | | $ 1,644.00 |
| 2 | Herriinger | *CCC&CO* | Power | Chris Craft | 30' | 2,700.00 | 2,700.00 | (C) | 2,700.00 |
| 3 | Gutierrez | *Diablito* | Power | Donzi | 23' | 1,046.50 | 1,046.50 | | 1,046.50 |
| 4 | Steven Kletijian | *Camietl* | Sail | OHM | 16' | 884.00 | | (D) | 884.00 |
| 5 | Bendetson | *Thanksgiving* | Sail | Herreshoff | 16' | 884.00 | 884.00 | (E)(C) | 884.00 |
| 6 | Harrison Buck | *Buck Tail* | Unknown | Unknown | 16' | 884.00 | 884.00 | | 884.00 |
| 7 | John Fish | *Rolly* | Skiff | Avon | 8' | 200.00 | 200.00 | (C) | 200.00 |
| 8 | John Fish | *Patchy* | Skiff | Avon | 0' | 200.00 | 200.00 | (C) | 200.00 |
| 9 | John Fish | *Happy* | Sail | Dough Dish | 16' | 884.00 | 884.00 | (C) | 884.00 |
| 10 | Rachel Mellon | *Flicker* | Sail | OHM | 16' | 884.00 | 884.00 | (F) | 884.00 |
| 11 | Rachel Mellon | *Skiff #2* | Unknown | Unknown | 12' | 663.00 | 663.00 | (F) | 663.00 |
| 12 | Rachel Mellon | *Skiff #4* | Unknown | Unknown | 12' | 663.00 | 663.00 | (F) | 663.00 |
| 13 | Robert Goff | *Lady* | Sail | OHM | 16' | 884.00 | 884.00 | | 884.00 |
| 14 | Edward Vaughn | *Puffin* | Power | Lyman | 21' | 1,438.50 | 1,438.50 | (E)(C) | 1,438.50 |
| 15 | Stacy B. Lloyd | *Thomas* | Skiff | Unknown | 10' | 552.50 | 552.50 | | 552.50 |
| 16 | Stacy B. Lloyd | *III Lamberts* | Skiff | Unknown | 10' | 552.50 | 552.50 | | 552.50 |
| 17 | Stacy B. Lloyd | *Pippin* | Sail | Unknown | 15' | 828.75 | 828.75 | | 828.75 |
| 18 | Jones | *Del Quay* | Power | Del Quay | 15' | 483.75 | 483.75 | | 483.75 |
| 19 | Jones | *Knot* | Sail | Beetle | 12" | 663.00 | 663.00 | | 663.00 |
| 20 | Edward Herrick | *Whaler* | Power | Boston Whaler | 17' | 548.25 | 548.25 | | 548.25 |
| 21 | James Maguire | *Pn'modonna* | Power | Boston Whaler | 16' | 516.00 | 516.00 | | 516.00 |
| 22 | James Graves | *Whaler* | Power | Boston Whaler | 15' | 483.75 | 483.75 | (C) | 483.75 |
| 23 | Peter Hickman | *TC3K* | Power | Boston Whaler | 19' | 612.75 | 612.75 | | 612.75 |
| 24 | Greg Burrill | *Whaler* | Power | Boston Whaler | 19' | 612.75 | 612.75 | | 612.75 |
| 25 | Eastman | *Whaler* | Power | Boston Whaler | 19' | 612.75 | 612.75 | | 612.75 |
| 26 | Stratton | *Whaler* | Power | Boston Whaler | 15' | 483.75 | 483.75 | | 483.75 |
| 27 | Morrill | *Foreman* | Unknown | Unknown | 15' | 483.75 | 483.75 | | 483.75 |
| 28 | Harrington | *Whaler* | Unknown | Unknown | 15' | 483.75 | 483.75 | | 483.75 |
| 29 | Gary Schaefer | *Bisous* | Power | Boston Whaler | 15' | 483.75 | 483.75 | | 483.75 |
| 30 | John Holmgren | *Whaler* | Unknown | Unknown | 15' | 483.75 | 483.75 | | 483.75 |
| 31 | Paula Atkeson | *Beauty* | Sail | O'Day | 16' | 516.00 | 516.00 | | 516.00 |
| 32 | Warren Foss | *Swan's Way* | Power | Unknown | 18' | 580.50 | 580.50 | | 580.50 |
| 33 | Francis B. Saul | *Inflatable* | Power | Unknown | 11' | 607.75 | 607.75 | | 607.75 |
| 34 | Holds Plimpton | *Bears 4 Sail* | Sail | Unknown | 14' | 773.50 | 773.50 | | 773.50 |
| 35 | Paul Donahue | *Go Easy* | Sail | OHM | 14' | 773.50 | 773.50 | | 773.50 |
| 36 | William Cutcliffe | *Inflatable* | Power | Zodiac | 9' | 497.25 | 497.25 | | 497.25 |
| 37 | Laurendeau | *Sweet Caroline* | Power | Cabo Yachts | 45' | 2,542.50 | 2,542.50 | | 2,542.50 |
| 38 | Comoletti | *Four Seas* | Power | Viking Yachts | 56' | 3,164.00 | 3,164.00 | (F) | 3,164.00 |
| 39 | Fitzgerald | *Kait/in Mary* | Power | Cabo Yachts | 37' | 2,090.50 | 2,090.50 | | 2,090.50 |
| 40 | Patrick Sullivan | *Whaler* | Power | Boston Whaler | 17' | 548.25 | 548.25 | | 548.25 |
| 41 | Wrightson | *Whaler* | Power | Boston Whaler | 15' | 483.75 | 483.75 | | 483.75 |
| 42 | Alfred Slifka | *Jet Ski* | Power | Unknown | | 200.00 | 200.00 | | 200.00 |
| 43 | Janet Eastman | *Inflatable* | Power | Unknown | 8' | 200.00 | 200.00 | | 200.00 |
| 44 | Janet Eastman | *Zodiac* | Power | Unknown | 9' | 200.00 | 200.00 | | 200.00 |
| 45 | Donald Barrett | *Raft* | Power | Unknown | 8' | 200.00 | 200.00 | | 200.00 |
| 46 | Hollis Plimpton | *Nightingale 11* | Unknown | Dyer | 8' | 200.00 | 200.00 | | 200.00 |
| 47 | John Warner | *Skiff* | Unknown | Unknown | 10' | 200.00 | 200.00 | | 200.00 |
| 48 | Robert Cleary | *Raft* | Unknown | Unknown | 8' | 200.00 | 200.00 | | 200.00 |
| 49 | William O'Keefe | *Inflatable* | Power | Avon | 8' | 200.00 | 200.00 | | 200.00 |
| 50 | Dennis Williams | *Skiff* | Unknown | Unknown | 8' | 200.00 | 200.00 | | 200.00 |
| 51 | Birmingham | *Sun Dog* | Sail | Herreshoff | 16' | 884.00 | 884.00 | | 884.00 |
| 52 | Levine | *War Chant* | Power | Viking Yachts | 68' | 3,842.00 | 3,842.00 | (C) | 3,842.00 |

HSNO
Certified Public Accountants

SCHEDULE 1

INSURED - OYSTER HARBORS MARINE, INC.
FIRE - BUSINESS INCOME CLAIM
DATE OF LOSS - DECEMBER 10, 2003

CLAIMED STORAGE REFUNDS TO CUSTOMERS - BOATS

| Data Ref # | Customer (H) | Boat Name | Boat Type | | Boat Size | Claimed Amount (A) | Credit Amount Per Statement | (H)(B) | Per HSNO |
|---|---|---|---|---|---|---|---|---|---|
| 53 | Ted Rosbet | *Pursuit* | Power | Pursuit | 26' | 1,469.00 | 1,469.00 | (G) | 1,469.00 |
| **Total** | | | | | | **$43,317.00** | **$42,433.00** | | **$43,317.00** |

Sources: Customer storage contracts, statements, invoices and copies of checks.

Notes:

(A) Traced and agreed total storage fee to a signed copy of the contract with the customer. Per the contract, 50% of the fee is due with the contract by October 1, 2003 and 50% of the fee will be billed on November 1, 2003. Some customer contracts have some handwritten notations on the contract indicating the customer paid the fee in full at the time of the contract.

(B) HSNO also reviewed, on a sample basis, supporting documentation such as invoices and/or payments made by selected customers.

(C) HSNO reviewed a sample of customer invoices during site visit. Customers were invoiced for amounts noted and later issued credits on their accounts. Fee amount is credited on statement provided.

(D) Examined a copy of Oyster Harbors' canceled check paid to the customer.

(E) Per the statement provided, it apears 50% of the total fee was invoiced on 11/24/03 and paid by the customer on 11/28/03. The credit given in February 2004 is for the full storage fee.

(F) Customer paid prior to being invoiced. During site visit, HSNO reviewed copy of check for payment of fees. Customer was issued a credit against their account.

(G) Per the statement provided, it appears 100% of the total fee was invoiced on 11/24/03 but not paid by the customer. The credit given in February 2004 is for the full storage fee.

(H) Statements provided were dated 2/29/04 or 4/30/04.

OY000248

H | S | N | O
Certified Public Accountants

SCHEDULE 2

**INSURED - OYSTER HARBORS MARINE, INC.**
**FIRE - BUSINESS INCOME CLAIM**
**DATE OF LOSS - DECEMBER 10, 2003**

**CLAIMED STORAGE REFUNDS TO CUSTOMERS - OUTBOARDS**

| Data Ref # | Customer | Type | Claimed Amount (A) | Credit Amount Per Statement(B) | | Per HSNO |
|---|---|---|---|---|---|---|
| 1 | Barrett | 9.9 hp Yamaha | $ 60 | $ 60 | | $ 60 |
| 2 | Bendetson | 40 hp Yamaha | 85 | 85 | | 85 |
| 3 | Blaze | 08 hp Johnson | 60 | 60 | | 60 |
| 4 | Bradshaw | 06 hp Yamaha | 60 | 60 | | 60 |
| 5 | Breed | 04 hp Johnson | 60 | 60 | | 60 |
| 6 | Breed | 05 hp Johnson | 60 | 60 | | 60 |
| 7 | Brooks | 08 hp Yamaha | 60 | 60 | | 60 |
| 8 | Brooks | 02 hp Yamaha | 60 | 60 | | 60 |
| 9 | Brown | 06 hp Johnson | 60 | 60 | | 60 |
| 10 | Buck | 05 hp Johnson | 60 | 60 | | 60 |
| 11 | Burrill | 08 hp Johnson | 60 | 60 | | 60 |
| 12 | Cabot | 04 hp Yamaha | 60 | 60 | | 60 |
| 13 | Cleary | 08 hp Yamaha | 60 | 60 | | 60 |
| 14 | Cullinane | 25 hp Johnson | 85 | 85 | | 85 |
| 15 | Cutcliff | 08 hp Johnson | 60 | 60 | | 60 |
| 16 | Feurer | 03 hp Yamaha | 60 | 60 | | 60 |
| 17 | Fish | 05 hp Yamaha | 60 | 60 | | 60 |
| 18 | Fish | 05 hp Yamaha | 60 | 60 | | 60 |
| 19 | Foss | 9.9 hp Yamaha | 60 | 60 | | 60 |
| 20 | Hunter | 4.5 hp Johnson | 60 | 60 | | 60 |
| 21 | Markey | 03 hp Yamaha | 60 | 60 | | 60 |
| 22 | Mitchell | 02 hp Honda | 60 | 60 | | 60 |
| 23 | Mugar | 70 hp Johnson | 85 | 85 | (C) | - |
| 24 | O'Brien | 08 hp Johnson | 60 | 60 | | 60 |
| 25 | O'Keefe | 15 hp Evinrude | 60 | 60 | | 60 |
| 26 | Phau | 02 hp Honda | 60 | 60 | | 60 |
| 27 | Plimpton | Seagull | 60 | 60 | | 60 |
| 28 | Saul | 15 hp Johnson | 60 | 60 | | 60 |
| 29 | Schaefer | 05 hp Mercury | 60 | 60 | | 60 |
| 30 | Stern | 06 hp Johnson | 60 | 60 | | 60 |
| 31 | Tarr | 3.3 hp Mercury | 60 | 60 | | 60 |
| 32 | Thomas | 05 hp Yamaha | 60 | 60 | | 60 |
| 33 | Walcott | 9.9 hp Yamaha | 60 | 60 | | 60 |
| 34 | Ward | 08 hp Johnson | 60 | 60 | | 60 |
| | | | **$ 2,115** (A) | **$ 2,115** | | **$ 2,030** |

Sources: Customer invoices and statements.

Notes:

(A) Claim presented was **$2,320**. This has been revised based on review of documetns during our site visit. There also appears to have been a calculation error on claim.

(B) Outboard invoices were also reviewed by HSNO during site visit. Statements provided were dated 2/29/04 and 4/30/04.

(C) Taken off claim during site visit. Mugar's engine was not damaged.

OY000249

H | S | N | O
Certified Public Accountants

SCHEDULE 3

INSURED - OYSTER HARBORS MARINE, INC.
FIRE - BUSINESS INCOME CLAIM
DATE OF LOSS - DECEMBER 10, 2003

LOST LABOR & MATERIAL REVENUE CLAIMED - BOATS WORKED ON IN PRIOR YEARS

| Customer Name | Boat/Type | Description Per Work Order | Current Year Work Order # | Current Year Work Order Date | Amount Claimed Per List | Prior Year Information: Prior Year Invoice # | Prior Year Invoice Date | Total Per Invoice | Per HSNO (A): Labor | Materials/ Parts | Subtotal before Sales Tax Per PY Invoice | Difference (E) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 Kaneb | Westerly/Limestone | Pre-launch | W-Kan-WES-03-3561 | 10/1/2003 | $ 4,720.12 | 0001245 | 4/30/2003 | $ 3,384.75 | $ 2,606.00 | $ 741.67 | $ 3,347.67 | $ 1,372.45 |
| | | Commission | W-Kan-WES-03-3562 (F) | 10/1/2003 | 220.06 | 0002011 | 7/26/2003 | 1,335.37 | 978.22 | 340.14 | 1,318.36 | (1,098.30) |
| | | | | | | 0002175 | 7/29/2003 | 220.06 | 215.00 | 4.82 | 219.82 | (219.82) |
| 2 Herrlinger | CCC & Co./Chris Craft | Pre-launch | W-Her-CCC-03-3571 (F) | 10/1/2003 | 4,041.46 | 0001191 | 3/31/2003 | 4,041.46 | 3,488.50 | 526.63 | 4,015.13 | 26.33 |
| | | Commission | W-Her-CCC-03-3572 | 10/1/2003 | 573.00 | 0002068 | 7/29/2003 | 573.00 | 415.00 | 150.48 | 565.48 | 7.52 |
| 3 Gutierrez | Diablito/Donzi | Pre-launch | W-Gut-DIA-03-3578 | 10/8/2003 | 1,388.94 | 0002037 | 7/28/2003 | 1,388.94 | 1,076.25 | 297.80 | 1,374.05 | 14.89 |
| | | Commission | W-Gut-DIA-03-3579 | 10/8/2003 | 421.75 | 0002141 | 7/29/2003 | 421.75 | 335.50 | 82.14 | 417.64 | 4.11 |
| 4 Kletjian | Carmella/Haven | Pre-launch | W-Kle-CAR-03-3582 (F) | 10/19/2003 | 1,842.39 | 0001181 | 3/31/2003 | 1,842.39 | 1,638.24 | 194.43 | 1,832.67 (D) | 9.72 |
| | | Commission | W-Kle-CAR-03-3583 (F) | 10/19/2003 | 181.80 | 0001527 | 5/30/2003 | 181.80 | 181.80 | - | 181.80 | - |
| 5 Bendetson | Thanksgiving/Herreshoff | Pre-launch | W-Ben-THA-03-3580 (F) | 10/1/2003 | 2,080.15 | 0000855 | 1/28/2003 | 2,080.15 | 1,916.60 | 155.76 | 2,072.36 | 7.79 |
| | | Commission | W-Ben-THA-03-3581 (F) | 10/8/2003 | 207.05 | 0001763 | 6/30/2003 | 207.05 | 207.05 | - | 207.05 | - |
| 6 Buck | Buck Tail/Haven | Pre-launch | W-Buc-BUC-03-3584 | 11/3/2003 | 2,136.17 | 0000858 | 1/28/2003 | 2,136.17 | 1,721.15 | 188.68 | 1,909.83 | 226.34 |
| | | Commission | W-Buc-BUC-03-3585 | 11/3/2003 | 190.63 | 0001865 | 6/30/2003 | 190.63 | 190.63 | - | 190.63 | - |
| 7 Fish | Rolly/Avon | Commission | W-Fis-ROL-03-3591 | 11/3/2003 | 274.10 | 0002095 | 7/30/2003 | 274.10 | 224.00 | 47.71 | 271.71 | 2.39 |
| 8 Fish | Patchy/Avon | Commission | W-Fis-PAT-03-3592 | 11/3/2003 | 270.41 | 0002094 | 7/30/2003 | 270.41 | 224.00 | 44.20 | 268.20 | 2.21 |
| 9 Fish | Happy/Avon | Pre-launch | W-Fis-HAP-03-3593 | 11/3/2003 | 1,774.02 | 0001128 | 3/31/2003 | 1,774.02 | 1,593.56 | 171.87 | 1,765.43 | 8.59 |
| | | Commission | W-Fis-HAP-03-3594 | 11/3/2003 | 210.76 | 0002602 | 8/29/2003 | 210.76 | 210.76 | - | 210.76 | - |
| 10 Mellon (H) | Flicker/Haven | Pre-launch | | | 1,277.55 | 0001109 | 3/28/2003 | 1,277.55 | | | - (C) | 1,277.55 |
| 11 Mellon | Skiff # 2/Unknown | Paint and Deliver | W-Mel-SKI-03-3599 (F) | 11/7/2003 | 1,327.81 | 0001110 | 3/28/2003 | 1,327.81 | 1,113.14 | 204.45 | 1,317.59 | 10.22 |
| | | | | | 32.50 | 0002255 | 7/31/2003 | 32.50 | 32.50 | - | 32.50 | - |
| 12 Mellon | Skiff # 4/Unknown | Paint and Deliver | W-Mel-SKI-03-3600 (F) | 11/7/2003 | 503.15 | 0001111 | 3/28/2003 | 503.15 | 404.98 | 93.50 | 498.48 | 4.67 |
| | | | | | 32.00 | 0002256 | 7/31/2003 | 32.50 | 32.50 | - | 32.50 | (0.50) |
| 13 Goff | Lady/Haven | Pre-launch | W-Gof-LAD-03-3603 (F) | 11/11/2003 | 2,095.06 | 0001129 | 3/31/2003 | 2,095.06 | 1,600.74 | 263.64 | 1,864.38 | 230.68 |
| | | Commission | W-Gof-LAD-03-3604 | 11/11/2003 | 185.30 | | | | 185.30 | - | 185.30 (B) | - |
| 14 Vaughn | Puffin/Lyman | Pre-launch | W-Vau-PUF-03-3574 (F) | 10/6/2003 | 2,195.35 | 0001193 | 3/31/2003 | 5,837.03 | 1,431.00 | 601.98 | 2,032.98 | 162.37 |
| | | Commission | W-Vau-PUF-03-3575 (F) | 10/6/2003 | 351.32 | 0003547 | 10/10/2003 | 351.32 | 269.50 | 80.02 | 349.52 | 1.80 |

OY000250

SEE ATTACHED CONSULTANT'S REPORT



H | S | N | O
Certified Public Accountants

SCHEDULE 3

INSURED - OYSTER HARBORS MARINE, INC.
FIRE - BUSINESS INCOME CLAIM
DATE OF LOSS - DECEMBER 10, 2003

LOST LABOR & MATERIAL REVENUE CLAIMED - BOATS WORKED ON IN PRIOR YEARS

| | | | | | | | Prior Year Information | | | Per HSNO (A) | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Customer Name | Boat/Type | Description Per Work Order | Current Year Work Order # | | Current Year Work Order Date | Amount Claimed Per List | Prior Year Invoice # | Prior Year Invoice Date | Total Per Invoice | Labor | Materials/ Parts | Subtotal before Sales Tax Per PY Invoice | Difference (E) |
| 15 Lloyd | Lamberts III/Skiff | Pre-launch | W-Llo-III-03-3567 | (F) | 10/1/2003 | 929.64 | 0001030 | 2/28/2003 | 929.64 | 829.00 | 95.85 | 924.85 | 4.79 |
| 16 Lloyd | Stacy Thomas/Skiff | Pre-launch | W-Llo-STA-03-3568 | (F) | 10/1/2003 | 936.87 | 0001031 | 2/28/2003 | 936.87 | 829.00 | 102.73 | 931.73 | 5.14 |
| 17 Lloyd | Pippin II/Sail | Pre-launch | W-Llo-PIP-03-3569 | (F) | 10/1/2003 | 1,844.12 | 8094 | 2/25/2002 | 1,844.12 | 1,700.00 | 137.24 | 1,837.24 | 6.88 |
| | | Commission | W-Llo-PIP-03-3570 | (F) | 10/1/2003 | 186.00 | 0002653 | 8/29/2003 | 186.00 | 186.00 | - | 186.00 | - |
| 18 Jones | Dory/Delquay | Pre-launch | W-Jon-DEL-03-3587 | | 11/3/2003 | 1,081.34 | 0001036 | 2/28/2003 | 1,081.34 | 929.70 | 144.42 | 1,074.12 | 7.22 |
| | | Commission | W-Jon-DEL-03-3588 | | 11/3/2003 | 283.72 | 0002619 | 8/29/2003 | 283.72 | 137.81 | 145.63 | 283.44 | 0.28 |
| 19 Herrick | Boston Whaler | Pre-launch | W-Her-BOS-03-3606 | | 11/18/2003 | 1,664.31 | 0000962 | 2/25/2003 | 1,664.31 | 1,354.48 | 295.08 | 1,649.56 | 14.75 |
| | | Commission | W-Her-BOS-03-3607 | | 11/18/2003 | 208.96 | 0001543 | 5/30/2003 | 208.96 | 193.57 | 15.25 | 208.82 | 0.14 |
| 20 Maguire | Primodonna/Boston Whaler | Pre-launch | W-Mag-PRI-3610 | | 11/18/2003 | 826.80 | 0001108 | 3/28/2003 | 826.80 | 629.68 | 187.73 | 817.41 | 9.39 |
| | | Commission | W-Mag-PRI-3611 | | 11/18/2003 | 437.84 | 0002627 | 8/29/2003 | 437.84 | 303.33 | 129.20 | 432.53 | 5.31 |
| 21 Graves | Boston Whaler | Pre-launch | W-Gra-BOS-3565 | | 10/1/2003 | 932.94 | 0000989 | 2/28/2003 | 932.94 | 667.23 | 253.06 | 920.29 | 12.65 |
| | | Commission | W-Gra-BOS-3566 | | 10/1/2003 | 235.75 | 0003807 | 10/23/2003 | 235.75 | 214.75 | 21.00 | 235.75 | - |
| 22 Hickman | TC3K/Boston Whaler | Pre-launch | W-Hic-TC3-03-3613 | | 11/20/2003 | 984.02 | 8105 | 2/20/2002 | 984.02 | 689.24 | 280.73 | 969.97 | 14.05 |
| | | Commission | W-Hic-TC3-03-3614 | | 11/20/2003 | 345.04 | 0001618 | 6/19/2003 | 345.04 | 265.67 | 75.59 | 341.26 | 3.78 |
| 23 Burrill | Boston Whaler | Pre-launch | W-Bur-BOS-03-3601 | (F) | 11/7/2003 | 1,256.30 | 000859 | 1/28/2003 | 1,256.30 | 904.44 | 239.71 | 1,144.15 | 112.15 |
| | | Commission | W-Bur-BOS-03-3602 | (F) | 11/7/2003 | 222.78 | 0001766 | 6/30/2003 | 222.78 | 137.20 | 82.00 | 219.20 | 3.58 |
| 24 Eastman (G) | Boston Whaler | | | | | - | | | | - | - | - | - |
| | | | | | | - | | | | - | - | - | - |
| | | | | | | | | | | | | | - |
| 25 Stratton | Boston Whaler | Pre-launch | W-Str-BOS-03-3615 | | 11/20/2003 | 962.91 | 000974 | 2/25/2003 | 1,515.58 | 761.51 | 175.03 | 936.54 | 26.37 |
| | | Commission | W-Str-BOS-03-3616 | | 11/20/2003 | 184.42 | 0001384 | 5/23/2003 | 184.42 | 157.33 | 27.09 | 184.42 | - |
| 26 Morrill | Foreman/Unknown | Pre-launch | W-Mor-FOR-03-3576 | | 10/6/2003 | 833.98 | 0000968 | 2/25/2003 | 833.98 | 718.76 | 109.73 | 828.49 | 5.49 |
| | | Commission | W-Mor-FOR-03-3576 | | 10/6/2003 | 210.27 | 0002633 | 8/29/2003 | 210.27 | 181.58 | 28.42 | 210.00 | 0.27 |
| 27 Harrington | Boston Whaler | Pre-launch | W-Har-BOS-03-3597 | | 11/7/2003 | 1,282.64 | 0002028 | 7/28/2003 | 1,282.64 | 756.69 | 221.61 | 978.30 | 304.34 |
| | | Commission | W-Har-BOS-03-3598 | | 11/7/2003 | 249.66 | 0002224 | 7/29/2003 | 249.66 | 156.75 | 89.15 | 245.90 | 3.76 |
| 28 Schaefer (G) | Bious/Boston Whaler | | | | | - | | | | | | | |

OY000251

H | S | N | O
Certified Public Accountants

SEE ATTACHED CONSULTANT'S REPORT

SCHEDULE 3

INSURED - OYSTER HARBORS MARINE, INC.
FIRE - BUSINESS INCOME CLAIM
DATE OF LOSS - DECEMBER 10, 2003

LOST LABOR & MATERIAL REVENUE CLAIMED - BOATS WORKED ON IN PRIOR YEARS

| | | | | | | Prior Year Information | | | Per HSNO (A) | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Customer Name | Boat/Type | Description Per Work Order | Current Year Work Order # | Current Year Work Order Date | Amount Claimed Per List | Prior Year Invoice # | Prior Year Invoice Date | Total Per Invoice | Labor | Materials/ Parts | Subtotal before Sales Tax Per PY Invoice | Difference (E) |
| 29 Holmgren | Boston Whaler | Pre-launch | W-Hol-BOS-03-3608 | 11/18/2003 | 378.98 | 0001000 | 2/28/2003 | 378.98 | 277.25 | 96.89 | 374.14 | 4.84 |
| | | Commission | W-Hol-BOS-03-3609 | 11/18/2003 | 868.30 | 0002070 | 7/29/2003 | 868.30 | 634.00 | 224.31 | 858.31 | 9.99 |
| 30 Atkeson | Proude Beauty/O'Day | Commission | W-Atk-PRO-03-3612 | 11/18/2003 | 396.58 | 0001762 | 6/30/2003 | 396.58 | 293.92 | 97.77 | 391.69 | 4.89 |
| 31 Foss | Swans Way/Unknown | Commission | W-Fos-SWA-03-3605 | 11/11/2003 | 623.59 | 0002099 | 7/30/2003 | 623.59 | 491.00 | 78.43 | 569.43 | 54.16 |
| 32 Plimpton | Bears 4 Sail/Unknown | Pre-launch | W-Pli-BEA-03-3589 | 11/3/2003 | 1,122.94 | 0001433 | 5/30/2003 | 1,122.94 | 951.00 | 163.75 | 1,114.75 | 8.19 |
| | | Commission | W-Pli-BEA-03-3590 | 11/3/2003 | 135.60 | 0002643 | 8/29/2003 | 135.60 | 133.84 | 1.68 | 135.52 | 0.08 |
| 33 Donahue | Go Easy/Fast Cat | Pre-launch | W-Don-GO-03-3595 | 11/7/2003 | 1,577.28 | 0001190 | 3/31/2003 | 1,577.28 | 1,404.62 | 164.44 | 1,569.06 | 8.22 |
| | | Commission | W-Don-GO-03-3596 | 11/7/2003 | 214.93 | 0002064 | 7/29/2003 | 214.93 | 187.00 | 26.60 | 213.60 | 1.33 |
| 34 Sullivan | Boston Whaler | Commission | W-Sul-BOS-03-3586 | 11/3/2003 | 438.74 | 0003542 | 10/10/2003 | 438.74 | 422.00 | 15.94 | 437.94 | 0.80 |
| 35 O'Keeffe | Inflatable/Avon | Commission | W-O'K-INF-03-3573 | 10/6/2003 | 114.63 | 0002269 | 7/31/2003 | 114.63 | 103.50 | 10.60 | 114.10 | 0.53 |
| 36 Birmingham | Sun Dog/Hereshoff | Pre-launch | W-Bir-SUN-03-0563 | 10/1/2003 | 1,372.64 | 0002084 | 7/29/2003 | 1,372.64 | 1,193.00 | 171.09 | 1,364.09 | 8.55 |
| | | Commission | W-Bir-SUN-03-0564 | 10/1/2003 | 428.11 | 0002165 | 7/29/2003 | 428.11 | 389.00 | 37.25 | 426.25 | 1.86 |
| TOTAL | | | | | $ 52,305.48 | | | $ 56,315.03 | $ 41,475.77 | $ 8,134.92 | $ 49,610.69 | $ 2,694.79 |

Sources: Customer work orders and invoices.

Notes:
(A) HSNO matched up descriptions on the 2003 work order to the descriptions on the prior year invoices. Only the items listed on the invoice that correspond to an item on the 2003 work order have been included. For example, additional work performed in the prior year such as repairs, have been excluded from our analysis.
(B) Prior year invoice has not been provided. Per K. Kenneally, Goff did not have Commission in prior year but was expected to this year. This amount is based on another similar boat (another Haven) such as Buck's. HSNO has agreed to this amount based on our review of documentation.
(C) Current year work order has not been provided.
(D) Current year work order includes additional work that is not reflected on the prior year invoice.
(E) Differences primarily relate to HSNO's exclusion of work noted on the prior year invoice that is not reflected on the current year work order, HSNO's exclusion of sales tax and for documentation that was not provided.
(F) A sample of prior year work orders notes descriptions similar to current year work orders and agree to prior year invoices.
(G) Is listed on claim list but claimed amounts for prelaunch & commission are $0; no further detail provided.
(H) Per K. Kenneally, Mellon had no current year work order yet because boat was not to be worked on until the spring of 2004. It appears that other boats that current year work orders were provided for may have had work to be done in the spring also. Therefore, HSNO has excluded this item.

SCHEDULE 3A

**INSURED - OYSTER HARBORS MARINE, INC.**
**FIRE - BUSINESS INCOME CLAIM**
**DATE OF LOSS - DECEMBER 10, 2003**

**LOST & MATERIAL REVENUES CLAIMED - BOATS NOT WORKED ON IN PRIOR YEARS**

| | Customer Name | Boat/Type | Description per Work Order | Work Order # | Work Order Date | Amount Claimed Per List | Prior Year Information: Customer Name | Boat/Type | Prior Year Invoice # | Prior Year Invoice Date | Total Per Invoice | Per HSNO (C): Labor | Parts | Subtotal before Sales Tax | Difference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Comoletti | Four Seas/Viking | Pre-launch | W-Com-FOU-03-3617 | 11/20/2003 | $ 1,526.47 | Comoletti | Four Seas/Viking | 8431 | 3/21/2002 | $ 1,526.47 | $ 1,216.25 | $ 295.43 | $ 1,511.68 | $ 14.79 |
| | Comoletti | Four Seas/Viking | Commission | W-Com-FOU-03-3618 | 11/20/2003 | 9,617.73 | Comoletti | Four Seas/Viking | 11093 | 7/24/2002 | 11,727.60 | 7,800.00 | 1,286.29 | 9,086.29 | 531.44 |
| 2 | Levine | War Chant, Viking, 61 ft | Pre-launch | W-Lev-WAR-03-3337 | 11/21/2003 | 2,653.38 | Burrill | My Diversion, Viking, 58 ft | 637 | 3/15/2001 | 2,653.38 | 1,303.50 | 1,187.96 | 2,491.46 | 161.92 |
| | Levine | War Chant, Viking, 61 ft | Commission | W-Lev-WAR-04-0629 | 4/6/2004 (A) | 6,605.26 | Burrill | My Diversion, Viking, 58 ft | 2771 | 6/26/2001 | 6,860.13 | | | | (A) 6,605.26 |
| 3 | Laurendeau | Sweet Caroline,Cabo (B) | Pre-launch | W-Lau-SWE-03-3338 | 11/21/2003 | 6,143.11 | Brown | Sarah Marie (B) | 0001948 | 6/30/2003 | 6,143.11 | 2,003.00 | 4,075.55 | 6,078.55 | 64.56 |
| | Laurendeau | Sweet Caroline,Cabo (B) | Commission | W-Lau-SWE-04-0259 | 2/12/2004 (A) | 1,944.94 | Brown | Sarah Marie (B) | 0002133 | 7/29/2003 | 1,944.94 | | | | (A) 1,944.94 |
| | | | | | | $ 28,490.89 | | | | | $ 30,855.63 | $ 12,322.75 | $ 6,845.23 | $ 19,167.98 | $ 9,322.91 |

Sources: Customer work orders and invoices.

Note:
(A) As the work order date is subsequent to the fire there does not appear to be a committment from the customer for this work to be performed prior to the fire therefore we cannot assume that this revenue would have been earned.
(B) Unable to determine if the two boats are comparable. The Laurendeau work order contains additional work not noted on the prior year invoice.
(C) HSNO matched up descriptions on the 2003 work order to the descriptions on the prior year invoices. Only the items listed on the invoice that correspond to an item on the 2003 work order have been included. For example, additional work performed in the prior year such as repairs, have been excluded from our analysis.

OY000253

SEE ATTACHED CONSULTANT'S REPORT

H | S | N | O
Certified Public Accountants

SCHEDULE 4

**INSURED - OYSTER HARBORS MARINE, INC.**
**FIRE - BUSINESS INCOME CLAIM**
**DATE OF LOSS - DECEMBER 10, 2003**

**UNBILLED WORK IN PROCESS CLAIMED AND WORK CLAIMED DUE TO FIRE**

| | Customer Name | Description of work performed | Date Work Performed (A) | Invoice # | | Invoice Date | As Claimed | Exception |
|---|---|---|---|---|---|---|---|---|
| 1 | Dr. Peter Barrett | Pressure wash and acid clean bottom, winterize OB, fuel tank storage | 11/05/03 | 0004472 | | 1/14/2004 | $ 214.95 | $ 214.95 |
| 2 | James Maguire | Pick-up boat, pressure wash and acid clean bottom, winterize boat, winterize engine, shrink wrap boat, battery storage | 11/26/03 & 12/02/03 | 0004474 | | 1/14/2004 | 597.84 | 597.84 |
| 3 | William O'Keeffe | Pressure wash and acid clean bottom, fuel tank storage | 10/23/03 & 11/05/03 | 0004689 | (C) | 2/5/2004 | 133.00 | 133.00 |
| 4 | Patrick Sullivan | Shrink wrap and frame boat | 09/22/03 | 0004689 | (C) | 2/5/2004 | 180.00 | 180.00 |
| Subtotal | | | | | | | 1,125.79 | 1,125.79 |
| **Specifically Identified Lost Revenue - Work performed because of the fire** | | | | | | | | |
| 5 | Robert Canzano, Jr. | Partial Shrink Wrap (also supposed to install doors-cost for this not identified on invoice) | 12/17/03 | (B) | | 2/27/2004 | 82.50 | 82.50 |
| 6 | James O'Brien | Re-wrap boat due to fire damage to original wrap, Frame was okay | 12/16/03 | 0004706 | | 2/10/2004 | 638.83 | 638.83 |
| Subtotal | | | | | | | 721.33 | 721.33 |
| **Total loss due to unbillable items:** | | | | | | | $ 1,847.12 | $ 1,847.12 |

Sources: Customer invoices and "Work Order Details, Management Summary".

Notes:
(A) Date as outlined on "Work Order Details, Management Summary"; outlines employee time, work and date work was performed.
(B) Pro-Forma Invoice was provided, there is no invoice number.
(C) Has the same invoice number. HSNO notes that each invoice has a different work order number.

OY000254

HSNO
Certified Public Accountants

SEE ATTACHED CONSULTANT'S REPORT

SCHEDULE 5

**INSURED - OYSTER HARBORS MARINE, INC.**
**FIRE - BUSINESS INCOME CLAIM**
**DATE OF LOSS - DECEMBER 10, 2003**

**MONTHLY PROFIT AND LOSS STATEMENTS, YARD - DEPT #1**

**2002**

| Description | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEPT | OCT | NOV | DEC | Total YTD | Percent of Category | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | | | | | | | | | | | | | | | |
| Labor Sales | $ 71,942 | $ 153,867 | $ 137,126 | $ 174,434 | $ 127,014 | $ 164,831 | $ 316,555 | $ 219,601 | $ 165,090 | $ 167,969 | $ 186,665 | $ 368,383 | $2,253,477 | | |
| Material Sales | 26,790 | 45,433 | 48,400 | 52,491 | 90,055 | 107,738 | 126,525 | 94,309 | 85,871 | 90,622 | 56,049 | 164,705 | 988,988 | | |
| Subcontract Sales | 25,515 | 8,969 | 4,688 | 15,346 | 29,998 | 7,074 | 30,272 | 29,237 | 31,195 | 32,163 | 17,835 | 130,763 | 363,055 | | |
| Storage Fees | 67,265 | 68,036 | 66,809 | 66,759 | - | - | - | - | - | - | 112,072 | 58,033 | 438,974 | | |
| Subtotal | 191,512 | 276,305 | 257,023 | 309,030 | 247,067 | 279,643 | 473,352 | 343,147 | 282,156 | 290,754 | 372,621 | 721,884 | 4,044,494 | | |
| Cost of Sales | | | | | | | | | | | | | | | |
| Direct Payroll | 23,021 | 49,237 | 43,880 | 64,022 | 53,971 | 45,431 | 79,139 | 135,822 | 33,562 | 84,743 | 45,278 | 133,342 | 791,448 | 35.12% | Labor |
| Direct Payroll Taxes Expense | 7,789 | 8,338 | 10,283 | 7,316 | 9,655 | 8,171 | 8,173 | 9,483 | 6,153 | 6,427 | 9,516 | 5,981 | 97,285 | 12.29% | Direct Payroll |
| Materials Costs | 15,955 | 25,311 | 30,831 | 33,522 | 66,933 | 73,346 | 83,420 | 65,594 | 61,787 | 62,549 | 39,846 | 176,585 | 735,679 | **74.39%** | Material |
| Sub Contract Costs | 17,360 | 5,749 | 4,247 | 9,193 | 21,123 | - | 26,839 | 23,341 | 23,403 | 26,157 | 14,109 | 114,782 | 286,303 | 78.86% | Sub Contract |
| Rework Account | 223 | 1,162 | 1,806 | 3,446 | 1,740 | 1,171 | 975 | 1,619 | 245 | 456 | 2,891 | 982 | 16,716 | | |
| Subtotal | $ 64,348 | $ 89,797 | $ 91,047 | $ 117,499 | $ 153,422 | $ 128,119 | $ 198,546 | $ 235,859 | $ 125,150 | $ 180,332 | $ 111,640 | $ 431,672 | $1,927,431 | | |

Source: Oyster Harbors Marine Business Trust, Income Statement 12/31/02, Yard - Dept. #1

OY000255

H | S | N | O
Certified Public Accountants

SEE ATTACHED CONSULTANT'S REPORT

# Martin Walter Co, Inc.

Boat yard & Marine Equipment
P.O. Box 554
Norwell, Mass. 02061
Phone (781) 878-1216 . . Fax (781) 878-7736

January 22, 2004

Oyster Harbors Marine, Inc.
122 Bridge Street
Osterville, Ma 02655
Attention: Peter Maryott

Subject: Racks, Travelift And Pumpout

Hi Peter,

Following up on yesterday's phone conversation I have talked with Roof & Rack and Marine Travelift concerning your questions.

We have no idea about the structural soundness of the rack that was damaged. The fact that there are bends in at least one front cross beam would indicate that at least some structural damage has taken place with that or those components.

To replace only the 3 front cross beams and brackets would be $1,400.00 plus freight and tax. To replace the entire rack unit would be $4,550.00 plus freight and tax. That is assuming that this is a two wide and two hide module ( 4 boats) which Bill Roof indicated is what you had bought.

The second issue is present value ( not replacement cost ) of your 2000 50BFM Marine Travelift. After conferring with the factory they said use $ 100,000.00.

The last issue that you did not mention was your Pumpout system I was told, correctly or not that your system was lost in the fire. If so, would you like me to quote you for a replacement?

If I can be of any further assistance please don't hesitate in contacting me.

Regards,

Chad

* Reviewed correspondence
Racks appear to be bldg
item - attached to structure

PO BOX 430 CENTERVILLE, MA 02632
508-775-3131
508-790-1677







| | | | |
|---|---|---|---|
| **To:** | Rick Haggis | **From:** | Kathy |
| **Fax:** | 508-339-0644 | **Pages:** | |
| **Phone:** | 508-339-0410 | **Date:** | 7/21/04 |
| **Re:** | Oyster Harbors Marine | **CC:** | |

☐ **Urgent** ☐ **For Review** ☐ **Please Comment** ☐ **Please Reply** ☐ **Please Recycle**

Hi Rick –

Hope your summer is OK

Attached is further info on the racks

July 21, 2004

To: Kathy Silvia
FAIR INSURANCE

Fax: 508-790-1677

From: Peter S. Maryott
OYSTER HARBORS MARINE
508-428-2017 - Fax: 508-420-5398

Re: Racks

Kathy:

Attached is copy of letter from Martin Walther re the racks as discussed and letter with cost to replace rack.

Hope this helps,

Peter

# MARTIN WALTER CO., INC.

*Boatyard and Marine Equipment*

July 20, 2004

Oyster Harbors Marine, Inc.
122 Bridge Street
Osterville, MA 02655

Attention: Peter Maryott

Subject: Boat Storage Racks

Dear Peter,

I am writing you today regarding your boat storage racks that were effected by the fir earlier in the year at Crosby's and Oyster Harbor Marine.

We would have no way of determining what if any structural damage may have taken place. The only way to determine that would to bring in a metallurgist who would have expertise in this field and have them do whatever tests would need to be done. If you do got that root I would imagine that the cost could equal or exceed the cost of replacing the racks in question.

I would also insist that if it is determined that they do not need to be replaced that you get a written guarantee that they are safe so that in the event they fail down the road you would have recourse to collect any damages to property or injuries to people.

If I can be of any further assistance now or in the future please don't hesitate to contact me.

Sincerely yours,

Chad Forman

P. O. Box 554 · Norwell, MA 02061 · Phone (781) 878-1216 · Fax (781) 878-7736
Internet: www.walterco.com E-Mail: mail@walterco.com

TOTAL P.03

01/22/2004 12:41 7818787736 MARTINWALTER PAGE 01

HSNO

HAGEN
STREIFF
NEWTON
OSHIRO
ACCOUNTANTS, PC
CERTIFIED PUBLIC ACCOUNTANTS

February 20, 2004

Mr. Rick Haggis, Jr.
General Adjuster
Hanover Insurance
PO Box 684
Mansfield, MA 02048

Re: Insured – Oyster Harbors Marine, Inc.
Fire – Business Income Claim
Date of Loss - December 10, 2003
Hanover Insurance Claim No: 03-303220

Dear Mr. Haggis:

By way of this letter, we at Hagen, Streiff, Newton & Oshiro Accountants, PC would like to thank you for the assignment on the above-referenced matter. We have opened a file and will keep you apprised of our progress.

In the interim, should you have any questions or require further information, please do not hesitate to call.

Very truly yours,

**HAGEN, STREIFF, NEWTON & OSHIRO, ACCOUNTANTS, P.C.**

By: Jean Lehman, CPA

OY000260

National® Brand 45-603 Eye-Ease® 45-303 2 - Pack Made in USA

To: Stacy
From: Rick Haggis

| Initials | Date |
|---|---|
| Prepared By | |
| Approved 8 pages | |

03-303220
Oyster Harbor Marine, Inc.

| | | 1 | 2 | 3 |
|---|---|---|---|---|
| 01 | Building # 2 | $10,000 | | $10,000 |
| | Repair Bldg #1 | $1,248 | | $1,248 |
| 02 | Broad Form | | | |
| | $25,000 Pollutant Clean up & Removal - covers testing in course of extraction not testing for existence or effects of pollutants. | | | |
| | $25,000 Debris Rem | | | |
| | Shoreline - initial | 7,850 | | |
| | Miscell. | 15,383 | | |
| | Gilmore | 1,320 | | |
| | | 24,553 | | |
| | Shoreline - supp. | 18,000 | | |
| | | 42,553 | | |
| | Limit $25,000 | | | $25,000 |
| | Employee Tools | $647.88 | | $647.88 |
| 03 | Travelift. | $14,600 | | $14,600 |
| | power wash TBD. | | | |

OY000261




**OYSTER HARBORS Marine, Inc.**
122 Bridge Street, Osterville, MA 02655
Tel: 508-428-2017 • Fax: 508-420-5398

2/4/2004

Rick Haggis
HANOVER INSURANCE
P.O. Box 684
Mansfield, MA 02048

Rick:
I have the following issues which I believe are covered by insurance. I would appreciate it if you would confirm that they are and let me know what you need me to supply you with to substantiate them.

Interuption of business:
Our employees were not able to work for two days and we were unable to bill out their time. (685.25 hrs) OHM Cost $13,672.60 BI

Marine Travelift Mod # 50 BFM # 2898-900
Fire damage to cables, hydraulic hoses & valves, tire, $14,600.00 IM OK

The machine needs to be pressure washed to get the soot and black residue off it. Due to the weather, this has not happened and I am waiting for the estimate. ?

2002 Hydraulic Trailer ID # M9BP28202S509175 Reg # 927070
Fire damage to running gear and hydraulic systems, Estimate $3,000.00 NC
only cov for non-owned trailer

The fuel dispensing system incurred the following damage:

The vent pipes (3) for the fuel tanks were damaged by the fire. Excavate and trench, remove the existing pipes and replace with new pipes, test system, back fill and grade. $3,475.00 NC
NC underground pipe, paved surfaces

Electrical wiring for fuel alarm system and dispensers was destroyed. Perform a system check of the wiring system for the fuel tanks, dispenser and repair system. Install replacement overfill alarm system and acknowledgement switch. where are they? Estimate $3,655.00 ?

Fuel hose for calibration of fuel system was stored outside of building.
where? $1,290.00 ?

Access sumps and pump water from three sumps and reseal the sumps. The water will be treated as contaminated. Estimate $3,625.00 ?
NC cost of excavations

OY000262




**OYSTER HARBORS Marine, Inc.**
122 Bridge Street, Osterville, MA 02655
Tel: 508-428-2017 • Fax: 508-420-5398

(8) Rack boat system subjected to high temperature, boats burned on racks, includes freight and assembly — Estimate — $11,000.00 NC

Damage to Anderson windows, main building, glass cracked, vinyl trim peeling on (2) windows — $1,248.00 OK
Bldg #1

Remove and replace asphalt damaged by fire & disposal of contaminated asphalt — Estimate — $7,400.00 OK
NC paved surfaces, road way

Materials stored outside the building that was destroyed:

| Qty | Item | Unit Price | Amount | |
|---|---|---|---|---|
| 15 | BLDS OF STRAPPING | $34.92 | $523.80 | |
| 23 | White cedar boards 18-20' x 14" | $80.85 | $1,859.55 | |
| 42 | 2' x 10' x 14' PT boards | $17.60 | $739.20 | |
| 1 | 16' x 32' x 18' portable building | | $3,535.45 | 100' perm bldg #1? |
| 20 | 13' Staging planks | $39.00 | $780.00 | |
| 28 | Hurricane pennants | $175.00 | $4,900.00 | |
| 1 | 24' Extension ladder | | $225.00 | |
| 1 | 40' Extension ladder | | $375.00 | |
| 100' | HD Bumper Double | $4.92/FT | $492.00 | |
| 219' | HD Dock rubber bumper, single | $8.14/FT | $814.68 | |
| | | | $14,244.68 | |
| | | 5% Use Tax | $712.23 | |
| | | | $14,956.91 | $14,956.91 ? |

Employees tools that were inside the building that was destroyed.

| Qty | Item | | Amount | |
|---|---|---|---|---|
| 1 | 14.4 v Dewalt Drill # DW983 | | $199.00 | |
| 1 | 14.4v Dewalt Circular saw # DW935 | | $179.00 | |
| 1 | 14.4v Dewalt Sawzall #DW937 | | $239.00 | |
| | | | $617.00 | |
| | | 5% Tax | $30.85 | |
| | | | $647.85 | $647.85 OK |