

**OYSTER HARBORS Marine, Inc.**
122 Bridge Street, Osterville, MA 02655
Tel: 508-428-2017 • Fax: 508-420-5398

---

ENSR INTERNATIONAL

| | |
|---|---|
| Emergency Response Coordination | $6,000.00 |
| Stockpile sampling | $1,500.00 |
| RNF | $500.00 |
| Health & Safety Plan / Dig Safe | $500.00 |
| Drilling contractor | $3,000.00 |
| ENSR oversight of drilling (assume 1 day) | $1,000.00 |
| Soil samples (total of 5) | |
|     VPH @ $70.00 each | $350.00 |
|     EPH @ $120.00 each | $800.00 |
|     13 PPM @ $125.00 each | $625.00 |
|     PCBs @ $98.00 each | $490.00 |
|     VOC @ $81.00 each | $455.00 |
| | |
| Ground water sampling (assume 3) | |
|     VPH @ $70.00 each | $210.00 |
|     EPH @ $120.00 each | $360.00 |
|     13 PPM @ $125.00 each | $375.00 |
|     PCBs @ $98.00 each | $294.00 |
|     VOC @ $91.00 each | $273.00 |
| | |
| IRA Plan | $2,000.00 |
| LSP Oversight | $500.00 |
| **Total Estimate** | **$19,232.00**   $19,232.00   *NL* |

ENSR is now developing plan for water sampling per DEP
and evaluating soil samples and whether or not we will have
to remove contaminated soil and how much we will have
to remove.

                                    Estimate forthcoming

OY000264



**OYSTER HARBORS Marine, Inc.**
122 Bridge Street, Osterville, MA 02655
Tel: 508-428-2017 • Fax: 508-420-5398

SHORELINE CONSTRUCTION
   Clean up site after fire, coordinate clean up with Enviro-Safe, Childs, ENSR & various State & Municipal agencies.
   Dismantle building, load rubble into dumpsters.
   Separate metal from debris field.
   Lift & drain engine blocks.
   Cover hazardous rubble pile with plastic & secure.
   Drain miscellaneous gas tanks, antifreeze drums & puddles in parking area.
   Scrape & clean fire sight
   　　　Labor & Equipment                                    $7,850.00   oK

| | |
|---|---|
| Disposal fee for rubble, wood & metal | $6,000.00 |
| Removal and disposal fee for all gas & oil tanks | $2,500.00 |
| Haz material pumper & OSHA operator | $1,000.00 |
| 1,564.00 gal disposal @ $1.50/gal. + .25/gal. tax = $87.50 + $87.50 admin fee | $3,128.00 |
| (2) 30 yard dumpster liners | $130.00 |
| (2) rolls poly | $205.00 |
| (10) 55 gal drums | $400.00 |
| Absorbent pads, haz mat suits & gloves | $230.00 |
| Fire Dept. permit tanks | $25.00 |
| Haz Mat techs | $1,200.00 |
| Dehead and clean misc drums | $240.00 |
| Utility truck | $325.00 |
| | $15,383.00 |
| Total for work completed as of 1/24/04 | $23,233.00  oK |

Materials purchased to contain and clean up site under EPA direction
& given to Shoreline Construction

| Qty | Item | Unit | Total |
|---|---|---|---|
| 10 | Zep Best Stuff | $5.37 | $50.37 |
| 12 | Super Cleaner | $6.71 | $80.52 |
| 4 pr | Mechanics gloves | $12.95 | $51.80 |
| 30 | 5" x 10" Absorbent boom | $21.67 | $650.10 |
| 3 | bdl Oil absorbent sheet | $0.60 | $180.00 |
| 3 | Oil boom- BIO322 | $136.23 | $408.69 |
| 14 | Oil boom # 86805 | $8.41 | $117.74 |
| 1 | Spill contamination kit VER8ER1 | $465.33 | $465.33 |
| 2 | Trash bags -HG709102 | $12.99 | $25.98 |

4

OY000265



**OYSTER HARBORS Marine, Inc.**
122 Bridge Street, Osterville, MA 02655
Tel: 508-428-2017 • Fax: 508-420-5398

---

| | | | | | |
|---|---|---|---|---|---|
| 1 | Liner trash cans 20-3 | | $25.29 | $25.29 | |
| 2 | Spill containment drum & lid 55 gal | | $100.81 | $201.62 | |
| 1 pkg | Disposable plastic gloves | | $12.90 | $12.80 | |
| | | | | $2,270.24 | |
| | | 5% Use Tax | | $113.51 | |
| | | | | $2,383.75 | $2,383.75   NO |

**GILMORE CONSTRUCTION**
    Charge for crane & operator for demolition.                    $1,020.00
    Use of street sweeper to clean up.      Estimate      $300.00   oK

**SHORELINE CONSTRUCTION**
As of 2/5/04, we still have two roll-away dumsters and (12) 55 gal. drums waiting to be disposed of.
    Disposal of remaining contaminated rubble from fire scene as laid out by Enviro Safe Corp.
    Coordinate with Childs Equipment to unload existing dumpsters, crush material as needed, reload rubble into trailer dump trucks for transportation to NY.
                                       Estimate      $18,000.00   OL

OY000266