

**OYSTER HARBORS Marine, Inc.**
122 Bridge Street, Osterville, MA 02655
Tel: 508-428-2017 • Fax: 508-420-5398

---

It is my understanding that the following items that were stored inside the building that was destroyed by the fire are not covered by our insurance.

|  | Estimate |
|---|---|
| (1) Waste pump out w/ tank mounted on trailer | $14,000.00 |
| (2) Pressure washers - 3,000 psi | $5,000.00 |
| (1) Hand truck | $243.00 |
| (37) Spools tie down line | $1,304.00 |
| (274') 5/16" BBB anchor chain | $150.00 |
| (540) Non-Toxic anti-freeze gal. | $1,270.00 |
| (3) Birdsall leaning posts | $4,032.92 |
| (81') 3/4" galvanized chain | $549.18 |
| (299') 3/8" galvanized chain | $421.59 |
| (238') 5/8" galvanized chain | $954.38 |
| (400') 1/2 x 2" long link chain | $885.00 |
| (2) Aluminum dock ladders (5) step | $240.00 |
| (1,000 lb) Lead shot | $534.00 |
| (4) 5 gal fuel tanks | $48.00 |
| (4) 40" x 100' plastic film | $260.00 |
| (200) 2" x 4" x 24" foam blocks | $304.00 |
| (28) 36" Blue access doors | $427.00 |
| (19) Galvanized dock angle supports | $180.00 |
| (66) Galvanized washers | $69.30 |
| (75) Yamaha gear lube cartridges | $225.00 |
| (18) Marine grease 14 oz cartridges | $36.00 |
| (168) TCW3 qts outboard motor oil | $510.00 |
| (48) TCW3 pts outboard motor oil | $76.00 |
| (288) TCW3 gal outboard motor oil | $3,382.00 |
| (5) Shrink-wrap 24' x 248W | $1,095.00 |
| (1) Shrink-wrap 20' W | $438.00 |
| (9) Shrink-wrap 28' W | $1,946.25 |
| (12) Shrink-wrap 32 x 186 W | $2,759.40 |
| (20) Shrink-wrap 40 x 149 W | $4,380.00 |
| (1) 20 ton chain hoist | $600.00 |
| Boat Show Display: (3) aluminum stairs & platfor | $8,000.00 |
| Molds for H-12s | $9,000.00 |
| (1) Dewalt battery 18v drill & saw | $239.00 |
| (1) 6' Shrink gun extension | $125.00 |
| (1) 20' Extension ladder | $200.00 |
| (1) 24' Extension ladder | $225.00 |
| (2) 275 gal tanks | $500.00 |

6

OY000267



**OYSTER HARBORS Marine, Inc.**
122 Bridge Street, Osterville, MA 02655
Tel: 508-428-2017 • Fax: 508-420-5398

|  |  |  |
|---|---:|---:|
| (2) Welded steel containment boxes | $900.00 | |
| (1) 65 gal Spill kit | $616.00 | |
| (1) Fire proof cabinet 44' x 43" x 18" | $600.00 | |
| (100') HD Bumper Double | $492.00 | |
| (219') HD Dock rubber bumper, single | <u>$814.68</u> | |
| Estimate | $68,031.70 | $68,031.70 |

Thank you for helping us. I appreciate your reviewing the above and confirming what is applicable and what documentation I need to send you to substantiate the bills.
Thank you,

Peter S. Maryott
Vice President

OY000268

 

**OYSTER HARBORS Marine, Inc.**
122 Bridge Street, Osterville, MA 02655
Tel: 508-428-2017 • Fax: 508-420-5398

January 12, 2004

Rick Haggis
HANOVER INSURANCE
P.O. Box 684
Mansfield, MA 02048

Dear Rick:

Thank you for your patience. I appreciate being able to call you with my questions.

Attached is a list of the boats and motors that were destroyed or damaged by the fire that started at the Crosby Yacht Yard on December 10th 2003.

As discussed, we are refunding storage fees for the boats and motors that were destroyed and for the boats that were damaged and have to go to other yards for repair.

The following boats were damaged and are in the process of being delivered to other yards for repairs due to the fire:

| Commoletti | 56' | Viking |
| Levine | 61' | Viking |
| Laurendeau | 45' | Cabo |

I would appreciate it if Hanover would make a partial payment in the amount of $45,552.00, which represents the combined total for the boats and motors in storage.

Please let me know if you have any questions and when you think Hanover will make this payment.

Thank you:

Peter S. Maryott
Vice President



**OYSTER HARBORS Marine, Inc.**
122 Bridge Street, Osterville, MA 02655
Tel: 508-428-2017 • Fax: 508-420-5398

| Paul Kaneb | Westerly | Power | Limestone | 24' | $1,644.00 |
|---|---|---|---|---|---|
| Herrlinger | CCC&CO | Power | Chris Craft | 30' | $2,700.00 |
| Gutierrez | Diablito | Power | Donzi | 23' | $1,046.50 |
| Steven Kletijian | Carmell | Sail | OHM | 16' | $884.00 |
| Bendetson | Thanksgiving | Sail | Herreshoff | 16' | $884.00 |
| Harrison Buck | Buck Tail | Unknown | Unknown | 16' | $884.00 |
| John Fish | Rolly | Skiff | Avon | 8' | $200.00 |
| John Fish | Patchy | Skiff | Avon | 0 | $200.00 |
| John Fish | Happy | Sail | Dough Dish | 16' | $884.00 |
| Rachel Mellon | Flicker | Sail | OHM | 16' | $884.00 |
| Rachel Mellon | Skiff #2 | Unknown | Unknown | 12' | $663.00 |
| Rachel Mellon | Skiff #4 | Unknown | Unknown | 12' | $663.00 |
| Robert Goff | Lady | Sail | OHM | 16' | $884.00 |
| Edward Vaughn | Puffin | Power | Lyman | 21' | $1,438.50 |
| Stacy B. Lloyd | Thomas | Skiff | Unknown | 10' | $552.50 |
| Stacy B. Lloyd | III Lamberts | Skiff | Unknown | 10' | $552.50 |
| Stacy B. Lloyd | Pippin | Sail | Unknown | 15' | $828.75 |
| Jones | Del Quay | Power | Del Quay | 15' | $483.75 |
| Jones | Knot | Sail | Beetle | 12' | $663.00 |
| Edward Herrick | Whaler | Power | Boston Whaler | 17' | $548.25 |
| James Maguire | Primodonna | Power | Boston Whaler | 16' | $516.00 |
| James Graves | Whaler | Power | Boston Whaler | 15' | $483.75 |
| Peter Hickman | TC3K | Power | Boston Whaler | 19' | $612.75 |
| Greg Burrill | Whaler | Power | Boston Whaler | 19' | $612.75 |
| Eastman | Whaler | Power | Boston Whaler | 19' | $612.75 |
| Stratton | Whaler | Power | Boston Whaler | 15' | $483.75 |
| Morrill | Foreman | Unknown | Unknown | 15' | $483.75 |
| Harrington | Whaler | Unknown | Unknown | 15' | $483.75 |
| Gary Schaefer | Bisous | Power | Boston Whaler | 15' | $483.75 |
| John Holmgren | Whaler | Unknown | Unknown | 15' | $483.75 |
| Paula Atkeson | Beauty | Sail | O'Day | 16' | $516.00 |
| Warren Foss | Swan's Way | Power | Unknown | 18' | $580.50 |
| Francis B. Saul | Inflatable | Power | Unknown | 11' | $607.75 |
| Hollis Plimpton | Bears 4 Sail | Sail | Unknown | 14' | $773.50 |
| Paul Donahue | Go Easy | Sail | OHM | 14 | $773.50 |
| William Cutcliffe | Inflatable | Power | Zodiac | 9' | $497.25 |
| Laurendeau | Sweet Caroline | Power | Cabo Yachts | 45' | $2,542.50 |
| Comoletti | Four Seas | Power | Viking Yachts | 56' | $3,164.00 |
| Fitzgerald | Kaitlin Mary | Power | Cabo Yachts | 37' | $2,090.50 |
| Patrick Sullivan | Whaler | Power | Boston Whaler | 17' | $548.25 |
| Wrightson | Whaler | Power | Boston Whaler | 15' | $483.75 |
| Alfred Slifka | Jet Ski | Power | Unknown | | $200.00 |
| Janet Eastman | Inflatable | Power | Unknown | 8' | $200.00 |
| Janet Eastman | Zodiac | Power | Unknown | 9' | $200.00 |
| Donald Barrett | Raft | Power | Unknown | 8' | $200.00 |
| Hollis Plimpton | Nightingale II | Unknown | Dyer | 8' | $200.00 |

OY000270

| | | | | | |
|---|---|---|---|---|---|
| John Warner | *Skiff* | Unknown | Unknown | 10' | $200.00 |
| Robert Cleary | *Raft* | Unknown | Unknown | 8' | $200.00 |
| William O'Keefe | *Inflatable* | Power | Avon | 8' | $200.00 |
| Dennis Williams | *Skiff* | Unknown | Unknown | 8' | $200.00 |
| Birmingham | *Sun Dog* | Sail | Herreshoff | 16' | $884.00 |
| Levine | *War Chant* | Power | Viking Yachts | 68' | $3,842.00 |
| Ted Rosbeck | *Pursuit* | Power | Pursuit | 26' | $1,469.00 |
| | | | | | $43,317.00 |

OY000271



**OYSTER HARBORS Marine, Inc.**
122 Bridge Street, Osterville, MA 02655
Tel: 508-428-2017 • Fax: 508-420-5398

| Name | Motor | Price |
|---|---|---|
| Barrett | 9.9 hp Yamaha | $60.00 |
| Bendetson | 40 hp Yamaha | $85.00 |
| Blaze | 08 hp Johnson | $60.00 |
| Bradshaw | 06 hp Yamaha | $60.00 |
| Breed | 04 hp Johnson | $60.00 |
| Breed | 05 hp Johnson | $60.00 |
| Brooks | 08 hp Yamaha | $60.00 |
| Brooks | 02 hp Yamaha | $60.00 |
| Brown | 06 hp Johnson | $60.00 |
| Buck | 05 hp Johnson | $60.00 |
| Buckley | 25 hp Tohatsu | $85.00 |
| Burrill | 08 hp Johnson | $60.00 |
| Cabot | 04 hp Yamaha | $60.00 |
| Cleary | 08 hp Yamaha | $60.00 |
| Cullinane | 25 hp Johnson | $85.00 |
| Cutcliff | 08 hp Johnson | $60.00 |
| Emery | 04 hp Yamaha | $60.00 |
| Feurer | 03 hp Yamaha | $60.00 |
| Fish | 05 hp Yamaha | $60.00 |
| Fish | 05 hp Yamaha | $60.00 |
| Foss | 9.9 hp Yamaha | $60.00 |
| Hunter | 4.5 hp Johnson | $60.00 |
| Markey | 03 hp Yamaha | $60.00 |
| Mitchell | 02 hp Honda | $60.00 |
| Mugar | 70 hp Johnson | $85.00 |
| O'Brien | 08 hp Johnson | $60.00 |
| O'Keefe | 15 hp Evinrude | $60.00 |
| Phau | 02 hp Honda | $60.00 |
| Plimpton | Seagull | $60.00 |
| Saul | 15 hp Johnson | $60.00 |
| Schaefer | 05 hp Mercury | $60.00 |
| Stern | 06 hp Johnson | $60.00 |
| Tarr | 3.3 hp Mercury | $60.00 |
| Thomas | 05 hp Yamaha | $60.00 |
| Walcott | 9.9 hp Yamaha | $60.00 |
| Ward | 08 hp Johnson | $60.00 |
| Wilson | 06 hp Evinrude | $60.00 |
| | | $2,320.00 |

OY000272

**ALLMERICA FINANCIAL® HANOVER INSURANCE®**    The Hanover Insurance Company    100 North Parkway, Worcester, MA 01605    **Claim Representative Activity Record**

| Date | Description |
|---|---|
| 7/8/04 KP | Called Kathy at Fair Insd & provided status. |
| | Insd has asked us to reinspect issue of racks. Insd claims they are BPP - can be taken down & set up anywhere inc. inside. |
| | Insd to obtain more info for me. |

OY000273

221-4412 (4/98)

June 4, 2004

Peter Maryott
Oyster Harbors Marine
122 Bridge St.
Osterville, MA 02655

Re:   Insured: Oyster Harbors Marine
      Claim No.: 03-303220
      Loss Date: December 10, 2003

Dear Mr. Maryott,

I am in receipt of your letter dated May 25, 2004. Please review the attached spreadsheet. I am forwarding claim payment as itemized in the "$-Due" column.

The $15,412.75 payment represents costs associated with Debris Removal. The pollutant clean-up and removal limit of $25,000 was already paid.

The repairs associated with Underground pipes and electrical totals $9,391.25.

I also agree to your itemization of property located outside and within 1000 feet. I have taken the $15,599.18 replacement cost and applied $7,799.59 in depreciation for a net claim of $7,799.59.

The $893.25 difference on the Travelift has also been allowed.

As I informed your agent, the racks are an outdoor building fixture and fall under the building #2 limit of liability. Unfortunately, the racks do not qualify as "outdoor property" as defined on page 20 of your policy.

We are in the process of evaluating your business income loss and will be contacting you shortly to review this in more detail.

If you should have any questions or concerns, please contact me at 508-339-0410.

Sincerely,


Richard J. Haggis Jr.
Regional General Adjuster

CC: Fair Insurance Agency

OY000274



**OYSTER HARBORS MARINE**
122 Bridge Street, Osterville, MA 02655
Tel: 508-428-2017 • Fax: 508-420-5398

May 25, 2004

Rick Haggis
HANOVER INSURANCE
P.O. Box 684
Mansfield, MA. 02048

Dear Rick:

Recently we received a check with payments based upon the letter that I sent you dated February 4, 2004. Since then we have received additional invoices and clarification of invoices relating to debris removal and pollutant clean up.

We received a payment of $14,600.00 for Travelift repairs. The actual cost is $15,493.25, which includes the power wash to remove the soot. I have attached copies of the invoices and would appreciate payment of the difference $893.25.   + 893.25

Our policy segregates debris removal and pollutant clean up and removal into two separate categories with $25,000.00 coverage for each one. When I submitted my February 4, letter, I did not differentiate between the categories and I did not have all of the invoices. Attached are invoices specific to debris removal and pollutant clean up. Please review these. You paid $25,000.00 which should be applied to debris removal. I believe that we are owed an additional $25,000.00 payment for pollutant removal.   +25,000 75 /15,412.

I believe that we have contents coverage for items stored outside and within 1,000 feet of our main building. Attached is a list of items that were outside, within a 1,000 ft. of our main building and destroyed by the fire. I have included receipts for the portable building and fuel hose. We would appreciate it if you would reimburse us.   15,599 18 -(7799 59) +7799.59

It is my understanding that we have coverage for underground pipes and electrical. I have attached receipts for replacement of the fuel vent pipes and the fuel tank overfill alarm system wiring.   +9391.25

The fuel vent pipes were attached to a freestanding frame adjacent to the building that burned. The overfill alarm bell was attached to the same frame due to proximity to the fuel tanks. The panel that controls the alarm was located in the main building and wiring ran underground from the tanks to the panel to the bell.   OK

OY000275



**OYSTER HARBORS MARINE**
122 Bridge Street, Osterville, MA 02655
Tel: 508-428-2017 • Fax: 508-420-5398

I was told that you considered the racks as a building. They are not secured to the ground. They are portable and can be picked up by the forklift and moved to a different location depending upon the yard's specific needs. They can be taken apart and reassembled with a different configuration. Given that they are not buildings, do we have coverage for the damage incurred by the fire?

Thank you for reviewing these issues.

Peter S. Maryott
Vice President

*[handwritten note:]* It is an outdoor fixture which falls under bldg cov. but does not meet the def. of outdoor prop under add'l cov.

OY000276

**Martin Walter Company**
MARTIN WALTER COMPANY OF MASSACHUSETTS
P.O. BOX 554, 41 R. WASHINGTON STREET
NORWELL MA  02061
TEL: (781) 878-1216  FAX: (781) 878-7736

# INVOICE
# # 19747

December 18, 2003

1386
**Bill to:**
Oyster Harbors Marine, Inc.
122 Bridge Street
Osterville,                              MA   02655

**Ship to:**
Oyster Harbors Marine, Inc.
122 Bridge Street
Osterville,                              MA   02655

| P.O. No.: | Terms: | Ship via: | F.O.B. | Date shipped: | Rep: |
|---|---|---|---|---|---|
| Craig | Net 10 Days | Deliver | DESTINATION | 12/12/2003 | TK |

| Quan | Part No. | Description | Price | Amount |
|---|---|---|---|---|
| | | Work Performed On Marine Travelift Model 50 BFM Serial Number 2898-900 On 12/12/03 Per Service Detail Report Attached. | | |
| 4 | MTIL | HOURS LABOR | $70.00 | $280.00 |
| 2 | MTIT | HOURS TRAVEL | $55.00 | $110.00 |

*[handwritten: Fuel 1-5-04 Per Mark]*
*[handwritten: CHC 1-6-04]*

NOTE: Travel time and expenses are allocated with other jobs done in the area.

OY000277

Sub total     $390.00

Freight
**Total**     $390.00

**THANK YOU!**

**Martin Walter Company**
MARTIN WALTER COMPANY OF MASSACHUSETTS
P.O. BOX 554, 41 R. WASHINGTON STREET
NORWELL MA  02061
TEL: (781) 878-1216  FAX: (781) 878-7736

# INVOICE
# # 19766

December 23, 2003

1386
*Bill to:*

Oyster Harbors Marine, Inc.
122 Bridge Street
Osterville,            MA   02655

*Ship to:*

Oyster Harbors Marine, Inc.
122 Bridge Street
Osterville,            MA   02655

| P.O. No.: | Terms: | Ship via: | F.O.B. | Date shipped: | Rep: |
|---|---|---|---|---|---|
| Craig | Net 10 Days | UPS Red | DESTINATION | 12/16/2003 | AD |

| Quan | Part No. | Description | Price | Amount |
|---|---|---|---|---|
| 2 | 851587SAN | SLING ASSY NYLON ONLY, 12"X30' | $609.54 | $1,219.08 |

CHC

1-6-04

Fwd
1-5-04
1-53-04

OY000278

**THANK YOU!**

|   |   |   |
|---|---|---|
|   | Sub total | $1,219.08 |
| 5 | % Sales | $60.95 |
|   | Freight | $284.00 |
|   | **Total** | **$1,564.03** |

**Martin Walter Company**
MARTIN WALTER COMPANY OF MASSACHUSETTS
P.O. BOX 554, 41 R. WASHINGTON STREET
NORWELL MA  02061
TEL: (781) 878-1216  FAX: (781) 878-7736

# INVOICE

# #  19763

December 23, 2003

1386
**Bill to:**

Oyster Harbors Marine, Inc.
122 Bridge Street
Osterville,            MA   02655

**Ship to:**

Oyster Harbors Marine, Inc.
122 Bridge Street
Osterville,            MA   02655

| P.O. No.: | Terms: | Ship via: | F.O.B. | Date shipped: | Rep: |
|---|---|---|---|---|---|
| Craig | Net 10 Days | Deliver | DESTINATION | 12/16/2003 | LB |

| Quan | Part No. | Description | Price | Amount |
|---|---|---|---|---|
| | | Work Performed On Marine Travelift Model 50 BFM Serial Number 2898-900 On 12/16/03 Per Service Detail Report Attached. | | |
| 9 | MTIL | HOURS LABOR | $70.00 | $630.00 |
| 3 | MTIT | HOURS TRAVEL | $55.00 | $165.00 |
| | | NOTE: Travel time and expenses are allocated with other jobs done in the area. | | |

CHC
1-6-04

1/5-04

OY000279

Sub total   $795.00

**THANK YOU!**

Freight

**Total**   $795.00

**Martin Walter Company**
MARTIN WALTER COMPANY OF MASSACHUSETTS
P.O. BOX 554, 41 R. WASHINGTON STREET
NORWELL MA  02061
TEL: (781) 878-1216  FAX: (781) 878-7736

# INVOICE
# # 19791

December 30, 2003

1386
Bill to:

Oyster Harbors Marine, Inc.
122 Bridge Street
Osterville,             MA   02655

Ship to:

Oyster Harbors Marine, Inc.
122 Bridge Street
Osterville,             MA   02655

| P.O. No.: | Terms: | Ship via: | F.O.B. | Date shipped: | Rep: |
|---|---|---|---|---|---|
| Craig | Net 10 Days | UPS | DESTINATION | 12/12/2003 | AD |

| Quan | Part No. | Description | Price | Amount |
|---|---|---|---|---|
| 181 | 600946 | WIRE ROPE,.625,6 X 19 CLASS | $1.70 | $307.70 |
| 208 | 600946 | WIRE ROPE,.625,6 X 19 CLASS | $1.70 | $353.60 |
| 156 | 600946 | WIRE ROPE,.625,6 X 19 CLASS | $1.70 | $265.20 |
| 156 | 600946 | WIRE ROPE,.625,6 X 19 CLASS | $1.70 | $265.20 |
| 1 | 604325 | ALARM,TRAVEL,12VDC | $88.14 | $88.14 |
| 2 | 851587SAN | SLING ASSY NYLON ONLY, 12"X30' | $609.54 | $1,219.08 |
| 4 | 702662-028 | HOSE ASSY,1/2 X 28 | $12.07 | $48.28 |
| 2 | 702912-030 | HOSE ASSY,1 X 30 | $42.20 | $84.40 |
| 14 | 604552 | TUBE BLOCK | $22.40 | $313.60 |
| 23 | 100309 | TUBE BLOCK | $6.30 | $144.90 |
| 24 | 002415 | SCREW,CAP,HH,3/8NCX4.50,G5 | $0.64 | $15.36 |
| 48 | 002409 | SCREW,CAP,HH,3/8NC X3.00,G5 | $0.28 | $13.44 |
| 100 | 007389 | WASHER,FLAT,3/8,STD,Z | $0.03 | $3.00 |
| 100 | 017167 | NUT,SLL,3/8NC,Z | $0.06 | $6.00 |
| 2 | 604579 | WEAR PAD,NYLATRON,2HOLE,1X2X8 | $41.38 | $82.76 |
| 6 | 002404 | SCREW,CAP,HH,3/8NC X1.75,G5 | $0.20 | $1.20 |
| 6 | 004398 | WASHER,LOCK,7/16,MED,Z | $0.03 | $0.18 |
| 1 | MISC | MISCELLANEOUS CHARGE | $481.81 | $481.81 |

CHC
1-6-04
1/5-04

OY000280

**THANK YOU!**

|   |   | Sub total | $3,693.85 |
|---|---|---|---|
| 5 | % Sales | $184.69 |
|   | Freight | $2,613.83 |
|   | **Total** | **$6,492.37** |

**Martin Walter Company**
MARTIN WALTER COMPANY OF MASSACHUSETTS
P.O. BOX 554, 41 R. WASHINGTON STREET
NORWELL MA  02061
TEL: (781) 878-1216  FAX: (781) 878-7736

# INVOICE

# # 19975

February 4, 2004

1386
Bill to:

Oyster Harbors Marine, Inc.
122 Bridge Street
Osterville,              MA    02655

Ship to:

Oyster Harbors Marine, Inc.
122 Bridge Street
Osterville,              MA    02655

| P.O. No. | Terms | Ship via | F.O.B. | Date shipped | Rep |
|---|---|---|---|---|---|
| PETER | Net 10 Days | UPS | DESTINATION | 1/23/2004 | AD |

| Quan | Part No. | Description | Price | Amount |
|---|---|---|---|---|
| 1 | 101574 | FLAP,TIRE,19.5-12 | $36.38 | $36.38 |
| 1 | 607846 | TUBE,TIRE,14X20 | $38.25 | $38.25 |
| 1 | 600117M1 | TIRE.LUG,46 X 16,24 PLY | $582.00 | $582.00 |
| 1 | 701746 | VALVE SLOT CLOSURE ASSY** | $10.19 | $10.19 |
| 2 | 604563 | TUBE BLOCK | $6.72 | $13.44 |
| 2 | 601241 | TUBE BLOCK | $4.31 | $8.62 |
| 9 | 100309 | TUBE BLOCK | $6.30 | $56.70 |
| 2 | 113-252 | SCREW,CAP,HH,3/8NC X 3.75,G5 | $0.45 | $0.90 |
| 24 | 195-104 | WASHER,FLAT,3/8,STD | $0.03 | $0.72 |
| 6 | 113-213 | SCREW,CAP,HH,3/8NC X 2.25,G5 | $0.22 | $1.32 |
| 24 | 131-52 | NUT,SLL,3/8NC,Z | $0.06 | $1.44 |
| 40 | 602906 | WIRE ROPE,.3125,6X37,XIPS,GALV | $1.26 | $50.40 |
| 40 | 602906 | WIRE ROPE,.3125,6X37,XIPS,GALV | $1.26 | $50.40 |
| 4 | 240-201 | THIMBLE,HVY,5/16 | $1.32 | $5.28 |
| 2 | 101236 | TURNBUCKLE | $38.19 | $76.38 |
| 2 | 129-103 | NUT,HEX,3/8NC,G5,Z | $0.06 | $0.12 |
| 2 | 129-303 | NUT,HEX,3/8NC,G5,Z,LH | $0.39 | $0.78 |
| 2 | 650275 | SEAL KIT | $106.65 | $213.30 |
| 30 | 600057 | WSH,THR,3-5/16,PL | $4.76 | $142.80 |

**THANK YOU!**

OY000281

| | | Sub total | $1,289.42 |
|---|---|---|---|
| 5 | % Sales | | $64.47 |
| | Freight | | $247.93 |
| | **Total** | | $1,601.83 |

**Martin Walter Company**
MARTIN WALTER COMPANY OF MASSACHUSETTS
P.O. BOX 554, 41 R. WASHINGTON STREET
NORWELL MA 02061
TEL: (781) 878-1216  FAX: (781) 878-7736

# INVOICE
# # 20311

March 16, 2004

1386
**Bill to:**
Oyster Harbors Marine Business Trust
122 Bridge Street
Osterville,          MA   02655

**Ship to:**
Oyster Harbors Marine
122 Bridge Street
Osterville,          MA   02655

| P.O. No.: | Terms: | Ship via: | F.O.B. | Date shipped: | Rep: |
|---|---|---|---|---|---|
| Peter | Net 10 Days | Deliver | DESTINATION | 3/8/2004 | PS |

| Quan | Part No. | Description | Price | Amount |
|---|---|---|---|---|
|  |  | Work Performed On Marine Travelift Model 50 BFM Serial Number 2898-900 On 03/08/04 Through 03/11/04 Per Service Detail Report Attached. |  |  |
| 44.5 | MTIL | HOURS LABOR | $70.00 | $3,115.00 |
| 8 | MTIT | HOURS TRAVEL | $55.00 | $440.00 |

NOTE: Travel time and expenses are allocated with other jobs done in the area.

OY000282

**THANK YOU!**

Sub total   $3,555.00
Freight
**Total**   $3,555.00

# ARTIN WALTER CO., INC.
*Marine and Industrial Equipment*
P.O. Box 554
Norwell, Mass 02061
Phone (781) 878-1216
Fax (781) 878-7736

## Service Detail Report

Oyster Harbors Marine Business Trust
122 Bridge Street
Osterville,           MA   02655

Date of Service:   03/08/04

Work performed on:   50 BFM SERIAL NUMBER 2898-900

Travel to customer; remove damaged tire from left front. Install new tire, tube, flap, valve slot closure, install new trunnion pin remote grease line, replaced damaged tubeblocks. Remove all rigging sheaves from left hand upper side beam, lower left blocks and top beam relube sheave bearings and replace damaged thrustwashers. Remove left front and left rear sling adjustment cylinders, Disassemble, clean, inspect and reseal (cylinder rod wipers heat damaged) Install and adjust new sling adjustment wire rope.

OY000283



**INSTA-BRITE**
**IB**
MOBILE WASHING, INC.
P.O. Box 148 • Whitman, Massachusetts 02382 • TEL. (781) 447-0022

Visit Us At: *www.instabrite.com*

# Invoice

| DATE | INVOICE # |
|---|---|
| 3/25/2004 | 75652 |

**BILL TO:**

OYSTER HARBOR BOAT YARD
122 BRIDGE STREET
OSTERVILLE, MA 02655

*OK P*
*3/30/04*
*CAG TO FILE*

| P.O. NUMBER | TERMS | EMPLOYEE(S) |
|---|---|---|
| | NET 30 | POWER    POWER |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | WASHED 3/25/04 <br><br> PER PETER MARYOTT'S REQUEST: <br> PRESURE WASHED THE BOAT TRAVEL LIFT <br><br> LABOR RATE: <br> $75.00/HOUR FOR 1 MAN <br> (INCLUDING TRAVEL) | | |
| 4 | TOTAL TIME: 4 HOURS | 75.00 | 300.00 |

*551-01  4/1/7*
*$300.00*

**TOTAL** $300.00

OY000284

# INSTA-BRITE

### MOBILE WASHING
P. O. Box 148 • Whitman, MA 02382
(781) 447-0022 • Fax (781) 447-3475

DATE: 3-24-04

TRUCK # 863

power wilf 4

WORK ORDER NO. _____

| | |
|---|---|
| CUSTOMER: Oyster Harbors | TIME LEFT LAST STOP 11:10 |
| ADDRESS: 122 Ridge St | TIME ARRIVED 12:40 |
| TOWN: Oysterville | TIME LEFT 3:00 |
| DRIVER: Jose | RIDERS: |

| | VEHICLE TYPE | VEHICLE # | VEHICLE # | VEHICLE # | VEHICLE # |
|---|---|---|---|---|---|
| 01 | | | | | |
| 02 | | | | | |
| 03 | | | | | |
| 04 | | | | | |
| 05 | | | | | |
| 06 | | | | | |
| 07 | | | | | |
| 08 | | | | | |
| 09 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |
| 16 | | | | | |
| 17 | | | | | |
| 18 | | | | | |

**FACILITIES / RECLAIM**                    **TIMES**

| ITEM DESCRIPTION | START | COMPLETE |
|---|---|---|
| Washing boat lift | | |
| | | |
| | | |
| | | |

**COMMENTS**

CUSTOMER SIGNATURE _____    SLIP LEFT IN ____

OY000285

5/25/2004

## FIRE DEBRIS REMOVAL INVOICES

Shoreline Construction

| | | |
|---|---|---|
| | Invoice 1/14/04 | $23,233.00 |
| Gilmore Construction | | |
| | Invoice #1676 | $1,020.00 |
| | Invoice # 1684 | $542.75 |
| | TOTAL FIRE DEBRIS REMOVAL | $24,795.75 |

OY000286