# Bruce Macallister
# SHORELINE CONSTRUCTION
87 Pond Street
Osterville, MA  02655
508-428-5529

Oyster Harbors Marine  
122 Bridge St.  
Osterville, MA  02655

Jan. 14, 2004

RE: Clean up and disposal after fire  
For: Coordinate clean up with Enviro-Safe, Childs, Ensr and various Municiple and State agents  
Dismantle building, load rubble into dumpsters  
Separate metal from debris field  
Lift and drain engine blocks  
Cover hazardous rubble pile with plastic and secure  
Drain misc. gas tanks, antifreeze drums and puddles in parking area  
Scrape and clean fire site

|  |  |
|---|---|
| Labor and equipment | 7,850.00 |
| Other work performed-includes Enviro Safe work |  |
| Disposal fee for rubble, wood and metal | 6,000.00 |
| Removal and disposal fee for all gas and oil tanks | 2,500.00 |
| Haz. mat. pumper and OSHA operator | 1,000.00 |
| 1,564 gallons disposed at 1.50/gal .25/gal tax  87.50 and 87.50 administration fee | 3,128.00 |
| (2) 30 yard dumpster liners | 130.00 |
| (2) rolls poly | 205.00 |
| (10) 55 gallon drums | 400.00 |
| Absorbent pads, haz mat suits and gloves | 230.00 |
| F.D. permit-tanks | 25.00 |
| Haz mat techs | 1,200.00 |
| Dehead and clean misc. drums | 240.00 |
| Utility truck | 325.00 |
| Total | 23,233.00 |
| Received | 12,000.00 |
| Amount due | 11,233.00 |

1/15-04

OY000287



Gillmore Marine Contracting, Inc.
P.O. Box 586
Cotuit, MA 02635
508-477-7880
www.gillmoremarine.com

P 2-6-04

# Invoice

| DATE | INVOICE # |
|---|---|
| 2/2/2004 | 1684 |

| BILL TO |
|---|
| Oyster Harbor Marine, Inc.<br>122 Bridge Street<br>Osterville, Ma 02655 |

| TERMS |
|---|
| Due on receipt |

| DESCRIPTION | AMOUNT |
|---|---|
| Charges to sweep parking lot after fire clean up, per enclosed RB Our Invoice. | 542.75 |

Net Due Upon Receipt

**Total**    $542.75

OY000288

**Robert B. Our Co., Inc**
SITE & UTILITY CONSTRUCTION

COMPLETE SEPTIC SYSTEMS
WATER AND SEWER MAINS • EXCAVATION

INVOICE
GREAT WESTERN ROAD • P.O. BOX 1539
NO. HARWICH, MA 02645
(508) 432-0530 • FAX (508) 432-7057

25375
BILL TO: GILLMORE MARINE CONTRACTING
P.O. BOX 586
COTUIT         MA   02635

WORK DONE AT:

| JOB NO. | CUST. ORDER | TERMS NET 10TH | INVOICE NUMBER 79814 | DATE 12/23/03 |
|---|---|---|---|---|

| QUANTITY | DESCRIPTION | | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| | DELIVER SWEEPER | | | |
| 3.50 | TEN WHEELER | 12/20/03 | 30.00HR | 105.00 |
| 3.50 | TRUCK DRIVER | 12/20/03 | 25.00RT | 87.50 |
| 2.00 | ELGIN STREET SWEEPER | 12/22/03 | 55.00HR | 110.00 |
| 2.00 | MACHINE OPERATOR | 12/22/03 | 30.00RT | 60.00 |
| | PICK-UP SWEEPER | | | |
| 3.00 | TEN WHEELER | 12/22/03 | 30.00HR | 90.00 |
| 3.00 | TRUCK DRIVER | 12/22/03 | 25.00RT | 75.00 |
| | | | | 527.50 |
| | TAX | | | 15.25 |
| | SUBTOTAL | | | 542.75 |

**INVOICE TOTAL**     $542.75

NOTE: A Finance Charge of 1 1/2% will be added to the unpaid balance after thirty (30) days (18% per annum)

OY000289



Gillmore Marine Contracting, Inc.
P.O. Box 586
Cotuit, MA 02635
508-477-7880
www.gillmoremarine.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 1/2/2004 | 1676 |

**BILL TO**

Oyster Harbor Marine, Inc.
122 Bridge Street
Osterville, Ma 02655

| TERMS |
|---|
| Due on receipt |

| DESCRIPTION | AMOUNT |
|---|---|
| Charges for crane & operator, fire clean-up. 8.5hrs.@120. | 1,020.00 |

*[handwritten notes: "OK per Gary 2004", "134×04", "115-D4", signature]*

| Net Due Upon Receipt | **Total** | **$1,020.00** |
|---|---|---|

OY000290

5/25/2004

## POLLUTANT REMOVAL INVOICES

Shoreline Construction

| | |
|---|---|
| 2/17/2004 | $3,227.50 |
| 3/22/2004 | $8,200.00 |
| 4/6/2004 | $16,661.65 |
| 4/12/2004 | <u>$7,429.96</u> |
| | $35,519.11 |

**TOTAL POLLUTANT REMOVAL INVOICES  $35,519.11**

# Bruce Macallister
# SHORELINE CONSTRUCTION
87 Pond Street
Osterville, MA  02655
508-428-5529

Oyster Harbors Marine
Bridge St.
Osterville, MA  02655

Feb. 17, 2004

Date:  Jan 20 2004
RE:    Shed fire
       Dig out, remove and transport contaminated materials

|  |  |
|---|---|
| 11 drums at 245.00 each | 2,695.00 |
| Transporter stop charge | 150.00 |
| Mass transportation taxes | 82.50 |
| Shoreline Const handling fee | 300.00 |
| Total | 3,227.50 |

OY000292

# Bruce Macallister
## SHORELINE CONSTRUCTION
87 Pond Street
Osterville, MA  02655
508-428-5529

Oyster Harbors Marine  
Bridge St.  
Osterville, MA  02655

March 22, 2004

Date: March 10, 2004  
RE:   Shed fire  
       Dig out and remove contaminated debris  
       Sort through debris, cut any oversize debris down to 3' minimum length  
       Clean up parking lot

|  |  |
|---|---|
| Labor and equipment | 1,200.00 |
| Down payment for disposal fee | 7,000.00 |
|  | 8,200.00 ✓ |

Note: Childs dumpster rental, final disposal fee and trucking  
       to be billed when all paper work is turned in.

OY000293

508-326-3965

# Bruce Macallister
## SHORELINE CONSTRUCTION
87 Pond Street
Osterville, MA   02655
508-428-5529

Oyster Harbors Marine Business Trust                      April 6, 2004
122 Bridge St.
Osterville, MA   02655

RE:   Removal of lead contaminated debris
Date:  March 10, 2004
For:   Empty dumpsters on site
       Reload contaminated debris into tractor trailers
       Transport and dispose in Michigan

|  |  |
|---|---:|
| Bill from Enviro Safe | 12,818.83 |
| Shoreline & Northside handling fee | 1,922.82 |
| Childs dumpster rental 2x12 weeks @ 60./wk | 720.00 |
| Equipment and labor for loading truck to Michigan | 1,200.00 |
|  | 16,661.65 |
| Received on account | 8,200.00 |
| Total due | 8,461.65 ✓ |

OY000294

# Bruce Macallister
# SHORELINE CONSTRUCTION
87 Pond Street
Osterville, MA  02655
508-428-5529


Oyster Harbors Marine Business Trust          April 12, 2004
122 Bridge St.
Osterville, MA  02655


RE:   Shed fire area
Date: March 30, 2004
For:  Dig out contaminated soil, load and transport to Dennis, MA
      Load and truck fill to site, backfill
      Load and truck processed gravel, grade out over disturbed area

| | |
|---|---:|
| Trucking and equipment | 1,860.00 |
| Disposal fee  96.48 tons contaminated soil | 5,016.96 |
| 60 yards fill | 300.00 |
| 23 yards processed gravel | 253.00 |
| Total | 7,429.96 |

OY000295

5/25/2004

MATERIALS DESTROYED THAT WERE OUTSIDE AND WITHIN 1000 FEET OF THE BUILDING THAT WAS DESTROYED BY THE 12/10/03 FIRE

| Qty | Description | Unit Price | Total |
|---|---|---|---|
| 15 | BLDS OF STRAPPING | $34.92 | $523.80 |
| 23 | White cedar boards 18-20' x 14" | $80.85 | $1,859.55 |
| 42 | 2' x 10' x 14' PT boards | $17.60 | $739.20 |
| 1 | 16' x 32' x 18' portable building | | $3,535.45 |
| 20 | 13' Staging planks | $39.00 | $780.00 |
| 28 | Hurricane pennants | $175.00 | $4,900.00 |
| 1 | 24' Extension ladder | | $225.00 |
| 1 | 40' Extension ladder | | $375.00 |
| 100' | HD Bumper Double | $4.92/FT | $492.00 |
| 219' | HD Dock rubber bumper, single | $8.14/FT | $814.68 |
| 300' | Marina fuel hose | | $1,354.50 |
| | | | $15,599.18 |

OY000296

5/13/2004

## UNDERGROUND PIPES & ELECTRICAL

AALANCO

|  |  |  |
|---|---|---|
|  | Invoice # 33693 | $4,975.00 * |
|  | Invoice # 33567 | $3,706.25 * |
| T.A. HURD ELECTRIC | Invoice 4/21/04 | $710.00 * |
|  |  | $9,391.25 |

\* Inv # 33693 is for underground pipes running from fuel tanks to alongside of building that burned.

\* Inv # 33567 is for replacement of underground wiring and fuel overflow alarm system that was secured to side of building that burned.

\* TA Hurd replaced burnt wiring and installed new box for pump out machine in original location where building that burned was located.

**AALANCO SERVICE CORPORATION**
80-B Turnpike Road • Westboro, MA 01581

**INVOICE**

24 HOUR SERVICE
(508) 366-1199
1-800-215-6698
FAX (508) 366-1195

*** SERVICE INVOICE ***33693***

OYSTER HARBORS MARINE BUSINESS TRUST
122 BRIDGE STREET
OSTERVILLE, MA 02655

ACCT# 151    02/29/04

OYSTER HARBORS
Ref# 33693
151    02/29/04

AMOUNT PAID
$ _____

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| | REPLACE THREE(3) VENTS & UNDERGROUND WIRES DAMAGED DUE TO FIRE. | |
| | TOTAL PARTS | 1000.00 |
| | TOTAL LABOR | 3925.00 |
| | SALES TAX | 50.00 |
| | <<<TOTAL CHARGE FOR INVOICE #33693 | 4975.00 |

PART TOT  1000.00
LABR TOT  3925.00
SLSTX       50.00

TTL CHRG  4975.00

Site: 122 BRIDGE STREET/OSTERVILLE, MA
Call Date: 01/07/04

FINANCE CHARGE is charged at a Rate of 1.5% per month, an ANNUAL PERCENTAGE RATE of 18% applied to the previous balance after posting on this statement. To avoid Finance Charges, pay the New Balance before next Closing Date.

OY000298

# AALANCO SERVICE CORPORATION
90-B Turnpike Road • Westboro, MA 01581

**INVOICE**

24 HOUR SERVICE
(508) 366-1449
1-800-215-6698
FAX (508) 366-1196

*** SERVICE INVOICE ***33567***

OYSTER HARBORS MARINE BUSINESS TRUST
122 BRIDGE STREET
OSTERVILLE, MA 02655

ACCT# 15I   03/31/04

OYSTER HARBORS
Ref# 33567

15I   03/31/04

AMOUNT PAID $ _____

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| | CHECKED UNDERGROUND ELECTRICAL WIRING & REPLACED UNDERGROUND FIRE DAMAGED WIRING. REPLACED FIRE DAMAGED OVERFILL ALARM AND ACKNOWLEDGEMENT SWITCH. | |

TOTAL PARTS         1025.00
TOTAL LABOR         2630.00
SALES TAX              51.25

<<<TOTAL CHARGE FOR INVOICE #33567   3706.25

PART TOT   1025.00
LABR TOT   2630.00
SLSTX         51.25

TTL CHRG   3706.25

Site: 122 BRIDGE STREET/OSTERVILLE, MA
Call Date: 03/30/04
Call Reason: CHECK WIRING

FINANCE CHARGE is charged at a Rate of 1½% per month, an ANNUAL PERCENTAGE RATE of 18% applied to the previous balance after deducting current payments and/or credits appearing on this statement. To avoid Finance Charges, pay the New Balance before next Closing Date.

TO INSURE PROPER CREDIT PLEASE DETACH AT VERTICAL PERFORATION AND RETURN RIGHT SIDE WITH YOUR REMITTANCE

DETACH HERE

OY000299

H | S | N | O

HAGEN
STREIFF
NEWTON
OSHIRO

ACCOUNTANTS, PC
CERTIFIED PUBLIC ACCOUNTANTS

March 23, 2004

Mr. Mark Joseph
Oyster Harbors Marine
c/o Hy-Line Cruises
22 Channel Point Rd
Hyannis, MA 02601

Re:   Insured – Oyster Harbors Marine, Inc.
      Fire – Business Income Claim
      Date of Loss – December 10, 2003
      Hanover Insurance Claim No. 03-303220

Dear Mr. Joseph:

As we discussed, I have enclosed a document request list of data necessary for us to begin our analysis. Please note that we may need additional information as we progress through our analysis that is not evident at this time.

I think it would make our visit to Oyster Harbors most productive if the items indicated with an asterisk were sent to our office in advance. I will contact you after we have had an opportunity to review that information to schedule a mutually convenient time for the visit.

Should you have any questions, please do not hesitate to call.

Very truly yours,

HAGEN, STREIFF, NEWTON & OSHIRO, ACCOUNTANTS, PC

By: Jean Lehman, CPA


cc:   Mr. Rick Haggis, Hanover Insurance
      Mr. Peter Maryott, Oyster Harbors Marine

**OY000300**

Boston, Chicago, Dallas, Hartford, Houston, Los Angeles, New Jersey, New York, Newport Beach,
Providence, Sacramento, San Francisco, Walnut Creek

595 Putnam Pike | Greenville, RI 02828 | Phone: (401) 949-8001 | Fax: (401) 949-8111 | Web: www.hsno.com

## DOCUMENT REQUEST LIST

1. Profit and loss statements, Monthly 2003-2004 with last year (2002-2003) data*

2. Most recently filed Federal Income Tax Return*

3. General Ledger detail of refunds to customers regarding storage charges, to include check numbers*

4. Bookkeeper's detailed computation of employee time claimed*

5. Monthly Sales Tax Returns 2003-04

6. Bank statements and canceled checks for December 2003 through the present

7. Annual and Quarterly payroll tax return December 2003

8. Weekly payroll journals, December 2003

9. Employee timecards week of December 10, 2003

10. Job/work orders for destroyed vessels*

11. Prior year job/work orders and invoices for destroyed vessels*

12. Please identify expenses that discontinued due to the fire

13. Reports available from the billing system related to monthly WIP, Billings, Collections for December 2002 through June 2003 and December 2003 to present (We can discuss what is available with the bookkeeper at the time of our visit and determine exactly which reports we will need.)

H | S | N | O

HAGEN
STREIFF
NEWTON
OSHIRO

ACCOUNTANTS, PC
CERTIFIED PUBLIC ACCOUNTANTS

May 27, 2004

Mr. Rick Haggis
Hanover Insurance
P.O. Box 684
Mansfield, MA  02048

Re:   Insured – Oyster Harbors Marine, Inc.
      Fire – Business Income Claim
      Date of Loss – December 10, 2003
      Hanover Insurance Claim No. 03-303220

Dear Mr. Haggis:

To update you on the above-referenced matter, we received a package of documents from the insured on March 26, 2004. Once we have had an opportunity to review this documentation, we will contact you to discuss this claim. We expect that we will visit the insured sometime in the next month to review their records. We will contact them to schedule an appointment once we have reviewed the documents that they have just provided to us.

I have enclosed a copy of the cover letter as well as some of the cover sheets to various items sent with the letter.

It appears the insured is presenting claims for the following:
- Refunded storage fees for the destroyed boats     $ 43,317     (Item 3)
- Prelaunch and commission damaged large boats      $ 28,491     (Item 3A)
- Refunded storage fees lost outboards              $  2,115     (Item 3B)
- Lost time/payroll expense                         $ 15,313     (Item 4)
- Lost boats/lost revenue relaunch and commission   $ 52,305     (Item 10)
- Unbilled/uncollected invoices                     $  1,848     (Item 10A)

Should you have any questions, please do not hesitate to call.

Very truly yours,

143,389

HAGEN, STREIFF, NEWTON & OSHIRO, ACCOUNTANTS, P.C.

By: Jean Lehman, CPA

OY000302

Boston, Chicago, Dallas, Hartford, Houston, Los Angeles, New Jersey, New York, Newport Beach,
Providence, Sacramento, San Francisco, Walnut Creek

595 Putnam Pike | Greenville, RI 02828 | Phone: (401) 949-8001 | Fax: (401) 949-8111 | Web: www.hsno.com

OYSTER HARBORS MARINE BUSINESS TRUST
INCOME STATEMENT
12/31/2003

#N/A

| | JAN. | FEB. | MAR. | APR. | MAY | JUN. | JUL. | AUG. | SEP. | OCT. | NOV. | DEC. | TOTAL YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **REVENUE** | | | | | | | | | | | | | |
| Labor Sales | 101355 | 147841 | 176149 | 105983 | 119317 | 219454 | 236138 | 405577 | 192724 | 253429 | 163403 | 163624 | 2284995 |
| Material Sales | 44825 | 43299 | 76579 | 30027 | 49218 | 108896 | 112683 | 216931 | 186782 | 124292 | 87043 | 57673 | 1138248 |
| Subcontract Sales | 19393 | 7416 | 7511 | 13127 | 19985 | 52776 | 40884 | 15024 | 37284 | 49361 | 6315 | 20815 | 289892 |
| Storage Fees | 64575 | 64193 | 64193 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 149145 | 123266 | 46537 |
| Mooring Rentals | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4393 | 0 | 0 | 2219b |
| Outboard Sales | 0 | 19848 | 0 | 0 | 3180 | 3411 | 3411 | 3411 | 4393 | 1554 | 0 | -1554 | 71598 |
| Fuel Sales | 852 | 375 | 55 | 1863 | 5943 | 48180 | 89517 | 103360 | 42900 | 25638 | 5653 | 3478 | 316125 |
| Misc. Sales | 240 | 398 | 203 | 69 | 126 | 188 | 131 | 1133 | 31211 | 534 | 705 | -6 | 5193 |
| Marine Store Sales | 678 | 829 | 1917 | 10377 | 17891 | 17061 | 22729 | 34091 | 1472 | 9273 | 6468 | 5261 | 147923 |
| Boat Sales | 0 | 121995 | 0 | 257269 | 9191355 | 6832996 | 8360198 | 6973603 | 21350 | 1300644 | 110770 | 970766 | 35033241 |
| Boat Brokerage Fees | 10787 | 0 | 7050 | 71725 | 76550 | 67462 | 2470 | 36769 | 913645 | 112618 | 82202 | 162585 | 644950 |
| Use of Equipment | 185 | 0 | 0 | 0 | 280 | 360 | 100 | 100 | 14732 | 525 | 305 | 425 | 2280 |
| TOTAL REVENUE | 242891 | 406193 | 333657 | 490441 | 9483844 | 7350783 | 8868261 | 7798748 | 1446594 | 1882262 | 612009 | 1506333 | 40422015 |
| **COST OF SALES** | | | | | | | | | | | | | |
| Direct Payroll | 35949 | 52187 | 64123 | 37619 | 42219 | 77893 | 85915 | 143041 | 65774 | 93150 | 58831 | -50613 | 706089 |
| Direct Payroll Tax Expense | 11741 | 10331 | 9789 | 8555 | 10352 | 9083 | 8761 | 10157 | 6869 | 8976 | 6782 | 5146 | 106542 |
| Materials Costs | 30679 | 25576 | 50147 | 19901 | 32802 | 72684 | 73897 | 156517 | 132463 | 90466 | 65413 | 45334 | 795877 |
| Sub Contract Costs | 12973 | 4758 | 6862 | 10600 | 15989 | 38992 | 25232 | 0 | 29027 | 38752 | 0 | 16269 | 199455 |
| Outboards Costs | 0 | 18928 | 0 | 0 | 0 | 0 | 0 | 8284 | 26548 | 1295 | 0 | 10480 | 65535 |
| Fuel | 593 | 259 | 48 | 1152 | 4150 | 41753 | 67618 | 65457 | 31576 | 16577 | 86 | -962 | 228304 |
| Marine Store Costs | 509 | 296 | 1437 | 7783 | 13418 | 12796 | 17047 | 25568 | 16022 | 6955 | 4960 | 4821 | 11161 |
| Boats | 0 | 93859 | 8491 | 214993 | 7925310 | 5795687 | 7383669 | 6063168 | 713637 | 1322485 | 93575 | 959341 | 30574213 |
| Rework Account | 1088 | 262 | 1828 | 3890 | 4212 | 813 | 2220 | 1880 | 2999 | 7281 | 4968 | 2217 | 33657 |
| TOTAL COST OF SALES | 93532 | 206455 | 142725 | 304491 | 8048452 | 6049701 | 7664358 | 6474072 | 1024915 | 1585937 | 234615 | 992031 | 32821283 |
| GROSS PROFIT | 149358 | 199739 | 190932 | 185950 | 1435392 | 1301083 | 1203903 | 1324675 | 421679 | 296325 | 377395 | 514302 | 7600732 |
| **OPERATING EXPENSES** | | | | | | | | | | | | | |
| Payroll | 59777 | 53600 | 56063 | 62257 | 66027 | 60410 | 51977 | 55550 | 52414 | 67554 | 62102 | 432719 | 1080447 |
| Indirect Labor | 9982 | 6531 | 7521 | 5843 | 6907 | 9969 | 10461 | 10928 | 6529 | 8081 | 6913 | 12577 | 102242 |
| Payroll Vacation Sick Holiday | 14159 | 7115 | 3529 | 1541 | 5248 | 1858 | 9371 | 6494 | 8055 | 5710 | 5488 | 24731 | 93299 |
| Payroll Taxes | 10327 | 5324 | 5017 | 5720 | 21451 | 12409 | 15420 | 14057 | 7874 | 7320 | 5484 | 3770 | 114175 |
| Commissions | 464 | 2600 | 9435 | 44312 | 393825 | 291425 | 314803 | 274289 | 11089 | 63970 | 92827 | 56498 | 1555536 |
| Supplies | 1571 | 7817 | 4328 | 5394 | 4242 | 2444 | 7864 | 17181 | 8545 | 13700 | 14662 | 34568 | 122315 |



OY000303



**OYSTER HARBORS Marine, Inc.**
122 Bridge Street, Osterville, MA 02655
Tel: 508-428-2017 • Fax: 508-420-5398

| Owner | Boat Name | Type | Make | Length | Price |
|---|---|---|---|---|---|
| Paul Kaneb | Westerly | Power | Limestone | 24' | $1,644.00 |
| Herrlinger | CCC&CO | Power | Chris Craft | 30' | $2,700.00 |
| Gutierrez | Diablito | Power | Donzi | 23' | $1,046.50 |
| Steven Kletijian | Carmell | Sail | OHM | 16' | $884.00 |
| Bendetson | Thanksgiving | Sail | Herreshoff | 16' | $884.00 |
| Harrison Buck | Buck Tail | Unknown | Unknown | 16' | $884.00 |
| John Fish | Rolly | Skiff | Avon | 8' | $200.00 |
| John Fish | Patchy | Skiff | Avon | 0 | $200.00 |
| John Fish | Happy | Sail | Dough Dish | 16' | $884.00 |
| Rachel Mellon | Flicker | Sail | OHM | 16' | $884.00 |
| Rachel Mellon | Skiff #2 | Unknown | Unknown | 12' | $663.00 |
| Rachel Mellon | Skiff #4 | Unknown | Unknown | 12' | $663.00 |
| Robert Goff | Lady | Sail | OHM | 16' | $884.00 |
| Edward Vaughn | Puffin | Power | Lyman | 21' | $1,438.50 |
| Stacy B. Lloyd | Thomas | Skiff | Unknown | 10' | $552.50 |
| Stacy B. Lloyd | III Lamberts | Skiff | Unknown | 10' | $552.50 |
| Stacy B. Lloyd | Pippin | Sail | Unknown | 15' | $828.75 |
| Jones | Del Quay | Power | Del Quay | 15' | $483.75 |
| Jones | Knot | Sail | Beetle | 12' | $663.00 |
| Edward Herrick | Whaler | Power | Boston Whaler | 17' | $548.25 |
| James Maguire | Primodonna | Power | Boston Whaler | 16' | $516.00 |
| James Graves | Whaler | Power | Boston Whaler | 15' | $483.75 |
| Peter Hickman | TC3K | Power | Boston Whaler | 19' | $612.75 |
| Greg Burrill | Whaler | Power | Boston Whaler | 19' | $612.75 |
| Eastman | Whaler | Power | Boston Whaler | 19' | $612.75 |
| Stratton | Whaler | Power | Boston Whaler | 15' | $483.75 |
| Morrill | Foreman | Unknown | Unknown | 15' | $483.75 |
| Harrington | Whaler | Unknown | Unknown | 15' | $483.75 |
| Gary Schaefer | Bisous | Power | Boston Whaler | 15' | $483.75 |
| John Holmgren | Whaler | Unknown | Unknown | 15' | $483.75 |
| Paula Atkeson | Beauty | Sail | O'Day | 16' | $516.00 |
| Warren Foss | Swan's Way | Power | Unknown | 18' | $580.50 |
| Francis B. Saul | Inflatable | Power | Unknown | 11' | $607.75 |
| Hollis Plimpton | Bears 4 Sail | Sail | Unknown | 14' | $773.50 |
| Paul Donahue | Go Easy | Sail | OHM | 14' | $773.50 |
| William Cutcliffe | Inflatable | Power | Zodiac | 9' | $497.25 |
| Laurendeau | Sweet Caroline | Power | Cabo Yachts | 45' | $2,542.50 |
| Comoletti | Four Seas | Power | Viking Yachts | 56' | $3,164.00 |
| Fitzgerald | Kaitlin Mary | Power | Cabo Yachts | 37' | $2,090.50 |
| Patrick Sullivan | Whaler | Power | Boston Whaler | 17' | $548.25 |
| Wrightson | Whaler | Power | Boston Whaler | 15' | $483.75 |
| Alfred Slifka | Jet Ski | Power | Unknown | | $200.00 |
| Janet Eastman | Inflatable | Power | Unknown | 8' | $200.00 |
| Janet Eastman | Zodiac | Power | Unknown | 9' | $200.00 |
| Donald Barrett | Raft | Power | Unknown | 8' | $200.00 |
| Hollis Plimpton | Nightingale II | Unknown | Dyer | 8' | $200.00 |

add Silvia Ron.

OY000304

| | | | | | |
|---|---|---|---|---|---|
| John Warner | *Skiff* | Unknown | Unknown | 10' | $200.00 |
| Robert Cleary | *Raft* | Unknown | Unknown | 8' | $200.00 |
| William O'Keefe | *Inflatable* | Power | Avon | 8' | $200.00 |
| Dennis Williams | *Skiff* | Unknown | Unknown | 8' | $200.00 |
| Birmingham | *Sun Dog* | Sail | Herreshoff | 16' | $884.00 |
| Levine | *War Chant* | Power | Viking Yachts | 68' | $3,842.00 |
| Ted Rosbeck | *Pursuit* | Power | Pursuit | 26' | $1,469.00 |
| | | | | | $43,317.00 |

OY000305



| CUSTOMER | BOAT | TYPE | PRELAUNCH | COMMISSION | COMMENTS |
|---|---|---|---|---|---|
| COMOLETTI | FOUR SEAS | VIKING | $1,526.47 | $9,617.73 | Used figures from old boat / 2002 work |
| LEVINE | WAR CHANT | VIKING | $2,653.38 | $6,605.26 | Used Burrill as example / 2001 work. |
| LAURENDEAU | SWEET CAROLINE | CABO | $6,143.11 | $1,944.94 | Used Brown as example. |
| | | | $10,322.96 | $18,167.93 | |

OY000306