


**OYSTER HARBORS Marine, Inc.**
122 Bridge Street, Osterville, MA 02655
Tel: 508-428-2017 • Fax: 508-420-5398

*Ost OUTBOARD STORAGE*

| Name | Motor | Price | Note |
|---|---|---|---|
| Barrett | 9.9 hp Yamaha | $60.00 | ✓ |
| Bendetson | 40 hp Yamaha | $85.00 | ✓ |
| Blaze | 08 hp Johnson | $60.00 | ✓ |
| Bradshaw | 06 hp Yamaha | $60.00 | ✓ |
| Breed | 04 hp Johnson | $60.00 | ✓ |
| Breed | 05 hp Johnson | $60.00 | ✓ |
| Brooks | 08 hp Yamaha | $60.00 | ✓ |
| Brooks | 02 hp Yamaha | $60.00 | ✓ |
| Brown | 06 hp Johnson | $60.00 | ✓ |
| Buck | 05 hp Johnson | $60.00 | ✓ |
| ~~Buckley~~ | ~~25 hp Tohatsu~~ | ~~$85.00~~ | Abandoned |
| Burrill | 08 hp Johnson | $60.00 | ✓ |
| Cabot | 04 hp Yamaha | $60.00 | ✓ |
| Cleary | 08 hp Yamaha | $60.00 | ✓ |
| Cullinane | 25 hp Johnson | $85.00 | ✓ |
| Cutcliff | 08 hp Johnson | $60.00 | ✓ |
| ~~Emery~~ | ~~04 hp Yamaha~~ | ~~$60.00~~ | Abandonned |
| Feurer | 03 hp Yamaha | $60.00 | ✓ |
| Fish | 05 hp Yamaha | $60.00 | ✓ |
| Fish | 05 hp Yamaha | $60.00 | ✓ |
| Foss | 9.9 hp Yamaha | $60.00 | ✓ |
| Hunter | 4.5 hp Johnson | $60.00 | ✓ |
| Markey | 03 hp Yamaha | $60.00 | ✓ |
| Mitchell | 02 hp Honda | $60.00 | ✓ |
| Mugar | 70 hp Johnson | $85.00 | ✓ |
| O'Brien | 08 hp Johnson | $60.00 | ✓ |
| O'Keefe | 15 hp Evinrude | $60.00 | ✓ |
| Phau | 02 hp Honda | $60.00 | ✓ |
| Plimpton | Seagull | $60.00 | ✓ |
| Saul | 15 hp Johnson | $60.00 | ✓ |
| Schaefer | 05 hp Mercury | $60.00 | ✓ |
| Stern | 06 hp Johnson | $60.00 | ✓ |
| Tarr | 3.3 hp Mercury | $60.00 | ✓ |
| Thomas | 05 hp Yamaha | $60.00 | ✓ |
| Walcott | 9.9 hp Yamaha | $60.00 | ✓ |
| Ward | 08 hp Johnson | $60.00 | ✓ |
| ~~Wilson~~ | ~~06 hp Evinrude~~ | ~~$60.00~~ | Abandon |
|  |  | ~~$2,320.00~~ |  |
|  |  | 2115 — |  |

OY000307



OHM
LOST PAYROLL DUE TO FIRE
12/11/03-12/12/03

|                  | HOURS  | COST     | BILLABLE |
|------------------|--------|----------|----------|
| HOURLY-BILLABLE  | 406.75 | 7795.08  | 31500.00 |
| HOURLY-ADMIN     | 182.50 | 3032.67  |          |
| ADMIN-SALARY     | 96.00  | 2852.06  |          |
| TOTAL            | 685.25 | 13679.81 | 31500.00 |

+ Payroll Taxes          1633.37
                        _____
                         15313.17

OY000308

LOST BOATS / LOST REVENUE

| CUSTOMER | BOAT | TYPE | RELAUNCH | COMMISSION | NOTES |
|---|---|---|---|---|---|
| KANEB | WESTERLY | LIMESTONE | $4,720.12 | $220.06 | |
| HERRLINGER | CCC & CO. | CHRIS CRAFT | $4,041.46 | $573.00 | |
| GUTIERREZ | DIABLITO | DONZI | $1,388.94 | $421.75 | |
| KLETJIAN | CARMELLA | HAVEN | $1,842.39 | $181.80 | |
| BENDETSON | THANKSGIVING | HERRESHOFF | $2,080.15 | $207.05 | |
| BUCK | BUCK TAIL | HAVEN | $2,136.17 | $190.63 | |
| FISH | ROLLY | AVON | $0.00 | $274.10 | |
| FISH | PATCHY | AVON | $0.00 | $270.41 | |
| FISH | HAPPY | DOUGH DISH | $1,774.02 | $210.76 | |
| MELLON | FLICKER | HAVEN | $1,277.55 | $0.00 | NOT RIGGED LAST YEAR |
| MELLON | SKIFF #2 | UNKNOWN | $1,327.81 | $32.50 | |
| MELLON | SKIFF #4 | UNKNOWN | $503.15 | $32.00 | |
| GOFF | LADY | HAVEN | $2,095.06 | $185.30 | |
| VAUGHN | PUFFIN | LYMAN | $2,195.35 | $351.32 | |
| LLOYD | LAMBERTS III | SKIFF | $929.64 | $0.00 | NED DELIVERED |
| LLOYD | STACY THOMAS | SKIFF | $936.87 | $0.00 | NED DELIVERED |
| LLOYD | PIPPIN II | SAIL | $1,844.12 | $186.00 | |
| JONES | DORY | DELQUAY | $1,081.34 | $283.72 | |
| HERRICK | BOSTON WHALER | BOSTON WHALER | $1,664.31 | $208.96 | |
| MAGUIRE | PRIMODONNA | BOSTON WHALER | $826.80 | $437.84 | |
| GRAVES | BOSTON WHALER | BOSTON WHALER | $932.94 | $235.75 | |
| HICKMAN | TC3K | BOSTON WHALER | $984.02 | $345.04 | |
| BURRILL | BOSTON WHALER | BOSTON WHALER | $1,256.30 | $222.78 | |
| EASTMAN | BOSTON WHALER | BOSTON WHALER | $0.00 | $0.00 | NEW - DID NOT DO BEFORE |
| STRATTON | BOSTON WHALER | BOSTON WHALER | $962.91 | $184.42 | |
| MORRILL | FOREMAN | UNKNOWN | $833.98 | $210.27 | |
| HARRINGTON | BOSTON WHALER | BOSTON WHALER | $1,282.64 | $249.66 | |
| SCHAEFER | BIOUS | BOSTON WHALER | $0.00 | $0.00 | NEW - DID NOT DO BEFORE |
| HOLMGREN | BOSTON WHALER | BOSTON WHALER | $378.98 | $868.30 | |
| ATKESON | PROUDE BEAUTY | O'DAY | $0.00 | $396.58 | |
| FOSS | SWAN'S WAY | UNKNOWN | $0.00 | $623.59 | |
| PLIMPTON | BEARS 4 SAIL | UNKNOWN | $1,122.94 | $135.60 | |
| DONAHUE | GO EASY | FAST CAT | $1,577.28 | $214.93 | |
| SULLIVAN | BOSTON WHALER | BOSTON WHALER | $0.00 | $438.74 | DID NOT STORE BEFORE |
| O'KEEFFE | INFLATABLE | AVON | $1,372.64 | $114.63 | |
| BIRMINGHAM | SUN DOG | HERRESHOFF | $43,369.88 | $428.11 | |
| | | | | $8,935.60 | |



```
    0·00 *
    0·00 *
  215·09 +
   82·50 +
  598·41 +
  133·00 +
  180·00 +
  638·83 +
1,847·83 *
```

*THIS BOAT/MOTOR LOST IN FIRE*   10 A

**Oyster Harbors Marine, Inc.**
122 Bridge Street
Osterville, MA 02655
(508) 428-2017
(508) 420-5398 FAX

## INVOICE

| | |
|---|---|
| Invoice ID: | 0004472 |
| Date: | 01/14/2004 |
| Work Order ID: | W-Bar-INF-03-2999 |
| Boat Name: | INFLATABLE |
| P.O. Number: | |

| ion | Unit $ | Ext. $ |
|---|---|---|

*4 Hour J.C.*

**Delivery/Pick Up - Pick Up Boat** .00

*Jay & Jay picked up – where is time?*

Parts Subtotal .00
Labor Subtotal .00
Sales & Service Subtotal .00

**Hauling - Pressure Wash and Acid Clean Bottom** 27.20

Parts Subtotal .00
Labor Subtotal .00
Sales & Service Subtotal 27.20

**Winterization - Winterize OB 2 -15 hp /4 Stroke** 160.00

Winterize 9.9 HP four stroke outboard.
Change motor oil.
Remove, clean and reinstall oil filters.
Drain and inspect lower unit oil, refill.
Grease all grease fittings.
Flush with fresh water, fog and spray down with CRC.

1.000      OIL,MOTOR PER QT - CHE30Q          2.75      2.75 T

Parts Subtotal 2.75
Labor Subtotal .00
Sales & Service Subtotal 160.00

**Clean Boat - Wash Boat** .00

Parts Subtotal .00
Labor Subtotal .00
Sales & Service Subtotal .00

**Prelaunch - Prelaunch Outboard** .00

Parts Subtotal .00
Labor Subtotal .00
Sales & Service Subtotal .00

**Paint - Miscellaneous Fiberglass Repairs** .00

OY000310

# CENTERVILLE-OSTERVILLE-MARSTONS MILLS FIRE DISTRICT
DEPARTMENT OF FIRE-RESCUE & EMERGENCY SERVICES

1875 Falmouth Road, Rte. 28
Centerville, MA 02632-3117

Business: 508-790-2375
Facsimile: 508-790-2385



Emergency Number:
9-1-1

John M. Farrington
Chief of Department

"Commitment to Our Community"

December 18, 2003

REC'D DEC 2 2 2003

The Hanover Insurance Company
John Colleton, Jr.
P.O. Box 15145
Worcester, MA 01615-9903

    RE:  December 10, 2003 Crosby Yacht Yard / Oyster Harbors Marine Fire
       Claim #03 303570 Adjuster Code; OC2; and
       Claim #03 303577 Adjuster Code OK6

Dear Mr. Colleton,

As per our conversation this morning, I am forwarding the Incident Report for the above captioned Incident on to you, and you, in turn, will forward on a copy to Raymond Zeena.

Our fee for a report is ten ($10.00) dollars. With your permission, I combined the five ($5.00) dollar check submitted with your request with the five ($5.00) dollar check submitted with the request of Raymond Zeena, for the total fee.

As this was a large fire, and there will most likely be numerous claims, I recommend that if there is any way of flagging this policyholder's file showing the Report is in-house, you should do so. It should save your company a lot of time, effort and money in fees.

If there is anything else I may do for you, please feel free to call me at 1-508-790-2380. Thank you.

Sincerely,

Sheila A. Longeway
Secretary
COMM Fire-Rescue


cc: Raymond Zeena


OY000311





M-FIRE BOX ALARM/QU ACCESS PREPLAN
STRICT: 2-3    BOX NO: 202
NAME: CROSBY YACHT - SHEDS 2-5
ADDRESS: COCKACHOISET LN., OST.

**SPECIAL HAZARDS:** BOAT STORAGE, FIBERGLASS RESINS, OTHER PAINT HAZARDS. BLDG CONSTRUCTION. LIMITED ACCESS. SHEDS ALMOST IMPOSSIBLE TO SEARCH. SERIOUS EXPOSURE PROBLEM.

**UTILITIES:**
ELECTRICAL:
Pole 507/4 at Peeks Dr. for sheds

Electrical shut off NW corner bldg.

**FIRE ALARM ANNUNCIATOR:** N/A

**FIRE ALARM PANEL:** N/A

**FIRE DEPT. CONN.** N/A    SPRINKLER SYST.  YES ☐  NO ■
                            SPRINKLER CONN.  YES ☐  NO ■

**ADDITIONAL:**
1. COCKACHOISET LN. - BRIDGE ST. TO WATER - 650 FT.
2. HYDRANT - WEST BAY RD. TO COCKACHOISET LN. - 400 FT.
3. ACCESS BETWEEN SHEDS ONLY 7 FT.
4. PARKING LOTS USED FOR BOAT STORAGE - OFF SEASON.

**JR BOX LOCATION:** NONE ON SITE AS OF FEB. 16, 1995

OY000313

# ISO ClaimSearch Match Report

Date 01-09-2004

A Claim report identified by ClaimSearch identification number 7N001584567 was received by ISO ClaimSearch on 01/09/2004. Reasonable procedures have been adopted to maximize the accuracy of this report. Independent investigations should be performed to evaluate the relevant data provided.

```
Claimant/Insured: OYSTER HARBOR MARINA
        Address:  122 BRIDGE ST.
           City:  OSTERVILLE              St: MA   Zip:
   Claim Number:  03303220
   Date of Loss:  12/10/2003   Claim Type: PROP   Loss Type: FIRE
```

NO MATCHES FOUND

If you have any questions concerning your report, please contact Customer Support at (800)888-4476

```
Initiating Claim:
  Activity & Date: Property         12/10/2003      File Number: 7N001584567
     Type of Loss: Property                         Fire
    Cause of Loss: UNDETERMINED ORIGINATING IN ADJACENT MARINA
 Location of Loss: 122 BRIDGE ST.
             City: OSTERVILLE        State: MA      Zip:
     ISO Received: 01/09/2004
  Insured Company: HANOVER INSURANCE COMPANY        Phone: 8006280250
          Contact: HAGGIS,RICHARD,J                 Phone: 8006280250
      Adj Company: WORCESTER   (WL)
          Address: PO BOX 15146
             City: WORCESTER         State: MA      Zip: 016150146
     Claim Number: 03303220
    Policy Number: IHN5107029
                                                 Use &      Other/
                     Building   Contents   Stock  Occupancy  Scheduled
  Amount of Policy:  10,000                                  100,000
  Estimated Loss:    10,000                      25,000      55,000

    Involved Party: Insured
              Name: OYSTER HARBOR MARINA
           Address: 122 BRIDGE ST.
              City: OSTERVILLE        State: MA      Zip:

   Former or Alias: Insured
              Name: OYSTER HARBOR MARINE INC.
```

OY000314

## Coverage

Bldg $10,000

up to $25,000 Debris rem. of cov prop.
                                                                                                        Lbldg.

BI $250,000
          L storage fees - boat
                                  - outboard
          - when were boat pulled in?

Ooz ____ zz ____ $50,000

100,000 lift

10,000 Tools + clothing                           add'l

Call ML                                             Debris
                                                        25,000
                                                        3000 o+b
                                                        2000 pr.p
                                                                  debr
                                                          25,000

01   10,000   Bldg             EE/BJ
02   55,000                               55,000
      65,000

03  JM  25,000

OY000315

Brossman Claim 03-303820

**From:** ROBERT M. BROSSMAN
**To:** RICHARD J. HAGGIS
**Date:** 12/15/2003 11:37:58 AM
**Subject:** Crosby/OysterHarbor, etc

Hi Rick,

If or when you get an indication that the Fire Marshal's report has become available for your claim for Oyster Harbors Marine 03-303220, please let me know. I'll need to order a copy for claim 03-303820 for Richard McCoy's total loss boat. Perhaps I can order one and make copies, unless you've already made some other arrangements.

Surprisingly, no other personal lines boat losses have come in so far.

Thanks!
Rob B.

OY000316

Brossman Claim 03-303820

| | |
|---|---|
| From: | James Boos |
| To: | PAUL HEYWOOD; RICHARD J. HAGGIS |
| Date: | 12/14/2003 12:59:48 PM |
| Subject: | Crosby Yacht Yard Fire |

Found this article on a fishing web site (Noreast.com). I assume that it's related to the loss that Rick picked-up last week.

Massive Fire at Historic Cape Boatyard
Fishing Report Posted 12/12/03
Jerry Vovcsko

A devastating five alarm fire destroyed more than fifty boats at the historic Crosby Yacht Yard in Osterville this week. Between the high winds and the resins, paints and fuel stored at the yard, once the fire got under way all firefighters could was fight a battle of containment, dumping massive amounts of water on the burning buildings.

Three large boat sheds, along with their contents went up in flames as firemen struggled to keep the fire from spreading. Along with some very expensive modern yachts - the yard currently lists for sale boats valued as high as eight hundred thousand dollars - a number of vintage, wood sailboats were also lost. Original Wianno Senior boats are irreplaceable and perhaps twenty of these boats were lost. Yard officials said the number of boats lost overall could exceed fifty with a total value upwards of three million dollars.

Investigators are poking through the embers looking for clues to what may have started the conflagration. The possibilities range from spontaneous combustion to electrical problems, to heating devices used to shrink-wrap boats for storage to a dropped cigarette. Or arson.

The Crosby Yard has held boats belonging to the Kennedy family and JFK received one of the Wianno Senior sailboats as a birthday gift. One of the yard's workman put it succinctly when he observed that " a big piece of Cape Cod history went up in smoke with this fire."

No injuries were reported although firefighters were forced to use extreme caution because of the potential danger from toxic gases released by burning fiberglass and other poisonous chemicals commonly in use around boatyards.

PREPARED FOR: OYSTER HARBORS MARINE ETAL

| EFF DATE | INS CO | POLICY# | TERM | PREMIUM | LIMITS/COVERAGE |
|---|---|---|---|---|---|
| 9/15/2003 | Hanover | UHN4832552 | 1 yr | 14050 | 4 million/4million<br>covers over everything except<br>marina operators legal(5mil limit) |
| 9/18/2003 | Travelers | 934X6887 | 1 yr | 53476 | workers compensation<br>based on payroll:<br>Marina    1482964<br>Clerical    343343<br>Sales    1537796<br>experience modification .97 |
| 10/7/2003 | Hanover | AMN4471242 | 1 yr | 8161 | Commercial auto<br>1million combined single liit<br>100/300 UM and AIUM<br>01 Silverado, 88 Chevy, 94 Ford, 99 GMC, T<br>2002 Marin Trlr , 4 bt trailer plates<br>comp on all vehicles<br>500 ded collision on all except 88 Chevy<br>including non-owned & hired |
| 9/15/2003 | Hanover | ZDN5107029 | 1 yr | 133802 | PACKAGE POLICY<br>700,000 - Bldg#1 5,000 ded<br>400,000 - Contents#1 5,000 ded<br>250,000 - Bldg#5  1,000 ded<br>10,000 - Bldg#2,4 9 - 1,000 ded<br>25,000 - Bldg#3  1,000 ded<br>2 mil gen aggregate<br>2 mil products/compl ops<br>1 mil personal injury<br>1 mil per occurrence<br>50,000 fire legal<br>5,000 med pay |

Based on Boat sales: 35 million ( 25 million last year)
  marine store 168,000(same as last year)
  Fueling 300,000(same as last year)
  storage & Mooring 775,000(same as last year)
  repair receipts 4 million (3.7 million last year)

Marina operators legal liability -

401-0027    4/99    Common Pol. cont.

401-0024    11/85    Schedule of loc.

411-0520

221-0163    4/50    Cov. def.

Prem # 1   Bldg 1-9   120 Bridge St
&                              Osterville MA
under sched. of
location

Bldg + Cont cov on Bldg 1-4

Bldg cov only on 5-9

Stacy   781-295-0020   x112
↳ No Am. Marine
UW Processing Co.
↳ Prop Broad End. added at renewal
10/1

OY000319

```
HANOVER CLAIMS SUPPORT SYSTEM
Named Insured: OYSTER HARBORS MARINE INC          Claim Number: 03-303220
               PARTIES INVOLVED WITH THIS LOSS
Add responsible party
Producer .................... FAIR INS. AGENCY/RAIS      ----- B 508/775-3131
Named Insured ............... OYSTER HARBORS MARINE INC----- B 508/428-2017
   Contact .................. KATHLEEN            ----------- B 508/428-2017
Property Claimant ........... OYSTER HARBORS MARINE INC----- B 508/428-2017

↓↑=Move   Enter=Continue   Esc=Cancel   PgUp=BkWd   PgDn=Fwd   F10=Menu
F5=Refresh   F6=Reverse Order   F7=Prev Group   F8=Next Group
```

OY000320



```
Claim Status: ACTIVE                                    Claim Number:   03-303220
Policy number: IHN -5107029                       Supr: Haggis, Jr.
Eff.Date  . . : 09/15/2003 Exp.Date: 09/15/2004  Adjr: Haggis, Jr.
Producer  . . : FAIR INS. AGENCY/RAIS             Subr: UNASSIGNED
Code   . . . .: 3201618 F4=LIST:                  Item Assign: NO
Branch: 32                                        Platform: U4
Named Insured : OYSTER HARBORS MARINE INC
Reported Date : 12/11/03 Reported By: P INS AGT                       Rel: P
Date of Loss  : 12/10/03          Time:   :      Cat.No.
Location of loss: 122 BRIDGE ST

City . . . . .: OSTERVILLE                  St: MA   Zip: 02655-

Auth. contacted :                                     F4=List
Report No. . . .:
Summary of Loss :
A NEIGHBORING MARINA HAD A FIRE CAUSING FIRE TO SPREAD THROUGHOUT INS
PROPERTY


ENTER=Commit/Continue; ESC=Cancel; F10=Submenu
```

OY000321

Dec 11 03 07:17a

# ACORD® PROPERTY LOSS NOTICE

DUY 03303220

12/11/2003

**PRODUCER**
PHONE (A/C, No, Ext): (508)775-3131
FAX: (508)790-1677
The Fair Insurance Agency, Inc
P.O. Box 430
619 Main St.
Centerville, MA 02632
CODE: 3201618   SUB CODE:
AGENCY CUSTOMER ID: 00000191

**MISCELLANEOUS INFO (Site & location code)**

**DATE OF LOSS AND TIME:** 12/10/2003   AM / PM
**PREVIOUSLY REPORTED:** YES / NO

**POLICY TYPE**
PROP/HOME: CO: Hanover Ins. Companies   POL: IHN5107029
**EFFECTIVE DATE:** 09/15/2003   **EXPIRATION DATE:** 09/15/2004
FLOOD: CO:   POL:
WIND: CO:   POL:

Adj. Richard Huggis Jr.   1st report

**INSURED**
NAME AND ADDRESS:
Oyster Harbors Marine Inc.
122 Bridge Street
Osterville, MA 02655

RESIDENCE PHONE:
BUSINESS PHONE: (000) 428-2017
508-428-2017

**CONTACT** — CONTACT INSURED
NAME AND ADDRESS:
please contact insured immediately
this is a serious loss
508-428-2017
Peter Marryot, Kathleen or Matt Carstenson

WHERE TO CONTACT:
WHEN TO CONTACT:
RESIDENCE PHONE:   BUSINESS PHONE:

**LOSS**
LOCATION OF LOSS:
KIND OF LOSS: FIRE   LIGHTNING   FLOOD   OTHER (explain)
THEFT   HAIL   WIND
POLICE OR FIRE DEPT TO WHICH REPORTED:
PROBABLE AMOUNT ENTIRE LOSS:

DESCRIPTION OF LOSS & DAMAGE:
fire at neighboring property (Crosby yacht yard) spread to buildings/ equipment, etc

**POLICY INFORMATION**
MORTGAGEE: NO MORTGAGEE

HOMEOWNER POLICIES SECTION 1 ONLY
A. DWELLING   B. OTHER STRUCTURES   C. PERSONAL PROPERTY   D. LOSS OF USE   DEDUCTIBLES   DESCRIBE ADDITIONAL COVERAGES PROVIDED
ON
COVERAGE A. EXCLUDES WIND

SUBJECT TO FORMS:
FIRE, ALLIED LINES & MULTI-PERIL POLICIES:
ITEM | SUBJECT OF INSURANCE | AMOUNT | % COINS | DEDUCTIBLE | COVERAGE AND/OR DESCRIPTION OF PROPERTY INSURED
BLDG / CNTS
BLDG / CNTS
BLDG / CNTS

FLOOD POLICY: BUILDING   DEDUCTIBLE:   ZONE   PRE FIRM   DIFF IN ELEV   FORM TYPE   GENERAL   CONDO
CONTENTS:   DEDUCTIBLE:   POST FIRM   DWELLING
WIND POLICY: BUILDING   DEDUCTIBLE   CONTENTS   ZONE   FORM TYPE   GENERAL   CONDO
DWELLING

REMARKS/OTHER INSURANCE:

CAT #   FICO #   ADJUSTER ASSIGNED   ADJUSTER #   DATE ASSIGNED
REPORTED BY:   REPORTED TO:   SIGNATURE OF PRODUCER OR INSURED: House Account

ACORD 1 (12/93)   NOTE: IMPORTANT STATE INFORMATION ON REVERSE SIDE   ©ACORD CORPORATION 1993

RECEIVED DEC 11 2003



OY000323

FIRE BOX ALARM/QUICK ACCESS PREPLAN

BOX NO: **202**

DISTRICT: 2-3

NAME: **CROSBY YACHT - SHEDS 2-5**

ADDRESS: **COCKACHOISET LN., OST.**



**HAZARDS:** BOAT STORAGE, FIBERGLASS RESINS, OTHER PAINT HAZARDS, BLDG. CONSTRUCTION, LIMITED ACCESS. SHEDS ALMOST IMPOSSIBLE TO SEARCH. SERIOUS EXPOSURE PROBLEM.

**UTILITIES:**

ELECTRICAL: Pole 507/4 at Peeks Dr. for sheds

Electrical shut off NW corner bldg.

**FIRE ALARM ANNUNCIATOR:** N/A

**FIRE ALARM PANEL:** N/A

**FIRE DEPT. CONN.** N/A   SPRINKLER SYST. YES ☐ NO ■
                            SPRINKLER CONN. YES ☐ NO ■

**ADDITIONAL:**
1. COCKACHOISET LN. - BRIDGE ST. TO WATER - 650 FT.
2. HYDRANT - WEST BAY RD. TO COCKACHOISET LN. - 400 FT.
3. ACCESS BETWEEN SHEDS ONLY 7 FT.
4. PARKING LOTS USED FOR BOAT STORAGE - OFF SEASON.

**BOX LOCATION:** NONE ON SITE AS OF FEB. 16, 1995

OY000324



OY000325

# NFIRS-1 Basic

| Field | Value |
|---|---|
| FDID | 01920 |
| State | MA |
| Incident Date | 12 / / 2003 |
| Station | 123 |
| Incident Number | 03-0003330 |
| Exposure | 000 |

☐ Delete ☐ Change ☐ No Activity

## B Location*

☒ Street address
☐ Intersection
☐ In front of
☐ Rear of
☐ Adjacent to
☐ Directions

Number/Milepost: 41
Street or Highway: COCKACHOISET LN
City: OSTERVILLE
State: MA
Zip Code: 00000

## C Incident Type*

111 | Building fire

## D Aid Given or Received*

☒ Mutual aid received
☐ Automatic aid recv.
☐ Mutual aid given
☐ Automatic aid given
☐ Other aid given
☐ None

## E1 Date & Times

Alarm*: 12 / 10 / 2003  21:31:13
☒ Arrival*: 12 / 10 / 2003  21:33:00
☐ Controlled:
☐ Last Unit Cleared: 12 / 11 / 2003  08:53:13

## E2 Shift & Alarms

Shift or Platoon: 4
Alarms: 05
District: COM23

## E3 Special Studies

## F Actions Taken*

11 | Extinguish (Primary Action Taken)
43 | Hazardous materials (Additional Action Taken 2)
81 | Incident command (Additional Action Taken 3)

## G1 Resources*

| | Apparatus | Personnel |
|---|---|---|
| Suppression | 0017 | 0061 |
| EMS | 0003 | 0008 |
| Other | 0014 | 0022 |

☒ Check box if resource counts include aid received resources.

## G2 Estimated Dollar Losses & Values

LOSSES: PENDING
Property $ , 000
Contents $ , 000
PRE-INCIDENT:
Property $ , 000 , 000
Contents $ , 000 , 000

## Completed Modules

☒ Fire-2
☒ Structure-3
☐ Civil Fire Cas.-4
☐ Fire Serv. Cas.-5
☐ EMS-6
☒ HazMat-7
☐ Wildland Fire-8
☒ Apparatus-9
☒ Personnel-10
☐ Arson-11

## H1 Casualties ☒ None

Deaths / Injuries
Fire Service:
Civilian:

## H2 Detector

(Required for Confined Fires)
1 ☐ Detector alerted occupants
2 ☐ Detector did not alert them
U ☐ Unknown

## H3 Hazardous Materials Release

N ☐ None
1 ☐ Natural Gas
2 ☐ Propane gas
3 ☐ Gasoline
4 ☐ Kerosene
5 ☐ Diesel fuel/fuel oil
6 ☐ Household solvents
7 ☐ Motor oil
8 ☐ Paint
0 ☒ Other

## I Mixed Use Property

NN ☐ Not Mixed
10 ☐ Assembly use
20 ☐ Education use
33 ☐ Medical use
40 ☐ Residential use
51 ☐ Row of stores
53 ☐ Enclosed mall
58 ☐ Bus. & Residential
59 ☐ Office use
60 ☒ Industrial use
63 ☐ Military use
65 ☐ Farm use
00 ☐ Other mixed use

## J Property Use*

Structures:
31 ☐ Church, place of worship
61 ☐ Restaurant or cafeteria
62 ☐ Bar/Tavern or nightclub
13 ☐ Elementary school or kindergarten
15 ☐ High school or junior high
41 ☐ College, adult education
11 ☐ Care facility for the aged
31 ☐ Hospital
341 ☐ Clinic, clinic type infirmary
342 ☐ Doctor/dentist office
361 ☐ Prison or jail, not juvenile
419 ☐ 1-or 2-family dwelling
429 ☐ Multi-family dwelling
439 ☐ Rooming/boarding house
449 ☐ Commercial hotel or motel
459 ☐ Residential, board and care
464 ☐ Dormitory/barracks
519 ☐ Food and beverage sales
539 ☐ Household goods, sales, repairs
579 ☐ Motor vehicle/boat sales/repair
571 ☐ Gas or service station
599 ☐ Business office
615 ☐ Electric generating plant
629 ☐ Laboratory/science lab
700 ☐ Manufacturing plant
819 ☐ Livestock/poultry storage (barn)
882 ☐ Non-residential parking garage
891 ☒ Warehouse

Outside:
24 ☐ Playground or park
55 ☐ Crops or orchard
69 ☐ Forest (timberland)
07 ☐ Outdoor storage area
19 ☐ Dump or sanitary landfill
31 ☐ Open land or field
936 ☐ Vacant lot
938 ☐ Graded/care for plot of land
946 ☐ Lake, river, stream
951 ☐ Railroad right of way
960 ☐ Other street
961 ☐ Highway/divided highway
962 ☐ Residential street/driveway
981 ☐ Construction site
984 ☐ Industrial plant yard

Property Use: 891
Warehouse

NFIRS-1 Revision 03/11/99

Fire Department
Main Fire Report D20

OY000326    01920    12/10/2003    03-0003330