**A** | 01920 FDID | MA State | 12 Incident Date | 2003 | 123 Station | 03-000333 | 002 Exposure

☐ Delete
☐ Change
☐ No Activity

NFIRS-1
Basic

**B   Location★**

☐ Check this box to indicate that the address for this incident is provided on the Wildland Fire Module in Section N "Alternative Location Specification". Use only for Wildland fires.

Census Tract

☒ Street address
☐ Intersection
☐ In front of
☐ Rear of
☐ Adjacent to
☐ Directions

122 | Number/Milepost | Prefix | BRIDGE ST Street or Highway | | Street Type | Suffix

OSTERVILLE
Apt./Suite/Room | City | MA State | 02655 Zip Code

Cross street or directions, as applicable

**C   Incident Type ★**

111 | Building fire
Incident Type

**D   Aid Given or Received★**

1 ☒ Mutual aid received
2 ☐ Automatic aid recv.
3 ☐ Mutual aid given
4 ☐ Automatic aid given
5 ☐ Other aid given
N ☐ None

Their FDID | Their State

Their Incident Number

**E1   Date & Times**          Midnight is 0000

Check boxes if dates are the same as Alarm Date.
ALARM always required

| | Month | Day | Year | Hr Min Sec |
Alarm ★ | 12 | 10 | 2003 | 21:31:13

ARRIVAL required, unless canceled or did not arrive

☒ Arrival ★ | 12 | 10 | 2003 | 22:00:32

CONTROLLED Optional, Except for wildland fires

☐ Controlled | | | |

LAST UNIT CLEARED, required except for wildland fires

Last Unit Cleared | 12 | 11 | 2003 | 08:53:13

**E2   Shift & Alarms**
Local Option

4 | 05 | 20
Shift or Platoon | Alarms | District

**E3**
Special Studies
Local Option

Special Study ID# | Special Study Value

**F   Actions Taken ★**

11 | Extinguish
Primary Action Taken (1)

81 | Incident command
Additional Action Taken (2)

43 | Hazardous materials
Additional Action Taken (3)

**G1   Resources ★**

☐ Check this box and skip this section if an Apparatus or Personnel form is used.

| | Apparatus | Personnel |
Suppression | 0017 | 0061
EMS | 0003 | 0008
Other | 0014 | 0022

☒ Check box if resource counts include aid received resources.

**G2   Estimated Dollar Losses & Values**

LOSSES: Required for all fires if known. Optional for non fires.

Property $ | | 000 | ☐ None
Contents $ | | 000 | ☐
PRE-INCIDENT ~~...~~ional   PENDING

Property $ | | 000 | ☐
Contents $ | | 000 | ☐

**Completed Modules**

☒ Fire-2
☒ Structure-3
☐ Civil Fire Cas.-4
☐ Fire Serv. Cas.-5
☐ EMS-6
☐ HazMat-7
☐ Wildland Fire-8
☒ Apparatus-9
☒ Personnel-10
☐ Arson-11

**H1★ Casualties** ☒ None

| | Deaths | Injuries |
Fire Service | | |
Civilian | | |

**H2   Detector**
Required for Confined Fires.

1 ☐ Detector alerted occupants
2 ☐ Detector did not alert them
U ☐ Unknown

**H3   Hazardous Materials Release**

N ☐ None
1 ☐ Natural Gas: slow leak, no evacuation or HazMat actions
2 ☐ Propane gas: <21 lb. tank (as in home BBQ grill)
3 ☐ Gasoline: vehicle fuel tank or portable container
4 ☐ Kerosene: fuel burning equipment or portable storage
5 ☐ Diesel fuel/fuel oil: vehicle fuel tank or portable storage
6 ☐ Household solvents: home/office spill, cleanup only
7 ☐ Motor oil: from engine or portable container
8 ☐ Paint: from paint cans totaling < 55 gallons
0 ☒ Other: Special HazMat actions required or spill > 55gal., Please complete the HazMat form

**I   Mixed Use Property**

NN ☐ Not Mixed
10 ☐ Assembly use
20 ☐ Education use
33 ☐ Medical use
40 ☐ Residential use
51 ☐ Row of stores
53 ☐ Enclosed mall
58 ☐ Bus. & Residential
59 ☐ Office use
60 ☒ Industrial use
63 ☐ Military use
65 ☐ Farm use
00 ☐ Other mixed use

**J   Property Use★   Structures**

131 ☐ Church, place of worship
161 ☐ Restaurant or cafateria
162 ☐ Bar/Tavern or nightclub
213 ☐ Elementary school or kindergarten
215 ☐ High school or junior high
241 ☐ College, adult education
311 ☐ Care facility for the aged
331 ☐ Hospital

**Outside**

124 ☐ Playground or park
655 ☐ Crops or orchard
669 ☐ Forest (timberland)
807 ☐ Outdoor storage area
919 ☐ Dump or sanitary landfill
931 ☐ Open land or field

341 ☐ Clinic,clinic type infirmary
342 ☐ Doctor/dentist office
361 ☐ Prison or jail, not juvenile
419 ☐ 1-or 2-family dwelling
429 ☐ Multi-family dwelling
439 ☐ Rooming/boarding house
449 ☐ Commercial hotel or motel
459 ☐ Residential, board and care
464 ☐ Dormitory/barracks
519 ☐ Food and beverage sales

936 ☐ Vacant lot
938 ☐ Graded/care for plot of land
946 ☐ Lake, river, stream
951 ☐ Railroad right of way
960 ☐ Other street
961 ☐ Highway/divided highway
962 ☐ Residential street/driveway

539 ☐ Household goods,sales,repairs
571 ☐ Motor vehicle/boat sales/repair
571 ☐ Gas or service station
599 ☐ Business office
615 ☐ Electric generating plant
629 ☐ Laboratory/science lab
700 ☐ Manufacturing plant
819 ☐ Livestock/poultry storage(barn)
882 ☐ Non-residential parking garage
891 ☒ Warehouse

981 ☐ Construction site
984 ☐ Industrial plant yard

Lookup and enter a Property Use code only if you have NOT checked a Property Use box:

Property Use | 891
Warehouse

NFIRS-1 Revision 03/11/99

Exposure 002
COMM Fire Department

Main Fire Report –

OY000347

01920    12/10/2003    03-0003330

## (1 Person/Entity Involved

Local Option

_____iness name (if applicable)

Area Code     Phone Number

☐ Check This Box if same address as incident location. Then skip the three duplicate address lines.

Mr.,Ms., Mrs.   First Name          MI        Last Name          Suffix

Number          Prefix   Street or Highway                    Street Type   Suffix

Post Office Box          Apt./Suite/Room    City

State    Zip Code    -

☐ More people involved? Check this box and attach Supplemental Forms (NFIRS-1S) as necessary

## (2 Owner   ☐ Same as person involved? Then check this box and skip The rest of this section.

Local Option

Business name (if Applicable)

Area Code     Phone Number

☐ Check this box if same address as incident location. Then skip the three duplicate address lines.

Mr.,Ms., Mrs.   First Name          MI        Last Name          Suffix

Number          Prefix   Street or Highway                    Street Type   Suffix

Post Office Box          Apt./Suite/Room    City

State    Zip Code    -

## ( Remarks

Local Option

See narrative main report for Alarm 0003330.

D. Brady Rogers,
Lieutenant

## ( Authorization

| | Officer in charge ID | Signature | Position or rank | Assignment | Month | Day | Year |
|---|---|---|---|---|---|---|---|
| | 8100 | FARRINGTON, JOHN M. | CHIEF | | 12 | 16 | 200 |
| ☐ Check box if same name as Officer in charge. | 8390 | ROGERS, D. BRADY | LT | | 12 | 16 | 200 |
| | Member making report ID | Signature | Position or rank | Assignment | Month | Day | Year |

**OY000348**        01920    12/10/2003    03-0003330

②

| 01920 | MA | 12 | 2003 | 123 | 03-000333 | 002 | ☐ Delete ☐ Change ☐ No Activity | NFIRS -2 Fire |
|---|---|---|---|---|---|---|---|---|
| FDID ★ | State ★ | Incident Date ★ | | Station ★ | Incident Number ★ | Exposure ★ | | |

## B  Property Details

### B1
[____] ☒ Not Residential

*Estimated Number of residential living units in building of origin whether or not all units became involved*

### B2
[____]  ☐ Buildings not involved

*Number of buildings involved*

### B3
[____] ☐ None
Acres burned
(outside fires)  ☐ Less than one acre

## C  On-Site Materials ☐ None or Products

*Complete if there were any significant amounts of commercial,industrial, energy or agricultural products or materials on the Property, whether or not they became involved*

Enter up to three codes.  Check one or more boxes for each code entered.

| 500 | Flammables, |
|---|---|
On-site material (1)

1 ☐ Bulk storage or warehousing
2 ☐ Processing or manufacturing
3 ☐ Packaged goods for sale
4 ☒ Repair or service

| | |
|---|---|
On-site material (2)

1 ☐ Bulk storage or warehousing
2 ☐ Processing or manufacturing
3 ☐ Packaged goods for sale
4 ☐ Repair or service

| | |
|---|---|
On-site material (3)

1 ☐ Bulk storage or warehousing
2 ☐ Processing or manufacturing
3 ☐ Packaged goods for sale
4 ☐ Repair or service

## D  Ignition

### D1
| 90 | Outside area, Other |
Area of fire origin ★

### D2
| 82 | Radiated heat from |
Heat source ★

### D3
| 12 | Exterior wall covering |
Item first ignited ★  ☐ 1 Check Box if fire spread was confined to object of origin

### D4
| 63 | Sawn wood, including |
Type of material first ignited   Required only if item first ignited code is 00 or <70

## E1  Cause of Ignition

☒ Check box if this is an exposure report. Skip to section G

1 ☐ Intentional
2 ☐ Unintentional
3 ☐ Failure of equipment or heat source
4 ☐ Act of nature
5 ☐ Cause under investigation
U ☐ Cause undetermined after investigation

## E2  Factors Contributing To Ignition

| 71 | Exposure fire |  ☐ None
Factor Contributing To Ignition (1)

| | |
Factor Contributing To Ignition (2)

## E3  Human Factors Contributing To Ignition

Check all applicable boxes

1 ☐ Asleep    ☐ None
2 ☐ Possibly impaired by alcohol or drugs
3 ☐ Unattended person
4 ☐ Possibly mental disabled
5 ☐ Physically Disabled
6 ☐ Multiple persons involved

7 ☐ Age was a factor

Estimated age of person envolved [____]

1 ☐ Male    2 ☐ Female

## F1  Equipment Involved In Ignition

☐ None If Equipment was not involved,Skip to Section G

[____]
Equipment Involved

Brand [____]
Model [____]
Serial # [____]
Year [____]

## F2  Equipment Power

[____]
Equipment Power Source

## F3  Equipment Portability

1 ☐ Portable
2 ☐ Stationary

*Portable equipment normally can be moved by one person, is designed to be use in multiple locations, and requires no tools to install.*

## G  Fire Suppression Factors

Enter up to three codes.   ☐ None

[____]
Fire suppression factor (1)

[____]
Fire suppression factor (2)

[____]
Fire suppression factor (3)

## H1  Mobile Property Involved

☐ None

1 ☐ Not involved in ignition, but burned
2 ☐ Involved in ignition, but did not burn
3 ☐ Involved in ignition and burned

## H2  Mobile Property Type & Make

[____]
Mobile property type

[____]
Mobile property make

[____]
Mobile property model

[____]
License Plate Number   [__] State   [____] VIN Number

[____] Year

## Local Use

☐ Pre-Fire Plan Available
*Some of the information presented in this report may be based upon reports from other Agencies*

☐ Arson report attached
☐ Police report attached
☐ Coroner report attached
☐ Other reports attached

NFIRS-2 Revision 01/19/9?

*Fire Report - Exposure 002*

XOMM Fire Department

**OY000349**   01920   12/10/2003   03-0003330

**I1  Structure Type**
If Fire was In enclosed building or a portable/mobile structure complete the rest of this form

1 [X] Enclosed Building
2 [ ] Portable/mobile structure
3 [ ] Open structure
4 [ ] Air supported structure
5 [ ] Tent
6 [ ] Open platform (e.g. piers)
7 [ ] Underground structure (work areas)
8 [ ] Connective structure (e.g. fences)
0 [ ] Other type of structure

**I2  Building Status ***

1 [ ] Under construction
2 [ ] Occupied & operating
3 [ ] Idle, not routinely used
4 [ ] Under major renovation
5 [X] Vacant and secured
6 [ ] Vacant and unsecured
7 [ ] Being demolished
0 [ ] Other
U [ ] Undetermined

**I3  Building Height**
Count the ROOF as part of the highest story

| 002 |
Total number of stories at or above grade

| ___ |
Total number of stories below grade

**I4  Main Floor Size***

| ___ , 003 , 900 |
Total square feet

OR

| ___ , 130 | BY | ___ , 030 |
Lenght in feet   Width in feet

NFIRS-3 Structure Fire

---

**J1  Fire Origin ***

| 001 |   [ ] Below Grade
Story of fire origin

**J2  Fire Spread ***

1 [ ] Confined to object of origin
2 [ ] Confined to room of origin
3 [ ] Confined to floor of origin
4 [ ] Confined to building of origin
5 [X] Beyond building of origin

**J3  Number of Stories Damaged By Flame ***
Count the ROOF as part of the highest story

| ___ |
Number of stories w/ minor damage
(1 to 24% flame damage)

| ___ |
Number of stories w/ significant damage
(25 to 49% flame damage)

| ___ |
Number of stories w/ heavy damage
(50 to 74% flame damage)

| 001 |
Number of stories w/ extreme damage
(75 to 100% flame damage)

**K  Material Contributing Most To Flame Spread**

[ ] Check if no flame spread OR same as material first ignited OR unable to determine

Skip To Section L

**K1**
| ___ |
Item contributing most to flame spread

**K2**
| ___ |
Type of material contributing most of flame spread

Required only if item contributing code is 00 or<70

---

**L1  Presence of Detectors ***
(In area of the fire)

N [X] None Present ——— Skip to section M

1 [ ] Present

U [ ] Undetermined

**L2  Detector Type**

1 [ ] Smoke
2 [ ] Heat
3 [ ] Combination smoke - heat
4 [ ] Sprinkler, water flow detection
5 [ ] More than 1 type present
0 [ ] Other _____
U [ ] Undetermined

**L3 Detector Power Supply**

1 [ ] Battery only
2 [ ] Hardwire only
3 [ ] Plug in
4 [ ] Hardwire with battery
5 [ ] Plug in with battery
6 [ ] Mechanical
7 [ ] Multiple detectors & power supplies
0 [ ] Other _____
U [ ] Undetermined

**L4  Detector Operation**

1 [ ] Fire too small to activate
2 [ ] Operated (Complete Section L5)
3 [ ] Failed to Operate (Complete Section L6)
U [ ] Undetermined

**L5  Detector Effectiveness**
Required if detector operated

1 [ ] Alerted Occupants, occupants responded
2 [ ] Occupants failed to respond
3 [ ] There were no occupants
4 [ ] Failed to alert occupants
U [ ] Undetermined

**L6  Detector Failure Reason**
Required if detector failed to operate

1 [ ] Power failure, shutoff or disconnect
2 [ ] Improper installation or placement
3 [ ] Defective
4 [ ] Lack of maintenance, includes cleaning
5 [ ] Battery missing or disconnected
6 [ ] Battery discharged or dead
0 [ ] Other _____
U [ ] Undetermined

---

**M1 Presence of Automatic Extinguishment System ***

N [X] None Present

1 [ ] Present ——— Complete rest of Section M

**M2  Type of Automatic Extinguishment System ***
Required if fire was within designed range of AES

1 [ ] Wet pipe sprinkler
2 [ ] Dry pipe sprinkler
3 [ ] Other sprinkler system
4 [ ] Dry chemical system
5 [ ] Foam system
6 [ ] Halogen type system
7 [ ] Carbon dioxide ($CO_2$) system
0 [ ] Other special hazard system
U [ ] Undetermined

**M3  Automatic Extinguishment System Operation**
Required if fire was within designed range

1 [ ] Operated & effective (Go to M4)
2 [ ] Operated & not effective (M4)
3 [ ] Fire too small to activate
4 [ ] Failed to operate   (Go to M5)
0 [ ] Other _____
U [ ] Undetermined

**M4  Number of Sprinkler Heads Operating**
Required if system operated

| ___ |
Number of sprinkler heads operating

**M5  Automatic Extinguishment System Failure Reason**
Required if system failed

1 [ ] System shut off
2 [ ] Not enough agent discharged
3 [ ] Agent discharged but did not reach fire
4 [ ] Wrong type of system
5 [ ] Fire not in area protected
6 [ ] System components damaged
7 [ ] Lack of maintenance
8 [ ] Manual Intervention
0 [ ] Other _____
U [ ] Undetermined

NFIRS-3 Revision 01/19/99

---

Structure Fire Report -

IOM4 Fire Department

Exposure 002

**OY000350**

01920   12/10/2003   03-0003330

**A**
| 01920 | MA | 12 | 1111 2003 | 123 | 03-000331 | 003 | ☐ Delete ☐ Change ☐ No Activity | NFIRS -1 Basic |
| FDID ☆ | State☆ | Incident Date ☆ | | Station | Incident Number ☆ | Exposure ☆ | | |

**B Location★**   ☐ Check this box to indicate that the address for this incident is provided on the Wildland Fire Module In Section B "Alternative Location Specification". Use only for Wildland fires.   Census Tract [ ] - [ ]

☒ Street address
☐ Intersection
☐ In front of
☐ Rear of
☐ Adjacent to
☐ Directions

| 41 | | COCKACHOISETT LN | | | Street Type | Suffix |
| Number/Milepost | Prefix | Street or Highway | | | | |

| | OSTERVILLE | | MA | 02655 | |
| Apt./Suite/Room | City | | State | Zip Code | |

Cross street or directions, as applicable

**C Incident Type ★**
| 111 | Building fire |
Incident Type

**D Aid Given or Received ★**
1 ☒ Mutual aid received
2 ☐ Automatic aid recv.
3 ☐ Mutual aid given
4 ☐ Automatic aid given
5 ☐ Other aid given
N ☐ None

| Their FDID | Their State |
| | |

| Their Incident Number |

**E1 Date & Times**    Midnight is 0000
Check boxes if dates are the same as Alarm Date.

ALARM always required

| | Month | Day | Year | Hr Min Sec |
| Alarm | 12 | 10 | 2003 | 21:31:13 |

ARRIVAL required, unless canceled or did not arrive
| ☒ Arrival | 12 | 10 | 2003 | 22:00:32 |

☐ Controlled    CONTROLLED Optional, Except for wildland fires

LAST UNIT CLEARED, required except for wildland fires
| Last Unit Cleared | 12 | 11 | 2003 | 08:53:13 |

**E2 Shift & Alarms**    Local Option
| 4 | 05 | 20 |
| Shift or Platoon | Alarms | District |

**E3 Special Studies**    Local Option
| Special Study ID# | Special Study Value |

**F Actions Taken ★**
| 11 | Extinguish |
Primary Action Taken (1)

| 81 | Incident command |
Additional Action Taken (2)

| 82 | Notify other agencies. |
Additional Action Taken (3)

Completed Modules
☒ Fire-2
☒ Structure-3
☐ Civil Fire Cas.-4
☐ Fire Serv. Cas.-5
☐ EMS-6
☐ HazMat-7
☐ Wildland Fire-8
☒ Apparatus-9
☒ Personnel-10
☐ Arson-11

**G1 Resources ★**
☐ Check this box and skip this section if an Apparatus or Personnel form is used.

| | Apparatus | Personnel |
| Suppression | 0017 | 0061 |
| EMS | 0003 | 0008 |
| Other | 0014 | 0022 |

☒ Check box if resource counts include aid received resources.

**G2 Estimated Dollar Losses & Values**
LOSSES: Required for All known. Optional for non fire

| | | | | | None |
| Property $ | | | 000 | ☐ |
| Contents | | ~~500~~, | 000 | ☐ |   PENDING

PRE-INCID. ... Optional
| Property $ | | , | 000 | , # |
| Contents $ | | , | 000 | , 000 |

**H1 Casualties★** ☐ None
| | Deaths | Injuries |
| Fire Service | | |
| Civilian | | |

**H2 Detector**
Required for Confined Fires.
1 ☐ Detector alerted occupants
2 ☐ Detector did not alert them
U ☐ Unknown

**H3 Hazardous Materials Release**
N ☒ None
1 ☐ Natural Gas: slow leak, no evacuation or HazMat actions
2 ☐ Propane gas: <21 lb. tank (as in home BBQ grill)
3 ☒ Gasoline: vehicle fuel tank or portable container
4 ☐ Kerosene: fuel burning equipment or portable storage
5 ☐ Diesel fuel/fuel oil: vehicle fuel tank or portable
6 ☐ Household solvents: home/office spill, cleanup only
7 ☐ Motor oil: from engine or portable container
8 ☐ Paint: from paint cans totaling < 55 gallons
0 ☐ Other: Special HazMat actions required or spill > 55gal., Please complete the HazMat form

**I Mixed Use Property**
NN ☐ Not Mixed
10 ☐ Assembly use
20 ☐ Education use
33 ☐ Medical use
40 ☐ Residential use
51 ☐ Row of stores
53 ☐ Enclosed mall
58 ☐ Bus. & Residential
59 ☐ Office use
60 ☒ Industrial use
63 ☐ Military use
65 ☐ Farm use
00 ☐ Other mixed use

**J Property Use★ Structures**
131 ☐ Church, place of worship
161 ☐ Restaurant or cafeteria
162 ☐ Bar/Tavern or nightclub
213 ☐ Elementary school or kindergarten
215 ☐ High school or junior high
241 ☐ College, adult education
311 ☐ Care facility for the aged
331 ☐ Hospital

341 ☐ Clinic,clinic type infirmary
342 ☐ Doctor/dentist office
361 ☐ Prison or jail, not juvenile
419 ☐ 1-or 2-family dwelling
429 ☐ Multi-family dwelling
439 ☐ Rooming/boarding house
449 ☐ Commercial hotel or motel
459 ☐ Residential, board and care
464 ☐ Dormitory/barracks
519 ☐ Food and beverage sales

539 ☐ Household goods,sales,repairs
579 ☐ Motor vehicle/boat sales/repair
571 ☐ Gas or service station
599 ☐ Business office
615 ☐ Electric generating plant
629 ☐ Laboratory/science lab
700 ☐ Manufacturing plant
819 ☐ Livestock/poultry storage (barn)
882 ☐ Non-residential parking garage
891 ☐ Warehouse

**Outside**
124 ☐ Playground or park
655 ☐ Crops or orchard
669 ☐ Forest (timberland)
807 ☐ Outdoor storage area
919 ☐ Dump or sanitary landfill
931 ☐ Open land or field

936 ☐ Vacant lot
938 ☐ Graded/care for plot of land
946 ☐ Lake, river, stream
951 ☐ Railroad right of way
960 ☐ Other street
961 ☐ Highway/divided highway
962 ☐ Residential street/driveway

981 ☐ Construction site
984 ☐ Industrial plant yard

Lookup and enter a Property Use code only if you have NOT checked a Property Use box:
Property Use | 880 |

Vehicle storage, Other
NFIRS-1 Revision 03/11/99

*Main Fire Report*

OMM Fire Department
*Exposure 003*

OY000351          01920    12/10/2003    03-0003330

## 1  Person/Entity Involved

Local Option | business name (if applicable) | Area Code | Phone Number

Check This Box if same address as incident location. Then skip the three duplicate address lines.

Mr.,Ms., Mrs.  First Name | MI | Last Name | Suffix

Number | Prefix | Street or Highway | Street Type | Suffix

Post Office Box | Apt./Suite/Room | City

State | Zip Code

☐ More people involved? Check this box and attach Supplemental Forms (NFIRS-1S) as necessary

## 2 Owner

☐ Same as person involved? Then check this box and skip the rest of this section.

Local Option | Business name (if Applicable) | Area Code | Phone Number

Check this box if same address as incident location. Then skip the three duplicate address lines.

Mr.,Ms., Mrs.  First Name | MI | Last Name | Suffix

Number | Prefix | Street or Highway | Street Type | Suffix

Post Office Box | Apt./Suite/Room | City

State | Zip Code

## ♪ Remarks

Local Option

Reference main narrative for this alarm number 0003330.

D. Brady Rogers,
Lieutenant

## ♩ Authorization

| 8100 | FARRINGTON, JOHN M. | CHIEF | I.C. | 12 | 16 | 200 |
| Officer in charge ID | Signature | Position or rank | Assignment | Month | Day | Year |

Check box if name is Officer in charge.

| 8390 | ROGERS, D. BRADY | LT | Lt - Grou4 | 12 | 16 | 200 |
| Member making report ID | Signature | Position or rank | Assignment | Month | Day | Year |

**K1 Person/Entity Involved**

Local Option

Business name (if applicable)    Area Code    Phone Number

☐ Check This Box if same address as incident location. Then skip the three duplicate address lines.

Mr.,Ms., Mrs. First Name    MI    Last Name    Suffix

Number    Prefix    Street or Highway    Street Type    Suffix

Post Office Box    Apt./Suite/Room    City

State    Zip Code

☐ More people involved? Check this box and attach Supplemental Forms (NFIRS-1S) as necessary

**K2 Owner**    ☐ Same as person involved? Then check this box and skip The rest of this section.

Local Option    Business name (if Applicable)    Area Code    Phone Number

☐ Check this box if same address as incident location. Then skip the three duplicate address lines.

Mr.,Ms., Mrs. First Name    MI    Last Name    Suffix

Number    Prefix    Street or Highway    Street Type    Suffix

Post Office Box    Apt./Suite/Room    City

State    Zip Code

**L Remarks**

Local Option

See main narrative – Alarm 0003330.

D. Brady Rogers,
Lieutenant

**L Authorization**

| 8100 | FARRINGTON, JOHN M. | CHIEF | | 12 | 16 | 200 |
|---|---|---|---|---|---|---|
| Officer in charge ID | Signature | Position or rank | Assignment | Month | Day | Year |

☐ Check Box if same as Officer in charge.

| 8390 | ROGERS, D. BRADY | LT | | 12 | 16 | 20 |
|---|---|---|---|---|---|---|
| Member making report ID | Signature | Position or rank | Assignment | Month | Day | Year |

Fire Department

01920    12/10/2003    03-0003333

| FDID | State | MM Incident Date | YYYY | Station | Incident Number | Exposure | | NFIRS -2 |
|---|---|---|---|---|---|---|---|---|
| 01920 | MA | 12 | 2003 | 123 | 03-000333 | 003 | ☐ Delete ☐ Change ☐ No Activity | Fire |

## B Property Details

**31** ☐_____ ☒ Not Residential
*Estimated Number of residential living units in building of origin whether or not all units became involved*

**32** ☐_____ ☐ Buildings not involved
*Number of buildings involved*

**B3** ☐_____ ☐ None
*Acres burned (outside fires)* ☐ Less than one acre

## C On-Site Materials ☐ None or Products

Enter up to three codes. Check one or more boxes for each code entered.

*Complete if there were any significant amounts of commercial, industrial, energy or agricultural products or materials on the Property, whether or not they became involved*

| 500 | Flammables, |
|---|---|
*On-site material (1)*

1 ☐ Bulk storage or warehousing
2 ☐ Processing or manufacturing
3 ☐ Packaged goods for sale
4 ☒ Repair or service

|_____|_____|
*On-site material (2)*

1 ☐ Bulk storage or warehousing
2 ☐ Processing or manufacturing
3 ☐ Packaged goods for sale
4 ☐ Repair or service

|_____|_____|
*On-site material (3)*

1 ☐ Bulk storage or warehousing
2 ☐ Processing or manufacturing
3 ☐ Packaged goods for sale
4 ☐ Repair or service

## D Ignition

**D1** | 90 | Outside area, Other
*Area of fire origin* ★

**D2** | 82 | Radiated heat from
*Heat source* ★

**D3** | 12 | Exterior wall covering
*Item first ignited* ★ 1 ☐ Check Box if fire spread was confined to object of origin

**D4** | 63 | Sawn wood, including
*Type of material first ignited* ★ *Required only if item first ignited code is 00 or <70*

## E1 Cause of Ignition

☒ Check box if this is an exposure report. Skip to section G

1 ☐ Intentional
2 ☐ Unintentional
3 ☐ Failure of equipment or heat source
4 ☐ Act of nature
5 ☐ Cause under investigation
U ☐ Cause undetermined after investigation

## E2 Factors Contributing To Ignition

| 71 | Exposure fire | ☐ None |
*Factor Contributing To Ignition (1)*

|_____|_____|
*Factor Contributing To Ignition (2)*

## E3 Human Factors Contributing To Ignition

Check all applicable boxes

1 ☐ Asleep    ☐ None
2 ☐ Possibly impaired by alcohol or drugs
3 ☐ Unattended person
4 ☐ Possibly mental disabled
5 ☐ Physically Disabled
6 ☐ Multiple persons involved
7 ☐ Age was a factor

Estimated age of person envolved _____

1 ☐ Male    2 ☐ Female

## F1 Equipment Involved In Ignition

☐ None If Equipment was not involved, Skip to Section G

|_____|_____|
*Equipment Involved*

Brand |_____|

Model |_____|

Serial # |_____|

Year |_____|

## F2 Equipment Power

|_____|
*Equipment Power Source*

## F3 Equipment Portability

1 ☐ Portable

2 ☐ Stationary

*Portable equipment normally can be moved by one person, is designed to be use in multiple locations, and requires no tools to install.*

## G Fire Suppression Factors

Enter up to three codes. ☐ None

|_____|_____|
*Fire suppression factor (1)*

|_____|_____|
*Fire suppression factor (2)*

|_____|_____|
*Fire suppression factor (3)*

## H1 Mobile Property Involved

☐ None

1 ☐ Not involved in ignition, but burned
2 ☐ Involved in ignition, but did not burn
3 ☐ Involved in ignition and burned

## H2 Mobile Property Type & Make

|_____|
*Mobile property type*

|_____|
*Mobile property make*

|_____| |_____|
*Mobile property model*            *Year*

|_____| |_____| |_____|
*License Plate Number*  *State*  *VIN Number*

## Local Use

☐ Pre-Fire Plan Available
*Some of the information presented in this report may be based upon reports from other Agencies*

☐ Arson report attached
☐ Police report attached
☐ Coroner report attached
☐ Other reports attached

NFIRS-2 Revision 01/19/99

*Fire Report*

COMM Fire Department

*Exposure 003*

**OY000354**          01920    12/10/2003    03-0003330

| I1 Structure Type *<br>If Fire was in enclosed building or a portable/mobile structure complete the rest of this form | I2 Building Status * | I3 Building Height<br>Count the ROOF as part of the highest story | I4 Main Floor Size * | NFIRS-3<br>Structure<br>Fire |
|---|---|---|---|---|

**I1 Structure Type ***
If Fire was in enclosed building or a portable/mobile structure complete the rest of this form

- [X] Enclosed Building
- [ ] Portable/mobile structure
- [ ] Open structure
- [ ] Air supported structure
- [ ] Tent
- [ ] Open platform (e.g. piers)
- [ ] Underground structure (work areas)
- [ ] Connective structure (e.g. fences)
- [ ] Other type of structure

**I2 Building Status ***

1 [ ] Under construction
2 [ ] Occupied & operating
3 [ ] Idle, not routinely used
4 [ ] Under major renovation
5 [X] Vacant and secured
6 [ ] Vacant and unsecured
7 [ ] Being demolished
O [ ] Other
U [ ] Undetermined

**I3 Building Height**
Count the ROOF as part of the highest story

`001`
Total number of stories at or above grade

` `
Total number of stories below grade

**I4 Main Floor Size ***

`_ , 006 , 400`
Total square feet

**OR**

`_ , 128` BY `, 050`
Lenght in feet    Width in feet

---

**J1 Fire Origin ***

`001`  [ ] Below Grade
Story of fire origin

**J2 Fire Spread ***

- [ ] Confined to object of origin
- [ ] Confined to room of origin
- [ ] Confined to floor of origin
- [ ] Confined to building of origin
- [X] Beyond building of origin

**J3 Number of Stories Damaged By Flame ***
Count the ROOF as part of the highest story

` ` Number of stories w/ minor damage (1 to 24% flame damage)

` ` Number of stories w/ significant damage (25 to 49% flame damage)

` ` Number of stories w/ heavy damage (50 to 74% flame damage)

`001` Number of stories w/ extreme damage (75 to 100% flame damage)

**K Material Contributing Most To Flame Spread**

[ ] Check if no flame spread OR same as material first ignited OR unable to determine          Skip To Section L

**K1**
`_ _ _ _`
Item contributing most to flame spread

**K2**
`_ _ _ _`
Type of material contributing most of flame spread    Required only if item contributing code is 00 or<70

---

**L1 Presence of Detectors ***
(In area of the fire)

N [X] None Present ——— Skip to section M

1 [ ] Present
U [ ] Undetermined

**L2    Detector Type**

1 [ ] Smoke
2 [ ] Heat
3 [ ] Combination smoke - heat
4 [ ] Sprinkler, water flow detection
5 [ ] More than 1 type present
O [ ] Other _____
U [ ] Undetermined

**L3 Detector Power Supply**

1 [ ] Battery only
2 [ ] Hardwire only
3 [ ] Plug in
4 [ ] Hardwire with battery
5 [ ] Plug in with battery
6 [ ] Mechanical
7 [ ] Multple detectors & power supplies
0 [ ] Other _____
U [ ] Undetermined

**L4 Detector Operation**

1 [ ] Fire too small to activate
2 [ ] Operated (Complete Section L5)
3 [ ] Failed to Operate (Complete Section L6)
U [ ] Undetermined

**L5    Detector Effectiveness**
Required if detector operated

1 [ ] Alerted Occupants, occupants responded
2 [ ] Occupants failed to respond
3 [ ] There were no occupants
4 [ ] Failed to alert occupants
U [ ] Undetermined

**L6    Detector Failure Reason**
Required if detector failed to operate

1 [ ] Power failure, shutoff or disconnect
2 [ ] Improper installation or placement
3 [ ] Defective
4 [ ] Lack of maintenance, includes cleaning
5 [ ] Battery missing or disconnected
6 [ ] Battery discharged or dead
0 [ ] Other _____
U [ ] Undetermined

---

**M1 Presence of Automatic Extinguishment System ***

N [X] None Present
1 [ ] Present          Complete rest of Section M

**M2 Type of Automatic Extinguishment System ***
Required if fire was within designed range of AES

1 [ ] Wet pipe sprinkler
2 [ ] Dry pipe sprinkler
3 [ ] Other sprinkler system
4 [ ] Dry chemical system
5 [ ] Foam system
6 [ ] Halogen type system
7 [ ] Carbon dioxide ($CO_2$) system
0 [ ] Other special hazard system
U [ ] Undetermined

**M3 Automatic Extinguishment System Operation**
Required if fire was within designed range

1 [ ] Operated & effective (Go to M4)
2 [ ] Operated not effective (M4)
3 [ ] Fire too small to activate
4 [ ] Failed to operate    (Go to M5)
0 [ ] Other
U [ ] Undetermined

**M4 Number of Sprinkler Heads Operating**
Required if system operated

`_ _ _`
Number of sprinkler heads operating

**M5 Automatic Extinguishment System Failure Reason**
Required if system failed

1 [ ] System shut off
2 [ ] Not enough agent discharged
3 [ ] Agent discharged but did not reach fire
4 [ ] Wrong type of system
5 [ ] Fire not in area protected
6 [ ] System components damaged
7 [ ] Lack of maintenance
8 [ ] Manual Intervention
0 [ ] Other _____
U [ ] Undetermined
NFIRS-3 Revision 01/19/99

---

*Structure Fire Report.*

DMM Fire Department    *Exposure 003*

**OY000355**

01920    12/10/2003    03-0003330

**A**

| FDID | State | Incident Date | Station | Incident Number | Exposure | |
|---|---|---|---|---|---|---|
| 01920 | MA | MM 12 DD YYYY 2003 | 123 | 03-00033 | 004 | ☐ Delete ☐ Change ☐ No Activity |

NFIRS-1
Basic

**B** Location★  ☐ Check this box to indicate that the address for this incident is provided on the Wildland Fire Module in Section B "Alternative Location Specification". Use only for Wildland fires.    Census Tract [___]-[___]

- [X] Street address
- ☐ Intersection
- ☐ In front of
- ☐ Rear of
- ☐ Adjacent to
- ☐ Directions

| 41 | | COCKACHOISETT LN | | |
|---|---|---|---|---|
| Number/Milepost | Prefix | Street or Highway | Street Type | Suffix |

| OSTERVILLE | | MA | 02655 | - |
|---|---|---|---|---|
| Apt./Suite/Room | City | State | Zip Code | |

Cross street or directions, as applicable

**C** Incident Type ★

| 111 | Building fire |
|---|---|
Incident Type

**D** Aid Given or Received★

1 [X] Mutual aid received
2 ☐ Automatic aid recv.
3 ☐ Mutual aid given
4 ☐ Automatic aid given
5 ☐ Other aid given
N ☐ None

| | Their FDID | Their State |
|---|---|---|
| | | |

Their Incident Number

**E1** Date & Times        Midnight is 0000

Check boxes if dates are the same as Alarm Date.    ALARM always required

| | Month | Day | Year | Hr Min Sec |
|---|---|---|---|---|
| Alarm ★ | 12 | 10 | 2003 | 21:31:13 |

ARRIVAL required, unless canceled or did not arrive

| [X] Arrival ★ | 12 | 10 | 2003 | 22:00:32 |
|---|---|---|---|---|

CONTROLLED Optional, Except for wildland fires

☐ Controlled | | | |

LAST UNIT CLEARED, required except for wildland fires

| ☐ Last Unit Cleared | 12 | 11 | 2003 | 08:53:13 |
|---|---|---|---|---|

**E2** Shift & Alarms

Local Option

| 4 | 05 | 20 |
|---|---|---|
| Shift or Platoon | Alarms | District |

**E3** Special Studies

Local Option

| | |
|---|---|
| Special Study ID# | Special Study Value |

**F** Actions Taken ★

| 11 | Extinguish |
|---|---|
Primary Action Taken (1)

| 81 | Incident command |
|---|---|
Additional Action Taken (2)

| 43 | Hazardous materials |
|---|---|
Additional Action Taken (3)

**G1** Resources ★

☐ Check this box and skip this section if an Apparatus or Personnel form is used.

| | Apparatus | Personnel |
|---|---|---|
| Suppression | 0017 | 0061 |
| EMS | 0003 | 0008 |
| Other | 0014 | 0022 |

[X] Check box if resource counts include aid received resources.

**G2** Estimated Dollar Losses & Values

LOSSES: Required for ... if known, Optional for non fi ... Nor

| | | |
|---|---|---|
| Property $ | PENDING 000 | |
| Contents $ | 000 , 000 | |

PRE-INC ... Optional

| Property $ | , 000 , 000 | |
|---|---|---|
| Contents $ | , 000 , 000 | |

Completed Modules

- [X] Fire-2
- [X] Structure-3
- ☐ Civil Fire Cas.-4
- ☐ Fire Serv. Cas.-5
- ☐ EMS-6
- ☐ HazMat-7
- ☐ Wildland Fire-8
- [X] Apparatus-9
- [X] Personnel-10
- ☐ Arson-11

**H1**★Casualties [X] None

| | Deaths | Injuries |
|---|---|---|
| Fire Service | | |
| Civilian | | |

**H2** Detector

Required for Confined Fires.

1 ☐ Detector alerted occupants
2 ☐ Detector did not alert them
U ☐ Unknown

**H3** Hazardous Materials Release

R [X] None
1 ☐ Natural Gas: slow leak, no evacuation or HazMat actions
2 ☐ Propane gas: <21 lb. tank (as in home BBQ grill)
3 [X] Gasoline: vehicle fuel tank or portable container
4 ☐ Kerosene: fuel burning equipment or portable storage
5 ☐ Diesel fuel/fuel oil: vehicle fuel tank or portable container
6 ☐ Household solvents: home/office spill, cleanup only
7 ☐ Motor oil: from engine or portable container
8 ☐ Paint: from paint cans totaling < 55 gallons
0 ☐ Other: Special HazMat actions required or spill > 55gal.: Please complete the HazMat form

**I** Mixed Use Propert

- NN ☐ Not Mixed
- 10 ☐ Assembly use
- 20 ☐ Education use
- 33 ☐ Medical use
- 40 ☐ Residential use
- 51 ☐ Row of stores
- 53 ☐ Enclosed mall
- 58 ☐ Bus. & Residentia
- 59 ☐ Office use
- 60 [X] Industrial use
- 63 ☐ Military use
- 65 ☐ Farm use
- 00 ☐ Other mixed use

**J** Property Use★   Structures

- 131 ☐ Church, place of worship
- 161 ☐ Restaurant or cafeteria
- 162 ☐ Bar/Tavern or nightclub
- 213 ☐ Elementary school or kindergarten
- 215 ☐ High school or junior high
- 241 ☐ College, adult education
- 311 ☐ Care facility for the aged
- 331 ☐ Hospital

- 341 ☐ Clinic,clinic type infirmary
- 342 ☐ Doctor/dentist office
- 361 ☐ Prison or jail, not juvenile
- 419 ☐ 1-or 2-family dwelling
- 429 ☐ Multi-family dwelling
- 439 ☐ Rooming/boarding house
- 449 ☐ Commercial hotel or motel
- 459 ☐ Residential, board and care
- 464 ☐ Dormitory/barracks
- 519 ☐ Food and beverage sales

- 539 ☐ Household goods,sales,repairs
- 579 ☐ Motor vehicle/boat sales/repair
- 571 ☐ Gas or service station
- 599 ☐ Business office
- 615 ☐ Electric generating plant
- 629 ☐ Laboratory/science lab
- 700 ☐ Manufacturing plant
- 819 ☐ Livestock/poultry storage(barn)
- 882 ☐ Non-residential parking garage
- 891 ☐ Warehouse

Outside

- 124 ☐ Playground or park
- 655 ☐ Crops or orchard
- 669 ☐ Forest (timberland)
- 807 ☐ Outdoor storage area
- 919 ☐ Dump or sanitary landfill
- 931 ☐ Open land or field

- 936 ☐ Vacant lot
- 938 ☐ Graded/care for plot of land
- 946 ☐ Lake, river, stream
- 951 ☐ Railroad right of way
- 960 ☐ Other street
- 961 ☐ Highway/divided highway
- 962 ☐ Residential street/driveway

- 981 ☐ Construction site
- 984 ☐ Industrial plant yard

Lookup and enter a Property Use code only if you have NOT checked a Property Use box:

| Property Use | 880 |
|---|---|

Vehicle storage, Other

NFIRS-1 Revision 03/11/?

*Main Fire Report ...*

?OM4 Fire Department

*xoosue. 004*

**OY000356**

01920    12/10/2003    03-0003330

**A**

| 01920 | MA | MM 12 DD __ YYYY 2003 | 123 | 03-000333( | 004 | ☐ Delete ☐ Change ☐ No Activity | NFIRS -2 Fire |
|---|---|---|---|---|---|---|---|
| FDID ★ | State ★ | Incident Date ★ | Station | Incident Number ★ | Exposure ★ | | |

---

**B  Property Details**

**C  On-Site Materials** ☐ None
or Products

Enter up to three codes. Check one
or more boxes for each code entered.

Complete if there were any significant
amounts of commercial,industrial, energy or
agricultural products or materials on the
Property, whether or not they became involved

**B1** [ ]  ☒ Not Residential

*Estimated Number of residential living units in
building of origin whether or not all units
became involved*

**B2** [ ]  ☐ Buildings not involved

*Number of buildings involved*

**B3** [ ]  ☐ None
Acres burned
(outside fires)   ☐ Less than one acre

| 500 | Flammables, | |
|---|---|---|
On-site material (1)

1 ☐ Bulk storage or warehousing
2 ☐ Processing or manufacturing
3 ☐ Packaged goods for sale
4 ☒ Repair or service

| | | |
|---|---|---|
On-site material (2)

1 ☐ Bulk storage or warehousing
2 ☐ Processing or manufacturing
3 ☐ Packaged goods for sale
4 ☐ Repair or service

| | | |
|---|---|---|
On-site material (3)

1 ☐ Bulk storage or warehousing
2 ☐ Processing or manufacturing
3 ☐ Packaged goods for sale
4 ☐ Repair or service

---

**D  Ignition**

**D1** | 90 | Outside area, Other
*Area of fire origin* ★

**D2** | 82 | Radiated heat from
*Heat source* ★

**D3** | 12 | Exterior wall covering
*Item first ignited* ★  1 ☐ Check Box if fire spread
was confined to object
of origin

**D4** | 63 | Sawn wood, including
*Type of material
first ignited*   *Required only if item first
ignited code is 00 or <70*

**E1  Cause of Ignition**

☒ Check box if this is an exposure report.
Skip to section G

1 ☐ Intentional
2 ☐ Unintentional
3 ☐ Failure of equipment or heat source
4 ☐ Act of nature
5 ☐ Cause under investigation
U ☐ Cause undetermined after investigation

**E2  Factors Contributing To Ignition**

| 71 | Exposure fire | ☐ None |
|---|---|---|
Factor Contributing To Ignition (1)

| | | |
|---|---|---|
Factor Contributing To Ignition (2)

**E3  Human Factors**
Contributing To Ignition

Check all applicable boxes

1 ☐ Asleep         ☐ None
2 ☐ Possibly impaired by
alcohol or drugs
3 ☐ Unattended person
4 ☐ Possibly mental disabled
5 ☐ Physically Disabled
6 ☐ Multiple persons involved

7 ☐ Age was a factor

Estimated age of
person envolved | |

1 ☐ Male      2 ☐ Female

---

**F1  Equipment Involved In Ignition**

☐ None If Equipment was not involved,Skip to
Section G

Equipment Involved

Brand | |
Model | |
Serial # | |
Year | |

**F2  Equipment Power**

Equipment Power Source

**F3  Equipment Portability**

1 ☐ Portable

2 ☐ Stationary

Portable equipment normally can be
moved by one person, is designed to
be use in multiple locations, and
requires no tools to install.

**G  Fire Suppression Factors**

Enter up to three codes.   ☐ None

Fire suppression factor (1)

Fire suppression factor (2)

Fire suppression factor (3)

---

**H1  Mobile Property Involved**

☐ None

1 ☐ Not involved in ignition, but burned
2 ☐ Involved in ignition, but did not burn
3 ☐ Involved in ignition and burned

Moblie property model | Year |

License Plate Number   State   VIN Number

**H2  Mobile Property Type & Make**

Mobile property type

Mobile property make

**Local Use**

☐ Pre-Fire Plan Available
Some of the information presented in
this report may be based upon reports
from other Agencies

☐ Arson report attached
☐ Police report attached
☐ Coroner report attached
☐ Other reports attached

NFIRS-2 Revision 01/19/99

---

Fire Report -

'__ Fire Department

OY000357        01920   12/10/2003   03-0003330

| I1 Structure Type * | I2 Building Status * | I3 Building Height | I4 Main Floor Size* | NFIRS-3 Structure Fire |
|---|---|---|---|---|

**I1 Structure Type ***

If Fire was In enclosed building or a portable/mobile structure complete the rest of this form

1 ☒ Enclosed Building
2 ☐ Portable/mobile structure
3 ☐ Open structure
4 ☐ Air supported structure
5 ☐ Tent
6 ☐ Open platform (e.g. piers)
7 ☐ Underground structure (work areas)
8 ☐ Connective structure (e.g. fences)
0 ☐ Other type of structure

**I2 Building Status ***

1 ☐ Under construction
2 ☐ Occupied & operating
3 ☐ Idle, not routinely used
4 ☐ Under major renovation
5 ☒ Vacant and secured
6 ☐ Vacant and unsecured
7 ☐ Being demolished
0 ☐ Other
U ☐ Undetermined

**I3 Building Height**

Count the ROOF as part of the highest story

| 002 |
Total number of stories at or above grade

| |
Total number of stories below grade

**I4 Main Floor Size***

| , 007 , 500 |
Total square feet

**OR**

| , 150 | BY | , 050 |
Lenght in feet      Width in feet

---

**J1   Fire Origin ***

| 002 |   ☐ Below Grade
Story of fire origin

**J2   Fire Spread ***

1 ☐ Confined to object of origin
2 ☐ Confined to room of origin
3 ☐ Confined to floor of origin
4 ☐ Confined to building of origin
5 ☒ Beyond building of origin

**J3   Number of Stories Damaged By Flame ***

Count the ROOF as part of the highest story

| | Number of stories w/ minor damage (1 to 24% flame damage)

| | Number of stories w/ significant damage (25 to 49% flame damage)

| | Number of stories w/ heavy damage (50 to 74% flame damage)

| 002 | Number of stories w/ extreme damage (75 to 100% flame damage)

**K   Material Contributing Most To Flame Spread**

☐ Check if no flame spread OR same as material first ignited OR unable to determine

Skip To Section L

**K1**

| |
Item contributing most to flame spread

**K2**

| |
Type of material contributing most of flame spread

Required only if item contributing code is 00 or<70

---

**L1   Presence of Detectors ***

(In area of the fire)

N ☒ None Present ——— Skip to section M

1 ☐ Present

U ☐ Undetermined

**L2   Detector Type**

1 ☐ Smoke
2 ☐ Heat
3 ☐ Combination smoke - heat
4 ☐ Sprinkler, water flow detection
5 ☐ More than 1 type present
O ☐ Other _____
U ☐ Undetermined

**L3 Detector Power Supply**

1 ☐ Battery only
2 ☐ Hardwire only
3 ☐ Plug in
4 ☐ Hardwire with battery
5 ☐ Plug in with battery
6 ☐ Mechanical
7 ☐ Multple detectors & power supplies
0 ☐ Other _____
U ☐ Undetermined

**L4 Detector Operation**

1 ☐ Fire too small to activate
2 ☐ Operated (Complete Section L5)
3 ☐ Failed to Operate (Complete Section L6)
U ☐ Undetermined

**L5   Detector Effectiveness**

Required if detector operated

1 ☐ Alerted Occupants, occupants responded
2 ☐ Occupants failed to respond
3 ☐ There were no occupants
4 ☐ Failed to alert occupants
U ☐ Undetermined

**L6   Detector Failure Reason**

Required if detector failed to operate

1 ☐ Power failure, shutoff or disconnect
2 ☐ Improper installation or placement
3 ☐ Defective
4 ☐ Lack of maintenance, includes cleaning
5 ☐ Battery missing or disconnected
6 ☐ Battery discharged or dead
0 ☐ Other _____
U ☐ Undetermined

---

**M1 Presence of Automatic Extinguishment System ***

N ☒ None Present

1 ☐ Present ——— Complete rest of Section M

**M2   Type of Automatic Extinguishment System ***

Required if fire was within designed range of AES

1 ☐ Wet pipe sprinkler
2 ☐ Dry pipe sprinkler
3 ☐ Other sprinkler system
4 ☐ Dry chemical system
5 ☐ Foam system
6 ☐ Halogen type system
7 ☐ Carbon dioxide ($CO_2$) system
0 ☐ Other special hazard system
U ☐ Undetermined

**M3   Automatic Extinguishment System Operation**

Required if fire was within designed range

1 ☐ Operated & effective (Go to M4)
2 ☐ Operated & not effective (M4)
3 ☐ Fire too small to activate
4 ☐ Failed to operate (Go to M5)
0 ☐ Other
U ☐ Undetermined

**M4   Number of Sprinkler Heads Operating**

Required if system operated

| |
Number of sprinkler heads operating

**M5   Automatic Extinguishment System Failure Reason**

Required if system failed

1 ☐ System shut off
2 ☐ Not enough agent discharged
3 ☐ Agent discharged but did not reach fire
4 ☐ Wrong type of system
5 ☐ Fire not in area protected
6 ☐ System components damaged
7 ☐ Lack of maintenance
8 ☐ Manual Intervention
0 ☐ Other _____
U ☐ Undetermined    NFIRS-3 Revision 01/19/99

---

*Structure Fire Report -*

OMM Fire Department

**OY000358**

*Enclosure 004*

01920    12/10/2003    03-0003330



OY000359



OY000360



OY000361



OY000362



OY000363



OY000364





OY000366