

OY000367



OY000368



OY000369



OY000370



OY000371



OY000372



OY000373



OY000374



OY000375



OY000376



OY000377

# CapeCodFD.com    Special Feature

Home    Features    **Previous**    **Next**

## Crosby Yacht Yard Fire   Updated 01/03/2004

Photos by Britton Crosby



A 1989 aerial photograph of the area shows the involved sheds in the center.

OSTERVILLE, MA.        Wednesday, December 10, 2003    2131 Hours
A huge part of Osterville's historic waterfront went up in flames as a spectacular
5 Alarm fire destroyed three large boat storage sheds belonging to Crosby Yacht
Yard and a fourth storage shed and boat storage racks belonging to Oyster Harbors
Marine. The fire destroyed over 40,000 square feet of buildings and possibly 100
boats in one of the largest fires to strike the Cape in many years. The loss of
some 20 wooden Wianno Senior sailboats and other wooden boats, as well as many
fiberglass vessels will run into the tens of millions of dollars. The impact to the
area is devastating in many ways, and the damage is still to be fully assessed.

OY000378



The fire was reported at approximately 2131 hours on Wednesday December 10, 2003. The night was fairly mild at 45 degrees with a light easterly breeze. A couple inches of snow still covered the ground in a slushy mix. The first calls reported visible fire from one of the 'sheds' which measured approximately 280' x 80'. Multiple calls were received and it was clear early on that a serious fire was under way. My home is within sight of the complex and as soon as I walked outside and observed the large volume of fire that was showing from this well known target hazard, a call was made to transmit a 3rd alarm assignment.

OY000379



This was one of the first photographs I was able to take. It shows the volume of fire that had already engulfed the largest of the sheds before any fire apparatus arrived. Upon arrival at the scene, Chief John Farrington of the COMM Fire Department struck a 4th alarm. Subsequent calls went out for additional ladder companies and other apparatus bringing the assignment to several pieces over the 5th alarm. Approximately 14 engines, 6 ladder trucks, a heavy rescue, 5 ambulances, a fireboat, and over 7 chief officers, along with over 110 firefighters fought the fire for several hours before bringing it under control.

OY000380



Firefighters and apparatus from COMM, Cotuit, Hyannis, Barnstable, West Barnstable, Mashpee, Sandwich, Falmouth, Otis, and Yarmouth responded to the scene. Approximately 7000 gpm was flowing through 3 ladder pipes, several deluge guns, and numerous large handlines. Apparatus from across the Cape provided coverage for vacant stations. In all, 19 departments were involved in the incident. The Red Cross, CIEMSS, Barnstable Police, the Sheriff's Department, the Fire Marshall's Office, and others played a roll in this major incident.

OY000381



1989 aerial view of the area. The large sheds left center are the Crosby Yacht storage
sheds that were destroyed. The main shop of Crosby Yacht is to the right of center.
The destroyed sheds included Shed 3 (280' x 80' wood with two different roof lines including
a bowed truss roof). Shed 4 is the 150' x 50' aluminum shed to the right. Shed 2 is an older
100' x 50' wooded shed on the side 3/4 corner. A shed on the left (side 2) side of shed 3
on the Oyster Harbors Marine property was also destroyed.

OY000382



Side 1 of shed 3. The trailer was no longer there at the time of the fire, but several boats were in that same location. The rack storage to the left is Oyster Harbors Marine.



The large shed 3 had two roof styles. Side 1 a conventional pitched roof, while the rear 2/3 of the building was a higher bowed roof. The aluminum shed is just feet to the right.

OY000383



The aluminum shed (Shed 4) on the complex.



Shed 4 on the left and shed 3 on the right looking towards side 1. The proximity of the buildings and the amount of fire on arrival made any defense of the exposures impossible from this area.

OY000384



The older and smallest of the sheds was Shed 2. Approximately 100' x 50' in size, it was separated from shed 4 by the alley to the left. Shed 3 is behind shed 2 in this view.



The storage buildings on the Oyster Harbors Marine side backed up to Shed 3. Only a few feet between the two sheds separated the two boat yards. This building was also destroyed.

OY000385



A close up view of the Crosby Yacht sheds and Oyster Harbors Marine shed.

OY000386