

The scene from the air 10 days following the fire. West Bat Road runs from right corner straight to water at town dock. The clusters of white boats on the right are in the Crosby Yacht parking lot on Crosby Circle. Bridge Street runs along the bottom of the photo and to the left over the draw bridge. Cockachoiset Lane (fire address) runs from Bridge St just right of center, to the right side of the fire. The entrance to Oyster Harbors Marine is off Bridge Street midway up the left side of the photo to the other cluster of white boats. The piers of the Little Island portion of Oyster Harbors Marine are visible at the top of the photo. Shed 5 (not harmed) is visible in the middle of the photo with a green roof. Nauticus Marine (a private marina) is located between the Crosby Yacht main shed and the fire buildings. The white shell driveway and tall flag mast are visible to the right of the fire. That property was not damaged.

OY000387



The extent of the fire from side 3. The proximity of exposures, including dozens of boats can be appreciated from this view.



This was one of the largest fires in the history of the COMM Fire Department and one of the largest on the Cape in many years. Firefighters were credited with saving adjacent properties and millions of dollars worth of boats. Favorable weather conditions, pre fire

OY000388

plans, training, and a well executed mutual aid plan helped keep the fire from being worse than it was.

Additional Photos follow....

Previous   Next

OY000389

# CapeCodFD.com   Special Feature

Home   Features   **Previous**   Next

# Crosby Yacht Yard Fire   Updated 01/03/2004
Photos by Britton Crosby



Fire was already through the roof and fully involving the large wooden shed #3 before apparatus arrived.

OY000390



Side 1 (Side A) of the complex as fire extends to boats stored outside the shed.

The main door of the big shed on side 1. Roof collapse had already occurred before apparatus arrived just minutes after the fire was reported.

OY000391



Side 1 of the big shed.



Arriving apparatus dropped large diameter feeder lines and went to work with large lines and master streams.

OY000392



Fire was visible in the sky from miles around.



Ladder 307 was the second fire truck to arrive and set up on side 1.

OY000393


Ladder 307 begins to set up for water tower operations.


The fire brand problem was extreme as shown here looking down Cockachoiset towards the water. Miraculously, none of these embers ignited any of the exposures, although burnt pieces of shingles were found on lawns in Cotuit, over 2 miles away by air.

OY000394



As shed 3 was nearly fully involved, the radiant heat was directly effecting shed 4 (left) and shed 2 (right). It was not long before these two buildings were also involved.



The water side of the big shed 3 was also fully involved and had partially collapsed.

OY000395



The water side (side 3) of Shed 3 with the travel lift of Oyster Harbors Marine in the background.



Sparks and burning embers of all sizes fall into the bay, on docks, and across to Little Island.



Shed 3 fully involved.

OSTERVILLE, MA.        Wednesday, December 10, 2003     2131 Hours

The First Alarm was transmitted at 2131 hours. Assigned apparatus included:
C301 - Fire Chief John Farrington, Command side 1, arrived prior to apparatus
C320 - Deputy Chief Craig Whiteley, Side 2 O.H. Marine sector command
C321 - Duty Officer, Lt Brady Rogers, Side 4 exposures sector
E304 - 1st to arrive from Station 3 with a crew of 2, side 1
L307 - 2nd to arrive from Station 1 with a crew of 4, side 1
E303 - 3rd to arrive from Station 2 with a crew of 3 (first due unit delayed due to amb call)
       pumped hydrant Bridge street to E304
E305 - 4th to arrive from Station 1 with a crew of 4, OH Marine sector
E302 - 5th to arrive from Station 1 with crew of 4, Nauticus Marine exposure
E263 - Cotuit Engine on linebox, operated OH Marine sector
R326 - Arrived with 303, crew of 1
R324 - Arrived with a crew of 3 (responded back from hospital)
S322 - Pickup truck with 3 members

Previous    Next

OY000397

OY000398

http://www.capecodfd.com/PAGES%20Special/Crosby%20Yacht%2002.htm    5/26/2004

# CapeCodFD.com  Special Feature

Home   Features   **Previous**   Next

# Crosby Yacht Yard Fire   Updated 01/03/2004
Photos by Britton Crosby



Side 1 of Shed 3 not long after the complete collapse of the shed. Ladder 307's elevated stream operates from above.

OY000399


Firefighters operating on side 4 as Shed 3 becomes fully involved.


The radiant heat involves Shed 2.

OY000400



OY000401

http://www.capecodfd.com/PAGES%20Special/Crosby%20Yacht%202003.htm    5/26/2004

Firefighters operate on side 4 on Shed 2.



Hyannis Deputy Melanson communicates with COMM Firefighters on Side 4.



Shed 2 and Shed 4 well involved.

OY000402



OY000403
http://www.capecodfd.com/PAGES%20Special/Crosby%20Yacht%2003.htm    5/26/2004

Side 4.



Streams operate on exposed boats on side 4 as Shed 2 & Shed 4 are fully involved.



Side 2 fully involved.


Handlines are operated on exposed boats.


Shed 2 fully involved.

OY000405



Lieutenant Rogers on side 4.

OY000406