

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# PROPERTY SPECIAL BROADENING ENDORSEMENT

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM – CP 0010
CAUSES OF LOSS – SPECIAL FORM – CP 1030

Under **Section C. Limits of Insurance** of CP0010, the following is added: The limits applicable to the Coverages included in this endorsement may either be in addition to or included within the applicable Limits of Insurance. For application of the limits, refer to each coverage within this endorsement.

Refer to **Section IV – Definitions** of this endorsement for additional words or phrases which appear in quotation marks that have special meaning.

**I.   COVERAGES**

Under this endorsement, **Section A.1. Covered Property** of CP0010, **c. Personal Property of Others** is deleted as item **c.** and included as item **(8)** under **b. Your Business Personal Property**.

**A.   Scheduled Coverages**

These coverages amend coverage provided under the Building and Personal Property Coverage Form and Causes of Loss – Special Form, through new coverages and broader coverage grants. This coverage is subject to the provisions applicable to these forms, except as provided in this endorsement. If any of the property covered by this endorsement is also covered under any other provisions of the policy this endorsement is made a part of, or if more than one coverage under this endorsement applies, in the event of loss or damage, you may choose only one of these coverages to apply to that loss. The most we will pay in this case is the larger of the two limits that would be applicable.

|  |  | Limits of Insurance | Page |
|---|---|---|---|
| 1. | Debris Removal | $ 25,000 | 3 |
| 2. | Pollutant Clean-Up and Removal | $ 25,000 | 4 |
| 3. | Arson and Theft Reward | $ 30,000 | 4 |
| 4. | Newly Acquired or Constructed Property |  |  |
|  | Buildings | $ 1,000,000 | 4 |
|  | Business Personal Property | $ 500,000 | 4 |
| 5. | Property Off Premises | $ 100,000 | 5 |
| 6. | Worldwide Property Off-Premises | $ 45,000 | 5 |
| 7. | Salesperson's Samples | $ 25,000 | 5 |
| 8. | Personal Property in Transit | $ 50,000 | 6 |
| 9. | Forgery or Alteration | $ 25,000 | 6 |
| 10. | Employee Dishonesty including ERISA Compliance | $ 50,000 | 6 |
| 11. | Money & Securities | $ 25,000 | 8 |
| 12. | Foundations and Underground Pipes | $ 250,000 | 8 |
| 13. | Tenant Glass | $ 10,000 | 8 |
| 14. | Ordinance or Law | $ 50,000 | 9 |
| 15. | Newly Acquired Locations – Business Income and Extra Expense | $ 250,000 | 11 |

|     |                                                                          | Limits of Insurance | Page |
|-----|--------------------------------------------------------------------------|---------------------|------|
| 16. | Contractual Penalties                                                    | $ 25,000            | 11   |
| 17. | Business Income and Extra Expense from Dependent Properties              | $ 100,000           | 11   |
| 18. | Utility Services – Direct Damage                                         | $ 50,000            | 12   |
|     | Utility Services – Business Income                                       | $ 50,000            | 12   |
| 19. | Transit Business Income and Extra Expense                                | $ 100,000           | 13   |
| 20. | Contingent Transit Business Income and Extra Expense                     | $ 100,000           | 13   |
| 21. | Change in Temperature, Electrical Injury and Contamination by Refrigerant| $ 50,000            | 13   |
| 22. | Water Damage, Other Liquids, Powder or Molten Material Damage            | $ 25,000            | 13   |
| 23. | Underground Water Seepage                                                | $ 25,000            | 14   |
| 24. | Employees' Tools and Work Clothing                                       | $ 10,000            | 14   |
| 25. | Extended Coverage on Property – within 1000 ft.                          | Included            | 14   |
| 26. | Preservation of Property                                                 | Included            | 14   |
| 27. | Theft Damage to Building                                                 | Included            | 14   |
| 28. | Marring and Scratching                                                   | Included            | 15   |
| 29. | Brands and Labels                                                        | Included            | 15   |
| 30. | Consequential Loss to Stock                                              | Included            | 15   |
| 31. | Fire Protection Equipment Recharge                                       | Included            | 15   |
| 32. | Additional Covered Property                                              | Included            | 15   |
| 33. | Backup of Sewers and Drains                                              | Included            | 16   |
| 34. | Inflation Guard – Building                                               | Included            | 16   |
| 35. | Seasonal Increase – Business Personal Property                           | Included            | 16   |

**B. Blanket Limit of Insurance** — $ 250,000 — 16

The Blanket Limit of Insurance shown above applies to all Coverages shown in **Section III. B.** of this Endorsement. The Blanket Limit of Insurance applies separately and only to each described premises shown in the Declarations. At the time of loss, you may elect to apportion this Blanket Limit of Insurance to one or any combination of the Coverages shown, but under no circumstances will the aggregate apportionment be permitted to exceed the Blanket Limit of Insurance shown above at any one covered premises.

Coverages included within the Blanket Limit of Insurance:

1. Accounts Receivable — 16
2. Claims Expenses — 17
3. Fine Arts — 17
4. Movement of Property — 18
5. Personal Effects — 18
6. Business Income and Extra Expense — 18
7. Electronic Data Processing Equipment — 19
8. Fire Department Service Charge — 20
9. Outdoor Property — 20
10. Valuable Papers and Records — 20

**C. Broadened Valuation Clause** — 21 - 23

## II. DEDUCTIBLE

We will not pay for loss or damage in any one "occurrence" until the amount of loss or damage exceeds $500. We will then pay the amount of loss or damage in excess of the Deductible, up to the applicable Limit of Insurance for all coverages listed under **Section I. Coverages.**

OY000066

## III. COVERED PROPERTY

### A. Scheduled Coverages

#### 1. Debris Removal

Under **Section A.4. Additional Coverages** of CP 0010, **a. Debris Removal,** paragraphs **(4)** and **(5)** are replaced by the following and paragraph **(6)** is added:

(4) We will pay up to an additional $25,000 for debris removal expense, for each location, in any one "occurrence" of physical loss or damage to Covered Property, if one or both of the following circumstances apply:

  (a) The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

  (b) The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

Therefore, if **(4)(a)** and/or **(4)(b)** apply, our total payment for direct physical loss or damage and debris removal expense may reach but will never exceed the Limit of Insurance on the Covered Property that has sustained loss or damage, plus $25,000.

(5) Examples

The following examples assume that there is no coinsurance penalty.

### Example #1

| | |
|---|---|
| Limit of Insurance | $ 200,000 |
| Amount of Deductible | $ 500 |
| Amount of Loss | $ 125,000 |
| Amount of Loss Payable | $ 124,500 |
| | ($125,000 - $500) |
| Debris Removal Expense | $ 25,000 |
| Debris Removal Expense Payable | $ 25,000 |
| ($25,000 is 20% of $125,000) | |

The debris removal expense is less than 25% of the sum of the loss payable plus the deductible. The sum of the loss payable and the debris removal expense ($124,500 + $25,000 = $149,500) is less than the Limit of Insurance. Therefore the full amount of debris removal expense is payable in accordance with the terms of Paragraph **(3)**.

### Example #2

| | |
|---|---|
| Limit of Insurance | $ 200,000 |
| Amount of Deductible | $ 500 |
| Amount of Loss | $ 180,000 |
| Amount of Loss Payable | $ 179,500 |
| | ($180,000 - $500) |
| Debris Removal Expense | $ 50,000 |
| Debris Removal Expense Payable | |
| Basic Amount | $ 20,500 |
| Additional Amount | $ 25,000 |

The basic amount payable for debris removal expense under the terms of Paragraph **(3)** is calculated as follows: $180,000 ($179,500 + $500) x .25 = $45,000; capped at $20,500. The cap applies because the sum of the loss payable ($179,500) and basic amount payable for debris removal expense ($20,500) cannot exceed the Limit of Insurance ($200,000).

The additional amount payable for debris removal expense is provided in accordance with the terms of Paragraph **(4)**, because the debris removal expense ($50,000) exceeds 25% of the loss payable plus the deductible ($50,000 is 28% of $180,000), and because the sum of the loss payable and debris removal expense ($179,500 + $50,000 = $229,500) would exceed the Limit of Insurance ($200,000). The additional amount of covered debris removal expense is $25,000, the maximum payable under paragraph **(4)**. Thus the total payable for debris removal expense in this example is $45,500; $4,500 of the debris removal expense is not covered.

(6) We will also pay up to $1,000 for the costs you incur at each premises to remove debris of outdoor trees, shrubs or plants that are blown onto your premises by wind. The amount payable under this Additional Coverage is additional insurance.

OY000067

2. **Pollutant Clean Up and Removal**

   Under **Section A.4. Additional Coverages** of CP0010, **d. Pollutant Clean Up and Removal** is replaced by the following:

   We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

   This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

   The most we will pay under this Additional Coverage for each described premises is $25,000 for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12 month period of this policy. This coverage is an additional amount of insurance.

3. **Arson and Theft Reward**

   Under **Section A.4. Additional Coverages** of CP 0010, the following is added:

   g. **Arson and Theft Reward**

   (1) In the event that a covered fire loss was the result of an act of arson, or you suffered a covered "theft" loss, we will reimburse you up to $30,000 for rewards you pay for information leading to convictions for that act of arson or "theft".

   (2) The Deductible and Coinsurance Condition do not apply to this Additional Coverage. This coverage is not an additional amount of insurance.

4. **Newly Acquired or Constructed Property**

   Under **Section A.5. Coverage Extensions** of CP 0010, **a. Newly Acquired or Constructed Property** is replaced by the following:

   (1) **Building**

   If this policy covers Building, you may extend this insurance to apply to:

   (a) Your new buildings while being built on the described premises; and

   (b) Buildings you acquire at locations, other than the described premises, intended for:

   (i) Similar use as the building described in the Declarations; or

   (ii) Use as a warehouse.

   The most we will pay for loss or damage under this Coverage Extension is $1,000,000 at each building. This Coverage Extension provides an additional amount of insurance

   (2) **Your Business Personal Property**

   (a) If this policy covers Your Business Personal Property, you may extend that insurance to apply to:

   (i) Business personal property, including such property that you newly acquire, at any location you acquire other than at fairs, trade shows or exhibitions;

   (ii) Business personal property, including such property that you newly acquire, located at your newly constructed or acquired buildings at the location described in the Declarations; or

   (iii) Business personal property that you newly acquire, located at the described premises.

   The most we will pay for loss or damage under this Extension is $500,000 at each building. This Coverage Extension provides an additional amount of insurance

   (b) This extension does not apply to:

   (i) Personal property of others that is temporarily in your possession in the course of installing or performing work on such property; or

   (ii) Personal property of others that is temporarily in your possession in the course of your manufacturing or wholesaling activities.

   (3) **Period of Coverage**

   With respect to insurance on or at each newly acquired or constructed property, coverage will end when any of the following first occurs:

   (a) This policy expires;

  (b) 180 days expire after you acquire the property or begin construction of that part of the building that would qualify as covered property; or

  (c) You report values to us.

  We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as covered property.

5. **Property Off-Premises**

   Under **Section A.5. Coverage Extensions** of CP 0010, **d. Property Off-Premises** is replaced by the following:

   (1) You may extend the insurance provided by this Coverage Form to apply to your Business Personal Property and Business Personal Property of Others while it is away from the described premises, if it is:

   (a) Temporarily at a location you do not own, lease or operate;

   (b) In storage at a location you lease, provided the lease was executed after the beginning of the current policy term; or

   (c) At any fair, trade show or exhibition.

   (2) This Extension does not apply to property:

   (a) In or on a vehicle; or

   (b) In the care, custody or control of your salesperson, unless the property is in such care, custody or control at a fair, trade show or exhibition.

   (3) The most we will pay for loss or damage under this Extension is $100,000. This Coverage Extensions provides an additional amount of insurance.

6. **Worldwide Property Off-Premises**

   Under **Section A.5. Coverage Extensions** of CP 0010, the following is added:

   g. **Worldwide Property Off-Premises**

   (1) You may extend the insurance that applies to your Business Personal Property and Business Personal Property of Others to apply to that property while it is temporarily outside the coverage territory if it is:

   (a) Temporarily at a location you do not own, lease or operate for purpose of service or repair;

   (b) At any fair, trade show or exhibition; or

   (c) While "in transit" between the described premises and a location described in (a) or (b) above.

   (2) The most we will pay for loss or damage under this Extension is $45,000. This Coverage Extension provides an additional amount of insurance.

7. **Salesperson's Samples**

   Under **Section A.4. Additional Coverages** of CP 0010, the following is added:

   h. **Salesperson's Samples**

   (1) We will pay for direct physical loss or damage to samples of your "stock" in trade (including containers) while:

   (a) In the custody of your sales representative, agent or any "employee" who travels with sales samples;

   (b) In your custody while acting as a sales representative; or

   (c) "In transit" between premises that you own, lease or operate and your sales representative.

   (2) The most we will pay for loss or damage under this Additional Coverage is $25,000. The amount payable under this Additional Coverage is additional insurance.

   (3) We will not pay for any loss to the following property:

   (a) Property which has been sold;

   (b) Jewelry, precious or semi-precious stones, gold, silver, platinum or other precious metals or alloys;

   (c) Fur, fur garments or garments trimmed with fur; or

   (d) Any property while waterborne.

   (4) Under **Section B. Exclusions** of CP 1030, **Exclusions 1.e., 2.a.** and **2.d.(4), (5) & (6)** do not apply to this Additional Coverage.

   (5) We will not pay for any loss or damage caused by "theft" from an unat-

tended vehicle, except when it is securely locked, its windows are fully closed, and there is visible evidence that entry into the vehicle was forced.

8. **Personal Property in Transit**

   Under **Section F. Additional Coverage Extensions** of CP 1030, **1. Property in Transit** is replaced by the following:

   (1) You may extend the insurance that applies to Business Personal Property to apply to your property or property of others you have picked up from others, or property of others, which you are delivering. This Extension applies to property while it is "in transit" more than 1000 feet from the described premises and while between points in the Coverage Territory while:

   (a) In a vehicle owned, leased or operated by you; or

   (b) In the custody of a common carrier, contract carrier or registered mail carrier.

   (2) This Extension does not apply to the following property:

   (a) Shipments that belong to others that you are transporting for a fee;

   (b) Property while waterborne;

   (c) Live animals; or

   (d) Salesperson's samples

   (3) Under **Section B. Exclusions, Exclusions 1.b.** and **1.g.** do not apply to this Coverage Extension.

   (4) The most we will pay for loss or damage under this Extension is $50,000.

   This Coverage Extension is additional insurance. The Additional Condition, Coinsurance, does not apply to this Extension.

9. **Forgery and Alteration**

   Under **Section A.4. Additional Coverages** of CP 0010, the following is added:

   i. **Forgery and Alteration**

   (1) We will pay for loss resulting directly from forgery or alteration of, any check, draft, promissory note, bill of exchange or similar written promise of payment in "money" that you or your agent has issued, or that was issued by someone who impersonates you or your agent.

   (2) If you are sued for refusing to pay the check, draft, promissory note, bill of exchange or similar written promise of payment in "money", on the basis that it has been forged or altered, and you have our written consent to defend against the suit, we will pay for any reasonable legal expenses that you incur in that defense.

   (3) The most we will pay for any loss, including legal expenses, under this Additional Coverage is $25,000. The amount payable under this Additional Coverage is additional insurance.

10. **Employee Dishonesty including ERISA Compliance**

    Under **Section A.4. Additional Coverages** of CP 0010, the following is added:

    j. **Employee Dishonesty including ERISA Compliance**

    (1) We will pay for direct loss of or damage to Business Personal Property and "money" and "securities" resulting from dishonest acts committed by any of your "employees" acting alone or in collusion with other persons (except you or your partners) with the manifest intent to:

    (a) Cause you to sustain loss or damage; and also

    (b) Obtain financial benefit (other than salaries, commissions, fees, bonuses, promotions, awards, profit sharing, pensions or other "employee" benefits earned in the normal course of employment) for:

    (i) Any "employee"; or

    (ii) Any other person or organization intended by the "employee" to receive that benefit.

    (2) With respect to this Additional Coverage only, **Exclusion B.2.h.** under CP 1030 does not apply. The following exclusion is added for this Additional Coverage:

    We will not pay for loss or damage:

    (a) Resulting from any dishonest or criminal act that you or any of your partners commit whether acting alone or in collusion with any other persons.

(b) The only proof of which as to its existence or amount is:

(i) An inventory computation; or

(ii) A profit and loss computation.

(3) All loss or damage:

(a) Caused by one or more persons; or

(b) Involving a single act or series of related acts;

is considered one "occurrence".

(4) We will pay only for loss or damage you sustain through acts committed or events occurring during the Policy Period. Regardless of the number of years this policy remains in force or the number of premiums paid, no Limit of Insurance cumulates from year to year or period to period.

(5) This Additional Coverage does not apply to any "employee" immediately upon discovery by:

(a) You; or

(b) Any of your partners, officers or directors not in collusion with the "employee";

of any dishonest act committed by that "employee" before or after being hired by you.

(6) We will pay only for covered loss or damage discovered no later than one year from the end of the Policy Period.

(7) If you (or any predecessor in interest) sustained loss or damage during the period of any prior insurance that you could have recovered under that Insurance except that the time within which to discover loss or damage had expired, we will pay for it under this Additional Coverage, provided:

(a) This Additional Coverage became effective at the time of cancellation or termination of the prior insurance; and

(b) The loss or damage would have been covered by this Additional Coverage had it been in effect when the acts or events causing the loss or damage were committed or occurred.

(8) The insurance under paragraph (7) above is part of, not in addition to, the Limit of Insurance applying to this Additional Coverage and is limited to the lesser of the amount recoverable under:

(a) This Additional Coverage as of its effective date; or

(b) The prior insurance had it remained in effect.

(9) You may extend this coverage to apply to loss caused by any "employee" while temporarily outside the Coverage Territory for a period of not more than 90 days.

(10) The most we will pay for loss or damage in any one "occurrence" is $50,000. The amount payable under this Additional Coverage is additional insurance.

(11) **Welfare and Pension Plan ERISA Compliance.** In compliance with certain provisions of the Employee Retirement Income Security Act of 1974 (ERISA):

(a) If any Plan is insured jointly with any other entity under this insurance, you or the Plan Administrator must select a Limit of Insurance for the Employee Dishonesty coverage that is sufficient to provide an amount of insurance for each Plan that is at least equal to that required if each Plan were separately insured.

(b) If the Insured first named in the Declarations is an entity other than a Plan, any payment we make to that insured for loss sustained by any Plan will be held by the Insured for the use and benefit of the Plan(s) sustaining loss.

(c) If two or more Plans are insured under this insurance, any payment we make for loss:

(i) Sustained by two or more Plans; or

(ii) Of commingled funds or other property of two or more Plans

that arises out of one "occurrence" because of dishonest acts of "employees", is to be shared by each Plan sustaining

loss in the proportion that the amount of insurance required for each such Plan under ERISA provisions bears to the total of those amounts.

(d) The Deductible Condition, **Section II** of this endorsement, does not apply to loss sustained by any Plan subject to ERISA, which is insured under this insurance.

**11. Money & Securities**

Under **Section A.4. Additional Coverages** of CP 0010, the following is added:

k. **Money & Securities**

(1) We will pay for loss of "money" and "securities" used in your business while at a bank or savings institution, within your living quarters or the living quarters of your partners or any "employee" having use and custody of the property, at the described premises, or "in transit" between any of these places, resulting directly from:

(a) "Theft", meaning any act of stealing;

(b) Disappearance; or

(c) Destruction.

(2) The most we will pay for loss in any one "occurrence" is $25,000. The amount payable under this Additional Coverage is additional insurance.

(3) All loss:

(a) Caused by one or more persons; or

(b) Involving a single act or series of related act;

is considered one "occurrence".

(4) You must keep records of all "money" and "securities" so we can verify the amount of loss or damage.

(5) We will not pay for loss:

(a) Resulting from accounting or arithmetical errors or omissions;

(b) Due to the giving or surrendering of property in any exchange or purchase; or

(c) Of property contained in any "money"-operated device unless the amount of "money" deposited in it is recorded by a continuous recording instrument in the device.

**12. Foundations and Underground Pipes**

Under **Section A.5. Coverage Extensions** of CP 0010, the following is added:

h. **Foundations and Underground Pipes**

You may extend the insurance that applies to Building to apply to loss or damage to:

(1) Foundations of buildings, structures, machinery or boilers if their foundations are below:

(a) The lowest basement floor; or

(b) The surface of the ground, if there is no basement;

(2) Underground pipes, flues and drains; and

(3) The cost of excavating, grading, backfilling or filling.

The most we will pay for loss under this Coverage Extension is 10% of the applicable Limit of Insurance for Building shown in the Declarations, but not more than $250,000. Payment for loss or damage to this property is included within the applicable Limit of Insurance.

**13. Tenant Glass**

Under **Section A.4. Additional Coverages** of CP 0010, the following is added:

l. **Tenant Glass**

(1) If glass in a building you occupy, but do not own is damaged, we will pay for direct physical loss of or damage to glass, including lettering or ornamentation, that is part of a building at the described premises. The glass must be in your care, custody or control and for which the lease holds you responsible. We will also pay for necessary:

(a) Expenses incurred to put up temporary plates or board up openings;

(b) Repair or replacement of encasing frames; and

(c) Expenses incurred to remove or replace obstructions.

(2) Paragraph **B. Exclusions** of CP 1030 do not apply to this Additional Coverage, except for:

(a) Paragraph **B.1.b. Earth Movement;**

(b) Paragraph **B.1.c. Governmental Action;**

(c) Paragraph **B.1.d. Nuclear Hazard;**

(d) Paragraph **B.1.f. War & Military Action;** and

(e) Paragraph **B.1.g. Water.**

(3) We will not pay for loss or damage caused by or resulting from:

(a) Wear and tear;

(b) Hidden or latent defect;

(c) Corrosion; or

(d) Rust

(4) The most we will pay for loss or damage in any one "occurrence" under this Additional Coverage is $10,000. The amount payable under this Additional Coverage is additional insurance.

**14. Ordinance or Law Coverage**

Under **Section A.4. Additional Coverage** of CP 0010, **e, Increased Cost of Construction** is replaced by the following:

e. **Ordinance or Law Coverage**

(1) This Additional Coverage applies only if the following is satisfied:

The Ordinance or Law:

(a) Regulates the demolition, construction or repair of buildings, or establishes zoning or land use requirements at the described premises; and

(b) Is in force at the time of loss.

But coverage under this endorsement applies only in response to the minimum requirements of the ordinance or law. Losses and costs incurred in complying with recommended actions or standards that exceed actual requirements are not covered under this endorsement.

(2) Coverage

(a) **Coverage for Loss To The Undamaged Portion Of The Building**

With respect to the building that has sustained covered direct physical damage, we will pay under this Additional Coverage for the loss in value of the undamaged portion of the building as a consequence of enforcement of an ordinance or law that requires demolition of undamaged parts of the same building.

Coverage for the undamaged portion of the building is included within the Limit of Insurance shown in the Declarations as applicable to the covered building. This Additional Coverage does not increase the Limit of Insurance.

(b) **Demolition Cost Coverage**

With respect to the building that has sustained covered direct physical damage, we will pay the cost to demolish and clear the site of undamaged parts of the same building, as a consequence of enforcement of an ordinance or law that requires demolition of such undamaged property.

The Coinsurance Additional Condition does not apply to Demolition Cost Coverage.

(c) **Increased Cost Of Construction Coverage**

With respect to the building that has sustained covered direct physical damage, we will pay the increased cost to:

(i) Repair or reconstruct damaged portions of that building; and/or

(ii) Reconstruct or remodel undamaged portions of that building, whether or not demolition is required;

When the increased cost is a consequence of enforcement of the minimum requirements of the ordinance or law.

However:

(i) This coverage applies only if the restored or remodeled property is intended for similar occupancy as the current property, unless such occupancy is not permitted by zoning or land use ordinance or law.

OY000073

    (ii) We will not pay for the increased cost of construction if the building is not repaired, reconstructed or remodeled.

The Coinsurance Additional Condition does not apply to Increased Cost of Construction Coverage.

**(3) Loss Payment**

  (a) When there is a loss in value of an undamaged portion of a building due to enforcement of an ordinance or law, the loss payment for that building, including damaged and undamaged portions, will be determined as follows:

    (i) If the property is being repaired or replaced, on the same or another premises, we will not pay more than the lesser of:

      1. The amount you would actually spend to repair, rebuild or reconstruct the building, but not for more than the amount it would cost to restore the building on the same premises and to the same height, floor area, style and comparable quality of the original property insured; or

      2. The Limit of Insurance shown in the Declarations as applicable to the covered building.

    (ii) If the property is **not** repaired or replaced, we will not pay more than the lesser of:

      1. The actual cash value of the building at the time of loss; or

      2. The Limit of Insurance shown in the Declarations as applicable to the covered building.

  (b) The most we will pay for all covered losses for Demolition Cost Coverage and Increased Cost of Construction Coverage, is the Limit of Insurance shown below in paragraph **(4)**. Subject to this Limit of Insurance, the following loss payment provisions apply:

    (i) For Demolition Cost Coverage, we will not pay more than the amount you actually spend to demolish and clear the site of the described premises.

    (ii) With respect to the Increased Cost of Construction Coverage, we will not pay for the increased cost of construction:

      1. Until the property is actually repaired or replaced, at the same or another premises; and

      2. Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

    (iii) If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the increased cost of construction is the increased cost of construction at the same premises.

    (iv) If the ordinance or law requires relocation to another premises, the most we will pay for the increased cost of construction is the increased cost of construction at the new premises.

**(4)** The most we will pay for loss under Demolition Cost Coverage and Increased Cost of Construction Coverage for each described building is a combined limit of $50,000. The amount payable under this Additional Coverage is additional insurance.

**(5)** We will not pay any costs:

  (a) Due to an ordinance or law that:

    (i) You were required to comply with before the loss,

      even when the building was undamaged; and

      (ii) You failed to comply with.

  (b) Associated with enforcement of any ordinance or law which:

      (i) Requires the demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria; or

      (ii) Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungus", we or dry rot or bacteria.

(6) This Additional Coverage is not subject to the terms of the Ordinance or Law Exclusion, to the extent that such Exclusion would conflict with the provisions of this Additional Coverage.

(7) The costs addressed in Loss Payment, Valuation Conditions and the Replacement Cost Optional Coverage, in CP 0010, do not include the increased cost attributable to enforcement of an ordinance or law. The amount payable under this Additional Coverage as stated in paragraph (4) above, is not subject to such limitation.

15. **Newly Acquired Locations – Business Income and Extra Expense**

Under **Section A.5. Coverage Extensions** of CP 0010, the following is added:

  i.  **Newly Acquired Locations – Business Income and Extra Expense**

    (1) If this policy covers "business income" and "extra expense", you may extend that insurance to apply to property at any location you acquire, other than at fairs or exhibitions.

    (2) The most we will pay for loss under this Coverage Extension is $250,000 at each building. This Coverage Extension provides an additional amount of insurance.

    (3) With respect to insurance on or at each newly acquired location, coverage will end when any of the following first occurs:

      (a) This policy expires;

      (b) 180 days expire after you acquire the property; or

      (c) You report values to us. We will charge you additional premium for values reported from the date you acquire the property.

16. **Contractual Penalties**

Under **Section A.5. Coverage Extensions** of CP 0010, the following is added:

  j.  **Contractual Penalties**

    If this policy covers "Business Income", you may extend that insurance to apply to penalties that are imposed by a written contract between you and your customers. These penalties must:

    (1) Result from your failure to timely deliver your product according to contract terms;

    (2) Result from direct physical loss or damage by a Covered Cause of Loss to Covered Property; and

    (3) Have been paid to your customer.

    The most we will pay under this Coverage Extension is $25,000. This Extension is an additional amount of insurance.

17. **Business Income and Extra Expense from Dependent Properties**

Under **Section A.4. Additional Coverages** of CP 0010, the following is added:

  m.  **Business Income and Extra Expense from Dependent Properties**

    (1) We will pay the actual loss of "business income" you sustain due to the necessary "suspension" of your "operations" during the "dependent property period of restoration". The "suspensions" must be caused by direct physical loss of or damage to "dependent property" caused by or resulting from any Covered Cause of Loss.

    (2) We will pay the actual and necessary Extra Expense you incur due to

direct physical loss of or damage to "dependent property" caused by or resulting from any Covered Cause of Loss.

(3) Under this Additional Coverage, the definition of "Extra Expense" is replaced with the following:

"Extra Expense" means necessary expenses you incur during the "dependent property period of restoration" that you would not have incurred if there had been no direct physical loss or damage to the premises of any "dependent property" caused by or resulting from a Covered Cause of Loss:

   (a) To avoid or minimize the suspension of business and to continue "operations"; or

   (b) To minimize the suspension of business if you cannot continue "operations".

(4) For "Business income" coverage under this Additional Coverage, the Coverage Territory for "dependent property" is expanded to all parts of the world.

(5) We will reduce the amount of your "business income" loss, other than "extra expense", to the extent you can resume "operations" in whole or in part by using any other available:

   (a) Source of materials; or

   (b) Outlet for your products.

(6) The most we will pay under this Additional Coverage is $100,000 for loss you sustain from loss of or damage to "dependent property" at any one "dependent property" location. The amount payable under this Additional Coverage is additional coverage.

**18. Utility Services**

Under **Section A.4. Additional Coverages** of CP 0010, the following is added:

**n. Utility Services**

(1) We will pay for loss of or damage to Covered Property caused by the interruption of service to the described premises. The interruption must result from direct physical loss or damage by a Covered Cause of Loss to property not on the described premises that provides the services shown below in paragraph (3). The most we will pay for any loss under this Additional Coverage is $50,000 at each described premises.

(2) We will pay for loss of "business income" or "extra expense" caused by the interruption of service at the described premises. The interruption must result from direct physical loss or damage by a Covered Cause of Loss to property not on the described premises that provides the services shown below in paragraph (3). We will only pay for loss you sustain after the first 12 hours following the direct physical loss or damage to the property described above. The most we will pay for loss or damage under this Additional Coverage is $50,000 at each described premises.

(3) Services:

   (a) Water Supply Services, meaning the following types of property supplying water to the described premises:

      (i) Pumping stations; and

      (ii) Water mains.

   (b) Communication Supply Services, meaning the following types of property supplying communication services, including telephone, radio, microwave or television services to the described premises, such as:

      (i) Communication transmission lines, including optic fiber transmission lines;

      (ii) Coaxial cables; and

      (iii) Microwave radio relays except satellites.

      It does not include overhead transmission lines.

   (c) Power Supply Services, meaning the following types of property supplying electricity, steam or gas to the described premises:

      (i) Utility generating plants;

      (ii) Switching stations;

      (iii) Substations;

      (iv) Transformers; and

      (v) Transmission lines

      It does not include overhead transmission lines

(4) This Additional Coverage is not subject to the terms of the Utility Services Exclusion, to the extent that such exclusion would conflict with provisions of this Additional Coverage. Payment for loss or damage under this Additional Coverage is included within the applicable Limit of Insurance.

(5) Coverage under this extension for loss or damage to Covered Property does not apply to loss or damage to electronic data, including destruction or corruption of electronic data. The term electronic data has the meaning set forth in the Coverage Form to which this endorsement applies.

19. **Transit Business Income and Extra Expense**

   Under **Section A.4. Additional Coverages** of CP 0010, the following is added:

   o. **Transit Business Income and Extra Expense**

   We will pay the actual loss of "business income" or "extra expense" you sustain due to direct physical loss or damage to Covered Property "in transit" caused by or resulting from a Covered Cause of Loss.

   The most we will pay for loss under this Additional Coverage is $100,000. The amount payable under this Additional Coverage is additional insurance.

20. **Contingent Transit Business Income and Extra Expense**

   Under **Section A.4. Additional Coverages** of CP 0010, the following is added:

   p. **Contingent Transit Business Income and Extra Expense**

   We will pay the actual loss of "business income" or "extra expense" you sustain due to direct physical loss or damage to Business Personal Property of Others, not in your care, custody or control, while "in transit" caused by or resulting from a Covered Cause of Loss.

   The most we will pay for loss under this Additional Coverage is $100,000. The amount payable under this Additional Coverage is additional insurance.

21. **Change in Temperature, Electrical Injury and Contamination By Refrigerant**

   Under **Section A.4. Additional Coverages** of CP 0010, the following is added:

   q. **Change in Temperature, Electrical Injury and Contamination By Refrigerant**

   (1) Coverages

      (a) **Change in Temperature**

         Damage to covered property caused by a change in temperature or humidity resulting from a mechanical breakdown or malfunction of heating, refrigerating, cooling or humidity control equipment at the described premises.

      (b) **Electrical Injury**

         Damage to covered property caused by artificially generated electric current, other than electrical arching, which damages, destroys or otherwise disturbs electrical devices, appliances or wires.

      (c) **Contamination By Refrigerant**

         Contamination by refrigerant from refrigerating, cooling or humidity control apparatus or equipment.

      These Additional Coverages are not subject to the terms of **Exclusions B.2.a** and **2.d.(6)** and **2.d.(7)(a)** and **(b)** of CP 1030 to the extent that such exclusions would conflict with the provisions of these Additional Coverages.

   (2) The most we will pay for loss or damage to Covered Property under this Additional Coverage is $50,000. This limit will apply to all loss or damage proximately caused by the same event, whether such loss or damage results from change in temperature, electrical injury or contamination by refrigerant or any combination of the three.

      Payment under this Additional Coverage is included within the applicable Limit of Insurance.

22. **Water Damage, Other Liquids, Powder or Molten Material Damage**

   Under **Section F. Additional Coverage Extensions** of CP 1030, **2. Water Damage, Other Liquids, Powder or Molten Material Damage** is replaced by the following:

If loss or damage caused by or resulting from covered water or other liquid, powder or molten material damage loss occurs, we will also pay the cost to tear out and replace any part of the building or structure, or, in the case of underground pipes; lawns, shrubs or paved areas, to repair damage to the system or appliance from which the water or other substance escapes.

Payment under this Additional Coverage is included within the applicable Limit of Insurance. The maximum we will pay for loss or damage to lawns, shrubs or paved areas is $25,000.

23. **Underground Water Seepage**

    Under **Section A.4. Additional Coverages** of CP 0010, the following is added:

    r. **Underground Water Seepage**

    (1) We will pay for direct physical loss or damage to Covered Property at the described premises, caused by or resulting from water under the ground surface pressing on, or flowing or seeping through:

    (a) Foundations, walls, floors or paved surfaces;

    (b) Basements, whether paved or not; or

    (c) Doors, windows or other openings.

    (2) Under **Section B.1. Exclusions** of CP 1030, **exclusion g.(4)** is deleted.

    (3) The most we will pay for any loss under this Additional Coverage is $25,000 at each described premises. The amount payable under this Additional Coverage is additional insurance.

24. **Employees' Tools and Work Clothing**

    Under **Section A.4. Additional Coverages** of CP 0010, the following is added:

    s. **Employees' Tools and Work Clothing**

    (1) We will pay for direct physical loss of or damage to tools and work clothing of your "employees" while such tools and work clothing are located at the described premises, your job sites or while "in transit" to and from your job sites, while in your vehicle.

    (2) The most we will pay for loss or damage under this Additional Cov-

erage is $10,000, but not more than $500 for any one tool or item of clothing. The amount payable under this Additional Coverage is additional insurance.

    (3) The Coinsurance condition does not apply to this Additional Coverage.

25. **Extended Coverage on Property – within 1000 ft.**

    Under the **Building and Personal Property Coverage Form, CP 0010 and Causes of Loss – Special Form, CP 1030** all provisions that limit the location of property to "within 100 feet" of the described premises are extended to "within 1000 feet" of the described premises.

26. **Preservation of Property**

    Under **Section A.4. Additional Coverages** of CP 0010, **b. Preservation of Property** is replaced by the following:

    If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss or damage to that property:

    (1) While it is being moved or while temporarily stored at another location; and

    (2) Only if the loss or damage occurs within 90 days after the property is first moved.

27. **Theft Damage to Building**

    Under **Section A.4. Additional Coverages** of CP 0010, the following is added:

    t. **Theft Damage to Building**

    (1) We will pay for loss or damage to:

    (a) That part of any unowned building containing Your Business Personal Property; or

    (b) Unowned equipment within the building used to maintain or service the building.

    Caused directly by "theft" or attempted "theft".

    (2) This Additional Coverage is primary but applies only to premises where you are a tenant and are required in your lease to cover this exposure.

    (3) This Additional Coverage is included within the Limit of Insurance applicable to Your Business Personal

Property at the location of loss, and does not increase that Limit of Insurance.

### 28. Marring and Scratching

Under **Section A.5. Coverage Extensions** of CP 0010, the following is added:

**k. Marring and Scratching**

You may extend the insurance that applies to Your Business Personal Property at the described premises to apply to damage caused directly by sudden and accidental marring and scratching of:

(1) Your "stock";

(2) Your printing plates; and

(3) Property of others that is in your care, custody or control.

This Cause of Loss does not apply to:

(1) Property at other than the described premises; and

(2) Property in transit.

Payment under this Coverage Extension is included with Your Business Personal Property Limit of Insurance.

### 29. Brands and Labels

Under **Section A.5. Coverage Extensions** of CP 0010, the following is added:

**l. Brands and Labels**

If Covered Property that has a brand or label is damaged by a covered Cause of Loss, and we elect to take all or any part of the property at an agreed or appraised value, you may elect to extend the insurance that applies to Your Business Personal Property to pay expenses incurred to:

(1) Stamp salvage on the property or its container, if the stamp will not physically damage the property; or

(2) Remove the brand or label, if doing so will not physically damage the property or its containers, and relabel the property or its containers to comply with the law.

Payment of these expenses is included within the applicable Limit of Insurance.

### 30. Consequential Loss to Stock

Under **Section A.5. Coverage Extensions** of CP 0010, the following is added:

**m. Consequential Loss to Stock**

You may extend the insurance that applies to Your Business Personal Property to apply to the reduction in value of the remaining parts of "stock" in process of manufacture that are physically undamaged but are unmarketable as a complete product because of direct physical loss or damage from a Covered Cause of Loss to other parts of covered "stock" in process of manufacture at the described premises.

Payment under this Coverage Extension is included within the applicable Limit of Insurance.

### 31. Fire Protection Equipment Recharge

Under **Section A.4. Additional Coverages** of CP 0010, the following is added:

**u. Fire Protection Equipment Recharge**

We will pay expenses you incur to recharge or refill your fire protection equipment due to the leakage or discharge:

(1) To prevent or control loss;

(2) Accidentally; or

(3) As a result of malfunction of the equipment.

The Deductible does not apply to this Additional Coverage. Payment under this Additional Coverage is included within the applicable Limit of Insurance.

### 32. Additional Covered Property

Under **Section A.5. Coverage Extensions**, of CP 0010, the following is added:

**n. Additional Covered Property**

(1) You may extend the insurance that applies to your Business Personal Property to also include "theft" or attempted "theft" of your patterns, dies, molds and forms.

Under **Section C. Limitations** of CP 1030, the special limit of $2,500 for patterns, dies, molds and forms is deleted.

(2) Under **Section C. Limitations** of CP 1030, the special limits for specific property is replaced by the following:

The specific limit shown for each category **(a)** through **(d)**, is the total limit for loss of or damage to all property in that category. The special limit applies to any one "occurrence" of "theft", regardless of

the types or number of articles that are lost or damaged in that "occurrence". The special limits are:

(a) $2,500 for furs, fur garments and garments trimmed in fur.

(b) $2,500 for jewelry, watches, watch movements, jewels and pearls. This limit does not apply to jewelry and watches worth $100 or less per item.

(c) $35,000 for precious and semi-precious stones, bullion, gold, silver, platinum and other precious alloys or metals.

(d) $250 for stamps, tickets, including lottery tickets held for sale, and letters of credit.

These special limits are part of, not in addition to, the Limit of Insurance applicable to the Covered Property.

This limitation does not apply to "Business Income" coverage or to "Extra Expense" coverage.

### 33. Backup of Sewers and Drains

Under **Section A.4. Additional Coverages** of CP 0010, the following is added:

**v. Backup of Sewers and Drains**

(1) We will pay for direct physical loss or damage to Covered Property at the described premises, caused by or resulting from water, which backs up or overflows from a drain or sump.

(2) Under **Section B.1. Exclusions** of CP 1030, **exclusion g.(3)** is deleted.

(3) Payment under this Additional Coverage is included within the applicable Limit of Insurance for Covered Property at the location of loss or damage.

### 34. Inflation Guard – Building

Under **Section C. Limits of Insurance** under CP 0010, the following is added:

**Inflation Guard – Building**

(1) The Limit of Insurance for Building will automatically increase by 5% annually or by the percentage shown in the Declarations.

(2) The amount of increase will be:

(a) The Limit of Insurance that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Limit of Insurance, times

(b) The percentage of annual increase expressed as a decimal (example 5% is .05), times

(c) The number of days since the beginning of the current policy year or the effective date of the most recent policy change amending the Limit of Insurance, divided by 365.

**Example:**

| | |
|---|---|
| Applicable Limit of Insurance | $ 100,000 |
| Annual Percentage increase | 5% |
| # of days since last change | 146 |
| Amount of increase | $ 2,000 |

$100,000 x .05 x 146/365 = $2,000

### 35. Seasonal Increase – Business Personal Property

(1) The Limit of Insurance for Business Personal Property will automatically increase by 25% to provide for seasonal variations.

(2) This increase will apply only if the Limit of Insurance shown for Business Personal Property in the Declarations is at least 100% of your average monthly values during the lessor of:

(a) The 12 months immediately preceding the date the loss or damage occurs; or

(b) The period of time you have been in business as of the date the loss or damage occurs.

### B. Blanket Coverages

#### 1. Accounts Receivable

Under **Section A.5. Coverage Extensions**, of CP 0010, the following is added:

**o. Accounts Receivable**

(1) You may extend the insurance that applies to Your Business Personal Property to apply to accounts receivable. We will pay:

(a) All sums due from your customers that, after reasonable effort, you are unable to collect;

(b) Interest charges on any loan required to offset amounts you are

unable to collect pending our payment of these amounts;

(c) Collection expenses in excess of your normal collection expenses that are made necessary by loss or damage; and

(d) Other reasonable expenses that you incur to re-establish your records of accounts receivable;

That result from direct physical loss or damage by any covered Cause of Loss to your records of accounts receivable.

(2) Paragraph **B. Exclusions** of CP 1030 do not apply to this Coverage Extension, except for:

(a) Paragraph **B.1.c. Governmental Action;**

(b) Paragraph **B.1.d. Nuclear Hazard;**

(c) Paragraph **B.1.f. War & Military Action;**

(d) Paragraph **B.2.h. Dishonesty;**

(e) Paragraph **B.2.i. False Pretense;** and

(f) Paragraph **B.3.**

(3) This Coverage Extension does not apply to loss or damage caused by or resulting from:

(a) Electrical or magnetic injury, disturbance or erasure of electronic recordings that is caused by or results from:

(i) Programming errors or faulty machine instructions;

(ii) Faulty installation or maintenance of data processing equipment or component parts;

But we will pay for direct loss or damage caused by lightning.

(b) Alteration, falsification, concealment, destruction of records of accounts receivable done to conceal the wrongful giving, taking or withholding of "money", "securities" or other property.

2. **Claims Expenses**

Under **Section A.5. Coverage Extensions,** of CP 0010, the following is added:

p. **Claims Expenses**

(1) We will pay all reasonable expenses you incur at our request to assist us in:

(a) The investigation of a claim;

(b) The determination of the amount of loss, such as taking inventory; or

(c) The cost of preparing a statement of loss and other supporting exhibits.

(2) We will not pay for expenses:

(a) Incurred to perform your duties in the even of loss under **Section E. Loss Conditions** of CP 0010;

(b) To prove that loss or damage is covered;

(c) Billed by and payable to independent or public adjusters, or attorneys or similar entities sponsored by any of the above;

(d) To prepare claims not covered by this policy; or

(e) Incurred under any Appraisal provisions within the policy.

(3) The Deductible does not apply to this Coverage Extension.

3. **Fine Arts**

Under **Section A.4. Additional Coverages** of CP 0010, the following is added:

w. **Fine Arts**

(1) We will pay for direct physical loss to "fine arts" which are your property or the property of others in your care, custody or control while on the described premises, while on public exhibition or while "in transit".

(2) Our payment for loss of or damage to property of others will only be for the account of the owner of the property.

(3) Paragraph **B. Exclusions 1.e., 2.a.** and **2.b., 2.d.(4) & (6)** of CP 1030 do not apply to this Additional Coverage.

(4) We will not pay for any loss caused by or resulting from:

(a) Breakage of statuary, glassware, bric-a-brac, marble, porcelain and similar fragile property. But we will pay if the loss or damage is caused directly by a

"specified cause of loss" or earthquake or flood; and

(b) Any repairing, restoration or retouching of the "fine arts".

4. **Movement of Property**

   Under **Section A.5. Coverage Extensions**, of CP 0010, the following is added:

   q. **Movement of Property**

   (1) You may extend the insurance that applies to Covered Property to apply to direct physical loss or damage from a Covered Cause of Loss to your Business Personal Property from a described premises which has been deleted from this policy if:

   (a) You moved Covered Property from that described premises to a new premises; and

   (b) A Limit of Insurance for the new premises has been added to this policy; and

   (c) The direct physical loss or damage occurs to Covered Property at the prior described premises before the movement of property to the new premises is completed.

   (2) Insurance under this Coverage Extension will end when any of the following first occurs:

   (a) The movement of property to the new premises is completed; or

   (b) 30 days after the effective date of the endorsement adding the new premises.

5. **Personal Effects**

   Under **Section A.5. Coverage Extensions** of CP 0010, b. **Personal Effects and Property of Others** is replaced by the following:

   b. **Personal Effects**

   You may extend the insurance that applies to Your Business Personal Property to apply to Personal effects owned by you, your officers, your partners or members, your managers or your "employees".

   Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

6. **Business Income and Extra Expense**

Under **Section A.4. Additional Coverage** of CP 0010, the following is added:

x. **Business Income and Extra Expense**

(1) **Business Income**

   We will pay for the actual loss of "business income", including "rental value", you sustain due to the necessary "suspension" of your "operations" during the "period of restoration". The "suspension" must be caused by direct physical loss of or damage to property at the described premises. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 1000 feet of the site at which the described premises are located.

(2) **Extra Expense**

   We will pay necessary "Extra Expense" you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss or damage to property at the described premises. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 1000 feet of the site at which the described premises are located.

(3) With respect to the requirements set forth in (1) and (2) above, if you occupy only part of the site at which the described premises are located, your premises means:

   (a) The portion of the building which you rent, lease or occupy; and

   (b) Any area within the building or on the site at which the described premises are located, if that area services, or is used to gain access to, the described premises.

   We will pay for loss of "business income" or "extra expense" that occurs during the "period of restoration" and that occurs within 12 consecutive months after the date of direct physical loss or damage. This Additional Coverage does not extend to cover any net income that

would likely have been earned as a result of an increase in the volume of business due to favorable business conditions caused by the impact of the Covered Cause of Loss on customers or on other businesses.

**(4) Extended Business Income**

If the necessary suspension of your "operations" produces a "Business income" loss payable under this policy, we will pay for the actual loss of "business income" you incur during the period that:

(a) Begins on the date property except finished "stock" is actually repaired, rebuilt or replaced and "operations" are resumed; and

(b) End on the earlier of:

  (i) The date you could restore your "operations", with reasonable speed, to the level which would generate the "business income" amount that would have existed if no direct physical loss or damage had occurred; or

  (ii) 180 consecutive days after the date determined in **(4)(a)** above or 12 consecutive months from the date of the covered loss, whichever is less.

However, Extended Business Income does not apply to loss of "business income" incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

Loss of "business income" must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss.

**(5)** We will not pay for:

(a) Any "Extra Expense", or increase of "business income" loss, caused by or resulting from:

  (i) Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

  (ii) Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the suspension of "operations", we will cover such loss that affects your "business income" during the "period of restoration".

(b) Any other consequential loss.

**7. Electronic Data Processing Equipment**

Under **Section A.4. Additional Coverages** of CP 0010, the following is added:

**y. Electronic Data Processing Equipment**

(1) We will pay for direct physical loss to the following Covered Property which is your property or the property of others in your care, custody or control:

  (a) "Computer equipment";

  (b) Climate control equipment and fire protective equipment used exclusively with your "computer equipment"; and

  (c) Programming documentation and instructional manuals.

(2) We will not pay for any loss to the following property:

  (a) Property you rent, loan or lease to others while it is away from the described premises;

  (b) Property you hold for sale, distribute or manufacture; or

  (c) "Software" that cannot be duplicated or replaced with similar property of equal quality.

(3) Under **Section B. Exclusions** of CP 1030, **exclusions 1.e., 2.a., 2.d.(6) and (7)** do not apply to this Additional Coverage.

(4) We will not pay for any loss caused by or resulting from:

  (a) Errors or omissions in programming or incorrect instructions to "hardware"; or

(b) Faulty instruction or incorrect usage, including changes in arrangements of parts.

(5) **Business Income Computer Virus**

We will pay for the actual loss of "business income" or "extra expense" you sustain due to the necessary "suspension" of "operations" during the "period of restoration" caused by or resulting from "computer virus" that occurs at the premises shown in the Declarations.

8. **Fire Department Service Charge**

Under **Section A.4. Additional Coverages** of CP 0010, **c. Fire Department Service Charge** is replaced by the following:

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay for your liability for fire department service charges:

(a) Assumed by contract or agreement prior to loss; or

(b) Required by local ordinance.

No deductible applies to this Additional Coverage.

9. **Outdoor Property**

Under **Section A.5. Coverage Extensions** of CP 0010, **e. Outdoor Property** is replaced by the following:

You may extend the insurance provided by this policy to apply to:

(1) Bridges, roadways, walks, patios or other paved surfaces;

(2) In-ground sprinkler systems and piping;

(3) Outdoor fences and awnings;

(4) Outdoor signs;

(5) Radio, microwave or television towers, antennas or satellite dishes, including their lead-in wiring and masts;

(6) Retaining walls that are not part of the building; or

(7) Trees, shrubs and plants (other than "stock" of trees, shrubs or plants) or lawns.

Which you own or for which you are liable, including debris removal expense, caused by or resulting from any Covered Cause of Loss, except for (7) above.

Property in paragraph (7) above is covered for loss or damage caused by or resulting from the following causes of loss:

(1) Fire;
(2) Lightning;
(3) Explosion;
(4) Riot or civil commotion;
(5) Falling objects;
(6) Aircraft;
(7) Windstorm; or
(8) Ice, snow, sleet and hail.

The most we will pay for loss caused by windstorm, ice, snow, sleet or hail for property in paragraph (7) is $5,000, but not more than $1,000 for any one tree, shrub or plant.

10. **Valuable Papers and Records**

Under **Section A.5. Coverage Extensions**, of CP 0010, **c. Valuable Papers and Records – Cost of Research** is replaced by the following:

c. **Valuable Papers and Records (Other Than Electronic Data)**

(1) You may extend the insurance that applies to Business Personal Property to apply to direct physical loss or damage to "valuable papers and records" that you own or that are in your care, custody or control caused by or resulting from a Covered Cause of Loss. This Coverage Extension includes the costs to research lost information on "valuable papers and records" for which duplicates do not exist.

(2) This Coverage Extension does not apply to property held as samples or for delivery after sale.

(3) Paragraph **B. Exclusions** of CP 1030 do not apply to this Coverage Extension, except for:

(a) Paragraph **B.1.c. Governmental Action;**

(b) Paragraph **B.1.d. Nuclear Hazard;**

(c) Paragraph **B.1.f. War & Military Action;**

(d) Paragraph **B.2.h. Dishonesty;**

(e) Paragraph **B.2.i. False Pretense;** and

(f) Paragraph **B.3.**