(4) This Coverage Extension does not apply to loss or damage caused by or resulting from:

  (a) Electrical or magnetic injury, disturbance or erasure of electronic recordings that is caused by or results from:

     (i) Programming errors or faulty machine instructions; or

     (ii) Faulty installation or maintenance of data processing equipment or component parts;

     But we will pay for direct loss or damage caused by lightning.

  (b) Errors or omissions in processing or copying. But if errors or omissions in processing or copying results in fire or explosion, we will pay for the direct loss or damage caused by the fire or explosion.

(5) Under **Section C. Limitations** of CP 1030, the limitation to "valuable papers and records" for loss or damage from "specified causes of loss" does not apply to this Coverage Extension.

(4) Coverage provided by this Extension does not apply to valuable papers and records which exist as electronic data. The term electronic data has the meaning set forth in the Coverage form to which this endorsement applies.

C. **Broadened Valuation Clause**

Under **Section E. Loss Conditions** of CP 0010, **7. Valuation** is replaced with the following:

7. **Valuation**

   We will determine the value of Covered Property in the event of loss or damage as follows:

   a. At replacement cost without deduction for depreciation, except as provided in **b.** through **r.** below.

      (1) You may claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim on a replacement cost basis if you notify us of your intent to do so within 180 days after the date loss or damage.

      (2) We will not pay on a replacement cost basis for any loss or damage:

         (a) Until the lost or damaged property is actually repaired or replaced; and

         (b) Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

      (3) We will not pay more for loss or damage on a replacement cost basis than the least of:

         (a) The Limit of Insurance applicable to the lost or damaged property;

         (b) The cost to replace, on the same premises, the lost or damaged property with other property:

            (i) Of comparable material and quality; and

            (ii) Used for the same purpose; or

         (c) The amount you actually spend that is necessary to repair or replace the lost or damaged property.

   b. The following property at actual cash value:

      (1) Used or second hand merchandise held in storage or for sale;

      (2) Household contents, except personal property in apartments or rooms furnished by you as landlord;

      (3) Manuscripts;

      (4) Works of art, "antiques" or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac; and

      (5) Contractors equipment and tools.

   c. Glass at the cost of replacement with safety glazing material if required by law.

   d. Tenant's Improvements and Betterments at:

      (1) Actual cash value of the lost or damaged property if you make repairs promptly.

      (2) A proportion of your original cost if you do not make repairs promptly.

   We will determine the proportionate value as follows:
   (a) Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and
   (b) Divide the amount determined in (a) above by the number of days from the installation of improvements to the expiration of the lease.

   If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.
   (3) Nothing, if others pay for repairs or replacement.
e. "Valuable papers and records", including those which exist on electronic or magnetic media (other than prepackaged software programs), at the cost of:
   (1) Blank materials for reproducing the records; and
   (2) Labor to transcribe or copy the records when there is a duplicate.

   This condition does not apply to "valuable papers and records" that are actually replaced or restored.
f. "Money" at its face value.
g. "Securities" at their value at the close of business on the day the loss is discovered.
h. Accounts receivable:
   (1) If you cannot accurately establish the amount of accounts receivable outstanding as of the time of loss or damage:
       (a) We will determine the total of the average monthly amounts of accounts receivable for the 12 months preceding the month in which loss or damage occurs; and
       (b) We will adjust that total for any normal fluctuations in the amount of accounts receivable for the month in which the loss or damage occurred or for any demonstrated variance from the average for that month.
   (2) The following will be deducted from the total amount of accounts receivable, however that amount is established:
       (a) The amount of the accounts for which there is no loss or damage;
       (b) The amount of the accounts that you are able to re-establish or collect;
       (c) An amount to allow for probable bad debts that you are normally unable to collect; and
       (d) All unearned interest and service charges.
i. "Stock" you have sold but not delivered at the selling price less discounts and expenses you otherwise would have had.
j. Finished "stock" you manufactured at the selling price less discounts and expenses you otherwise would have had.
k. Property "in transit" (other than "stock" you have sold) at the amount of invoice, including your prepaid or advanced freight charges and other charges which may have accrued or become legally due since the shipment. If you have no invoice, actual cash value will apply.
l. Lottery tickets at their initial cost to you except for winning tickets, at their redeemed present cash value.
m. Data, media and computer "software" programs. For media, at the actual costs of repairing or replacing the media with material of like kind and quality. Data and computer "software" programs at the actual cost of reproducing the data or computer "software" program, providing you actually reproduce or replace it.
n. Prepackaged "software" programs and electronic data processing equipment that cannot be replaced, at the cost of functionally equivalent "software" or "hardware".
o. Precious metals, such as gold, silver and platinum, at the average market cost of replacements on the date of loss, or the actual cost of the replacement, if less.
p. "Fine arts". The value of Covered Property is not agreed upon but will be determined at the time of loss or damage. We will not pay more than the least of the following:
   (1) The actual cash value of the property at the time of loss or damage; or

OY000086

    (2) The amount for which you could reasonably expect to pay to have the property repaired to its condition immediately prior to the loss.

q. Pairs or sets at our option:

    (1) The cost to repair or replace any part to restore the pair or set to its value before the loss or damage; or

    (2) The difference between the value of the pair or set before and after the loss or damage.

r. "Business income", "extra expense" and "resumption of operations":

    (1) The amount of "business income" loss will be determined based on:

        (a) The Net Income of the business before the direct physical loss or damage occurred;

        (b) The likely Net Income of the business if no loss or damage had occurred but not including any Net Income that would likely have been earned as a result of an increase in the volume of business conditions due to favorable business conditions caused by the impact of the Covered Cause of Loss on customers or on other businesses;

        (c) The operating expenses, including payroll expenses, necessary to resume "operations" with the same quality of service that existed just before the direct physical loss or damage; and

        (d) Other relevant sources of information, including:

            (i) Your financial records and accounting procedures;

            (ii) Bills, invoices and other vouchers; and

            (iii) Deeds, liens or contracts.

    (2) The amount of "extra expense" will be determined based on:

        (a) All expenses that exceed the normal operating expenses that would have been incurred by "operations" during the "period of restoration" if no direct physical loss or damage had occurred. We will deduct from the total of such expenses:

            (i) The salvage value that remains of any property bought for temporary use during the "period of restoration", once "operations" are resumed; and

            (ii) Any "extra expense" that is paid for by other insurance, except for insurance that is written subject to the same plan, terms, conditions and provisions as this insurance; and

        (b) All necessary expenses that reduce the "business income" loss that otherwise would have been incurred.

    (3) **Resumption of Operations**

        We will reduce the amount of your:

        (a) "Business income" loss, other than "extra expense", to the extent you can resume your "operations", in whole or in part, by using damaged or undamaged property (including merchandise or "stock") at the described premises or elsewhere.

        (b) "Extra expense" loss to the extent you can return "operations" to normal and discontinue such "extra expense".

    If you do not resume "operations", or do not resume "operations" as quickly as possible, we will pay based on the length of time it would have taken to resume "operations" as quickly as possible.

IV. **DEFINITIONS**

Under **Section H. Definitions** of CP 0010, the following are added:

4. "Theft" means any act of stealing.

5. "Employee" means:

    a. any natural person:

        (1) while in your service (and for 30 days after termination of service); and

        (2) whom you compensate directly by salary, wages or commissions; and

        (3) whom you have the right to direct and control while performing services for you.

    b. Any natural person employed by an employment contractor while that person is subject to your direction and control and performing services for you excluding, how-

OY000087

ever, any such person while having care and custody of property outside the premises.

c. A director, trustee, officer, administrator or manager, except an administrator or a manager who is an independent contractor, of any Employee Welfare or Pension Benefit Plan insured under this insurance.

d. Your director or trustee while that person is performing the duties of any "employee".

e. But "employee" does not mean any agent, broker, factor, commission merchant, consignee, independent contractor or representative of the same general character.

6. "Money" means:
   a. Currency, coins and bank notes and bullion in current use and having a face value; and
   b. Travelers checks, register checks and money orders held for sale to the public.

7. "Securities" means negotiable and non-negotiable instruments or contracts representing either "money" or other property and includes:
   a. Tokens, tickets, revenue and other stamps (whether represented by actual stamps or unused value in a meter) in current use; and
   b. Evidences of debt issued in connection with credit or charge cards which cards are not issued by you;
   but does not include "money".

8. "Occurrence" means an:
   a. Act or series of related acts involving one or more persons; or
   b. Act or event, or a series of related acts or events not involving any person.

9. "Business income" means:
   a. Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred if no physical loss or damage had occurred; and
   b. Continuing normal operating expenses incurred, including payroll.

10. "Extra Expense" means the necessary expenses you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss or damage to property:
    a. To avoid or minimize the "suspension" of business and to continue "operations":
       (i) At the described premises; or
       (ii) At replacement premises or at temporary locations, including relocation expenses and costs to equip and operate the replacement or temporary locations.
    b. To minimize the suspension of business if you cannot continue "operations".
    c. To:
       (i) Repair or replace any property; or
       (ii) Research, replace or restore the lost information on damaged "valuable papers and records"
    To the extent it reduces the amount of loss that otherwise would have been payable under this Additional Coverage.

11. "Period of restoration" means the period of time that:
    a. Begins immediately after the time of direct physical loss or damage caused by or resulting from any Covered Cause of Loss at the described premises; and
    b. Ends on the earlier of:
       (i) The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or
       (ii) The date when business is resumed at a new permanent location.
    "Period of restoration" does not include any increased period required due to the enforcement of any ordinance or law that:
    a. Regulates the construction, use or repair, or requires the tearing down of any property; or
    b. Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way, respond to, or assess the effects of "pollutants".

12. "Suspension" means:
    a. The slowdown or cessation of your business activities; or
    b. That a part-of all of the described premises is rendered untenantable, if coverage for "Business Income" including "Rental Value" or "Rental Value" applies.

13. "Operations" means your business activities occurring at the described premises.

14. "Rental Value" means the:
    a. Total anticipated rental income from tenant occupancy of the premises described in the Declarations as furnished and equipped by you, and
    b. Amount of all charges which are the legal obligation of the tenant(s) and which would otherwise be your obligations, and
    c. Fair rental value of any portion of the described premises, which is occupied by you.

**OY000088**

15. "Dependent properties period of restoration" means the period of time that:
    a. Begins with the date of direct physical loss or damage caused by or resulting from any Covered Cause of Loss at the premises of the "dependent property"; and
    b. Ends on the date when the property at the premises of the "dependent property" should have been repaired, rebuilt or replaced with reasonable speed and similar quality.

    "Dependent property period or restoration" does not include any increased period required due to the enforcement of any ordinance or law that:
    a. Regulates the construction, use or repair, or requires the tearing down of any property; or
    b. Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

    The expiration date of this policy will not cut short the "dependent property period of restoration"

16. "Dependent property" means property operated by others whom you depend on to:
    a. Deliver materials or services to you, or to others for your account;
    b. Accept your products or services;
    c. Manufacture products for delivery to your customers under contract of sale; or
    d. Attract customers to your business.

17. "In transit" means in the course of shipment from or to the premises shown in the Declarations. It includes such shipments while temporarily stopped or delayed, incidental to the delivery.

18. "Fine arts" means paintings, etchings, pictures, tapestries, rare art glass, art glass windows, valuable rugs, statuary, sculptures, "antiques", furniture, "antique" jewelry, bric-a-brac, porcelains and similar property of rarity, historical value or artistic merit.

19. "Antiques" means an object having value because its:
    a. Craftsmanship is in the style or fashion of former times; and
    b. Age is 100 years or older.

20. "Computer equipment" means:
    a. Computer "hardware" and related component parts. Component parts include but are not limited to modems, printers, keyboards and scanners.
    b. Computer control systems including uninterruptible power supply systems, line conditioner and voltage regulator; and
    c. "Software".

21. "Hardware" means an assemblage of electronic machine components capable of accepting instructions and information according to the instructions, and producing desired results.

22. "Software" means:
    a. Processing, recording or storage media used for electronic data processing operations. This includes films, tapes, cards, discs, drums, cartridges or cells; and
    b. Data, information and instructions stored on processing, recording or storage media used for electronic data processing operations.

23. "Computer virus" means an intentional, unwanted entry into electronic data processing "software" which results in unintended functions distorting, corrupting or manipulating the electronic data processing "software".

24. "Valuable papers and records" means inscribed, printed or written documents, manuscripts and records including abstracts, books, deeds, drawings, films, maps or mortgages. But "valuable papers and records" does not mean "money" or "securities", converted data or programs or instructions used in your data processing operations, including the materials on which the data is recorded.