
ALLMERICA FINANCIAL®
HANOVER INSURANCE

## COMMERCIAL MARINA CONDITIONS

The following conditions apply in addition to the Common Policy Conditions and applicable Additional Conditions in the Coverage Forms.

**A.    ABANDONMENT**

There can be no abandonment of any property to us.

**B.    APPRAISAL**

If we and you do not agree on the value of the property or the amount of "loss", either may make written demand for an appraisal of the "loss". In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of "loss". If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two (2) will be binding. Each party will:

1.   Pay its appraiser; and
2.   Bear the other expenses of appraisal and umpire equally.

If we submit to an appraisal, we will still retain our right to <u>deny</u> the claim.

**C.    DUTIES IN EVENT OF LOSS**

You must see that the following are done in the event of "loss" to Covered Property:

1.   Notify the police if a law may have been broken.
2.   Give us prompt notice of the "loss". Include a description of the property involved.
3.   As soon as possible, give us a description of how, when and where the "loss" occurred.
4.   Take all reasonable steps to protect the Covered Property from further damage. If feasible, set the damaged property aside and in the best possible order for examination. Also keep a record of your expenses, for consideration in the settlement of the claim.
5.   Make no statement that will assume any obligation or admit any liability, for any "loss" for which we may be liable, without our consent.
6.   Permit us to inspect the property and records proving "loss".
7.   If requested, permit us to question you under oath, at such times as may be reasonably required, about any matter relating to this insurance or your claim, including your books and records. In such event, your answers must be signed.

OY000135

I.     **RECOVERIES**

Any recovery or salvage on a "loss" will accrue <u>entirely</u> to our benefit until the sum paid by us has been made up.

J.     **TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US**

If any person or organization to or for whom we make payment under this insurance has rights to recover damages from another, those rights are transferred to us. That person or organization must do everything necessary to secure our rights and must do nothing after "loss" to impair them.

**GENERAL CONDITIONS**

A.     <u>**UTMOST GOOD FAITH**</u> **[Uberrimae fidei]**

CONCEALMENT, MISREPRESENTATION OR FRAUD
This Coverage Part is void in any case of fraud, intentional concealment or misrepresentation of a material fact, by you or any other insured, at any time, concerning;

1. This Coverage Part;
2. The Covered Property;
3. Your interest in the Covered Property; or
4. A claim under this Coverage Part.

B.     **LEGAL ACTION AGAINST US**

No one may bring a legal action against us under this Coverage Part unless:

1. There has been full compliance with all the terms of this Coverage Part; and
2. The action is brought within one (1) year after you <u>first</u> have knowledge of the "loss".

C.     **NO BENEFIT TO BAILEE**

No person or organization, other than you, having custody of Covered Property, will benefit from this insurance.

D.     **POLICY PERIOD**

We cover "loss" commencing during the policy period shown in the Declarations.

E.     **VALUATION**

The value of property will be the <u>least</u> of the following amounts:

1. The actual cash value of that property;
2. The cost of reasonably restoring that property to its condition immediately before "loss"; or
3. The cost of replacing that property with substantially identical property.

In the event of "loss", the value of property will be determined as of the time of "loss".

OY000137