**ALLMERICA FINANCIAL®**
HANOVER INSURANCE

# MARINA MACHINERY AND EQUIPMENT
# BROAD COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties, and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section F.. Definitions.

**A.     COVERAGE**

We will pay for "loss" to covered property from any of the Covered Causes of Loss.

1.  **Covered Property.** as used in this Coverage Form, means:
    The Contractor's Equipment described in the Declarations.

2.  **Property Not Covered**
    a.   Automobiles, trucks, tractors, trailers, semi-trailers or similar self-propelled vehicles designed or licensed for use on public roads and which are designed or used to transport persons or property;
    b.   Motorcycles;
    c.   Aircraft;
    d.   Property while waterborne, except by public ferry; and
    e.   Property which you have loaned, hired, leased or rented to others.

3.  **Covered Causes of Loss**
    Covered Causes of Loss means RISK OF DIRECT PHYSICAL "LOSS" to Covered Property except for those causes of "loss" listed in the Exclusions.

4.  **Coverage Extension - Newly Purchased Property**
    We will cover additional property of a type covered by this Coverage Form that you purchase during the policy period.

    This extension applies only:
    a.   When items are individually listed and described in the Declarations; and
    b.   Up to 45 days after purchase.

    The most we will pay for "loss" under this Extension is 25 percent (%) of the total of the Limits of Insurance shown in the Declarations for all individually listed and described items. This limit is in addition to any other applicable Limit of Insurance shown in the Declarations.

OY000146

OCEM-0166                                                                                                                          1

You will report any property covered by this Extension within 45 days from date of purchase and pay additional premium that is due. If you fail to report the property to us, coverage under this Extension will end automatically 45 days after the date you purchased the property.

The Coinsurance Additional Condition does not apply to this Coverage Extension.

B.  **EXCLUSIONS**

1.  We will not pay for a "loss" caused directly or indirectly by any of the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss".

    a.  Governmental Action
        Seizure or destruction of property by order of governmental authority.

        But we will pay for acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread if the fire would be covered under this Coverage Form.

    b.  Nuclear Hazard
        1.  Any weapon employing atomic fission or fusion; or
        2.  Nuclear reaction or radiation. or radioactive contamination from any other cause. But we will pay for direct "loss" caused by resulting fire if the fire would be covered under this Coverage Form.

    c.  War and Military Action
        1.  War, including undeclared or civil war;
        2.  Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or
        3.  Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

2.  We will not pay for a "loss" caused by resulting from any of the following:

    a.  Delay. Loss of market or use, or other consequential loss of any nature.
    b.  Dishonest acts by you, anyone else with an interest in the property, you or other employees, agents, servants, authorized representatives or anyone entrusted with the property, whether or not acting alone or in collusion with other persons or occurring during hours of employment, agency, service or representation.
    c.  Voluntarily parting with any property by you or anyone entrusted with the property if induced to do so by any fraudulent scheme trick, device or false pretense.
    d.  Unauthorized instructions to transfer property to any place.
    e.  Unexplained disappearance or shortage found or discovered upon taking inventory.

OY000147

C.  **LIMIT OF INSURANCE**

The most we will pay for "loss" in any one occurrence is the applicable Limit of Insurance.

D.  **DEDUCTIBLE**

We will not pay for "loss" in any one occurrence until the amount of the adjusted "loss" exceeds the Deductible shown in the Declarations. We will then pay the amount of the adjusted "loss" in excess of the Deductible, up to the applicable Limit of Insurance.

E.  **ADDITIONAL CONDITIONS**

The following conditions apply in addition to the Inland Marine Conditions and the Common Policy Conditions:

1.  **Coverage Territory**
    We cover property where ever located within:
    a.  The forty-eight contiguous states;
    b.  The District of Columbia; and
    c.  Canada

2.  **Coinsurance**

    All Covered Property must be insured for its "actual cash value" which is the cost to replace with property of like kind, condition and quality, at a price negotiated between a willing buyer and a willing seller as of the time of "loss" or you will incur a penalty.

    The penalty is that we will not pay the full amount of any loss. Instead we will determine the <u>most</u> we will pay using the following steps:

    (a) Divide the amount actually insured by the amount that should have been insured.
    (b) Multiply the adjusted loss, before application of the Deductible, by the figure determined in step (a).

    EXAMPLE:
    The value insured was $50,000. The "actual cash value" immediately prior to the loss was $100,000. The amount of the loss (agreed to by "us" and "you") is $10,000.

    <u>$50,000</u> X $10,000 = $5,000 the amount we will pay $100,000 minus the Deductible.

F.  **DEFINITIONS**
    "LOSS" means accidental loss or damage.

OY000148

OCEM-0166    3