**ALLMERICA FINANCIAL®
HANOVER INSURANCE**

# PROTECTION AND INDEMNITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

The word "Insured" means any person or organization qualifying as such under SECTION II - WHO IS AN INSURED.

Other words and phrases that appear in quotation marks have special meaning. Refer to SECTION IV - DEFINITIONS.

**SECTION I - COVERAGES**

**BODILY INJURY AND PROPERTY DAMAGE LIABILITY**

1. **Insuring Agreement**

    a. We will pay on behalf of the insured, all sums which the insured shall become legally obligated to pay as damages because of "bodily injury" or "property damage" if caused by or resulting from:

    (1) in water operation of watercraft by the insured or his employees in connection with customary operations of a marina operator or boat dealer; or
    (2) watercraft insured under any Coverage Form of this policy which break away from the premises scheduled in the Declarations.

    We will have the right and duty to defend any "suit" seeking those damages.
    But:

    (1) The amount we will pay for damages is limited as described in the Declarations LIMITS OF INSURANCE;
    (2) We may investigate and settle any claim or "suit" at our discretion; and
    (3) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments and settlements.

    No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under SUPPLEMENTARY PAYMENTS.

    b. This insurance applies to "bodily injury" and "property damage" only if:

    (1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory"; and

OY000149

(2) The "bodily injury" or "property damage" occurs during the policy period.

2. **Exclusions**

   This insurance does not apply to:
   a. "bodily injury" to any person which may reasonably be expected to result from the intentional or criminal acts of the Insured or which are in fact intended or expected by the Insured.
   b. "bodily injury" for which the Insured is obligated to pay damages by reason of the assumption of liability in a contract (oral or written) or agreement. However, this exclusion does not apply to liability for damages that the Insured would have in the absence of the contract or agreement.
   c. "bodily injury" to an employee of the Insured arising out of and in the course of employment by the Insured.
   d. any obligation of the Insured under the Longshoremen's and Harbor Workers' Compensation Act or any other workers compensation, disability benefits or unemployment compensation law or similar law.
   e. "property damage" to property owned, leased or rented to you.
   f. "property damage" to property in the care, custody or control of the Insured.
   g. (1) "bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants";
      (2) any loss, cost or expense arising out of any request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of pollutants;
      (3) any loss, cost or expense arising out of any claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of pollutants.

3. **Supplementary Payments**

   We will pay, with respect to any claim or "suit" we defend:
   a. all expenses we incur.
   b. expenses you incur in your defense at our request.
   c. the cost to remove the wreckage of covered property when such removal is required by law.

   These payments will not reduce the Limits of Insurance.

**SECTION II- WHO IS AN INSURED**

1. If you are designated in the Declarations as:
   a. An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.
   b. A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.
   c. An organization other than a partnership or joint venture, you are an insured. Your executive officers and directors are insureds, but only with respect to their duties as your officers and directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

OY000150

2. Each of your employees is also an insured, other than your executive officers, but only for acts within the scope of their employment by you. However, none of these employees is an insured for "bodily injury" to you or a co-employee while in the course of his or her employment.

## SECTION III - LIMITS OF INSURANCE

The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:
1. Insureds;
2. Claims made or "suits" brought; or
3. Persons or organizations making claims or bringing "suits".

## SECTION IV – PROTECTION AND INDEMNITY GENERAL CONDITIONS

1. **Bankruptcy.**
   Bankruptcy or insolvency of the Insured's estate will not relieve us of our obligations under this Coverage Form.

2. **Duties In The Event of Occurrence, Claim or "Suit".**
   a. You must see to it that we are notified promptly of an "occurrence" which may result in a claim. Notice shall include:
      (1) How, when and where the "occurrence" took place; and
      (2) The names and addresses of any injured persons and witnesses.
   b. If a claim is made or "suit" is brought against any insured, you must see to it that we receive prompt written notice of claim or "suit".
   c. You and any other involved insured must:
      (1) Immediately send us copies of any demands, notices, summonses, or legal papers received in connection with the claim or "suit";
      (2) Authorize us to obtain records and other information;
      (3) Cooperate with us in the investigation, settlement or defense of the claim or "suit"; and
      (4) Assist us, upon written request, in the enforcement of any right against any person or organization which may be liable to the Insured because of injury or damage to which this insurance may also apply.
   d. No Insureds will, except at their own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

3. **Legal Action Against Us.**
   No person or organization has a right under this Coverage Form:
   a. To join us as a party or otherwise bring us into a "suit" asking for damages from an Insured.
   b. To sue us under this Coverage Form unless all of its terms have been fully complied with.

   A person or organization may sue us to recover on an agreed settlement or on a final judgement against an Insured obtained after an actual trial; but, we will not be liable for damages that are not payable under the terms of this Coverage Form or that are in excess of the applicable Limit of Insurance. An agreed settlement means a settlement and release of liability signed by us, the Insured and the claimant or the Insured's legal representative.

OY000151

OCEM-0167   (6-95)   3

4. **Other Insurance.**
   If other valid and collectible insurance is available to the Insured for a loss we cover under this Coverage Form, our obligations are limited as follows:
   a. **Primary Insurance**
      This insurance is primary except when b. below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all other insurance by the method described in b. below.
   b. **Method of Sharing**
      If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach, each insurer contributes equal amounts until it has paid its applicable Limit of Insurance or none of the loss remains, whichever comes first. If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable Limit of Insurance to the total applicable Limits of Insurance of all insurers.

5. **Representations.**
   By accepting this policy, you agree:
   a. That you have fully disclosed all material facts and conditions of which you are aware, relating to this policy and have withheld nothing;
   b. The statements in the Declarations are accurate and complete; and
   c. We have issued this policy in reliance upon your representations.

6. **Separation of Insurance**
   Except with respect to the Limits of Insurance and any rights or duties specifically assigned in this Coverage Form to the first Named Insured, this insurance applies:
   a. As if each Named Insured were the only Named Insured; and
   b. Separately to each insured against whom claim is made or "Suit" is brought.

7. **Transfer of Rights of Recovery Against Others To Us.**
   If the Insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. Any agreement, contract or act, past or future, expressed or implied, by the Insured whereby any right of recovery of the Insured against any vessel, person or corporation is released, decreased, transferred, impaired or lost which would, on payment of claim by us belong to us but for such agreement, contract or act shall render this policy null and void as to the amount of any such claims, but only to the extent and to the amount that said agreement, contract or act releases, decreases, transfers, impairs or causes the loss or any right of recovery of this Company, but our right to retain or recover the full premium shall not be affected.

## SECTION IV - DEFINITIONS

1. "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

2. "Coverage territory" means within the coastal waters of the contiguous United States, Alaska and Canada. Coastal waters is hereby defined to be waters within 100 miles of the shoreline of the aforementioned territories. Any exception to this will be stated in the Declarations.

3. "Occurrence" means an accident.

OY000152

4. "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

5. "Property damage" means physical injury to tangible property, including all resulting loss of use of that property.

6. "Suit" means a civil proceeding in which damages because of "bodily injury" or "property damage" to which this insurance applies are alleged. "Suit" includes:
    a. an arbitration proceeding in which such damages are claimed and to which you must submit or do submit with our consent; or
    b. any other alternative dispute resolution proceeding in which such damages are claimed and to which you submit with our consent.

OY000153