
**ALLMERICA FINANCIAL®**
**HANOVER INSURANCE**

## COMMERCIAL PROPERTY COVERAGE PART
## DECLARATIONS

IHN 5107029
**RENEWAL OF POLICY**

| POLICY NUMBER | POLICY PERIOD FROM | TO | | AGENCY CODE |
|---|---|---|---|---|
| IHN 5107029 | 03/09/04 | 09/15/04 | AT 12:01 AM STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ON THE COMMON DECLARATIONS | 3201618 |

**COVERAGES PROVIDED** - INSURANCE AT THE DESCRIBED PREMISES APPLIES ONLY FOR COVERAGES FOR WHICH A LIMIT OF INSURANCE IS SHOWN.

| PREM. NO. | BLDG. NO. | COVERAGE | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | COINSURANCE+ | RATES |
|---|---|---|---|---|---|---|
| 1 | All | Blanket Building | $1,718,430 | Special Form | 90% | |
| 1 | All | Blanket Personal Property | $1,195,000 | Special Form | 90% | |
| 1 | All | Electronic Data Processing | $50,000 | Special Form | 80% | |

**OPTIONAL COVERAGES** - APPLICABLE ONLY WHEN ENTRIES ARE MADE IN THE SCHEDULE BELOW

+IF EXTRA EXPENSE, LIMITS ON LOSS PAYMENT

| | | AGREED VALUE | | | REPLACEMENT COST (X) | | |
|---|---|---|---|---|---|---|---|
| PREM. NO. | BLDG. NO. | EXPIRATION DATE | COVERAGE | AMOUNT | BUILDING | PERSONAL PROPERTY | INCLUDING "STOCK" |
| 1 | All | | | | X | X | |

| | | INFLATION GUARD (Percentage) | | ++MONTHLY LIMIT OF INDEMNITY (Fraction) | ++MAXIMUM PERIOD OF INDEMNITY (X) | ++EXTENDED PERIOD OF INDEMNITY (Days) |
|---|---|---|---|---|---|---|
| PREM. NO. | BLDG. NO | BUILDING | PERSONAL PROPERTY | | | |

**MORTGAGE HOLDER(S)**                                    ++APPLIES TO BUSINESS INCOME ONLY

| PREM. NO. | BLDG. NO. | MORTGAGE HOLDER NAME AND MAILING ADDRESS |
|---|---|---|
| 1 | | Fleet Bank of MA ISAOA ATIMA, P.O. Box 2984, Hartford, CT 06101   Mail Code: CTHMM1OJ |

**DEDUCTIBLE**
$250. EXCEPTIONS: $1,000

**FORMS AND ENDORSEMENTS** APPLYING TO THIS COVERAGE PART AND MADE PART OF THIS POLICY AT TIME OF ISSUE: 4110524; CP 1030 4/02; CP 0010 4/02; CP 0109 10/00; CP 1218 6/95; CP 0015 6/95; CP 1915 7/88; 4110078 3/03

APPLICABLE TO ALL COVERAGES: CP 00 90 7/88
APPLICABLE TO SPECIFIC PREMISES/ COVERAGES:    PREM NO.    BLDG. NO.    COVERAGES

OY000158

Includes copyrighted material of Insurance Services Office, Inc., with its permission. Copyright, Insurance Services Office, Inc., 1983, 1984
411-0002 (3-88)



THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

In consideration of an additional premium of $3,913.00, it is understood and agreed that the following changes are made to the policy:

1. Amending property to read:

   | | |
   |---|---|
   | Blanket Building | $1,718,430 |
   | Blanket Personal Property | $1,195,000 |
   | Electronic Data Processing | $ 50,000 |

   90% Coinsurance applies to Blanket Building and Blanket Personal Property

2. Almending Machinery and Equipment to read $260,945

**Nothing herein contained shall be held to vary, alter, waive or extend any of the terms, conditions, agreements or limitations of the policy other than as above stated.**

(Completion of the following, including countersignature, is required to make this endorsement effective only when it is issued subsequent to preparation of the Policy.)

Effective 03/09/04                              this endorsement forms a part of Policy No. IHN 5107029

Issued to  Oyster Harbors Marine, Inc.

By The Hanover Insurance Co

Date of Issue                         Countersigned by _____
                                                        Authorized Representative of the Company

221-0163 (10-03)                                                                                OY000159

**ALLMERICA FINANCIAL®**
**HANOVER INSURANCE**

# MARINE DECLARATIONS
# MARINA "PORTFOLIO"

IHN 5107029
Renewal of Policy

Insured's Name: Oyster Harbors Marine, Inc.

Street Address: 120 Bridge Street

City: Osterville　　　　　State: MA　　　　　Zip Code: 02655

Policy Period:　From 03/09/04　　　　To 09/15/04
　　　　　　　　(Month/Day/Year)　　　(Month/Day/Year)
Agency Code: 321618　　　　Agent: Fair Insurance Agency/RAIS

| Class of Property | Deductible Amount | Limit of Insurance | Rate | Premium |
|---|---|---|---|---|
| A. BOAT DEALERS | $ 1,000 | $ Per Attached | $ .024 mo | $ 19,871 Dep |
| B. MARINA OPERATIONS LEGAL LIABILITY | $ 1,000 | $ 5,000,000 | $ Flat | $ 27,920 |
| C. PIERS, DOCKS, WHARVES | $ | $ Not Covered | $ | $ |
| D. MACHINERY & EQUIPMENT | $ 1,000 | $ 260,945 | $ Flat | $ 1,044 |
| E. PROTECTION & INDEMNITY | $ N/A | $ 1,000,000 | $ Flat | $ 1,875 |
| F. OWNED WORKBOATS | $ 1,000 | $ 40,000 | $ Flat | $ 767 |
| | | | TOTAL PREMIUM: | $ 51,193 |

**SCHEDULE**

| No. | Full Description | Amount of Limit of Insurance |
|---|---|---|
| 1 | 36' Barge "Joe Hooker" w/90 HP engine | $40,000 |
| | See Attached Equipment Schedule | $190,000 |

*See Marine Declarations Sublimit(s) Attachment
**Boat Dealers Reporting Period:　☒ Monthly　☐ Quarterly　☐ Semi-Annually　☐ Annually

Covered Locations:

1. 120 Bridge Street, Osterville, MA 02655
2. 157 Pleasant St., Hyannis, MA 02601
3. Brewers Boat Yard, South Freeport, ME

Forms and Endorsements applying to this Coverage Part and made a part of this policy at time of issue:
OCEMSUBL; OCEM0162; OCEM0163; OCEM0164; OCEM0166; OCEM0167 6/95; OCEM0169;
2210163 4/90

OCEM-DEC　　　　　　　　　　　　　　　　　　　　　　　　OY000160



THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

In consideration of an additional premium of $3,913.00, it is understood and agreed that the following changes are made to the policy:

1. Amending property to show Blanket Valuation as follows:

   | Blanket Building | $1,718,430 |
   | Blanket Personal Property | $1,195,000 |

2. Amending Coinsurance to read 90%.

3. Adding Electronic Data Processing at a limit of $50,000.

4. Amending Machinery and Equipment Limit to read $260,945.

**Nothing herein contained shall be held to vary, alter, waive or extend any of the terms, conditions, agreements or limitations of the policy other than as above stated.**

(Completion of the following, including countersignature, is required to make this endorsement effective only when it is issued subsequent to preparation of the Policy.)

Effective 03/09/04                    this endorsement forms a part of Policy No. IHN 5107029

Issued to Oyster Harbors Marine, Inc.

By The Hanover Insurance Co

Date of Issue                          Countersigned by _____
                                                       Authorized Representative of the Company

221-0163 (10-03)

OY000161


**ALLMERICA FINANCIAL®**
HANOVER INSURANCE

# MARINE DECLARATIONS
# MARINA "PORTFOLIO"

IHN 5107029
Renewal of Policy

Insured's Name: Oyster Harbors Marine, Inc.

Street Address: 120 Bridge Street

City: Osterville          State: MA          Zip Code: 02655

Policy Period:   From 03/09/04          To 09/15/04
                 (Month/Day/Year)          (Month/Day/Year)
Agency Code: 321618          Agent: Fair Insurance Agency/RAIS

| Class of Property | Deductible Amount | Limit of Insurance | Rate | Premium |
|---|---|---|---|---|
| A. BOAT DEALERS | $ 1,000 | $ Per Attached | $ .024 mo | $ 19,871 Dep |
| B. MARINA OPERATIONS LEGAL LIABILITY | $ 1,000 | $ 5,000,000 | $ Flat | $ 27,920 |
| C. PIERS, DOCKS, WHARVES | $ | $ Not Covered | $ | $ |
| D. MACHINERY & EQUIPMENT | $ 1,000 | $ 260,945 | $ Flat | $ 1,044 |
| E. PROTECTION & INDEMNITY | $ N/A | $ 1,000,000 | $ Flat | $ 1,875 |
| F. OWNED WORKBOATS | $ 1,000 | $ 40,000 | $ Flat | $ 767 |
| | | | TOTAL PREMIUM: | $ 51,477 |

| | SCHEDULE | |
|---|---|---|
| No. | Full Description | Amount of Limit of Insurance |
| 1 | 36' Barge "Joe Hooker" w/90 HP engine | $40,000 |
| | See Attached Equipment Schedule | $190,000 |

*See Marine Declarations Sublimit(s) Attachment
**Boat Dealers Reporting Period:  ☒ Monthly   ☐ Quarterly   ☐ Semi-Annually   ☐ Annually

Covered Locations:

1. 120 Bridge Street, Osterville, MA  02655
2. 157 Pleasant St., Hyannis, MA 02601
3. Brewers Boat Yard, South Freeport, ME

Forms and Endorsements applying to this Coverage Part and made a part of this policy at time of issue:
OCEMSUBL; OCEM0162; OCEM0163; OCEM0164; OCEM0166; OCEM0167 6/95; OCEM0169; 2210163 4/90

OCEM-DEC

OY000162


ALLMERICA FINANCIAL®
CITIZENS INSURANCE®
HANOVER INSURANCE®

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

In consideration of an additional premium of $3,913.00, it is understood and agreed that the following changes are made to the policy:

1. Amending property to show Blanket Valuation as follows:

   | Blanket Building | $1,718,430 |
   | Blanket Personal Property | $1,195,000 |

2. Amending Coinsurance to read 90%.

3. Adding Electronic Data Processing at a limit of $50,000.

4. Amending Machinery and Equipment Limit to read $260,945.

**Nothing herein contained shall be held to vary, alter, waive or extend any of the terms, conditions, agreements or limitations of the policy other than as above stated.**

(Completion of the following, including countersignature, is required to make this endorsement effective only when it is issued subsequent to preparation of the Policy.)

Effective 03/09/04                              this endorsement forms a part of Policy No. IHN 5107029

Issued to Oyster Harbors Marine, Inc.

By The Hanover Insurance Co

Date of Issue                    Countersigned by _____
                                                 Authorized Representative of the Company

221-0163 (10-03)

OY000163



THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

In consideration of no change in premium, it is understood and agreed that the following changes are made to the policy:

1. Amending Boat Dealer sublimits to read:

   $1,000,000   While in transit by land
   $2,500,000   Incoming from Manufacturer / Dealer at risk of insured

2. Amending Marina Operators' Liabiliy sublimits to read:

   $1,000,000   While in transit by land

**Nothing herein contained shall be held to vary, alter, waive or extend any of the terms, conditions, agreements or limitations of the policy other than as above stated.**

(Completion of the following, including countersignature, is required to make this endorsement effective only when it is issued subsequent to preparation of the Policy.)

Effective 03/26/04                    this endorsement forms a part of Policy No. IHN 5107029

Issued to Oyster Harbors Marine, Inc.

By The Hanover Insurance Co

Date of Issue                         Countersigned by _____
                                                        Authorized Representative of the Company

221-0163 (10-03)

OY000164