ALLMERICA FINANCIAL®
CITIZENS INSURANCE®
HANOVER INSURANCE®

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

In consideration of an additional premium of $1,232.00, it is understood and agreed that the following changes are made to the policy:

1.  Amending Boat Dealer sublimits to read:

    $2,500,000 On any one vessel while afloat or ashore
    $5,000,000 While on exhibit

2.  Amending the Marina Operators' Liability Section of the policy as follows:

    a.  Deductible is amended to read $10,000
    b.  Premium is amended to read  $25,128 Flat
    c.  Marina Operators' Legal Liability Sublimits are amended as follows:

        $2,500,000 On any one vessel while afloat or ashore
        $2,500,000 Away from Premises

3.  The following locations are being added to the policy for Boat Storage only:

    91 Flint Street, Marston Mills, MA
    Bridge Street, Osterville, MA

4.  Adding Ordinance or Law (Form CP0405) and Debris Removal  (Form #CP0415) as attached.

**Nothing herein contained shall be held to vary, alter, waive or extend any of the terms, conditions, agreements or limitations of the policy other than as above stated.**

(Completion of the following, including countersignature, is required to make this endorsement effective only when it is issued subsequent to preparation of the Policy.)

Effective 03/26/04                         this endorsement forms a part of Policy No. IHN 5107029

Issued to  Oyster Harbors Marine, Inc.

By The Hanover Insurance Co

Date of Issue                    Countersigned by _____
                                               Authorized Representative of the Company

221-0163 (10-03)

OY000165

**ALLMERICA FINANCIAL®**
HANOVER INSURANCE

## SUBLIMIT(S) ATTACHMENT

It is understood and agreed that the Company shall not be liable for more than the following limit(s) for the Boat Dealers Coverage:

$ _____See Below_ Aggregate Limit any one loss at the above described premises.

$ _____2,500,000_ On any one vessel while afloat or ashore.

$ _____800,000_ While in transit by land.

$ _____5,000,000_ While on exhibit at  vrs. boat shows _____.

$ _____800,000_ Incoming from Manufacturer/Dealer at risk of insured.

### MARINA OPERATORS' LEGAL LIABILITY COVERAGE FORM

$ _____2,500,000_ On any one vessel while afloat.

$ _____800,000_ While in transit by land.

$ _____5,000,000_ While on premises at  120 Bridge Street, Osterville, MA  02655 _____.

$ _____2,500,000_ Away from premises.


Additional Information:

$10,000,000 Aggregate Limit any one loss at 120 Bridge St, Osterville, MA

$ 2,000,000 Aggregate Limit any one loss at 157 Pleasant St., Hyannis, MA

$   210,000 Aggregate Limit any one loss at Brewers Boat Yard,

S. Freeport, ME

OCEM-SUBL

OY000166

POLICY NUMBER:  IHN 5107029

**COMMERCIAL PROPERTY**
CP 04 15 10 00

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# DEBRIS REMOVAL ADDITIONAL INSURANCE

This endorsement modifies insurance provided under the following:

BUILDERS' RISK COVERAGE FORM
BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
STANDARD PROPERTY POLICY
TOBACCO SALES WAREHOUSES COVERAGE FORM

**SCHEDULE\***

| Prem. No. | Bldg. No. | Debris Removal Amount | Additional Premium |
|---|---|---|---|
| 1 | All | $200,000 | Incl |

\*Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations.

The additional amount of $10,000 for debris removal in the **Debris Removal** Additional Coverages section is replaced by the higher amount shown in the Schedule.

OY000167

POLICY NUMBER:  IHN 5107029

COMMERCIAL PROPERTY
CP 04 05 04 02

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ORDINANCE OR LAW COVERAGE

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
STANDARD PROPERTY POLICY

### SCHEDULE*

| Bldg. No./ Prem. No. | Cov. A | Cov. B Limit Of Insur. | Cov. C Limit Of Insur. | Cov. B And C Combined Limit Of Insur. |
|---|---|---|---|---|
| 1  /  All | ☒ | $ | $ | $     200,000  ** |
| / | ☐ | $ | $ | $                      ** |
| / | ☐ | $ | $ | $                      ** |

*Information required to complete the Schedule, if not shown on this endorsement, will be shown in the Declarations.

**Do **not** enter a Combined Limit of Insurance if individual Limits of Insurance are selected for Coverages **B** and **C**, or if one of these Coverages is not applicable.

**A.** Each Coverage – Coverage **A**, Coverage **B** and Coverage **C** – is provided under this endorsement only if that Coverage(s) is chosen by entry in the above Schedule and then only with respect to the building identified for that Coverage(s) in the Schedule.

**B. Application Of Coverage(s)**

The Coverage(s) provided by this endorsement apply only if both **B.1.** and **B.2.** are satisfied and are then subject to the qualifications set forth in **B.3.**

   **1.** The ordinance or law:

      **a.** Regulates the demolition, construction or repair of buildings, or establishes zoning or land use requirements at the described premises; and

      **b.** Is in force at the time of loss.

But coverage under this endorsement applies only in response to the minimum requirements of the ordinance or law. Losses and costs incurred in complying with recommended actions or standards that exceed actual requirements are not covered under this endorsement.

**2.a.** The building sustains direct physical damage that is covered under this policy and such damage results in enforcement of the ordinance or law; or

   **b.** The building sustains both direct physical damage that is covered under this policy and direct physical damage that is not covered under this policy, and the building damage in its entirety results in enforcement of the ordinance or law.

   **c.** But if the building sustains direct physical damage that is not covered under this policy, and such damage is the subject of the ordinance or law, then there is no coverage under this endorsement even if the building has also sustained covered direct physical damage.

**3.** In the situation described in **B.2.b.** above, we will not pay the full amount of loss otherwise payable under the terms of Coverages **A, B,** and/or **C** of this endorsement. Instead, we will pay a proportion of such loss; meaning the proportion that the covered direct physical damage bears to the total direct physical damage.

OY000168

© ISO Properties, Inc., 2001

(Section **H.** of this endorsement provides an example of this procedure.)

However, if the covered direct physical damage, alone, would have resulted in enforcement of the ordinance or law, then we will pay the full amount of loss otherwise payable under the terms of Coverages **A, B** and/or **C** of this endorsement.

**C.** We will not pay under Coverage **A, B** or **C** of this endorsement for:

  **1.** Enforcement of any ordinance or law which requires the demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria; or

  **2.** The costs associated with the enforcement of any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungus", wet or dry rot or bacteria.

**D. Coverage**

  **1. Coverage A – Coverage For Loss To The Undamaged Portion Of The Building**

  With respect to the building that has sustained covered direct physical damage, we will pay under Coverage **A** for the loss in value of the undamaged portion of the building as a consequence of enforcement of an ordinance or law that requires demolition of undamaged parts of the same building.

  Coverage **A** is included within the Limit of Insurance shown in the Declarations as applicable to the covered building. Coverage **A** does not increase the Limit of Insurance.

  **2. Coverage B – Demolition Cost Coverage**

  With respect to the building that has sustained covered direct physical damage, we will pay the cost to demolish and clear the site of undamaged parts of the same building, as a consequence of enforcement of an ordinance or law that requires demolition of such undamaged property.

  The Coinsurance Additional Condition does not apply to Demolition Cost Coverage.

  **3. Coverage C – Increased Cost Of Construction Coverage**

  **a.** With respect to the building that has sustained covered direct physical damage, we will pay the increased cost to:

   **(1)** Repair or reconstruct damaged portions of that building; and/or

   **(2)** Reconstruct or remodel undamaged portions of that building, whether or not demolition is required;

  when the increased cost is a consequence of enforcement of the minimum requirements of the ordinance or law.

  However:

   **(1)** This coverage applies only if the restored or remodeled property is intended for similar occupancy as the current property, unless such occupancy is not permitted by zoning or land use ordinance or law.

   **(2)** We will not pay for the increased cost of construction if the building is not repaired, reconstructed or remodeled.

  The Coinsurance Additional Condition does not apply to Increased Cost of Construction Coverage.

  **b.** When a building is damaged or destroyed and Coverage **C** applies to that building in accordance with **3.a.** above, coverage for the increased cost of construction also applies to repair or reconstruction of the following, subject to the same conditions stated in **3.a.:**

   **(1)** The cost of excavations, grading, backfilling and filling;

   **(2)** Foundation of the building;

   **(3)** Pilings; and

   **(4)** Underground pipes, flues and drains.

  The items listed in **b.(1)** through **b.(4)** above are deleted from Property Not Covered, but only with respect to the coverage described in this Provision, **3.b.**

**E. Loss Payment**

  **1.** All following loss payment Provisions, **E.2.** through **E.5.,** are subject to the apportionment procedures set forth in Section **B.3.** of this endorsement.

OY000169

    © ISO Properties, Inc., 2001    CP 04 05 04 02    □

2. When there is a loss in value of an undamaged portion of a building to which Coverage **A** applies, the loss payment for that building, including damaged and undamaged portions, will be determined as follows:

   a. If the Replacement Cost Coverage Option applies and the property is being repaired or replaced, on the same or another premises, we will not pay more than the lesser of:

      (1) The amount you would actually spend to repair, rebuild or reconstruct the building, but not for more than the amount it would cost to restore the building on the same premises and to the same height, floor area, style and comparable quality of the original property insured; or

      (2) The Limit of Insurance shown in the Declarations as applicable to the covered building.

   b. If the Replacement Cost Coverage Option applies and the property is **not** repaired or replaced, or if the Replacement Cost Coverage Option does **not** apply, we will not pay more than the lesser of:

      (1) The actual cash value of the building at the time of loss; or

      (2) The Limit of Insurance shown in the Declarations as applicable to the covered building.

3. Unless Paragraph **E.5.** applies, loss payment under Coverage **B** – Demolition Cost Coverage will be determined as follows:

   We will not pay more than the lesser of the following:

   a. The amount you actually spend to demolish and clear the site of the described premises; or

   b. The applicable Limit of Insurance shown for Coverage **B** in the Schedule above.

4. Unless Paragraph **E.5.** applies, loss payment under Coverage **C** – Increased Cost of Construction Coverage will be determined as follows:

   a. We will not pay under Coverage **C:**

      (1) Until the property is actually repaired or replaced, at the same or another premises; and

      (2) Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

b. If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay under Coverage **C** is the lesser of:

   (1) The increased cost of construction at the same premises; or

   (2) The applicable Limit of Insurance shown for Coverage **C** in the Schedule above.

c. If the ordinance or law requires relocation to another premises, the most we will pay under Coverage **C** is the lesser of:

   (1) The increased cost of construction at the new premises; or

   (2) The applicable Limit of Insurance shown for Coverage **C** in the Schedule above.

5. If a **Combined** Limit of Insurance is shown for Coverages **B** and **C** in the Schedule above, Paragraphs **E.3.** and **E.4.** of this endorsement do not apply with respect to the building that is subject to the Combined Limit, and the following loss payment provisions apply instead:

   The most we will pay, for the total of all covered losses for Demolition Cost and Increased Cost of Construction, is the Combined Limit of Insurance shown for Coverages **B** and **C** in the Schedule above. Subject to this Combined Limit of Insurance, the following loss payment provisions apply:

   a. For Demolition Cost, we will not pay more than the amount you actually spend to demolish and clear the site of the described premises.

   b. With respect to the Increased Cost of Construction:

      (1) We will not pay for the increased cost of construction:

         (a) Until the property is actually repaired or replaced, at the same or another premises; and

         (b) Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

      (2) If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the increased cost of construction is the increased cost of construction at the same premises.

OY000170

(3) If the ordinance or law requires relocation to another premises, the most we will pay for the increased cost of construction is the increased cost of construction at the new premises.

F. The terms of this endorsement apply separately to each building to which this endorsement applies.

G. Under this endorsement we will not pay for loss due to any ordinance or law that:

1. You were required to comply with before the loss, even if the building was undamaged; and

2. You failed to comply with.

H. Example of Proportionate Loss Payment for Ordinance Or Law Coverage Losses (procedure as set forth in Section **B.3.** of this endorsement.)

Assume:

- Wind is a Covered Cause of Loss; Flood is an excluded Cause of Loss

- The building has a value of $200,000

- Total direct physical damage to building: $100,000

- The ordinance or law in this jurisdiction is enforced when building damage equals or exceeds 50% of the building's value

- Portion of direct physical damage that is covered (caused by wind): $30,000

- Portion of direct physical damage that is not covered (caused by flood): $70,000

- Loss under Ordinance Or Law Coverage **C** of this endorsement: $60,000

Step **1:**

Determine the proportion that the covered direct physical damage bears to the total direct physical damage.

$30,000 \div $100,000 = .30

Step **2:**

Apply that proportion to the Ordinance or Law loss.

$60,000 \times .30 = $18,000

In this example, the most we will pay under this endorsement for the Coverage **C** loss is $18,000, subject to the applicable Limit of Insurance and any other applicable provisions.

**Note:** The same procedure applies to losses under Coverages **A** and **B** of this endorsement.

I. The following definition is added:

"Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

OY000171

    © ISO Properties, Inc., 2001    CP 04 05 04 02    □