
ALLMERICA FINANCIAL®
HANOVER INSURANCE

# MARINE DECLARATIONS
# MARINA "PORTFOLIO"

IHN 5107029
Renewal of Policy

Insured's Name: Oyster Harbors Marine, Inc.

Street Address: 120 Bridge Street

City: Osterville          State: MA          Zip Code: 02655

Policy Period:  From 03/26/04           To 09/15/04
                (Month/Day/Year)        (Month/Day/Year)
Agency Code: 321618              Agent: Fair Insurance Agency/RAIS

| Class of Property | Deductible Amount | Limit of Insurance | Rate | Premium |
|---|---|---|---|---|
| A. BOAT DEALERS | $ 1,000 | $ Per Attached | $ .024 mo | $ 19,871 Dep |
| B. MARINA OPERATIONS LEGAL LIABILITY | $ 10,000 | $ 5,000,000 | $ Flat | $ 25,128 |
| C. PIERS, DOCKS, WHARVES | $ | $ Not Covered | $ | $ |
| D. MACHINERY & EQUIPMENT | $ 1,000 | $ 260,945 | $ Flat | $ 1,044 |
| E. PROTECTION & INDEMNITY | $ N/A | $ 1,000,000 | $ Flat | $ 1,875 |
| F. OWNED WORKBOATS | $ 1,000 | $ 40,000 | $ Flat | $ 767 |
| | | | TOTAL PREMIUM: | $ 48,685 |

### SCHEDULE

| No. | Full Description | Amount of Limit of Insurance |
|---|---|---|
| 1 | 36' Barge "Joe Hooker" w/90 HP engine | $40,000 |
| | See Attached Equipment Schedule | $190,000 |

*See Marine Declarations Sublimit(s) Attachment
**Boat Dealers Reporting Period:   ☒ Monthly   ☐ Quarterly   ☐ Semi-Annually   ☐ Annually

Covered Locations:

1. 120 Bridge Street, Osterville, MA 02655
2. 157 Pleasant St., Hyannis, MA 02601
3. Brewers Boat Yard, South Freeport, ME

Forms and Endorsements applying to this Coverage Part and made a part of this policy at time of issue:
OCEMSUBL; OCEM0162; OCEM0163; OCEM0164; OCEM0166; OCEM0167 6/95; OCEM0169; 2210163 4/90

OCEM-DEC

OY000172


ALLMERICA FINANCIAL®
CITIZENS INSURANCE®
HANOVER INSURANCE®

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

In consideration of no change in premium, it is understood and agreed that the following changes are made to the policy:

1. Amending Boat Dealer sublimits to read:

    $1,000,000   While in transit by land
    $2,500,000   Incoming from Manufacturer / Dealer at risk of insured

2. Amending Marina Operators' Liabiliy sublimits to read:

    $1,000,000   While in transit by land

**Nothing herein contained shall be held to vary, alter, waive or extend any of the terms, conditions, agreements or limitations of the policy other than as above stated.**

(Completion of the following, including countersignature, is required to make this endorsement effective only when it is issued subsequent to preparation of the Policy.)

Effective 03/26/04                                    this endorsement forms a part of Policy No. IHN 5107029

Issued to  Oyster Harbors Marine, Inc.


By The Hanover Insurance Co

Date of Issue                        Countersigned by _____
                                                      Authorized Representative of the Company


221-0163 (10-03)

OY000173


ALLMERICA FINANCIAL®
CITIZENS INSURANCE®
HANOVER INSURANCE®

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

In consideration of no change in premium, it is understood and agreed that the following changes are made to the policy:

1. Amending Boat Dealer sublimits to read:

    $1,000,000   While in transit by land
    $2,500,000   Incoming from Manufacturer / Dealer at risk of insured

2. Amending Marina Operators' Liabiliy sublimits to read:

    $1,000,000   While in transit by land

**Nothing herein contained shall be held to vary, alter, waive or extend any of the terms, conditions, agreements or limitations of the policy other than as above stated.**

(Completion of the following, including countersignature, is required to make this endorsement effective only when it is issued subsequent to preparation of the Policy.)

Effective 03/26/04                              this endorsement forms a part of Policy No. IHN 5107029

Issued to Oyster Harbors Marine, Inc.

By The Hanover Insurance Co

Date of Issue                    Countersigned by _____
                                                  Authorized Representative of the Company

221-0163 (10-03)

OY000174


**ALLMERICA FINANCIAL**
**HANOVER INSURANCE**

## MARINE DECLARATIONS
## MARINA "PORTFOLIO"

IHN 5107029
Renewal of Policy

Insured's Name: Oyster Harbors Marine, Inc.

Street Address: 120 Bridge Street

City: Osterville        State: MA        Zip Code: 02655

Policy Period:    From 03/09/04           To 09/15/04
                  (Month/Day/Year)        (Month/Day/Year)
Agency Code: 321618                 Agent: Fair Insurance Agency/RAIS

| Class of Property | Deductible Amount | Limit of Insurance | Rate | Premium |
|---|---|---|---|---|
| A. BOAT DEALERS | $ 1,000 | $ Per Attached | $ .024 mo | $ 19,871 Dep |
| B. MARINA OPERATIONS LEGAL LIABILITY | $ 1,000 | $ 5,000,000 | $ Flat | $ 27,920 |
| C. PIERS, DOCKS, WHARVES | $ | $ Not Covered | $ | $ |
| D. MACHINERY & EQUIPMENT | $ 1,000 | $ 260,945 | $ Flat | $ 1,044 |
| E. PROTECTION & INDEMNITY | $ N/A | $ 1,000,000 | $ Flat | $ 1,875 |
| F. OWNED WORKBOATS | $ 1,000 | $ 40,000 | $ Flat | $ 767 |
| | | | TOTAL PREMIUM: | $ 51,477 |

### SCHEDULE

| No. | Full Description | Amount of Limit of Insurance |
|---|---|---|
| 1 | 36' Barge "Joe Hooker" w/90 HP engine | $40,000 |
|   | See Attached Equipment Schedule | $190,000 |

*See Marine Declarations Sublimit(s) Attachment
**Boat Dealers Reporting Period:   ☒ Monthly   ☐ Quarterly   ☐ Semi-Annually   ☐ Annually

Covered Locations:

1. 120 Bridge Street, Osterville, MA 02655
2. 157 Pleasant St., Hyannis, MA 02601
3. Brewers Boat Yard, South Freeport, ME

Forms and Endorsements applying to this Coverage Part and made a part of this policy at time of issue:
OCEMSUBL; OCEM0162; OCEM0163; OCEM0164; OCEM0166; OCEM0167 6/95; OCEM0169;
2210163 4/90

OCEM-DEC

OY000175



*ENDDECS*

*IHN 5107029*

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

In consideration of an additional premium of $3,913.00, it is understood and agreed that the following changes are made to the policy:

1. Amending property to show Blanket Valuation as follows:

   Blanket Building          $1,718,430
   Blanket Personal Property $1,195,000

2. Amending Coinsurance to read 90%.

3. Adding Electronic Data Processing at a limit of $50,000.

4. Amending Machinery and Equipment Limit to read $260,945.

**Nothing herein contained shall be held to vary, alter, waive or extend any of the terms, conditions, agreements or limitations of the policy other than as above stated.**

(Completion of the following, including countersignature, is required to make this endorsement effective only when it is issued subsequent to preparation of the Policy.)

Effective 03/09/04                    this endorsement forms a part of Policy No. IHN 5107029

Issued to Oyster Harbors Marine, Inc.

By The Hanover Insurance Co

Date of Issue                    Countersigned by _____
                                                  Authorized Representative of the Company

221-0163 (10-03)

OY000176

 **ALLMERICA FINANCIAL®**
**HANOVER INSURANCE**

## MARINE DECLARATIONS
## MARINA "PORTFOLIO"

IHN 5107029
Renewal of Policy

Insured's Name: Oyster Harbors Marine, Inc.

Street Address: 120 Bridge Street

City: Osterville            State: MA            Zip Code: 02655

Policy Period:    From 03/26/04              To 09/15/04
                  (Month/Day/Year)            (Month/Day/Year)
Agency Code: 321618           Agent: Fair Insurance Agency/RAIS

| Class of Property | Deductible Amount | Limit of Insurance | Rate | Premium |
|---|---|---|---|---|
| A. BOAT DEALERS | $ 1,000 | $ Per Attached | $ .024 mo | $ 19,871 Dep |
| B. MARINA OPERATIONS LEGAL LIABILITY | $ 10,000 | $ 5,000,000 | $ Flat | $ 25,128 |
| C. PIERS, DOCKS, WHARVES | $ | $ Not Covered | $ | $ |
| D. MACHINERY & EQUIPMENT | $ 1,000 | $ 260,945 | $ Flat | $ 1,044 |
| E. PROTECTION & INDEMNITY | $ N/A | $ 1,000,000 | $ Flat | $ 1,875 |
| F. OWNED WORKBOATS | $ 1,000 | $ 40,000 | $ Flat | $ 767 |
| | | | TOTAL PREMIUM: | $ 48,685 |

### SCHEDULE

| No. | Full Description | Amount of Limit of Insurance |
|---|---|---|
| 1 | 36' Barge "Joe Hooker" w/90 HP engine | $40,000 |
| | See Attached Equipment Schedule | $190,000 |

*See Marine Declarations Sublimit(s) Attachment
**Boat Dealers Reporting Period:   ☒ Monthly   ☐ Quarterly   ☐ Semi-Annually   ☐ Annually

Covered Locations:

1. 120 Bridge Street, Osterville, MA 02655
2. 157 Pleasant St., Hyannis, MA 02601
3. Brewers Boat Yard, South Freeport, ME

Forms and Endorsements applying to this Coverage Part and made a part of this policy at time of issue:
OCEMSUBL; OCEM0162; OCEM0163; OCEM0164; OCEM0166; OCEM0167 6/95; OCEM0169;
2210163 4/90

OCEM-DEC

OY000177



*ENDDECS*

*IHN 5107029*

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

In consideration of an additional premium of $1,232.00, it is understood and agreed that the following changes are made to the policy:

1. Amending Boat Dealer sublimits to read:

   $2,500,000 On any one vessel while afloat or ashore
   $5,000,000 While on exhibit

2. Amending the Marina Operators' Liability Section of the policy as follows:

   a. Deductible is amended to read $10,000
   b. Premium is amended to read $25,128 Flat
   c. Marina Operators' Legal Liability Sublimits are amended as follows:

      $2,500,000 On any one vessel while afloat or ashore
      $2,500,000 Away from Premises

3. The following locations are being added to the policy for Boat Storage only:

   91 Flint Street, Marston Mills, MA
   Bridge Street, Osterville, MA

4. Adding Ordinance or Law (Form CP0405) and Debris Removal (Form #CP0415) as attached.

**Nothing herein contained shall be held to vary, alter, waive or extend any of the terms, conditions, agreements or limitations of the policy other than as above stated.**

(Completion of the following, including countersignature, is required to make this endorsement effective only when it is issued subsequent to preparation of the Policy.)

Effective 03/26/04                             this endorsement forms a part of Policy No. IHN 5107029

Issued to  Oyster Harbors Marine, Inc.

By The Hanover Insurance Co

Date of Issue                    Countersigned by _____
                                                 Authorized Representative of the Company

221-0163 (10-03)

OY000178


ALLMERICA FINANCIAL®
HANOVER INSURANCE

## SUBLIMIT(S) ATTACHMENT

It is understood and agreed that the Company shall not be liable for more than the following limit(s) for the Boat Dealers Coverage:

$ __See Below__ Aggregate Limit any one loss at the above described premises.

$ __2,500,000__ On any one vessel while afloat or ashore.

$ __800,000__ While in transit by land.

$ __5,000,000__ While on exhibit at __vrs. boat shows__.

$ __800,000__ Incoming from Manufacturer/Dealer at risk of insured.

### MARINA OPERATORS' LEGAL LIABILITY COVERAGE FORM

$ __2,500,000__ On any one vessel while afloat.

$ __800,000__ While in transit by land.

$ __5,000,000__ While on premises at __120 Bridge Street, Osterville, MA 02655__.

$ __2,500,000__ Away from premises.

Additional Information:

$10,000,000 Aggregate Limit any one loss at 120 Bridge St, Osterville, MA

$ 2,000,000 Aggregate Limit any one loss at 157 Pleasant St., Hyannis, MA

$   210,000 Aggregate Limit any one loss at Brewers Boat Yard,
                    S. Freeport, ME

OCEM-SUBL

OY000179