ENDDECS

ALLMERICA FINANCIAL®
CITIZENS INSURANCE®
HANOVER INSURANCE®

IHN 5107029

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

In consideration of no change in premium, it is understood and agreed that the following changes are made to the policy:

1. Amending Boat Dealer sublimits to read:

   $1,000,000    While in transit by land
   $2,500,000    Incoming from Manufacturer / Dealer at risk of Insured

2. Amending Marina Operators' Liabiliy sublimits to read:

   $1,000,000    While in transit by land

**Nothing herein contained shall be held to vary, alter, waive or extend any of the terms, conditions, agreements or limitations of the policy other than as above stated.**

(Completion of the following, including countersignature, is required to make this endorsement effective only when it is issued subsequent to preparation of the Policy.)

Effective 03/26/04                                    this endorsement forms a part of Policy No. IHN 5107029

Issued to Oyster Harbors Marine, Inc.

By The Hanover Insurance Co

Date of Issue                   Countersigned by _____
                                                  Authorized Representative of the Company

221-0163 (10-03)

OY000188



ALLMERICA FINANCIAL®
CITIZENS INSURANCE®
HANOVER INSURANCE®

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

In consideration of no change in premium, it is understood and agreed that the following changes are made to the policy:

1. Amending Boat Dealers Aggregate Limit to read:   $13,000,000 Blanket Limit

2. Amending Boat Dealers Monthly rate to read:   .03 mo.

**Nothing herein contained shall be held to vary, alter, waive or extend any of the terms, conditions, agreements or limitations of the policy other than as above stated.**

(Completion of the following, including countersignature, is required to make this endorsement effective only when it is issued subsequent to preparation of the Policy.)

Effective 07/01/04                                              this endorsement forms a part of Policy No. IHN 5107029

Issued to Oyster Harbors Marine Business Trust


By The Hanover Insurance Co

Date of Issue 08/03/04            Countersigned by _____
                                                                    Authorized Representative of the Company


221-0163 (10-03)                                                                                                    OY000189



**ALLMERICA FINANCIAL℠ HANOVER INSURANCE**
100 North Parkway
Worcester, MA 01605

**Claim Representative Activity Record**

| Date | Description |
|---|---|
| 3/4/04 RH | Rec call from agent - Kathy d' Fair Ins. looking for status. Called Atty Deborah Crinigan - aut her no one will be able to determine cause of fire. We are now taking a "sit back" posture. May hire code expert or fire spread expert. Our only subro route is fire spread. Paula Boonn in Subro is handling this. |

221-4412 (4/98)

OY000190

*To: Kathy Fair Ins*

**OYSTER HARBOR MARINE, INC.**
03-303220 DOL:12/10/03

**CLAIM BREAKDOWN:**

| Coverage | Limit | Claim | Payment | $-Due |
|---|---|---|---|---|
| Building #2 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | Paid |
| Building #1 | $ 700,000.00 | $ 1,248.00 | | $ 1,248.00 |
| **Broad Form:** | | | | |
| Pollutant Cleanup & Rei | $ 25,000.00 | 35,519." | | 25,208 |
| Debris Removal | $ 25,000.00 | $ 42,553.00 | $ 25,000.00 | |
| EE/BI | $ (250,000.00) | $ 45,000.00 | $ 5,000.00 advance | |
| Employees Tools | $ 10,000.00 | $ 647.85 | | $ 647.85  7804.7⁸⁵ |
| Outdoor Property | Inc. in Blanket Limit | $ 7,400.00 | | $ 7,400.00 +7799.⁵⁵ |
| Inland Marine: | | 9391.²⁰ | | 9391. |
| Travelift | $ 100,000.00 | $ 14,600.00 | | $ 14,600.00 (needbill) |
| Powerwash - tbd | | | | + 693.²⁵ |
| | | **TOTAL** | $ 40,000.00 | |

*(handwritten margin notes: "asked adj", "blanket limit & asked", "B. Blank Underground pipe", "asked adj")*

OY000191

From: Robert Brossman <rbrossman@allmerica.com>
To: <rbrossman@allmerica.com>, <pheywood@allmerica.com>, <jahennessey@allmerica.com>, <jboos@allmerica.com>, <krubaszko@allmerica.com>, <jogreen@allmerica.com>, <jslootweg@allmerica.com>, <smoriarity@allmerica.com>, <wdarragh@allmerica.com>, <rhaggis@allmerica.com>, <ydimaio@allmerica.com>, <rullman@allmerica.com>
Date: 12/15/2003 11:09:42 AM
Subject: Personal Lines Loss w/ Potential Exposure $0-399K NE E-form Submission

Below is the result of your feedback form. It was submitted by
Robert Brossman (rbrossman@allmerica.com) on Monday, December 15, 2003 at 11:07:45
-----------------------------------------------------------------

Created By: Robert Brossman

Claim Number: 03-303820

Date: 12/15/2003

Date of Loss: 12/10/2003

Producing Branch: NERO

City/State: Osterville, MA

Zip Code: 02655

Initial Handling Adj: Robert Brossman

Office: NERO Property

Contact Info: 508-855-5547

Insured name: Richard P. McCoy c/o Colley McCoy Co.

Policy Number: PNN6291935
contact info/insured: 603-893-1150 (office for his McDonald's franchise)

Agents name: Fred C. Church, Inc/ 978-458-1865

Ins. Rep. name: n/a

Description of Risk: 1990 Crosby "Canyon 30" pleasurecraft (30-foot fiberglass hull with Twin inboard drives (one 1990 Crusader 320 HP engine <port> and one 2003 Crusader 320 HP engine <starboard>) was destroyed by a fire at the boat's winter storage facility on 12/10/02 (Newspaper article is in file.)

Description of Events: A 5-alarm fire destroyed much of the Crosby Yacht Marina and manufacturing facility. Our insured's boat was one of approximately 30 boats stored there for the winter. The State Fire Marshal, Federal ATF and local fire officials are still investigating the cause of the fire, which began in Crosby's largest boat shed and spread to two other Crosby boat sheds and to a shed at the adjoining Oyster Harbors Marine facility (which we happen to insure under IHN 5107029...see claim 03-303220.)
Description of Damage: The insured's boat is reported to have been reduced to ash. I have yet to confirm via our marine appraiser, Art Collins of RACE Marine, that there is nothing left to inspect.

Type of Policy: Policy forms: Pleasure Craft Insurance Policy 231-1475 (10/93 edition), MA Special Provisions 231-1540 (3/94 edition) and Privacy Protection Act Notice 232-0862. The boat and engines

OY000192

are insured to a maximum policy limit of $82,500 or the cost of comparable used property of equivalent kind, quality and features...whichever is least...and is subject to a $1000 Deductible. An additional 5% of the policy limit ($4,125) is available for "Disposal" if the insured should be presented with an invoice for such expenses.

Approximate Estimate of Loss:
im: 82500
totalestimate: 82500

Expert Reco: I've assigned RACE Marine, Inc to appraise the market value of the insured pleasurecraft and evaluate all exposures to the policy.

Subrogation: Cause/Source of fire is currently under investigation by fire officials. I'll note the file with their conclusions and how they impact subrogation potential once that report is available.

Liability: To be determined via Fire Dept. report. However, the likelihood appears to be minimal that the insured craft was the cause of the fire.

Actions: Marine Appraisal has been requested. Fire Department report to be requested once available.
B1: Submit
Address:
pheywood@allmerica.com,jahennessey@allmerica.com,jboos@allmerica.com,krubaszko@allmerica.com,jogreen@allmerica.com,jslootweg@allmerica.com,smoriarity@allmerica.com,wdarragh@allmerica.com,rhaggis@allmerica.com,ydimaio@allmerica.com,rullman@allmerica.com

---

OY000193

**From:** PAUL HEYWOOD
**To:** JOHN W. SLOOTWEG; RICHARD J. HAGGIS
**Subject:** Re: 03-303220 Oyster Harbors Marine Inc.

Rick, please complete the Property Loss notice for now as the form doesn't require reserve info. You can state the loss value is undertermined at this time due the circumstances at the site and our need to review coverage. You and I should have a copy of the policy by Monday and we can sit down then to do a reserve analysis. In the meantime, call the insured regarding the availability of a written inventory for the boats that were destroyed.

Paul


RICHARD J. HAGGIS 12/12/2003 10:09:15 AM >>>
John,
This email is in response to your inquiry regarding the above referenced fire loss and other telephone calls received regarding the matter. I completed my inspection yesterday and am working closely with Paul Heywood on this. A fire originated at the neighboring Crosby Marina and extended to our insured's property. We lost one building with a $10,000 limit of liability. The business personal property located in the building is a total loss. This consists of 2 bottom washers, 1 pump out tank, slings, out-board motors, shrinkwrap and stock parts. A large travel lift was also damaged. Additionally, there were 30 - 40 boats in storage that were not owned by the insured. We are in the process of reviewing coverage. I have contacted White & Williams to coordinate or origin and cause investigation. Upon completion of our coverage review and a minimal amount of additional field work, I will complete my Large Loss reporting no later than Monday, December 15th. Please call me at 508-339-0410 if you have any questions.
Thanks,
Rick

This e-mail, including attachments, is intended for the exclusive use of the addressee and may contain proprietary, confidential or priveleged information. If you are not the intended recipient, any dissemination, use, distribution or copying is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and permanently delete the original and destroy all copies.


**CC:** JOSEPH B. GREEN; JOSEPH V. ROVITO; RICHARD N. CAMMETT

OY000194

| | |
|---|---|
| **From:** | RICHARD J. HAGGIS |
| **To:** | JOHN W. SLOOTWEG |
| **Date:** | 12/12/2003 10:09:26 AM |
| **Subject:** | 03-303220 Oyster Harbors Marine Inc. |

John,
This email is in response to your inquiry regarding the above referenced fire loss and other telephone calls received regarding the matter. I completed my inspection yesterday and am working closely with Paul Heywood on this. A fire originated at the neighboring Crosby Marina and extended to our insured's property. We lost one building with a $10,000 limit of liability. The business personal property located in the building is a total loss. This consists of 2 bottom washers, 1 pump out tank, slings, out-board motors, shrinkwrap and stock parts. A large travel lift was also damaged. Additionally, there were 30 - 40 boats in storage that were not owned by the insured. We are in the process of reviewing coverage. I have contacted White & Williams to coordinate or origin and cause investigation. Upon completion of our coverage review and a minimal amount of additional field work, I will complete my Large Loss reporting no later than Monday, December 15th. Please call me at 508-339-0410 if you have any questions.
Thanks,
Rick

This e-mail, including attachments, is intended for the exclusive use of the addressee and may contain proprietary, confidential or privileged information. If you are not the intended recipient, any dissemination, use, distribution or copying is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and permanently delete the original and destroy all copies.

**CC:** JOSEPH B. GREEN; JOSEPH V. ROVITO; PAUL HEYWOOD; RICHARD N. CAMMETT

OY000195

| | |
|---|---|
| From: | PAUL HEYWOOD |
| To: | JOHN W. SLOOTWEG; RICHARD J. HAGGIS |
| Date: | 12/12/03 10:52AM |
| Subject: | Re: 03-303220 Oyster Harbors Marine Inc. |

Rick, please complete the Property Loss notice for now as the form doesn't require reserve info. You can state the loss value is undertermined at this time due the circumstances at the site and our need to review coverage. You and I should have a copy of the policy by Monday and we can sit down then to do a reserve analysis. Call Maureen Hagen (508-855-7876) to be sure we have a complete copy of the policy including all schedules. Ask her to fax it to you. We should be able to pull the main forms from the system. We are particularly interested in any schedule for Property of Others. The Boat Dealers Coverage Form does not cover Property of Others for the purpose of storage.

Paul


RICHARD J. HAGGIS 12/12/2003 10:09:15 AM >>>
John,
This email is in response to your inquiry regarding the above referenced fire loss and other telephone calls received regarding the matter. I completed my inspection yesterday and am working closely with Paul Heywood on this. A fire originated at the neighboring Crosby Marina and extended to our insured's property. We lost one building with a $10,000 limit of liability. The business personal property located in the building is a total loss. This consists of 2 bottom washers, 1 pump out tank, slings, out-board motors, shrinkwrap and stock parts. A large travel lift was also damaged. Additionally, there were 30 - 40 boats in storage that were not owned by the insured. We are in the process of reviewing coverage. I have contacted White & Williams to coordinate or origin and cause investigation. Upon completion of our coverage review and a minimal amount of additional field work, I will complete my Large Loss reporting no later than Monday, December 15th. Please call me at 508-339-0410 if you have any questions.
Thanks,
Rick

This e-mail, including attachments, is intended for the exclusive use of the addressee and may contain proprietary, confidential or priveleged information. If you are not the intended recipient, any dissemination, use, distribution or copying is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and permanently delete the original and destroy all copies.


CC:        JOSEPH B. GREEN; JOSEPH V. ROVITO; RICHARD N. CAMMETT

OY000196

| | |
|---|---|
| From: | RICHARD J. HAGGIS |
| To: | JOHN W. SLOOTWEG |
| Date: | 12/12/03 10:09AM |
| Subject: | 03-303220 Oyster Harbors Marine Inc. |

John,

This email is in response to your inquiry regarding the above referenced fire loss and other telephone calls received regarding the matter. I completed my inspection yesterday and am working closely with Paul Heywood on this. A fire originated at the neighboring Crosby Marina and extended to our insured's property. We lost one building with a $10,000 limit of liability. The business personal property located in the building is a total loss. This consists of 2 bottom washers, 1 pump out tank, slings, out-board motors, shrinkwrap and stock parts. A large travel lift was also damaged. Additionally, there were 30 - 40 boats in storage that were not owned by the insured. We are in the process of reviewing coverage. I have contacted White & Williams to coordinate or origin and cause investigation. Upon completion of our coverage review and a minimal amount of additional field work, I will complete my Large Loss reporting no later than Monday, December 15th. Please call me at 508-339-0410 if you have any questions.
Thanks,
Rick

This e-mail, including attachments, is intended for the exclusive use of the addressee and may contain proprietary, confidential or priveleged information. If you are not the intended recipient, any dissemination, use, distribution or copying is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and permanently delete the original and destroy all copies.

CC:   JOSEPH B. GREEN; JOSEPH V. ROVITO; PAUL HEYWOOD; RICHARD N. CAMMETT

OY000197

is $10,000. There is no BPP coverage at this location. The insured is also carrying Inland Marine coverage with an equipment schedule listing a boat hoist and 2 forklifts. Under the Boat Dealers Form, there is no coverage for property of others held for storage or repair.

Approximate Estimate of Loss:
building: 10,000
interrupt: 25,000
ordinance: 3,000
property: 2,000
im: 25,000
totalestimate: 65

Expert Reco: White & Williams was notifed and EFI engaged to complete the O&C investigation.

Subrogation: Under investigation.

Liability: N/A

Actions: The loss has been inspected and the O&C investigation is underway.
B1: Submit
Address:
pheywood@allmerica.com,jahennessey@allmerica.com,jboos@allmerica.com,krubaszko@allmerica.com,rullman@allmerica.com,jogreen@allmerica.com,jslootweg@allmerica.com,smoriarity@allmerica.com,wdarragh@allmerica.com,rhaggis@allmerica.com,ydimaio@allmerica.com,

---

*Reserve*

01  Bldg        $10,000

02  Broad Form
        - Debris    $25,000
          O+L       $3,000
          Prop/other $2000
          BI        $25,000
                    ―――――――
                    $55,000

03  IM      -   $25,000

    Total   $80,000

OY000198

From: Richard J. Haggis Jr. <rhaggis@allmerica.com>
To: <rhaggis@allmerica.com>, <pheywood@allmerica.com>, <jahennessey@allmerica.com>, <jboos@allmerica.com>, <krubaszko@allmerica.com>, <rullman@allmerica.com>, <jogreen@allmerica.com>, <jslootweg@allmerica.com>, <smoriarity@allmerica.com>, <wdarragh@allmerica.com>, <rhaggis@allmerica.com>, <ydimaio@allmerica.com>
Date: 12/15/2003 02:29:15 PM
Subject: Commericial Lines Loss w/ Potential Exposure $0-249K NE E-form Submission

Below is the result of your feedback form. It was submitted by
Richard J. Haggis Jr. (rhaggis@allmerica.com) on Monday, December 15, 2003 at 14:27:26
-----------------------------------------------------------------

Created By: Richard Haggis

Claim Number: 03-303220

Date: 12/15/03

Date of Loss: 12/10/03

Producing Branch: NERO

City/State: Osterville, MA

Zip Code: 02655

Initial Handling Adj: Richard Haggis

Office: NERO

Contact Info: 508-339-0410

Insured name: Oyster Harbor Marine, Inc.

Policy Number: IHN 5107029
contact info/insured: Craig Curtis 508-428-2017

Agents name: Fair Insurance Agency

Ins. Rep. name: N/A

Description of Risk: The subject risk is a full service marina established in 1987 offering professional yacht sales, service and storage. The risk includes a large office building with marine shop and 5 separate buildings. The risk also includes a boat lift and 2 forklifts.

Description of Events: A 5 alarm fire originated at the neighboring Crosby Yacht Marina and extended to our insured's building. We have notified White & Williams and they are coordinating our origin & cause investigation.
Description of Damage: The 125 x 25, 3 story building is a total loss. This building was used for storage and held approximately 30 - 40 boats and miscellaneous contents. Also damaged was a large boat lift.

Type of Policy: Commercial package policy written with CP0010 Building and Personal Property Coverage Form, CP1030 Causes of Loss Special Form, and Special Property Broadening Endt. which amends coverages provided under the CP0010 and provides scheduled coverage for Ordinance & Law, Debris Removal and Employees Tools. The limit of liability applicable to the building that was destroyed

OY000199

## Oyster Harbors Marine Inc

| **OSTERVILLE Branch** | **HYANNIS Branch** |
|---|---|
| 122 BRIDGE ST | 157 PLEASANT ST |
| OSTERVILLE, MA 02655 USA | HYANNIS, MA 02601 USA |
| **Office:** 508-428-2017 | **Office:** 508-790-2628 |
| **Fax:** 508-420-5398 | **Fax:** 508-790-0996 |
| **Email:** ostervl@oysterharborsmarine.com | **Email:** hyannis@oysterharborsmarine.com |

## Company Information

**Year Established:** 1987
**Number of Employees:** 56

**Background:**
We are a full service marina established in 1987, offering Professional Yacht Sales and Service. Our tradition of Professional Yacht Sales and Service extends throughout New England with 56 year round employee's to serve our customers. Our offices are located in Osterville and Hyannis, Massachusetts, and South Freeport, Maine. In addition to our quality new boat lines, we have an excellent selection of used and brokerage boats! Our Professional Yacht Sales and Brokerage team includes Peter Maryott, Bob Scott, Dale Robertson, J.D. Crawford, Dennis Christopher, Ben Crago, Aaron Goodale, Willie Thomas, Jay Stackhouse and Greg Fitzpatrick and are ready to assist you with all your Boat inquiries. We also have an experienced electronics department ready to make your purchase a one stop experience. Please take some time to browse our web site. It is never too early to start thinking about your next boat!

## Sales Information

**New Vessel Sale Staff** 4
**Brokerage Vessel Sales Staff:** 4
**Sales Specialty:** Sport Fishermen
**Typical Length of Vessels Sold:** 20' to 72'
**Typical Selling Price of Vessels Sold:** $20,000 to $3,000,000

## New Boats

| MANUFACTURER | MODEL NAME | LENGTH(LOA) ft |
|---|---|---|
| BERTRAM YACHTS | | |
| CABO YACHTS | | |
| LIMESTONE | | |
| POST YACHTS | | |
| REGULATOR MARINE | | |
| TIARA YACHTS | | |
| VIKING SPORT CRUISERS | | |
| VIKING YACHTS | | |

OY000200

## New Motors/Engines

- ABOUT US
- PREOWNED VESSELS
- WORLDWIDE SEARCH
- NEW BOATS
- STAFF
- EVENTS
- WHATS NEW
- LINKS
- LOCATIONS
- HOME

12/11/03 Inspection R/Hagger

Met w. Craig Curtis - yard foreman &
Kathleen - admin.

cause of loss

Fire occurred at 8:30 pm on 12/10/03
originating at Crosby Marina -
neighbouring marina. A neighbor
called Craig Curtis at 9:30 to
inform him. It is believed that
a passerby saw the fire &
called FD.

owners - President is Ron
          Silvia

6-7 owners

State Fire Marshal
- Trooper Braily
  978-567-3336

OY000202

<u>Scope</u>
<u>Contents</u>

vehs { 1 Truck - Red Ford.
Trailer - 26' hydraulic
newer truck - body dmg

- <u>Travellift</u> - repairable    25 y
  (at end of shed)
- pumpout tank 3000 gal. tank
- 2 bottom washers
- tank - tires burned
- slings for travel lift
- acet. tanks + torches
- port. forced hot air heater.

- boat storage     * 30-40 boat
- yard equip
- outboard parts
- stock parts - shrink wrap.

<u>Bldg</u>           - post + beam
Total loss       wood frames
125 x 25         T-111
3 level          asphalt shingle roof

<u>Kiok</u>

Full service marina est. 1987
- pre-yacht sales + service
- 56 year round employees
- office
     — Osterville, Hyannis, Freeport ME

OY000204



1st level
3/4 boat, storage, diesel tanks, outboard fuel tanks, miscel.

2nd level
Boat storage, outboards (owned by other) leading posts, string, rope, wrap

3rd level
skiff, pattern for wood boat, miscell. boat show gear, cedar

OY000205

OYSTER HARBOR MARINE, INC.
03-303220 DOL:12/10/03

**CLAIM BREAKDOWN:**

| Coverage | Limit | Claim | Payment | $-Due |
|---|---|---|---|---|
| Building #2 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | Paid |
| Building #1 | $ 700,000.00 | $ 1,248.00 | $ 1,248.00 | Paid |
| Contents (within 1000 feet) | $ 400,000.00 | $ 15,599.18 | | $ 7,799.59 |
| **Broad Form:** | | | | |
| A. Scheduled Coverages: | | | | |
| Debris Removal | $ 25,000.00 | $ 15,412.75 | | $ 15,412.75 |
| Pollutant Cleanup | $ 25,000.00 | $ 44,902.11 | $ 25,000.00 | Paid |
| Employees Tools | $ 10,000.00 | $ 647.85 | $ 647.85 | Paid |
| Underground Pipes | $ 250,000.00 | $ 9,391.25 | | $ 9,391.25 |
| B. Blanket Limit | $ 250,000.00 | | | |
| EE/BI | INCL. IN LIMIT | OPEN | $5,000 (PARTIAL) | |
| Outdoor Property: | INCL. IN LIMIT | | | |
| Paved Surface | | $ 7,400.00 | $ 7,400.00 | Paid |
| **Inland Marine:** | | | | |
| Travelift | $ 100,000.00 | $ 15,493.25 | $ 14,600.00 | $ 893.25 |
| **TOTALS** | | $ 120,094.39 | $ 58,895.85 | $ 33,496.84 |

OY000206