OYSTER HARBOR MARINE, INC.
03-303220 DOL:12/10/03

**CLAIM BREAKDOWN:**

| Coverage | Limit | Claim | Payment | $-Due |
|---|---|---|---|---|
| Building #2 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | Paid |
| Building #1 | $ 700,000.00 | $ 1,248.00 | $ 1,248.00 | Paid |
| *Contents* (within 1000 feet) | $ 400,000.00 | $ 15,599.18 | $ 7,799.59 | Paid |
| **Broad Form:** | | | | |
| **A. Scheduled Coverages:** | | | | |
| Debris Removal | $ 25,000.00 | $ 15,412.75 | $ 15,412.75 | Paid |
| Pollutant Cleanup | $ 25,000.00 | $ 44,902.11 | $ 25,000.00 | Paid |
| Employees Tools | $ 10,000.00 | $ 647.85 | $ 647.85 | Paid |
| Underground Pipes | $ 250,000.00 | $ 9,391.25 | $ 9,391.25 | Paid |
| **B. Blanket Limit** | $ 250,000.00 | | | |
| EE/BI | INCL. IN LIMIT | OPEN | $ 5,000.00 | |
| Outdoor Property: | INCL. IN LIMIT | | | |
| *Paved Surface* | | $ 7,400.00 | $ 7,400.00 | Paid |
| **Inland Marine:** | | | | |
| Travelift | $ 100,000.00 | $ 15,493.25 | $15,493.25 | Paid |
| **TOTALS** | | $ 120,094.39 | $ 97,392.69 | |

OY000207

HSNO FED. I.D. 95-2819088                                    INVOICE No    104867

**HSNO**
**HAGEN**
**STREIFF**
**NEWTON**
**OSHIRO**

*3/31/2004*
RICK HAGGIS, JR.
HANOVER INSURANCE
P.O. BOX 684
MANSFIELD, MA 02048

Please remit payment with blue invoice copy to:
Hagen, Streiff, Newton & Oshiro, Accountants, PC
P.O. Box 51067, Los Angeles, CA 90051-5367
For Electronic Transfer, use:
ABA Routing # 122016066   Account 023-751380
City National Bank, Irvine, CA 92612

RE:
INSURED:                              OYSTER HARBORS MARINE, INC.
DATE OF LOSS:                         DECEMBER 10, 2003
HANOVER INSURANCE CLAIM NUMBER:       03-303220
OUR FILE NUMBER:                      PF00299

Professional and Accounting Services Rendered

| DATE | SERVICE | STAFF | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 2/12/2004 | Review Documents | | | | |
| | | Lehman | 0.25 | $135.00 | 33.75 |
| 2/19/2004 | Telephone Call | | | | |
| | | Lehman | 0.50 | $135.00 | 67.50 |
| 2/19/2004 | File Planning | | | | |
| | | Lehman | 0.50 | $135.00 | 67.50 |
| 2/19/2004 | Review Documents | | | | |
| | | Lehman | 0.50 | $135.00 | 67.50 |
| 2/20/2004 | File Planning | | | | |
| | | Fucci | 0.50 | $55.00 | 27.50 |
| 2/20/2004 | File Planning | | | | |
| | | Lehman | 1.00 | $135.00 | 135.00 |
| 2/20/2004 | File Planning | | | | |
| | | Fogarty | 0.50 | $175.00 | 87.50 |
| 2/20/2004 | Review Policy | | | | |
| | | Lehman | 0.50 | $135.00 | 67.50 |
| 2/20/2004 | Discussion with Supervisor | | | | |
| | | Lehman | 0.25 | $135.00 | 33.75 |
| 3/9/2004 | File Planning | | | | |
| | | Lehman | 0.25 | $135.00 | 33.75 |

| Date | Description | Attorney | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 3/11/2004 | File Planning | Lehman | 0.25 | $135.00 | 33.75 |
| 3/12/2004 | Correspondence | Lehman | 1.75 | $135.00 | 236.25 |
| 3/12/2004 | Telephone Call | Lehman | 0.25 | $135.00 | 33.75 |
| 3/12/2004 | File Planning | Lehman | 0.25 | $135.00 | 33.75 |
| 3/22/2004 | File Planning | Lehman | 0.25 | $135.00 | 33.75 |
| 3/23/2004 | Correspondence | Lehman | 0.50 | $135.00 | 67.50 |
| 3/23/2004 | File Update | Fogarty | 0.25 | $175.00 | 43.75 |
| 3/23/2004 | Discussion with Supervisor | Lehman | 0.25 | $135.00 | 33.75 |

Current Amount Due    $    1,137.50

Mail payments to Post Office Box 51067, Los Angeles, CA 90051-5367
Wire payments to:City National Bank, ABA Routing # 122016066  Account 023-751380
Partner Fogarty, Greenville Office Phone Number 401-949-8001

HSNO FED. I.D. 95-2819088        INVOICE No    105845

**HSNO**
**HAGEN**
**STREIFF**
**NEWTON**
**OSHIRO**

7/2/2004

MR. RICHARD HAGGIS, JR.
HANOVER INSURANCE
440 LINCOLN STREET
MAILSTOP S304
WORCESTER, MA 01653

Please remit payment with blue invoice copy to:
Hagen, Streiff, Newton & Oshiro, Accountants, PC
P.O. Box 51067, Los Angeles, CA 90051-5367
For Electronic Transfer, use:
ABA Routing # 122016066   Account 023-751380
City National Bank, Irvine, CA 92612

RE:
INSURED: OYSTER HARBORS MARINE, INC.
DATE OF LOSS: DECEMBER 10, 2003
HANOVER INSURANCE CLAIM NUMBER: 03-303220
OUR FILE NUMBER: PF00299

Professional and Accounting Services Rendered

| DATE | SERVICE | STAFF | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 5/10/2004 | File Update | Lehman | 0.25 | $140.00 | 35.00 |
| 5/25/2004 | File Planning | Lehman | 0.25 | $140.00 | 35.00 |
| 5/26/2004 | Correspondence | Santos | 0.50 | $75.00 | 37.50 |
| 5/26/2004 | Correspondence | Lehman | 0.25 | $140.00 | 35.00 |
| 5/26/2004 | File Planning | Lehman | 0.25 | $140.00 | 35.00 |
| 5/26/2004 | Review Documents | Lehman | 0.50 | $140.00 | 70.00 |
| 5/27/2004 | Correspondence | Lehman | 0.25 | $140.00 | 35.00 |
| 5/27/2004 | Correspondence | Santos | 0.50 | $75.00 | 37.50 |
| 6/9/2004 | Data Analysis | Commito | 0.50 | $115.00 | 57.50 |
| 6/9/2004 | File Planning | Lehman | 0.50 | $140.00 | 70.00 |

| Date | Description | Staff | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 6/9/2004 | Discussion with Supervisor | Commito | 0.50 | $115.00 | 57.50 |
| 6/10/2004 | Data Analysis | Commito | 4.25 | $115.00 | 488.75 |
| 6/10/2004 | Prepare Schedules | Treml | 5.25 | $40.00 | 210.00 |
| 6/11/2004 | Data Analysis | Commito | 7.00 | $115.00 | 805.00 |
| 6/14/2004 | Data Analysis | Commito | 0.50 | $115.00 | 57.50 |

Current Amount Due  $  2,066.25

Mail payments to Post Office Box 51067, Los Angeles, CA 90051-5367
Wire payments to: City National Bank, ABA Routing # 122016066  Account 023-751380
Partner Fogarty, Greenville Office Phone Number 401-949-8001

HSNO FED. I.D. 95-2819088                                    INVOICE No    106586

**HSNO**
**HAGEN**
**STREIFF**
**NEWTON**
**OSHIRO**

8/31/2004

MR. RICHARD HAGGIS, JR.
HANOVER INSURANCE
PO BOX 684
MANSFIELD, MA 02048

Please remit payment with blue invoice copy to:
Hagen, Streiff, Newton & Oshiro, Accountants, PC
P.O. Box 51067, Los Angeles, CA 90051-5367
For Electronic Transfer, use:
ABA Routing # 122016066   Account 023-751380
City National Bank, Irvine, CA 92612

RE:
INSURED:                         OYSTER HARBORS MARINE, INC.
DATE OF LOSS:                    DECEMBER 10, 2003
HANOVER INSURANCE CLAIM NUMBER:  03-303220
OUR FILE NUMBER:                 PF00299

Professional and Accounting Services Rendered

| DATE | SERVICE | STAFF | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 7/29/2004 | Data Analysis | Gouveia | 1.75 | $100.00 | 175.00 |
| 7/30/2004 | Data Analysis | Gouveia | 2.00 | $100.00 | 200.00 |
| 8/2/2004 | Data Analysis | Gouveia | 7.00 | $100.00 | 700.00 |
| 8/2/2004 | Telephone Call | Lehman | 0.25 | $140.00 | 35.00 |
| 8/3/2004 | Data Analysis | Gouveia | 2.00 | $100.00 | 200.00 |
| 8/3/2004 | File Planning | Lehman | 1.50 | $140.00 | 210.00 |
| 8/3/2004 | File Review | Lehman | 0.50 | $140.00 | 70.00 |
| 8/3/2004 | File Update | Fogarty | 0.25 | $185.00 | 46.25 |
| 8/3/2004 | File Update | Fogarty | 0.25 | $185.00 | 46.25 |

**OY000212**

HAGEN, STREIFF, NEWTON & OSHIRO, ACCOUNTANTS, P.C.
HANOVER INSURANCE
Invoice No.   106586                                                                 Page 2

| DATE | SERVICE | STAFF | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 8/3/2004 | Discussion with Supervisor Gouveia | | 0.50 | $100.00 | 50.00 |
| 8/4/2004 | Data Analysis Gouveia | | 5.00 | $100.00 | 500.00 |
| 8/5/2004 | Data Analysis Gouveia | | 3.50 | $100.00 | 350.00 |
| 8/5/2004 | Report Preparation Gouveia | | 1.00 | $100.00 | 100.00 |
| 8/5/2004 | Telephone Call Gouveia | | 1.00 | $100.00 | 100.00 |
| 8/6/2004 | Data Analysis Gouveia | | 4.00 | $100.00 | 400.00 |
| 8/6/2004 | Report Preparation Gouveia | | 1.00 | $100.00 | 100.00 |
| 8/9/2004 | Report Preparation Gouveia | | 4.50 | $100.00 | 450.00 |
| 8/11/2004 | Data Analysis Lehman | | 3.50 | $140.00 | 490.00 |
| 8/12/2004 | Report Preparation Lehman | | 2.00 | $140.00 | 280.00 |
| 8/12/2004 | File Review Lehman | | 1.00 | $140.00 | 140.00 |
| 8/13/2004 | Data Analysis Fogarty | | 0.25 | $185.00 | 46.25 |
| 8/13/2004 | Report Preparation Lehman | | 1.00 | $140.00 | 140.00 |
| 8/13/2004 | File Review Lehman | | 1.00 | $140.00 | 140.00 |
| 8/13/2004 | Discussion with Supervisor Gouveia | | 0.50 | $100.00 | 50.00 |
| 8/13/2004 | Discussion with Supervisor Lehman | | 0.50 | $140.00 | 70.00 |
| 8/13/2004 | Supervise Lehman | | 0.25 | $140.00 | 35.00 |

OY000213

HAGEN, STREIFF, NEWTON & OSHIRO, ACCOUNTANTS, P.C.
HANOVER INSURANCE
Invoice No.   106586

Page 3

| DATE | SERVICE | STAFF | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 8/13/2004 | Supervise | Fogarty | 0.75 | $185.00 | 138.75 |
| 8/16/2004 | Report Preparation | Gouveia | 4.00 | $100.00 | 400.00 |
| 8/16/2004 | Telephone Call | Gouveia | 0.25 | $100.00 | 25.00 |
| 8/16/2004 | File Update | Gouveia | 0.25 | $100.00 | 25.00 |
| 8/17/2004 | Report Preparation | Gouveia | 0.25 | $100.00 | 25.00 |
| 8/17/2004 | Telephone Call | Gouveia | 0.25 | $100.00 | 25.00 |
| 8/18/2004 | Review Documents | Gouveia | 0.25 | $100.00 | 25.00 |
| 8/25/2004 | Report Preparation | Fogarty | 0.25 | $185.00 | 46.25 |

Current Amount Due   $   5,833.75

Mail payments to Post Office Box 51067, Los Angeles, CA 90051-5367
Wire payments to: City National Bank, ABA Routing # 122016066  Account 023-751380
Partner Fogarty, Greenville Office Phone Number 401-949-8001

HSNO FED. I.D. 95-2819088                                         INVOICE No    104867

**HSNO**
**HAGEN**
**STREIFF**
**NEWTON**
**OSHIRO**

*3/31/2004*
RICK HAGGIS, JR.
HANOVER INSURANCE
P.O. BOX 684
MANSFIELD, MA 02048

Please remit payment with blue invoice copy to:
Hagen, Streiff, Newton & Oshiro, Accountants, PC
P.O. Box 51067, Los Angeles, CA 90051-5367
For Electronic Transfer, use:
ABA Routing # 122016066   Account 023-751380
City National Bank, Irvine, CA 92612

RE:
INSURED:                           OYSTER HARBORS MARINE, INC.
DATE OF LOSS:                      DECEMBER 10, 2003
HANOVER INSURANCE CLAIM NUMBER:    03-303220
OUR FILE NUMBER:                   PF00299

Professional and Accounting Services Rendered

| DATE | SERVICE | STAFF | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 2/12/2004 | Review Documents | Lehman | 0.25 | $135.00 | 33.75 |
| 2/19/2004 | Telephone Call | Lehman | 0.50 | $135.00 | 67.50 |
| 2/19/2004 | File Planning | Lehman | 0.50 | $135.00 | 67.50 |
| 2/19/2004 | Review Documents | Lehman | 0.50 | $135.00 | 67.50 |
| 2/20/2004 | File Planning | Fucci | 0.50 | $55.00 | 27.50 |
| 2/20/2004 | File Planning | Lehman | 1.00 | $135.00 | 135.00 |
| 2/20/2004 | File Planning | Fogarty | 0.50 | $175.00 | 87.50 |
| 2/20/2004 | Review Policy | Lehman | 0.50 | $135.00 | 67.50 |
| 2/20/2004 | Discussion with Supervisor | Lehman | 0.25 | $135.00 | 33.75 |
| 3/9/2004 | File Planning | Lehman | 0.25 | $135.00 | 33.75 |

Invoice No. 104867
Page 1 of 2

OY000215

| Date | Description | Attorney | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 3/11/2004 | File Planning | Lehman | 0.25 | $135.00 | 33.75 |
| 3/12/2004 | Correspondence | Lehman | 1.75 | $135.00 | 236.25 |
| 3/12/2004 | Telephone Call | Lehman | 0.25 | $135.00 | 33.75 |
| 3/12/2004 | File Planning | Lehman | 0.25 | $135.00 | 33.75 |
| 3/22/2004 | File Planning | Lehman | 0.25 | $135.00 | 33.75 |
| 3/23/2004 | Correspondence | Lehman | 0.50 | $135.00 | 67.50 |
| 3/23/2004 | File Update | Fogarty | 0.25 | $175.00 | 43.75 |
| 3/23/2004 | Discussion with Supervisor | Lehman | 0.25 | $135.00 | 33.75 |

Current Amount Due    $ 1,137.50

Mail payments to Post Office Box 51067, Los Angeles, CA 90051-5367
Wire payments to: City National Bank, ABA Routing # 122016066 Account 023-751380
Partner Fogarty, Greenville Office Phone Number 401-949-8001

# Statement

Please see previously sent invoices for detail.

**Hagen, Streiff, Newton & Oshiro, Accountants, P.C.**  Tax I.D. 95-2819088
Post Office Box 51067
Los Angeles, CA 90051-5367

949-251-1133

*HANOVER INSURANCE*
*MR. RICK HAGGIS, JR.*
*PO BOX 684*
*MANSFIELD, MA 02048*

Statement Date   6/18/2004      Cl# 03-303720
Client No.       PF00299

RE: Oyster Harbors Marine Inc   DOL: 12/10/03

| | Date | Description | Charge | Credit | Balance |
|---|---|---|---|---|---|
| | | Balance Forward | | | 0.00 |
| 104867 | 3/31/2004 | Invoice | 1,137.50 | | 1,137.50 |
| | | Current Balance | | $ | 1,137.50 |

| 0 - 30 | 31- 60 | 61 - 90 | 91 - 120 | Over 120 | Balance |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 1,137.50 | 0.00 | 0.00 | $ 1,137.50 |

Mail payments to Post Office Box 51067, Los Angeles, CA 90051-5367
Wire payments to City National Bank, Irvine CA - ABA Routing # 122016066 Account 023-751380.
If you are not the person with authority to pay, please call Blanca Salinas at 949-251-1133 FAX 949-251-1565
or E-mail "bsalinas@hsno.com" and provide us with the mailing address of that person. We will direct future
invoices and statements to that person.

paid

OY000217

# STATUS REPORT

**TO:** FILE
**FROM:** RICHARD J. HAGGIS JR., GENERAL ADJUSTER
      P.O. BOX 684
      MANSFIELD, MA 02048
      508-339-0410
**REPORT DATE:** 8/23/04
**CLAIM # :** 03-303220

---

**INSURED:**

Oyster Harbors Marine Inc.
122 Bridge St.
Osterville, MA 02655

**Policy Number:** IHN 5107029 (7 renewals)
**Date of Loss:** 12/10/03
**Location of Loss:** (Premises 1 Buildings 1-9) 120 Bridge St. Osterville, MA 02655

## CAUSE OF LOSS:

To date, the cause of loss is undetermined. We do know that the fire originated at the neighboring Crosby Yacht Yard and extended to our insured's property. Between the high winds and resins, paints and fuel, once the fire got underway all the fire fighters could do was fight a battle of containment, dumping massive amounts of water on the burning buildings.

## RESERVE:

Loss reserves have been established as follows:

| | INCURRED RESERVE | PAYMENTS | CURRENT RESERVE |
|---|---|---|---|
| (01) BUILDING | $19,047.59 | $19,047.59 | $0 |
| (02) BROAD FORM | $160,581.85 | $62,851.85 | $98,000 |
| (03) IM | $15,493 | $15,493 | $0 |
| TOTAL | $195,122.44 | $97,392.44 | $98,000 |

OY000218

**INSURABLE INTEREST:**

The named insured is Oyster Harbors Marine, Inc. The mortgagee is listed as Fleet Bank of MA.

At this time, no other insurable interest has been identified.

**ADJUSTMENT:**

The building loss was settled in the amount of $10,000 on Building 2 and $1,248 on Building 1. The $10,000 represents the policy limit on Building 2. The main building (Building #1) sustained damage to windows which were repaired at a cost of $1,248.

The insured submitted a claim for contents stored outside building #2 which is within 1000 feet from Building #1. The claim totaled $15,599.18. I applied depreciation in the amount of $7,799.59 arriving at an ACV of $7,799.59.

They have also claimed a steel rack system used for storing boats. This will also fall under contents coverage. The insured is looking into whether or not this is reparable.

Under the Broad Form Scheduled Coverage's the insured presented a $15,412.75 claim for Debris Removal. I have allowed these charges.

They also submitted a $44,902.11 claim for pollutant clean-up. I reviewed this and confirmed that there was no overlap with non-covered testing fees and agreed to the $25,000 limit of liability.

The claim for Employees Tools totaled $647.85. I agreed to this amount.

The amount claimed for Underground Pipes totals $9,391.25. I have agreed to this amount after reviewing bills representing costs incurred.

Under Broad Form Blanket Coverage, I have afforded coverage for the paved surfaces damaged by the fire. The amount claimed and allowed is $7,400.

Also under Broad Form Blanket Coverage, a $5000 advance has been issued on EE/BI. The insured presented a preliminary claim in excess of $45,000. However, the revised amount claimed is $143,594. I am in the process of reviewing this and have engaged HSNO to assist in my evaluation. They have completed a preliminary measurement in the $100,000 range.

The cost to repair the Travel-lift scheduled for $100,000 totals $14,600. This does not include power washing which was an additional $893.25.

OY000219

### SUBROGATION/3RD PARTY EXPOSURE:

REDACTED

### SALVAGE:

Salvage is not an issue.

### INFORMATION FOR OTHER DEPARTMENTS:

We will forward a CATU regarding value. The building totaled by fire appears to be grossly underinsured despite reported values.

### WHAT NEEDS TO BE DONE:

- Address boat rack system.
- Follow-up on HSNO evaluation.
- Adjust BI claim.

OY000220

# STATUS REPORT

TO: FILE
FROM: RICHARD J. HAGGIS JR., GENERAL ADJUSTER
      P.O. BOX 684
      MANSFIELD, MA 02048
      508-339-0410
REPORT DATE: 6/29/04
CLAIM # : 03-303220

**INSURED:**

Oyster Harbors Marine Inc.
122 Bridge St.
Osterville, MA 02655

**Policy Number:** IHN 5107029 (7 renewals)
**Date of Loss:** 12/10/03
**Location of Loss:** (Premises 1 Buildings 1-9) 120 Bridge St. Osterville, MA 02655

**CAUSE OF LOSS:**

To date, the cause of loss is undetermined. We do know that the fire originated at the neighboring Crosby Yacht Yard and extended to our insured's property. Between the high winds and resins, paints and fuel, once the fire got underway all the fire fighters could do was fight a battle of containment, dumping massive amounts of water on the burning buildings.

**RESERVE:**

Loss reserves have been established as follows:

| | INCURRED RESERVE | PAYMENTS | CURRENT RESERVE |
|---|---|---|---|
| (01) BUILDING | $11,248 | $11,248 | $0 |
| (02) BROAD FORM | $55,000 | $38,047.85 | $16,952.15 |
| (03) IM | $25,000 | $14,600 | $0 |
| TOTAL | $91,248 | $63,895.85 | $16,952.15 |

(handwritten annotations: 19047.59; 62,185; 15,493.25)

**COVERAGE:**

As reported, policy IHN 5107029 is a Commercial Lines Policy effective 9/15/02 through 9/15/03.

Policy forms and endorsements are as follows:

- CP0010   10/00 Building and Personal Property Coverage Form
- CP1030   10/00 Causes of Loss Special Form
- CP 0109  10/00 Mass Changes

Policy limits are as follows:

BUILDING #1     $700,000
   Contents Within 1000 feet $400,000

BUILDING #2     $10,000

The policy affords coverage up to $25,000 for debris removal of covered property (Building) and $25,000 for Pollutant Clean-up. There is no coverage for BPP stored in building #2. There is $50,000 in O&L coverage and $250,000 in BI which will be applicable to storage fees of boats and outboards. There is also $10,000 of coverage on Tools and Clothing including Property of Others. Coverage for Outdoor Property is included in the Blanket Limit.

The Boat Hoist is insured separately under the Equipment Schedule with a $100,000 limit of liability.

The policy deductible is $1000. The policy shows a 80% coinsurance requirement.

**INSURABLE INTEREST:**

The named insured is Oyster Harbors Marine, Inc. The mortgagee is listed as Fleet Bank of MA.

At this time, no other insurable interest has been identified.

**ADJUSTMENT:**

The building loss was settled in the amount of $10,000 on Building 2 and $1,248 on Building 1. The $10,000 represents the policy limit on Building 2. The main building (Building #1) sustained damage to windows which were repaired at a cost of $1,248.

The insured submitted a claim for contents stored outside building #2 which is within 1000 feet from Building #1. The claim totaled $15,599.18. I applied depreciation in the amount of $7,799.59 arriving at an ACV of $7,799.59.

Under the Broad Form Scheduled Coverage's the insured presented a $15,412.75 claim for Debris Removal. I have allowed these charges.

They also submitted a $44,902.11 claim for pollutant clean-up. I reviewed this and confirmed that there was no overlap with non-covered testing fees and agreed to the $25,000 limit of liability.

The claim for Employees Tools totaled $647.85. I agreed to this amount.

The amount claimed for Underground Pipes totals $9,391.25. I have agreed to this amount after reviewing bills representing costs incurred.

Under Broad Form Blanket Coverage, I have afforded coverage for the paved surfaces damaged by the fire. The amount claimed and allowed is $7,400.

Also under Broad Form Blanket Coverage, a $5000 advance has been issued on EE/BI. The insured presented a preliminary claim in excess of $45,000. However, the amount claimed is now in excess of $100,000. I am in the process of reviewing this and have engaged HSNO to assist in my evaluation.

The cost to repair the Travel-lift scheduled for $100,000 totals $14,600. This does not include power washing which will be an additional $893.25.

**SUBROGATION/3RD PARTY EXPOSURE:**

REDACTED

**SALVAGE:**

Salvage is not an issue.

**INFORMATION FOR OTHER DEPARTMENTS:**

We will forward a CATU regarding value. The building totaled by fire appears to be grossly underinsured despite reported values.

**WHAT NEEDS TO BE DONE:**

- Issue payment on BPP portion, Debris Removal, Underground Pipes and power-washing of Travelift.
- Increase Feature 01 and 02.
- Follow-up on insured's BI claim presentation.

**ENCLOSURES:**

Insured's letter and list of damage dated 5/25/04.

OY000223

5/25/2004

## TRAVELIFT INVOICES RECEIVED

Martin Walter Company

| | | |
|---|---:|---:|
| Invoice # 19747 | $390.00 | |
| Invoice # 19766 | $1,564.03 | |
| Invoice # 19763 | $795.00 | |
| Invoice # 19791 | $6,492.37 | |
| Invoice # 19881 | $795.00 | |
| Invoice # 19975 | $1,601.83 | |
| Invoice # 20311 | $3,555.00 | |
| | $15,193.23 | $15,193.25 |

Insta-Brite Mobile Washing Inc.
    Wash off soot from machine

| | | |
|---|---:|---:|
| Invoice # 75652 | $300.00 | $300.00 |
| | | $15,493.25 |
| Payment Received | | $14,600.00 |
| Balance Due | | $893.25 |

OY000224

# STATUS REPORT

TO: FILE
FROM: RICHARD J. HAGGIS JR., GENERAL ADJUSTER
      P.O. BOX 684
      MANSFIELD, MA 02048
      508-339-0410
REPORT DATE: 4/24/04
CLAIM # : 03-303220

**INSURED:**

Oyster Harbors Marine Inc.
122 Bridge St.
Osterville, MA 02655

**Policy Number:** IHN 5107029 (7 renewals)
**Date of Loss:** 12/10/03
**Location of Loss:** (Premises 1 Buildings 1-9) 120 Bridge St. Osterville, MA 02655

**ASSIGNMENT & CONTACT:**

Hanover received this claim on 12/11/03. Contact was made with the insured and the loss inspected that day. During my inspection I met with Yard Foreman, Craig Curtis and Kathleen in Administration. I also met with Chief John Farrington of Centerville – Osterville – Marstons Mills Fire District.

**CAUSE OF LOSS:**

Upon receipt of this loss assignment, White & Williams was notified to coordinate our O&C and subrogation investigation. They contacted EFI.

To date, the cause of loss is undetermined. We do know that the fire originated at the neighboring Crosby Yacht Yard and extended to our insured's property. Between the high winds and resins, paints and fuel, once the fire got underway all the fire fighters could do was fight a battle of containment, dumping massive amounts of water on the burning buildings.

**RESERVE:**

Loss reserves have been established as follows:

| | INCURRED RESERVE | PAYMENTS | CURRENT RESERVE |
|---|---|---|---|
| (01) BUILDING | $10,000 | $10,000 | $0 |
| (02) BROAD FORM | $55,000 | $30,000 | $25,000 |
| (03) IM | $25,000 | | $25,000 |
| TOTAL | $90,000 | $40,000 | $50,000 |

**COVERAGE:**

As reported, policy IHN 5107029 is a Commercial Lines Policy effective 9/15/02 through 9/15/03.

Policy forms and endorsements are as follows:

- CP0010   10/00 Building and Personal Property Coverage Form
- CP1030   10/00 Causes of Loss Special Form
- CP 0109  10/00 Mass Changes

Policy limits are as follows:

- BUILDING # 2     $10,000

The policy affords coverage up to $25,000 for debris removal of covered property (Building). There is no coverage for BPP stored in building #2. There is $50,000 in O&L coverage and $250,000 in BI which will be applicable to storage fees of boats and outboards. There is $10,000 of coverage on Tools and Clothing including Property of Others. Coverage for Outdoor Property is included in the Blanket Limit.

The Boat Hoist is insured separately under the Equipment Schedule with a $100,000 limit of liability.

The policy deductible is $1000. The policy shows a 80% coinsurance requirement.

**INSURABLE INTEREST:**

The named insured is Oyster Harbors Marine, Inc. The mortgagee is listed as Fleet Bank of MA.

At this time, no other insurable interest has been identified.