

**OYSTER HARBORS Marine, Inc.**
122 Bridge Street, Osterville, MA 02655
Tel: 508-428-2017 • Fax: 508-420-5398

*3L*

*lost OUTBOARD STORAGE*

| | | |
|---|---|---|
| Barrett | 9.9 hp Yamaha | $60.00 ✓ |
| Bendetson | 40 hp Yamaha | $85.00 ✓ |
| Blaze | 08 hp Johnson | $60.00 ✓ |
| Bradshaw | 06 hp Yamaha | $60.00 ✓ |
| Breed | 04 hp Johnson | $60.00 ✓ |
| Breed | 05 hp Johnson | $60.00 ✓ |
| Brooks | 08 hp Yamaha | $60.00 ✓ |
| Brooks | 02 hp Yamaha | $60.00 ✓ |
| Brown | 06 hp Johnson | $60.00 ✓ |
| Buck | 05 hp Johnson | $60.00 ✓ |
| Buckley | 25 hp Tohatsu | $85.00 Abandoned |
| Burrill | 08 hp Johnson | $60.00 ✓ |
| Cabot | 04 hp Yamaha | $60.00 ✓ |
| Cleary | 08 hp Yamaha | $60.00 ✓ |
| Cullinane | 25 hp Johnson | $85.00 ✓ |
| Cutcliff | 08 hp Johnson | $60.00 ✓ |
| Emery | 04 hp Yamaha | $60.00 Abandonned |
| Feurer | 03 hp Yamaha | $60.00 ✓ |
| Fish | 05 hp Yamaha | $60.00 ✓ |
| Fish | 05 hp Yamaha | $60.00 ✓ |
| Foss | 9.9 hp Yamaha | $60.00 ✓ |
| Hunter | 4.5 hp Johnson | $60.00 ✓ |
| Markey | 03 hp Yamaha | $60.00 ✓ |
| Mitchell | 02 hp Honda | $60.00 ✓ |
| Mugar | 70 hp Johnson | $85.00 ✓ |
| O'Brien | 08 hp Johnson | $60.00 ✓ |
| O'Keefe | 15 hp Evinrude | $60.00 ✓ |
| Phau | 02 hp Honda | $60.00 ✓ |
| Plimpton | Seagull | $60.00 ✓ |
| Saul | 15 hp Johnson | $60.00 ✓ |
| Schaefer | 05 hp Mercury | $60.00 ✓ |
| Stern | 06 hp Johnson | $60.00 ✓ |
| Tarr | 3.3 hp Mercury | $60.00 ✓ |
| Thomas | 05 hp Yamaha | $60.00 ✓ |
| Walcott | 9.9 hp Yamaha | $60.00 ✓ |
| Ward | 08 hp Johnson | $60.00 ✓ |
| Wilson | 06 hp Evinrude | $60.00 Abandon |

$2,320.00

*2115 —*

OY000307



OHM
LOST PAYROLL DUE TO FIRE
12/11/03-12/12/03

| | HOURS | COST | BILLABLE |
|---|---|---|---|
| HOURLY-BILLABLE | 406.75 | 7795.08 | 31500.00 |
| HOURLY-ADMIN | 182.50 | 3032.67 | |
| ADMIN-SALARY | 96.00 | 2852.06 | |
| TOTAL | 685.25 | 13679.81 | 31500.00 |

+ Payroll Taxes        163337

                       15313.17

OY000308

LOST BOATS / LOST REVENUE

| CUSTOMER | BOAT | TYPE | PRE/LNCH | COMMISSION | NOTES |
|---|---|---|---|---|---|
| KANEB | WESTERLY | LIMESTONE | $4,720.12 | $220.06 | |
| HERRLINGER | CCC & CO. | CHRIS CRAFT | $4,041.46 | $573.00 | |
| GUTIERREZ | DIABLITO | DONZI | $1,388.94 | $421.75 | |
| KLETJIAN | CARMELLA | HAVEN | $1,842.39 | $181.80 | |
| BENDETSON | THANKSGIVING | HERRESHOFF | $2,080.15 | $207.05 | |
| BUCK | BUCK TAIL | HAVEN | $2,136.17 | $190.63 | |
| FISH | ROLLY | AVON | $0.00 | $0.00 | |
| FISH | PATCHY | AVON | $0.00 | $274.10 | |
| FISH | | AVON | $0.00 | $270.41 | |
| FISH | HAPPY | DOUGH DISH | $1,774.02 | $210.76 | |
| MELLON | FLICKER | HAVEN | $1,277.55 | $0.00 | NOT RIGGED LAST YEAR |
| MELLON | SKIFF #2 | UNKNOWN | $1,327.81 | $32.50 | |
| MELLON | SKIFF #4 | UNKNOWN | $503.15 | $32.00 | |
| GOFF | LADY | HAVEN | $2,095.06 | $185.30 | |
| VAUGHN | PUFFIN | LYMAN | $2,195.35 | $351.32 | |
| LLOYD | LAMBERTS III | SKIFF | $929.64 | $0.00 | NED DELIVERED |
| LLOYD | STACY THOMAS | SKIFF | $936.87 | $0.00 | NED DELIVERED |
| LLOYD | PIPPIN II | SAIL | $1,844.12 | $186.00 | |
| JONES | DORY | DELQUAY | $1,081.34 | $283.72 | |
| HERRICK | BOSTON WHALER | BOSTON WHALER | $1,664.31 | $208.96 | |
| MAGUIRE | PRIMODONNA | BOSTON WHALER | $826.80 | $437.84 | |
| GRAVES | BOSTON WHALER | BOSTON WHALER | $932.94 | $235.75 | |
| HICKMAN | TC3K | BOSTON WHALER | $984.02 | $345.04 | |
| BURRILL | BOSTON WHALER | BOSTON WHALER | $1,256.30 | $222.78 | |
| EASTMAN | BOSTON WHALER | BOSTON WHALER | $0.00 | $0.00 | NEW - DID NOT DO BEFORE |
| STRATTON | BOSTON WHALER | BOSTON WHALER | $962.91 | $184.42 | |
| MORRILL | FOREMAN | UNKNOWN | $833.98 | $210.27 | |
| HARRINGTON | BOSTON WHALER | BOSTON WHALER | $1,282.64 | $249.66 | |
| SCHAEFER | BIOUS | BOSTON WHALER | $0.00 | $0.00 | NEW - DID NOT DO BEFORE |
| HOLMGREN | BOSTON WHALER | BOSTON WHALER | $378.98 | $868.30 | |
| ATKESON | PROUDE BEAUTY | O'DAY | $0.00 | $396.58 | |
| FOSS | SWAN'S WAY | UNKNOWN | $0.00 | $623.59 | |
| PLIMPTON | BEARS 4 SAIL | UNKNOWN | $1,122.94 | $135.60 | |
| DONAHUE | GO EASY | FAST CAT | $1,577.28 | $214.93 | |
| SULLIVAN | BOSTON WHALER | BOSTON WHALER | $0.00 | $438.74 | DID NOT STORE BEFORE |
| OKEEFFE | INFLATABLE | AVON | $0.00 | $114.63 | |
| BIRMINGHAM | SUN DOG | HERRESHOFF | $1,372.64 | $428.11 | |
| | | | $43,369.88 | $8,935.60 | |



OY000309

```
  0·00  *
  0·00  *
215·09  +
 82·50  +
598·41  +
133·00  +
180·00  +
638·83  +
1,847·83  *
```

*THIS BOAT/MOTOR LOST IN FIRE*

**Oyster Harbors Marine, Inc.**
122 Bridge Street
Osterville, MA  02655    *10 A*

(508) 428-2017
(508) 420-5398 FAX

## INVOICE

| | |
|---|---|
| Invoice ID: | 0004472 |
| Date: | 01/14/2004 |
| Work Order ID: | W-Bar-INF-03-2999 |
| Boat Name: | INFLATABLE |
| P.O. Number: | |

*4 Hour J.C.*

| | Unit $ | Ext. $ |
|---|---|---|
| **Delivery/Pick Up - Pick Up Boat** | | .00 |

*Jay & Jay picked up - where is time?*

| | |
|---|---|
| Parts Subtotal | .00 |
| Labor Subtotal | .00 |
| Sales & Service Subtotal | .00 |

**Hauling - Pressure Wash and Acid Clean Bottom**  27.20

| | |
|---|---|
| Parts Subtotal | .00 |
| Labor Subtotal | .00 |
| Sales & Service Subtotal | 27.20 |

**Winterization - Winterize OB  2 -15 hp /4 Stroke**  160.00

Winterize 9.9 HP four stroke outboard.
Change motor oil.
Remove, clean and reinstall oil filters.
Drain and inspect lower unit oil, refill.
Grease all grease fittings.
Flush with fresh water, fog and spray down with CRC.

| | | | Unit $ | Ext. $ | |
|---|---|---|---|---|---|
| 1.000 | OIL,MOTOR PER QT - CHE30Q | | 2.75 | 2.75 | T |

| | |
|---|---|
| Parts Subtotal | 2.75 |
| Labor Subtotal | .00 |
| Sales & Service Subtotal | 160.00 |

**Clean Boat - Wash Boat**  .00

| | |
|---|---|
| Parts Subtotal | .00 |
| Labor Subtotal | .00 |
| Sales & Service Subtotal | .00 |

**Prelaunch - Prelaunch Outboard**  .00

| | |
|---|---|
| Parts Subtotal | .00 |
| Labor Subtotal | .00 |
| Sales & Service Subtotal | .00 |

**Paint  - Miscellaneous Fiberglass Repairs**  .00

OY000310

# CENTERVILLE-OSTERVILLE-MARSTONS MILLS FIRE DISTRICT
## DEPARTMENT OF FIRE-RESCUE & EMERGENCY SERVICES

1875 Falmouth Road, Rte. 28
Centerville, MA 02632-3117

Business: 508-790-2375
Facsimile: 508-790-2385



Emergency Number:
9-1-1

John M. Farrington
Chief of Department

"Commitment to Our Community"

December 18, 2003

RECD DEC 2 2 2003

The Hanover Insurance Company
John Colleton, Jr.
P.O. Box 15145
Worcester, MA 01615-9903

RE:  December 10, 2003 Crosby Yacht Yard / Oyster Harbors Marine Fire
Claim #03 303570 Adjuster Code; OC2; and
Claim #03 303577 Adjuster Code OK6

Dear Mr. Colleton,

As per our conversation this morning, I am forwarding the Incident Report for the above captioned Incident on to you, and you, in turn, will forward on a copy to Raymond Zeena.

Our fee for a report is ten ($10.00) dollars.  With your permission, I combined the five ($5.00) dollar check submitted with your request with the five ($5.00) dollar check submitted with the request of Raymond Zeena, for the total fee.

As this was a large fire, and there will most likely be numerous claims, I recommend that if there is any way of flagging this policyholder's file showing the Report is in-house, you should do so.  It should save your company a lot of time, effort and money in fees.

If there is anything else I may do for you, please feel free to call me at 1-508-790-2380.  Thank you.

Sincerely,

Sheila A. Longeway
Secretary
COMM Fire-Rescue

cc:  Raymond Zeena

OY000311



OY000312

ALARM-FIRE BOX ALARM/QUICK ACCESS PREPLAN

**DISTRICT:** 2-3      **BOX NO:** 202

**NAME:** CROSBY YACHT - SHEDS 2-5

**ADDRESS:** COCKACHOISET LN., OST.



DOCKS →

OYSTER HARBORS MARINE

OYSTER HARBORS MARINE STORAGE 130' X 30'

SHED #2  128' X 50'

SHED #3  260' X 82'

SHED #4  150' X 50'

NAUTICUS MARINE

Hydrant at entrance to Oyster Harbors Marine.

Hydrant between drives at #88 / 102 Bridge St.

RACK BOAT STORAGE

2 - 100lbs. Propane tanks.

BOAT SHOP

SHED #5  140' X 32'

164'

414'

PEEKS DRIVE

Electric shut off at pole. Pole # 507 / 4

BRIDGE ST.

COCKACHOISET LN.

N

Hydrant at #51 Bridge St.

BRIDGE STREET

**SPECIAL HAZARDS:** BOAT STORAGE, FIBERGLASS RESINS, OTHER PAINT HAZARDS, BLDG. CONSTRUCTION, LIMITED ACCESS, SHEDS ALMOST IMPOSSIBLE TO SEARCH, SERIOUS EXPOSURE PROBLEM.

**UTILITIES:**
ELECTRICAL:
Pole 507/4 at Peeks Dr. for sheds

Electrical shut off NW corner bldg.

**FIRE ALARM ANNUNCIATOR:** N/A

**FIRE ALARM PANEL:** N/A

**FIRE DEPT. CONN.** N/A

| | YES | NO |
|---|---|---|
| SPRINKLER SYST. | | ■ |
| SPRINKLER CONN. | | ■ |

**ADDITIONAL:**
1. COCKACHOISET LN. - BRIDGE ST. TO WATER - 650 FT.
2. HYDRANT - WEST BAY RD. TO COCKACHOISET LN. - 400 FT.
3. ACCESS BETWEEN SHEDS ONLY 7 FT.
4. PARKING LOTS USED FOR BOAT STORAGE - OFF SEASON.

**LOCK BOX LOCATION:** NONE ON SITE AS OF FEB. 16, 1995.

OY000313

# ISO ClaimSearch Match Report                Date 01-09-2004

A Claim report identified by ClaimSearch identification number
7N001584567 was received by ISO ClaimSearch on 01/09/2004.
Reasonable procedures have been adopted to maximize the accuracy of this
report. Independent investigations should be performed to evaluate the
relevant data provided.

| | |
|---|---|
| Claimant/Insured: | OYSTER HARBOR MARINA |
| Address: | 122 BRIDGE ST. |
| City: | OSTERVILLE          St: MA   Zip: |
| Claim Number: | 03303220 |
| Date of Loss: | 12/10/2003    Claim Type:   PROP    Loss Type:    FIRE |

NO MATCHES FOUND

If you have any questions concerning your report, please contact Customer
Support at (800)888-4476

**Initiating Claim:**

| | |
|---|---|
| Activity & Date: | Property        12/10/2003       **File Number:** 7N001584567 |
| Type of Loss: | Property                      Fire |
| Cause of Loss: | UNDETERMINED ORIGINATING IN ADJACENT MARINA |
| Location of Loss: | 122 BRIDGE ST. |
| City: | OSTERVILLE          State: MA      Zip: |
| ISO Received: | 01/09/2004 |
| Insured Company: | HANOVER INSURANCE COMPANY          Phone: 8006280250 |
| Contact: | HAGGIS,RICHARD,J                   Phone: 8006280250 |
| Adj Company: | WORCESTER  (WL) |
| Address: | PO BOX 15146 |
| City: | WORCESTER           State: MA      Zip: 016150146 |
| Claim Number: | 03303220 |
| Policy Number: | IHN5107029 |

| | Building | Contents | Stock | Use & Occupancy | Other/ Scheduled |
|---|---|---|---|---|---|
| Amount of Policy: | 10,000 | | | | 100,000 |
| Estimated Loss: | 10,000 | | | 25,000 | 55,000 |

| | |
|---|---|
| Involved Party: | Insured |
| Name: | OYSTER HARBOR MARINA |
| Address: | 122 BRIDGE ST. |
| City: | OSTERVILLE          State: MA      Zip: |
| Former or Alias: | Insured |
| Name: | OYSTER HARBOR MARINE INC. |

https://claimsearch.iso.com/ClaimsReporting/returns_rpt_print_all.asp?PrintType=SEL&P...  01/09/2004

OY000314

<u>Coverage</u>

Bldg $10,000

up to $25,000 Debr rems of cov prop.
⌐ bldg.

BI $250,000
⌐ storage fees - boat
- outboard
- when was boat pulled in?

O + 2       22       $50,000

100,000 liab

10,000  Tools + clothing                    add'l

Call ML                                      Debr

                                             25,000
                                             3000 o+b
                                             2000 prop
                                                   cloth

01    10,000      Bldg                       25,000
02    55,000                                 EE (B)
      ‾‾‾‾‾‾
      65,000                                 55,000

03  -5m  25,000

OY000315

| | |
|---|---|
| **From:** | ROBERT M. BROSSMAN |
| **To:** | RICHARD J. HAGGIS |
| **Date:** | 12/15/2003 11:37:58 AM |
| **Subject:** | Crosby/OysterHarbor, etc |

Hi Rick,

If or when you get an indication that the Fire Marshal's report has become available for your claim for Oyster Harbors Marine 03-303220, please let me know.  I'll need to order a copy for claim 03-303820 for Richard McCoy's total loss boat.  Perhaps I can order one and make copies, unless you've already made some other arrangements.

Surprisingly, no other personal lines boat losses have come in so far.

Thanks!
Rob B.

OY000316

*Brossman Claim   03 - 303820*

From:       James Boos
To:         PAUL HEYWOOD;  RICHARD J. HAGGIS
Date:       12/14/2003 12:59:48 PM
Subject:    Crosby Yacht Yard Fire

Found this article on a fishing web site (Noreast.com). I assume that it's related to the loss that Rick picked-up last week.

Massive Fire at Historic Cape Boatyard
Fishing Report Posted 12/12/03
Jerry Vovcsko

A devastating five alarm fire destroyed more than fifty boats at the historic Crosby Yacht Yard in Osterville this week. Between the high winds and the resins, paints and fuel stored at the yard, once the fire got under way all firefighters could was fight a battle of containment, dumping massive amounts of water on the burning buildings.

Three large boat sheds, along with their contents went up in flames as firemen struggled to keep the fire from spreading. Along with some very expensive modern yachts - the yard currently lists for sale boats valued as high as eight hundred thousand dollars - a number of vintage, wood sailboats were also lost. Original Wianno Senior boats are irreplaceable and perhaps twenty of these boats were lost. Yard officials said the number of boats lost overall could exceed fifty with a total value upwards of three million dollars.

Investigators are poking through the embers looking for clues to what may have started the conflagration. The possibilities range from spontaneous combustion to electrical problems, to heating devices used to shrink-wrap boats for storage to a dropped cigarette. Or arson.

The Crosby Yard has held boats belonging to the Kennedy family and JFK received one of the Wianno Senior sailboats as a birthday gift. One of the yard's workman put it succinctly when he observed that " a big piece of Cape Cod history went up in smoke with this fire."

No injuries were reported although firefighters were forced to use extreme caution because of the potential danger from toxic gases released by burning fiberglass and other poisonous chemicals commonly in use around boatyards.

OY000317

PREPARED FOR:
**OYSTER HARBORS MARINE ETAL**

| EFF DATE | INS CO | POLICY# | TERM | PREMIUM | LIMITS/COVERAGE |
|---|---|---|---|---|---|
| 9/15/2003 | Hanover | UHN4832552 | 1 yr | 14050 | 4 million/4million covers over everything except marina operators legal(5mil limit) |
| 9/18/2003 | Travelers | 934X6887 | 1 yr | 53476 | workers compensation based on payroll: Marina 1482964 Clerical 343343 Sales 1537796 experience modification .97 |
| 10/7/2003 | Hanover | AMN4471242 | I yr | 8161 | Commercial auto 1million combined single liit 100/300 UM and AIUM 01 Silverado, 88 Chevy, 94 Ford, 99 GMC, T 2002 Marin Trlr , 4 bt trailer plates comp on all vehicles 500 ded collision on all except 88 Chevy including non-owned & hired |
| 9/15/2003 | Hanover | ZDN5107029 | 1 yr | 133802 | PACKAGE POLICY 700,000 - Bldg#1 5,000 ded 400,000 - Contents#1 5,000 ded 250,000 - Bldg#5 1,000 ded 10,000 - Bldg#2,4 9 - 1,000 ded 25,000 - Bldg#3 1,000 ded 2 mil gen aggregate 2 mil products/compl ops 1 mil personal injury 1 mil per occurrence 50,000 fire legal 5,000 med pay |

Based on Boat sales: 35 million ( 25 million last year)
marine store 168,000(same as last year)
Fueling 300,000(same as last year)
storage & Mooring 775,000(same as last year)
repair receipts 4 million (3.7 million last year)

Marina operators legal liability -

OY000318

401-0027    4/99    Common Pol. cond.

401-0024    11/83    Schedule of doc.

411-0520

221-0143    4/50    Cov. def.

Prem # 1    Bldg 1-9    120 Bridge St.
        2                    dale vill MA.
under sched. of
Locations

Bldg & Cont cov on Bldg 1-4

Bldg cov only on 5-9

Stacy    781-295-0020    x112
    ∟ No Am. Marine
U.W. Processing Co.
    ∟ Prop Broad Cent. added at renewal
10/1

OY000319

```
CSS Field Office                                                    _ □ ×
                        HANOVER CLAIMS SUPPORT SYSTEM
   Named Insured: OYSTER HARBORS MARINE INC          Claim Number: 03-303220
                        PARTIES INVOLVED WITH THIS LOSS
   Add responsible party
   Producer .................... FAIR INS. AGENCY/RAIS        ---- B 508/775-3131
   Named Insured ............... OYSTER HARBORS MARINE INC---- B 508/428-2017
      Contact .................. KATHLEEN        ---------------- B 508/428-2017
   Property Claimant ........... OYSTER HARBORS MARINE INC---- B 508/428-2017




   ↓↑=Move    Enter=Continue     Esc=Cancel    PgUp=BkWd    PgDn=Fwd    F10=Menu
   F5=Refresh  F6=Reverse Order   F7=Prev Group  F8=Next Group
```

OY000320



Dec 11 03 07:17a

Duc 03-303220

**ACORD® PROPERTY LOSS NOTICE**

DATE OF LOSS AND TIME    AM    PREVIOUSLY REPORTED
12/11/2003

| PRODUCER | PHONE (A/C, No, Ext): | (508)775-3131 |
| | FAX | (508)790-1677 |

The Fair Insurance Agency, Inc
P.O. Box 430
619 Main St.
Centerville, MA 02632

CODE: 3201618    SUB CODE:
AGENCY CUSTOMER ID
00000191

| MISCELLANEOUS INFO (Site & location code) | | DATE OF LOSS AND TIME | AM |
| | | 12/10/2003 | PM |

| POLICY TYPE | | COMPANY AND POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
| PROP/HOME | CO: Hanover Ins. Companies | | 09/15/2003 | 09/15/2004 |
| | POL: IHN5107029 | | | |
| FLOOD | CO: | | | |
| | POL: | | | |
| WIND | CO: | | | |
| | POL: | | | |

Adj. Richards Huggis Jr.    1st report

**INSURED**
NAME AND ADDRESS
Oyster Harbors Marine Inc.
122 Bridge Street
Osterville, MA 02655

RESIDENCE PHONE (A/C, No)    BUSINESS PHONE (A/C, No, Ext)
508-428-2017    (000) 428-2017

**CONTACT**
NAME AND ADDRESS    CONTACT INSURED    WHERE TO CONTACT
please contact insured immediately
this is a serious loss
508-428-2017
Peter Marryot, Kathleen or Matt Carsterson    WHEN TO CONTACT

RESIDENCE PHONE (A/C, No)    BUSINESS PHONE (A/C, No, Ext)

**LOSS**
LOCATION OF LOSS    POLICE OR FIRE DEPT TO WHICH REPORTED

| KIND OF LOSS | FIRE | LIGHTNING | FLOOD | OTHER (explain) | PROBABLE AMOUNT ENTIRE LOSS |
| | THEFT | HAIL | WIND | | |

DESCRIPTION OF LOSS & DAMAGE (Use reverse side, if necessary)
fire at neighboring property (Crosby yacht yeard) spread to buildings/ equipment, etc

**POLICY INFORMATION**
MORTGAGEE
NO MORTGAGEE

HOMEOWNER POLICIES SECTION 1 ONLY (Complete for coverage A, B, C, D & additional coverages. For Homeowners Section II Liability Losses, use ACORD 3.)

| A. DWELLING | B. OTHER STRUCTURES | C. PERSONAL PROPERTY | D. LOSS OF USE | DEDUCTIBLES | DESCRIBE ADDITIONAL COVERAGES PROVIDED |

ON

COVERAGE A. EXCLUDES WIND
SUBJECT TO FORMS (Insert form numbers and edition dates, special deductibles)

FIRE, ALLIED LINES & MULTI-PERIL POLICIES (Complete only those items involved in loss)

| ITEM | SUBJECT OF INSURANCE | AMOUNT | % COINS | DEDUCTIBLE | COVERAGE AND/OR DESCRIPTION OF PROPERTY INSURED |
| | BLDG    CNTS | | | | |
| | BLDG    CNTS | | | | |
| | BLDG    CNTS | | | | |

SUBJECT TO FORMS
(Insert form numbers and edition dates, special deductibles)

| FLOOD POLICY | BUILDING: | DEDUCTIBLE: | ZONE | PRE FIRM | DIFF IN ELEV | FORM TYPE | GENERAL | CONDO |
| | CONTENTS: | DEDUCTIBLE: | | POST FIRM | | | DWELLING | |
| WIND POLICY | BUILDING | DEDUCTIBLE | CONTENTS | ZONE | FORM TYPE | GENERAL | CONDO |
| | | | | | | DWELLING | |

REMARKS/OTHER INSURANCE (List companies, policy numbers, coverages & policy amounts)

| CAT # | PICO # | ADJUSTER ASSIGNED | | | ADJUSTER # | DATE ASSIGNED |
| REPORTED BY | | REPORTED TO | | SIGNATURE OF PRODUCER OR INSURED |
| | | | | House Account |

ACORD 1 (12/93)    NOTE: IMPORTANT STATE INFORMATION ON REVERSE SIDE    ©ACORD CORPORATION 1993

RECEIVED DEC 1 1 2003

OY000322



OY000323

M-FIRE  BOX  ALARM/QUICK  ACCESS  PREPLAN

**BOX NO:** 202

RICT: _____ 2 - 3 _____    BOX NO:

AME: **CROSBY YACHT - SHEDS 2-5**

RESS: **COCKACHOISET LN., OST.**



AL  HAZARDS: BOAT STORAGE, FIBERGLASS RESINS, OTHER PAINT HAZARDS, BLDG. CONSTRUCTION, LIMITED ACCESS. SHEDS ALMOST IMPOSSIBLE TO SEARCH. SERIOUS EXPOSURE PROBLEM.

| UTILITIES: | FIRE ALARM ANNUNCIATOR: N/A | |
|---|---|---|
| ELECTRICAL: | | |
| le 507 / 4 at Peeks Dr. for sheds | FIRE ALARM PANEL: N/A | |
| | FIRE DEPT. CONN.   N/A | SPRINKLER SYST.   YES ☐ NO ■ |
| lectrical shut off NW corner | | SPRINKLER CONN.   YES ☐ NO ■ |
| ldg. | ADDITIONAL: | |

ADDITIONAL:
1. COCKACHOISET LN. - BRIDGE ST. TO WATER - 650 FT.
2. HYDRANT - WEST BAY RD. TO COCKACHOISET LN. - 400 FT.
3. ACCESS BETWEEN SHEDS ONLY 7 FT.
4. PARKING LOTS USED FOR BOAT STORAGE - OFF SEASON.

X BOX LOCATION: NONE ON SITE AS OF FEB. 16, 1995.

OY000324



OY000325

| FDID | State★ | Incident Date ★ | Station | Incident Number | Exposure | | NFIRS -1 |
|---|---|---|---|---|---|---|---|
| 01920 | MA | 12 10 2003 | 123 | 03-000333 | 000 | ☐ Delete ☐ Change ☐ No Activity | Basic |

☐ Check box to indicate that the address for this incident is provided on the Wildland Fire Module In section B "Alternative Location Specification". Use only for Wildland fires.

**B  Location★**   Census Tract [____]-[____]

- ☒ Street address
- ☐ Intersection
- ☐ In front of
- ☐ Rear of
- ☐ Adjacent to
- ☐ Directions

| Number/Milepost | Prefix | Street or Highway | Street Type | Suffix |
|---|---|---|---|---|
| 41 | | COCKACHOISET LN | | |

| Apt./Suite/Room | City | State | Zip Code |
|---|---|---|---|
| | OSTERVILLE | MA | 00000 |

Cross street or directions, as applicable

**C  Incident Type ★**

| Incident Type |
|---|
| 111  Building fire |

**D  Aid Given or Received★**

- ☒ Mutual aid received
- ☐ Automatic aid recv.
- ☐ Mutual aid given
- ☐ Automatic aid given
- ☐ Other aid given
- ☐ None

| Their FDID | Their State |
|---|---|
| | |

Their Incident Number

**E1  Date & Times**   Midnight is 0000

Check boxes if dates are the same as Alarm Date.

| | Month | Day | Year | Hr Min Sec |
|---|---|---|---|---|
| Alarm ★ ALARM always required | 12 | 10 | 2003 | 21:31:13 |
| ☒ Arrival ★ ARRIVAL required, unless canceled or did not arrive | 12 | 10 | 2003 | 21:33:00 |
| ☐ Controlled CONTROLLED Optional, Except for wildland fires | | | | |
| Last Unit Cleared LAST UNIT CLEARED, required except for wildland fires | 12 | 11 | 2003 | 08:53:13 |

**E2  Shift & Alarms**   Local Option

| Shift or Platoon | Alarms | District |
|---|---|---|
| 4 | 05 | COM23 |

**E3  Special Studies**   Local Option

| Special Study ID# | Special Study Value |
|---|---|
| | |

**F  Actions Taken ★**

| | |
|---|---|
| 11 | Extinguish |

Primary Action Taken (1)

| | |
|---|---|
| 43 | Hazardous materials |

Additional Action Taken (2)

| | |
|---|---|
| 81 | Incident command |

Additional Action Taken (3)

**G1  Resources ★**

☐ Check this box and skip this section if an Apparatus or Personnel form is used.

| | Apparatus | Personnel |
|---|---|---|
| Suppression | 0017 | 0061 |
| EMS | 0003 | 0008 |
| Other | 0014 | 0022 |

☒ Check box if resource counts include aid received resources.

**G2  Estimated Dollar Losses & Values**

LOSSES: Required for all fires own. Optional for non fires.

| | | None |
|---|---|---|
| Property $ | ,    ,    000 | ☐ |
| Contents $ | ,    ,    000 | ☐ |

PRE-INCIDENT   PENDING   tional

| | | |
|---|---|---|
| Property $ | ,    000 | ,    000 |
| Contents $ | ,    000 | ,    000 |

**Completed Modules**

- ☑ Fire-2
- ☑ Structure-3
- ☐ Civil Fire Cas.-4
- ☐ Fire Serv. Cas.-5
- ☐ EMS-6
- ☑ HazMat-7
- ☐ Wildland Fire-8
- ☑ Apparatus-9
- ☑ Personnel-10
- ☐ Arson-11

**H1★ Casualties ☒ None**

| | Deaths | Injuries |
|---|---|---|
| Fire Service | | |
| Civilian | | |

**H2  Detector**  Required for Confined Fires.

- 1 ☐ Detector alerted occupants
- 2 ☐ Detector did not alert them
- U ☐ Unknown

**H3  Hazardous Materials Release**

- N ☐ None
- 1 ☐ Natural Gas: slow leak, no evacuation or HazMat actions
- 2 ☐ Propane gas: <21 lb. tank (as in home BBQ grill)
- 3 ☐ Gasoline: vehicle fuel tank or portable container
- 4 ☐ Kerosene: fuel burning equipment or portable storage
- 5 ☐ Diesel fuel/fuel oil: vehicle fuel tank or portable
- 6 ☐ Household solvents: home/office spill, cleanup only
- 7 ☐ Motor oil: from engine or portable container
- 8 ☐ Paint: from paint cans totaling < 55 gallons
- 0 ☐ Other: Special HazMat actions required or spill > 55gal., Please complete the HazMat form

**I  Mixed Use Property**

- NN ☐ Not Mixed
- 10 ☐ Assembly use
- 20 ☐ Education use
- 33 ☐ Medical use
- 40 ☐ Residential use
- 51 ☐ Row of stores
- 53 ☐ Enclosed mall
- 58 ☐ Bus. & Residential
- 59 ☐ Office use
- 60 ☒ Industrial use
- 63 ☐ Military use
- 65 ☐ Farm use
- 00 ☐ Other mixed use

**J  Property Use★**   Structures

- 31 ☐ Church, place of worship
- 61 ☐ Restaurant or cafeteria
- 62 ☐ Bar/Tavern or nightclub
- 13 ☐ Elementary school or kindergarten
- 15 ☐ High school or junior high
- 41 ☐ College, adult education
- 11 ☐ Care facility for the aged
- 31 ☐ Hospital

Outside

- 24 ☐ Playground or park
- 55 ☐ Crops or orchard
- 69 ☐ Forest (timberland)
- 07 ☐ Outdoor storage area
- 19 ☐ Dump or sanitary landfill
- 31 ☐ Open land or field

- 341 ☐ Clinic,clinic type infirmary
- 342 ☐ Doctor/dentist office
- 361 ☐ Prison or jail, not juvenile
- 419 ☐ 1-or 2-family dwelling
- 429 ☐ Multi-family dwelling
- 439 ☐ Rooming/boarding house
- 449 ☐ Commercial hotel or motel
- 459 ☐ Residential, board and care
- 464 ☐ Dormitory/barracks
- 519 ☐ Food and beverage sales

- 936 ☐ Vacant lot
- 938 ☐ Graded/care for plot of land
- 946 ☐ Lake, river, stream
- 951 ☐ Railroad right of way
- 960 ☐ Other street
- 961 ☐ Highway/divided highway
- 962 ☐ Residential street/driveway

- 539 ☐ Household goods,sales,repairs
- 579 ☐ Motor vehicle/boat sales/repair
- 599 ☐ Gas or service station
- 599 ☐ Business office
- 615 ☐ Electric generating plant
- 629 ☐ Laboratory/science lab
- 700 ☐ Manufacturing plant
- 819 ☐ Livestock/poultry storage(barn)
- 882 ☐ Non-residential parking garage
- 891 ☒ Warehouse

- 981 ☐ Construction site
- 984 ☐ Industrial plant yard

Lookup and enter a Property Use code only if you have NOT checked a Property Use box:

| Property Use | 891 |
|---|---|

Warehouse

NFIRS-1 Revision 03/11/99

OOO

OM Fire Department

Main Fire Report. D20

**OY000326**

01920    12/10/2003    03-0003330