## 1 Person/Entity Involved
Local Option

Business name (if applicable) | Area Code | Phone Number

Check This Box if same address as incident location. Then skip the three duplicate address lines.

Mr., Ms., Mrs. | First Name | MI | Last Name | Suffix

Number | Prefix | Street or Highway | Street Type | Suffix

Post Office Box | Apt./Suite/Room | City

State | Zip Code

☐ More people involved? Check this box and attach Supplemental Forms (NFIRS-1S) as necessary

## 2 Owner
Local Option

☐ Same as person involved? Then check this box and skip The rest of this section.

Business name (if Applicable) | Area Code | Phone Number

Check this box if same address as incident location. Then skip the three duplicate address lines.

Mr., Ms., Mrs. | First Name | MI | Last Name | Suffix

Number | Prefix | Street or Highway | Street Type | Suffix

Post Office Box | Apt./Suite/Room | City

State | Zip Code

## Remarks
Local Option

```
rcrosby ; 2003/12/10 22:00:32 - 301 AT EVENT MANNING IS 1
rcrosby ; 2003/12/10 22:02:07 - 302 AT EVENT MANNING IS 3
rcrosby ; 2003/12/10 22:02:26 - 303 AT EVENT MANNING IS 3
rcrosby ; 2003/12/10 22:02:44 - 304 AT EVENT MANNING IS 3
rcrosby ; 2003/12/10 22:51:48 - 305 AT EVENT MANNING IS 3
rcrosby ; 2003/12/10 22:51:57 - 307 AT EVENT MANNING IS 4
rcrosby ; 2003/12/10 22:52:08 - 320 AT EVENT MANNING IS 1
rcrosby ; 2003/12/10 22:52:15 - 321 AT EVENT MANNING IS 1
rcrosby ; 2003/12/10 22:52:37 - 324 AT EVENT MANNING IS 3
rcrosby ; 2003/12/10 22:52:45 - 326 AT EVENT MANNING IS 3
rcrosby ; 2003/12/10 22:53:14 - C-291 AT EVENT MANNING IS 0
rcrosby ; 2003/12/10 22:53:23 - C-801 AT EVENT MANNING IS 0
rcrosby ; 2003/12/10 22:53:39 - E-205 AT EVENT MANNING IS 4
rcrosby ; 2003/12/10 22:53:50 - E-23 AT EVENT MANNING IS 0
rcrosby ; 2003/12/10 22:54:12 - E-296 AT EVENT MANNING IS 0
rcrosby ; 2003/12/10 22:54:44 - E-451 AT EVENT MANNING IS 0
rcrosby ; 2003/12/10 22:55:00 - E-48 AT EVENT MANNING IS 0
rcrosby ; 2003/12/10 22:55:12 - E-826 AT EVENT MANNING IS 0
rcrosby ; 2003/12/10 22:55:28 - H-821 AT EVENT MANNING IS 0
rcrosby ; 2003/12/10 22:55:51 - L-297 AT EVENT MANNING IS 0
rcrosby ; 2003/12/10 22:56:19 - L-356 AT EVENT MANNING IS 0
rcrosby ; 2003/12/10 22:56:29 - L-41 AT EVENT MANNING IS 0
rcrosby ; 2003/12/10 22:56:50 - L-450 AT EVENT MANNING IS 0
rcrosby ; 2003/12/10 22:59:20 - R-458 AT EVENT MANNING IS 0
rcrosby ; 2003/12/10 22:59:43 - 262 AT EVENT MANNING IS 2
```

## Authorization

| 8100 | FARRINGTON, JOHN M. | CHIEF | IC | 12 | 12 | 200? |
|---|---|---|---|---|---|---|
| Officer in charge ID | Signature | Position or rank | Assignment | Month | Day | Year |

☐ Check box if same Officer in charge.

| 8390 | ROGERS, D. BRADY | LT | Shift Comn | 12 | 12 | 200? |
|---|---|---|---|---|---|---|
| Member making report ID | Signature | Position or rank | Assignment | Month | Day | Year |

| 01920 | MA | 12 | 10 | 2003 | 123 | 03-000333C | 000 | Complete Narrative |
|---|---|---|---|---|---|---|---|---|
| FDID | State | Incident Date | | | Station | Incident Number | Exposure | |

Narrative:

```
rcrosby ; 2003/12/10 22:00:32 - 301 AT EVENT MANNING IS 1
rcrosby ; 2003/12/10 22:02:07 - 302 AT EVENT MANNING IS 3
rcrosby ; 2003/12/10 22:02:26 - 303 AT EVENT MANNING IS 3
rcrosby ; 2003/12/10 22:02:44 - 304 AT EVENT MANNING IS 3
rcrosby ; 2003/12/10 22:51:48 - 305 AT EVENT MANNING IS 3
rcrosby ; 2003/12/10 22:51:57 - 307 AT EVENT MANNING IS 4
rcrosby ; 2003/12/10 22:52:08 - 320 AT EVENT MANNING IS 1
rcrosby ; 2003/12/10 22:52:15 - 321 AT EVENT MANNING IS 1
rcrosby ; 2003/12/10 22:52:37 - 324 AT EVENT MANNING IS 3
rcrosby ; 2003/12/10 22:52:45 - 326 AT EVENT MANNING IS 3
rcrosby ; 2003/12/10 22:53:14 - C-291 AT EVENT MANNING IS 0
rcrosby ; 2003/12/10 22:53:23 - C-801 AT EVENT MANNING IS 0
rcrosby ; 2003/12/10 22:53:39 - E-205 AT EVENT MANNING IS 4
rcrosby ; 2003/12/10 22:53:50 - E-23 AT EVENT MANNING IS 0
rcrosby ; 2003/12/10 22:54:12 - E-296 AT EVENT MANNING IS 0
rcrosby ; 2003/12/10 22:54:44 - E-451 AT EVENT MANNING IS 0
rcrosby ; 2003/12/10 22:55:00 - E-48 AT EVENT MANNING IS 0
rcrosby ; 2003/12/10 22:55:12 - E-826 AT EVENT MANNING IS 0
rcrosby ; 2003/12/10 22:55:28 - H-821 AT EVENT MANNING IS 0
rcrosby ; 2003/12/10 22:55:51 - L-297 AT EVENT MANNING IS 0
rcrosby ; 2003/12/10 22:56:19 - L-356 AT EVENT MANNING IS 0
rcrosby ; 2003/12/10 22:56:29 - L-41 AT EVENT MANNING IS 0
rcrosby ; 2003/12/10 22:56:50 - L-450 AT EVENT MANNING IS 0
rcrosby ; 2003/12/10 22:59:20 - R-458 AT EVENT MANNING IS 0
rcrosby ; 2003/12/10 22:59:43 - 262 AT EVENT MANNING IS 2
rcrosby ; 2003/12/10 23:00:56 - C-201 AT EVENT MANNING IS 0
rcrosby ; 2003/12/10 23:01:29 - E-406 AT EVENT MANNING IS 0
rcrosby ; 2003/12/10 23:01:54 - E-25 AT EVENT MANNING IS 0
rcrosby ; 2003/12/10 23:50:43 - E-294 AT EVENT MANNING IS 5
rcrosby ; 2003/12/10 23:56:18 - 263 AT EVENT MANNING IS 2
rcrosby ; 2003/12/11 08:11:55 - 328 AT EVENT MANNING IS 1
jgifford ; 2003/12/11 15:48:53 - 317 AT EVENT MANNING IS 2
```

```
911 ; 2003/12/10 21:31:13
Time of Call : RESD 21:32 12/10
Phone Number : (508) 428-5803
Caller Name : CROSBY, EDW M
Street Number : 204
Street Name : BRIDGE
Service Municipality : OSTERVILLE
ESN : ESN=509      INP
```

```
rcrosby ; 2003/12/10 22:35:53
300 X 80  90% INVOLVED UPON INITIAL REPORT
```

```
rcrosby ; 2003/12/10 22:39:23
4-5,000 GAL PER MINUTE - FIRE SHOWING SIGNS OF CONTAINMENT
```

```
rcrosby ; 2003/12/10 22:44:01
NSTAR ON SCENE
```

```
rcrosby ; 2003/12/10 23:08:23
CAPT ELDRIDGE TO COMMAND: FROM 307 STICK, FIRE APPEARS TO REMAIN CONTAINED TO ORIGINAL BUILDING.
```

| 01920 | MA | 12 | 10 | 2003 | 123 | 03-0003330 | 000 | Complete |
|-------|-----|-----|-----|------|-----|------------|-----|----------|
| FDID | State | Incident Date | | | Station | Incident Number | Exposure | Narrative |

**Narrative:**

rcrosby ; 2003/12/10 23:08:40
COMMAND: STILL FLOWING HEAVY WATER, ALL UNITS STILL WORKING

rcrosby ; 2003/12/10 23:14:06
MARINE 1 REPORTS SOME HOT SPOTS BUT LOOKS GOOD

rcrosby ; 2003/12/10 23:26:19
REQUEST 5 GAL. DIESEL CANS TO SCENE FROM STATION 1

rcrosby ; 2003/12/10 23:26:33
MARINE 808 WORKING HOT SPOTS FROM SIDE 3

rcrosby ; 2003/12/10 23:26:51
COMMAND NOW LOCATED IN S 39 ON COCKACHOISET

rcrosby ; 2003/12/10 23:28:49
CANAL FUEL REQUESTED TO SCENE

rcrosby ; 2003/12/10 23:36:58
USCG ADVISED OF ACTIVITY

rcrosby ; 2003/12/10 23:41:54
451 TO STAGING

rcrosby ; 2003/12/11 00:06:55
CANAL UNABLE TO MAKE DELIVERY

rcrosby ; 2003/12/11 00:20:57
MASHPEE WITH 90 GAL & FALMOUTH WITH 150 GAL DIESEL CONFIRMED AVAIABLE

rcrosby ; 2003/12/11 00:36:00
ADVISE USCG TO CONTACT COMMAND POST

rcrosby ; 2003/12/11 01:13:56
REQUEST KEYSPAN BACK TO SCENE

rcrosby ; 2003/12/11 01:16:06
FALMOUTH 29 ON SCENE AT 0113 WITH FUEL

rcrosby ; 2003/12/11 02:12:15
293 RELEASED FROM SCENE - TO STATION 3

rcrosby ; 2003/12/11 02:14:43
322 TO STATION 1 WITH HOSE

rcrosby ; 2003/12/11 02:16:39
458 RELEASED

rcrosby ; 2003/12/11 02:21:34
294 TO STATION 3 TO RELIEVE 23

rcrosby ; 2003/12/11 02:22:42
293 AT STATION 3

OY000329

| 01920 | MA | 12 | 10 | 2003 | 123 | 03-000333 | 000 | Complete Narrative |
|---|---|---|---|---|---|---|---|---|
| FDID | State | \multicolumn{3}{c}{Incident Date} | Station | Incident Number | Exposure | |

**Narrative:**

rcrosby ; 2003/12/11 02:23:03
23 RELEASED

rcrosby ; 2003/12/11 02:23:31
453 RELEASED

rcrosby ; 2003/12/11 02:24:36
356 RETURNING

rcrosby ; 2003/12/11 02:25:31
HOLDING 304,305,307 AT SCENE, 302 OOS, 321 TO STATION 1, 303 IN SERVICE

rcrosby ; 2003/12/11 02:27:22
205 RETURNING

rcrosby ; 2003/12/11 02:29:51
305 - 304 - 307 & A RESCUE REMAINING ON SCENE FOR THE NIGHT

rcrosby ; 2003/12/11 02:30:46
HOLD 1 ENGINE & 1 RESCUE - MOVE STAGING TO END OF COCKACHOISET

rcrosby ; 2003/12/11 02:33:42
REQUEST VEHICLE TO SCENE TO DELIVER GASOLINE

rcrosby ; 2003/12/11 02:36:19
STAGING PASSED TO 263

rcrosby ; 2003/12/11 02:37:26
296 RETURNING

rcrosby ; 2003/12/11 02:41:19
821 & 826 TO STATION 1 WITH HOSE

rcrosby ; 2003/12/11 02:47:24
43 TO QTRS.

rcrosby ; 2003/12/11 02:47:29
808 CLEAR

rcrosby ; 2003/12/11 02:49:36
802 RETURNING

rcrosby ; 2003/12/11 02:49:55
STAGING SWITCHED TO OPS 1

rcrosby ; 2003/12/11 02:50:55
RELEASE OPS 2

rcrosby ; 2003/12/11 03:20:50
USCG ON SCENE WITH CONTAINMENT BOOMS

rcrosby ; 2003/12/11 03:27:20
825 RELEASED

rcrosby ; 2003/12/11 03:28:19

OY000330

OHM Fire Department                                   01920   12/10/2003   03-000333

| 01920 | MA | 12 | 10 | 2003 | 123 | 03-0003330 | 000 | Complete Narrative |
|---|---|---|---|---|---|---|---|---|
| SUB | State | MM | DD | YYYY | Station | Incident Number | Exposure | |

Narrative:

.12 RETURNING

rcrosby ; 2003/12/11 03:29:12
293 RETURNING

rcrosby ; 2003/12/11 03:47:54
COMMAND TRANSFERRED TO 320

rcrosby ; 2003/12/11 04:01:32
326 CLEAR OF HQ - TO STATION 3

rcrosby ; 2003/12/11 04:02:10
302 TO STATION 3

rcrosby ; 2003/12/11 04:06:02
326 SECURED

rcrosby ; 2003/12/11 04:07:16
302 AT STATION 3

rcrosby ; 2003/12/11 04:07:32
294 RELEASED

rcrosby ; 2003/12/11 04:39:52
KEYSPAN UNABLE TO SECURE GAS TO BLDG #3 - LINE UNDER A BOAT. WILL BE BACK IN AM TO SECURE

rcrosby ; 2003/12/11 05:36:34
BCC ADVISES ISU ENROUTE TO SCENE

rcrosby ; 2003/12/11 06:40:15
 USCG HAS DEPLOYED BOOMS - WILL HAVE MARINE SAFETY OFFICER ON SCENE

rcrosby ; 2003/12/11 06:46:01
301 BACK AT FIRE SCENE OPS 1

rcrosby ; 2003/12/11 07:05:37
TOM PERRY FROM BUILDING DEPT. ENROUTE FROM HOME

rcrosby ; 2003/12/11 07:07:37
321 TO SCENE WITH DIGITAL CAMERA & PORTABLE BATTERIES

rcrosby ; 2003/12/11 07:16:16
STATE POLICE ENROUTE TO SCENE

rcrosby ; 2003/12/11 07:22:33
LT. GREENE TO SCENE IN 328

rcrosby ; 2003/12/11 08:04:39
S-39 RELEASED FROM SCENE AND RETURNING

jgifford ; 2003/12/11 11:18:07
COMMAND REPORTS COMMAND TERMINATED, UNITS BACK TO FIRE ALARM AND RELEASE OPPS CHANNEL

jgifford ; 2003/12/11 12:18:17
OMIT: STATE ISU UNIT WAS ON LOCATION 08:04

OY000331

OMM Fire Department                                                01920   12/10/2003   03-0003330

| 01920 | MA | 12 | 10 | 2003 | 123 | 03-0003330 | 000 | Complete Narrative |
|---|---|---|---|---|---|---|---|---|
| FDID | State | | Incident Date | | Station | Incident Number | Exposure | |

Narrative:

jgifford ; 2003/12/11 13:35:46
301 CLEAR AND TRANSFERING TO 320

jgifford ; 2003/12/11 15:25:31
317 ON TO STA.1, THEN TO FIRE SCENE FOR FIRE WATCH

jgifford ; 2003/12/11 15:49:07
317 ON LOCATION FOR FIRE WATCH

jgifford ; 2003/12/11 15:59:29
304 RETURNING TO STA.1

jgifford ; 2003/12/11 19:15:16
317 REPORTS WETTING DOWN A SMALL AREA THAT HAS FLARED UP

jgifford ; 2003/12/11 19:15:26
317 CAN HANDLE

jgifford ; 2003/12/11 19:59:02
AT 19:51 321 REQUESTED AN ADDITIONAL MAN FOR FIRE WATCH FROM NOW TILL 24:00 & 24:00 TO 08:00

jgifford ; 2003/12/11 20:00:20
SR.PVT.AALTO ENROUTE FOR FIRE WATCH NOW TILL 24:00HRS

jgifford ; 2003/12/11 20:05:58
FF MORRISON HAS FIRE WATCH W/SR.PVT.ADAMS 24:00-08:00

COMM Fire Department received a 9-1-1 call from Edward (Ned) Crosby, calling across the bay on Little Island, reporting a reported "shed fire" at Crosby Boat Yard. Stations 1,2, & 3 along with a linebox engine from Coutit, per department run response guidelines, were alerted and dispatched. Enroute Lt. Rogers, 321 orders an additional "special call" engine as the Osterville Station not staffed and only two firefighters at Sta. 3 in the standby mode due to a previous motor vehicle accident.

Cars 301 (Chief Farrington) and 320 (Deputy Chief Whiteley) also signed enroute to the incident. Enroute reports relayed to responding companies that Lt. Crosby, seeing flames from his house on nearby Crosby Circle, was recommending a third alarm and this was approved by Chief Farrington. All units were ordered to an OPS channel at this time. Cars 301, 320, and 321 arrived on location all at approx. 2133 hours. Chief Farrington assumed command reporting he had a building approx. 300' X 80' with 90-95% involvement and fire into Exposures 002 and 003 as noted below. As Command he assigned Deputy Whiteley to Side 2 and Lt. Rogers to Side 3 - 4 of the complex. N-STAR requested 2135 ASAP.

The incident scene consists of 4 total buildings, rack boat storage, and numerous boats listed as contents:

000 -   known as Crosby Yacht Shed 3 at 260' X 82'
001 -   Oyster Harbors Marine Boat Rack Storage @ 122 Bridge Street
002 -   Oyster Harbors Marine Storage Building at 130' X 30' @ 122 Bridge Street
003 -   Crosby Yacht Shed 2 at 128' X 50'
004 -   Crosby Yacht Shed 4 at 150' X 50'

OY000332

A defensive operation was started attempting to confine the fire to the building of origin and immediate exposures and to stop the spread into the Oyster Harbors Mairne main complex,

| 01920 | MA | 12 | 1 | 2003 | 123 | 03-000333 | 000 | Complete Narrative |
|---|---|---|---|---|---|---|---|---|
| FDID | state | Incident Date | | | Station | Incident Number | Exposure | |

Narrative:

additional boats, and Naticus Marine. Engine 304 laid a 4" line from a hydrant on a 12" main at the corner of West Bay Rd. & Bridge St. to the corner of Side 1 & 4 coordinated by Lt. Rogers. Ladder 307 came right into the complex and set up on Side 1 at 41 Ccokachoisett Lane with their waterway. Engine 303 picked up the hydrant at West Bay & Bridge to pump 304's lines.

Side 4 relayed to Command concerns about brands and having Oyster Harbors Marine and Crosby Yacht start moving boats that were docked and to watch sheds on the other side of the bay. Command instructed dispatch to notify both boatyards to start moving boats.

COMM Engine 305 reported to Deputy Whiteley at Oyster Harbors Marine on Bridge St. and ordered to lay a 4" line into Exposures 001 and 002 as noted. Fire was already consuming Exposure 001 the boat rack storage and 002 a 130' X 30' paint and waste oil shed. At 2140 hours Cotuit Engine 263 also reported to the Deputy Chief on side 2. 305 was placed at the Side 1-2 corner of Exposure 002 putting it's deck gun and a 2-1/2" line into operation. Deputy Whitely noted that upon his arrival he had fire through the roof of Exposure 002 and fire visible in every interior area. He requested, through Command, an immediate additional engine and ladder company. He noted multiple exposures inclluding two vehicles, a number of large boats, and the main Oyster Harbors Marine complex. Coutit Engine 263 put its deck gun and a 1-1/2" line into operation with 305.

COMM Engine 302, under Capt. Field, laid an additional 4" line from the hydrant at Crosby Circle and West Bay Road. Multiple 2-1/2" handlines were pulled through the Nauticus Marine complex to Side 4. Hyannis Heavy Rescue 821 arrived and was assigned RIT on Side 1 per Command (Chief Farrington).

With a couple of minutes of operation Exposure 004 (Shed 4 of Crosby Yacht) "lit up" and became fully involved. Radiant heat quickly started to expand to Exposure 003 and numerous boats stored on site. Within a short time Exposure 003 was fully involved as well. This intensified further exposure potential to boats stored outside of Nauticus Marine and the Nauticus Marine complex itself. Command notified about electric hazard concerns along Cockachoisett.

Upon arrival, Hyannis Engine 826 was ordered to pump Engine's 302 4" line. At 2155 West Barnstable Engine/Tanker 296 was ordered to draft at the Town Dock at the end of West Bay Rd. Hyannis Chief Brunelle and Dep. Chief Melanson, along with Capt. Field ordered to support Side 4. West Barnstable Chief Jenkins assigned as Safety Officer. Additional ladders special called to the scene by Command.

Level II accoutability was inititated per multiple alarm guidelines and Sandwich Fire Chief Newman assumed this responsibility.

Ultimately, Sandwich's Tower 450 was set up in the parking lot of the Nauticus Marine complex and activated two (2) large caliper nozzles over Nauticus, knocking down much of the fire on Side 4. With all resources in place, in addition to Tower 450, there were crews working with four 2-1/2" handlines to protect exposures on Side 1 and 4.

Otis Engine 406 was assigned to Little Island due to the large amoung of flying brands and embers and to check for potential exposures in that area. Hyannis Marine Unit 808 was called to the scene. FF Chris Adams, in his own boat (Tow Boat U.S.) started to search the water area for possible exposures and to assist 808 on it's arrival.

As the fire progressed West Barnstable Ladder 297 was assigned to Side 2, Deputy Whiteley, but unable to gain access due to two 4" lines already laid in the street and one truck operating off the hydrant in the Oyster Harbors Marine parking lot. Additional manpower was

| 01920 | MA | 12 | 10 | 2003 | 123 | 03-000333 | 000 | Complete Narrative |
|---|---|---|---|---|---|---|---|---|
| FDID | State | \*MM | D | YYYY | Station | Incident Number | Exposure | |
| | \* | Incident Date \* | | | \* | \* | \* | |

**Narrative:**

requested and a total of nine handlines were placed into defensive/offensive operations. Barnstable Engine 205 and Mashpee Engine 253 were assigned to pick up additional hydrants on Bridge Street to feed 305 and 263. These lines were later shut down to allow access for Mashpee Tower 356 after exposure risk had past. Master stream from 356 used to reach areas unable to be accessed from other lines and/or deck guns. Yarmouth Engine 43 and Ladder 41 assigned to Side 2.

Upon it's arrival Hyanis Marine Unit 808 and Tow Boat U.S. put into operation on Side 3.

A staging area was assigned at Manor Way and West Bay Road and an officer from West Barnstable ambulance 293 was assigned as the staging officer. Upon the arrival of the Barnstable County Sheriff's Officer Command Vehicle - S-39, a seperate OPS channel was assigned for staging apparatus. S-39 was brought onto and set up for operations on Cockachoisett Lane under BSO Director of Communications Ralph Swenson and Assistant Director Peter Thomas.

Lt. Rogers, Side 4, notified Comand that Hyannis 821, as RIT, was not activated for exposure protection and Barnstable Ladder 206 re-assigned as RIT on Side 1.

A review of communications tapes finds that later in the incident Chief Farrington, as Command, ordered a fifth alarm assignment but the order was never recieved in dispatch due to a communications problem and possibly the system was busy when the order was transmitted. Later in the incident Command was turned over to Deputy Chief Whiteley as Chief Farrington started on the investigation process and to cooridnate other assisting agencies.

Note Assisting Chief Officers:

Chief Brunelle (Car 801) and Deputy Melanson (Car 802), Hyannis Fire Dept., Side 4 exposures.
Chief Jenkins (Car 291), West Barnstable Fire Dept., Safety Officer
Chief Newman (Car 451), Sandwich Fire Department, Level II accountability
Chief Baker (Car 371), Mashpee Fire Dept., assisnt with Staging, Command Post, and as the PIO
EMS Director Nelson, Assisted with accountability and set up re-hab.

Staging:

Lt. Hussey, West Barnstable Fire Dept., 293.
Capt. Pierce, Cotuit Fire, 262
Sandwich ambulance 458
Falmouth engine 25

Additional:

State Fire Marshal Coan and Brockton Fire Chief Galligan toured the scene at approx. 0200 hours.
Barnstable County Sheriff's Unit - S-39, Diretor Swenson and Asst Director Thomas
American Red Cross - Canteen and rehab Side 1 and 2.

During the Investigation:

Barnstable Police Command Post - E-90
State Fire Marshal's Office, Incident Support Unit

OY000334

| 01920 | MA | 12 | 10 | 2003 | 123 | 03-000333 | 000 | Complete Narrative |
| TDID | State | Incident Date | | | Station | Incident Number | Exposure | |

Narrative:

002 - Paint / Waste Oil Building - 130' X 30' Destroyed

Vehicle Damage:

The owners of both establishments will submit an inventory to the fire department of all vehicles, including trucks, trailers, and boats damaged or destroyed in the incident. As of 12/16/2003 it appears over 100 boats were damaged or destroyed. This includes boats of all sizes and values including twenty (20) historic wooden Wianno Seniors ( a type of handbuilt boat) stored in the building of origin along with nineteen (19) other boats from Crosby Yacht.

Craig Curtis form Oyster Harbors Marine is still working on their inventory but preliminary estimates are some 50-60 boats lost or damaged.

INVESTIGATION:

The initial investigation confirms that the fire appears to have started in the Crosby Yacht Yard Building Shed #3 (000) at #41 Cockachoisett Lane. It quickly grew and became a fast moving fire carried by a light (approx. 5 mph.) NE wind. The velocity and the direction of the wind was crucial in containing the fire to the areas ultimately effected. The NE wind carried a bulk of the fire towards the Bay with a slight angle towards Oyster Harbors Marine, the first apparent exposure(s). Oyster Harbors Marine boat storage rack (Exposure 001) and the Pain/Waste Oil Shed (Exposure 002) were directly exposed to the main fire and ignited quickly. Fire quickly consumed Shed 3 (000) and later spread to Shed 4 (004) and finally to Shed 2 (003). Initial strategy was a defensive position to portect exposures, prevent further fire spread, and then concentrate on fire suppression. Tactics included three ladder pipes, two deck guns, approx. seven 2-1/2" handlines and a few 1-3/4" handlines.

Thursday, 12/11/2003 AM:

COMM Fire Unit 317 were placed on location for fire watch. The Barnstable Police were placed in charge of maintaining crowd control, access, and security.

A joint investigation was begun immediatly using numerous resources. The Fire Marshal dispatched his Incident Support Unit which was used as an investigation command post backed up by the Barnstable Police's Command Post, E-90. That morning a joint team meeting consisting of the following was held:

Chief John Farrington (Incident Commander), Deputy Chief Whiteley (Side 2 Command), Capt. Byron Eldridge (Investigator), Lt. Sean Greene (Investigator), Lt. D. Brady Rogers (Shift Commander/ Side 4 Command), COMM Fire-Rescue
Sgt. McGinn, Trooper Braley, State Fire Marshal's Office
Lt. Dave Cameron, Sgt. McQuire, Detective Paul Everson, Barnstable Police Dept.
Donna Miorandi, Town of Barnstable Board of Health
USCG -
Joe Granatino, ATF
Richard Egan, Greg Egan, Crosby Yacht Yard.

The meeting was to divide up responsibilities and streamline the information gathering process. The team was broken down into investigation teams with law enforcement representatives working with our department investigators, Capt. Eldridge and Lt. Greene. Teams were going to start interviewing boat yard employees, witnesses and 9-1-1 callers. Lt. Rogers was to start an initial department response timeline and to gather 9-1-1 caller data. Chief Farrington would function as the public information officer with all press releases coming from him. Deputy Whiteley would continue to function as Command of the incident. Lt.

| 01920 | MA | 12 | 2003 | 123 | 03-00033 | 000 | Complete Narrative |
|---|---|---|---|---|---|---|---|
| FDID | State | Incident Date | | Station | Incident Number | Exposure | |

**Narrative:**

Fire Apparatus On Scene:

COMM Fire-Rescue - Car 301, Car 320, Car 321, Engines 302, 303, 304, 305, Ladder 307, Ambulances 324, 326, and 317, 322.
Cotuit Fire- Engine 263   Ambulance 262
Hyannis Fire Dept. -   Car 801, Car 802, Engine 826, Heavy Rescue 821, Marine 808
WBFD - Car 291, Engine/Tanker 296, Ladder 297, Ambulance 293.
Barnstable - Engine 205, Ladder 206
Sandwich - Car 451, Engine 453, Tower 450, Ambulance 458
Mashpee -  Car 371, Engines 351, 355. Tower 356
Falmouth - Engines 25, Mechanic Truck
Yarmouth - Engine 43, Ladder 41
Other - Tow Boat US

Totals:  13 engines, 6 ladders, 4 ambulances, 2 marine units, 10 additional.

Apparatus Covering Stations:

COMM Station 1:              Station 2:                          Station 3:

Dennis Engine 112            Yaromuth engine 48                  Falmouth Engine 23
Hyannis Amb. 828

Agencies Notified:

1 - Barnstable Police - traffic and crowd control and investigation.
2 - Crosby Yacht - notification of fire and request to move boats.
3 - Oyster Harbors Marine - notification of fire and request to move boats.
4 - Town of Barnstable Board of Health - Donna Miorandi on scene.
5 - Town of Barnstable Harbormaster - Dan Horn
6 - United State Coast Guard - hazardous material spill containment - Petty Officer Marcus
7 - DEP - was notified by the USCG priot to their arrival at the scene.
8 - N-Star - Cut power at the pole on Cockachoisett Lane
9 - Keyspan called to cap meters. The company returned later to the scene to complete this task.
10- State Fire Marshal's Office - Marshal Coan toured the scene at 0200 hours. Sent the ISU and investigators early in the morning of the 11th.
11- COMM Water Dept. - notified on the third alarm - Herb McSorley reported to the scene to boost water pumps.

Note - Every station, except two out of sixteen, was running. Preliminary estimate was approx. 750,000 gallons of water was used during the incident.

Structures That Burned:

Crosby Yachy Yard -

000 - Shed 3 - 260' X 82'   Destroyed
003 - Shed 2 - 150' X 50'   Destroyed
004 - Shed 4 - 128' X 50'   Destroyed

Oyster Harbors Marine -

001 - Boat Rack Storage - 3 levels - approx. 100' - heavy damage

OY000336

COMM Fire Department                                             01920   12/10/2003   03-0003330

| 01920 | MA | 12 | 10 | 2003 | 123 | 03-000333( | 000 | Complete Narrative |
|---|---|---|---|---|---|---|---|---|
| RGID * | State * | Incident Date * | | | Station | Incident Number * | Exposure * | |

**Narrative:**

Rogers would continue in the role as Shift Commander responding to all other incidents in the district. The Barnstable Police reminded everyone that the site was being treated as a crime scene and access would be limited.

Information regarding boats and/or personal property would be given out by the boatyards eliminating as much phone traffic to the fire and police departments as possible.

The different teams worked throughout the day with additional meetings at 1200 and 1530 to present with progress reports and for re-assignments of new strategies as needed. At 1530 hours it was agreed that the investigation woulkd continue into Friday, Dec. 12, 2003 with all agreeing to meet and start again at 0730 hours that date. At that time representatvies from DEQE along with investigators from the insurance companies from both boat yards would be present. Chief Farrington stressed that this was a joint investigation.

On Friday, Dec. 12, 2003 the team continued their assignments throughout the day. The investigation team included all players as previously mentioned along with the DEQE and representatives from the Insurance Company from New York. Crews continued to sift through debris and continue their investigation until 1230 hours. At that time it was agreed all would return on Satuday, 12/14/2003 with specialists needed at the scene to assist. The Barnstable Police were to remain on location to continue to maintain security and limit access to the site.

On Saturday, Dec. 13, 2003, the investigation continued. Investigators continued to work their assignments throughout the day. the property was still under a security watch by the Barnstable Police.

Sunday, Dec. 14, 2003. At approximately 1400 hours, Chief Farrington met with Lt. Cameron of the Barnstable Police Department to review the progress of the investigation. At 1600 hours the Fire Chief and Lt. Cameron had a meeting with the entire Egan family to discuss the status of the investigation, the to review the number of local, state, and federal, and private (insurance companies) resources that have been called in to assist with the investigation process. The Egans were notified that it was the intent of the department to hold onto Shed #3 until the floor of the shed was cleaned and searched. They were advised that this would be until at least Monday, 12/15/2003, or perhaps longer.

Monday, Dec. 15, 2003:

Representatives on scene:

Capt. Byron Eldridge, COMM Fire.
Ken Braley, State Fire Marshal's Office
Lt. Dave Cameron, Fire Investigator Scot McMahon, Barnstable Police Department
Joe Grantatino, ATF
Representatives from the Hanover Insurance and Connell, Nolan Associates, Inc.

COMM Fire detailed four firefighters to the scene to assist in removing debris and to help investigators search the incident scene. Crews with an excavator and bob cat tractor were brought in by Northside Construction and Shoreline Construction to continue to sift through the debris and remains of Shed #3.

At 1529 hours, Capt. Eldridge notified dispatch and to log that the fire scene would now be released and turned over to the property owners at Crosby Yacht. The Barnstable Police would continue a detail there for another day.

As of Dec. 15, 2003 the cause of the fire is listed as UNDETERMINED.

COMM Fire Department        OY000337        01920   12/10/2003   03-000333(

| 01920 | MA | 12 | 1. | 2003 | 123 | 03-0003330 | 000 | ☐ Delete  ☐ Change  ☐ No Activity | NFIRS-2 Fire |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| JDID * | State * | | Incident Date * | | Station | Incident Number * | Exposure * | | |

## 3 Property Details

**31** [  ]  ☒ Not Residential
Estimated Number of residential living units in building of origin whether or not all units became involved

**32** 004  ☐ Buildings not involved
Number of buildings involved

**B3** [  ]  ☒ None
Acres burned (outside fires)  ☐ Less than one acre

## C On-Site Materials ☐ None or Products

Complete if there were any significant amounts of commercial, industrial, energy or agricultural products or materials on the property, whether or not they became involved

Enter up to three codes. Check one or more boxes for each code entered.

821 | Boats, ships
On-site material (1)
1 ☒ Bulk storage or warehousing
2 ☐ Processing or manufacturing
3 ☐ Packaged goods for sale
4 ☐ Repair or service

511 | Gasoline, diesel
On-site material (2)
1 ☒ Bulk storage or warehousing
2 ☐ Processing or manufacturing
3 ☐ Packaged goods for sale
4 ☐ Repair or service

514 | Motor oil
On-site material (3)
1 ☒ Bulk storage or warehousing
2 ☐ Processing or manufacturing
3 ☐ Packaged goods for sale
4 ☐ Repair or service

## D Ignition

**D1** 47 | Vehicle storage area;
Area of fire origin *

**D2** UU | Undetermined
Heat source *

**D3** 50 | Storage supplies, Other
Item first ignited *  1 ☐ Check Box if fire spread was confined to object of origin

**D4** 99 | Multiple types of
Type of material first ignited
Required only if item first ignited code is 00 or <70

## E1 Cause of Ignition

☐ Check box if this is an exposure report. Skip to section G

1 ☐ Intentional
2 ☐ Unintentional
3 ☐ Failure of equipment or heat source
4 ☐ Act of nature
5 ☒ Cause under investigation
U ☐ Cause undetermined after investigation

## E2 Factors Contributing To Ignition

UU | Undetermined   ☒ None
Factor Contributing To Ignition (1)

[  ] | [  ]
Factor Contributing To Ignition (2)

## E3 Human Factors Contributing To Ignition

Check all applicable boxes

1 ☐ Asleep                ☒ None
2 ☐ Possibly impaired by alcohol or drugs
3 ☐ Unattended person
4 ☐ Possibly mental disabled
5 ☐ Physically Disabled
6 ☐ Multiple persons involved
7 ☐ Age was a factor

Estimated age of person envolved [  ]

1 ☐ Male    2 ☐ Female

## F1 Equipment Involved In Ignition

☐ None  If Equipment was not involved, Skip to Section G

[  ] [  ]
Equipment Involved

Brand [  ]
Model [  ]
Serial # [  ]
Year [  ]

## F2 Equipment Power

[  ] [  ]
Equipment Power Source

## F3 Equipment Portability

1 ☐ Portable
2 ☐ Stationary

Portable equipment normally can be moved by one person, is designed to be use in multiple locations, and requires no tools to install.

## G Fire Suppression Factors

Enter up to three codes.  ☐ None

192 | Previously damaged
Fire suppression factor (1)

437 | Size, height, or
Fire suppression factor (2)

313 | Significant/unusua
Fire suppression factor (3)

## H1 Mobile Property Involved

☐ None
1 ☐ Not involved in ignition, but burned
2 ☐ Involved in ignition, but did not burn
3 ☐ Involved in ignition and burned

## H2 Mobile Property Type & Make

[  ] [  ]
Mobile property type

[  ] [  ]
Mobile property make

Mobile property model [  ]   Year [  ]

License Plate Number [  ]   State [  ]   VIN Number [  ]

## Local Use

☐ Pre-Fire Plan Available
Some of the information presented in this report may be based upon reports from other Agencies

☐ Arson report attached
☐ Police report attached
☐ Coroner report attached
☐ Other reports attached

NFIRS-2 Revision 01/19/99

Fire Report - 000

COMM Fire Department         OY000338         01920   12/10/2003   03-0003330

## I1 Structure Type *
If fire was in enclosed building or a portable/mobile structure complete the rest of this form

1. [X] Enclosed Building
2. [ ] Portable/mobile structure
3. [ ] Open structure
4. [ ] Air supported structure
5. [ ] Tent
6. [ ] Open platform (e.g. piers)
7. [ ] Underground structure (work areas)
8. [ ] Connective structure (e.g. fences)
0. [ ] Other type of structure

## I2 Building Status *

1. [ ] Under construction
2. [ ] Occupied & operating
3. [ ] Idle, not routinely used
4. [ ] Under major renovation
5. [X] Vacant and secured
6. [ ] Vacant and unsecured
7. [ ] Being demolished
0. [ ] Other
U. [ ] Undetermined

## I3 Building Height
Count the ROOF as part of the highest story

|__|0|0|2| Total number of stories at or above grade

|__|__|__| Total number of stories below grade

## I4 Main Floor Size *

|__|,|0|2|1|,|3|2|0| Total square feet

OR

|__|,|2|6|0| BY |__|,|0|8|2|
Length in feet   Width in feet

**NFIRS-3 Structure Fire**

## J1 Fire Origin *

|0|0|1|   [ ] Below Grade
Story of fire origin

## J2 Fire Spread *

1. [ ] Confined to object of origin
2. [ ] Confined to room of origin
3. [ ] Confined to floor of origin
4. [ ] Confined to building of origin
5. [X] Beyond building of origin

## J3 Number of Stories Damaged By Flame
Count the ROOF as part of the highest story

|__|__|__| Number of stories w/ minor damage (1 to 24% flame damage)

|__|__|__| Number of stories w/ significant damage (25 to 49% flame damage)

|__|__|__| Number of stories w/ heavy damage (50 to 74% flame damage)

|0|0|2| Number of stories w/ extreme damage (75 to 100% flame damage)

## K Material Contributing Most To Flame Spread

[ ] Check if no flame spread OR same as material first ignited OR unable to determine

Skip To Section L

K1 |5|0|  |Storage supplies, Other|
Item contributing most to flame spread

K2 |U|U|  |Undetermined|
Type of material contributing most of flame spread

Required only if item contributing code is 00 or <70

## L1 Presence of Detectors *
(In area of the fire)

N [X] None Present — Skip to section M
1 [ ] Present
U [ ] Undetermined

## L2 Detector Type

1. [ ] Smoke
2. [ ] Heat
3. [ ] Combination smoke - heat
4. [ ] Sprinkler, water flow detection
5. [ ] More than 1 type present
0. [ ] Other _____
U. [ ] Undetermined

## L3 Detector Power Supply

1. [ ] Battery only
2. [ ] Hardwire only
3. [ ] Plug in
4. [ ] Hardwire with battery
5. [ ] Plug in with battery
6. [ ] Mechanical
7. [ ] Multple detectors & power supplies
0. [ ] Other _____
U. [ ] Undetermined

## L4 Detector Operation

1. [ ] Fire too small to activate
2. [ ] Operated (Complete Section L5)
3. [ ] Failed to Operate (Complete Section L6)
U. [ ] Undetermined

## L5 Detector Effectiveness
Required if detector operated

1. [ ] Alerted Occupants, occupants responded
2. [ ] Occupants failed to respond
3. [ ] There were no occupants
4. [ ] Failed to alert occupants
U. [ ] Undetermined

## L6 Detector Failure Reason
Required if detector failed to operate

1. [ ] Power failure, shutoff or disconnect
2. [ ] Improper installation or placement
3. [ ] Defective
4. [ ] Lack of maintenance, includes cleaning
5. [ ] Battery missing or disconnected
6. [ ] Battery discharged or dead
0. [ ] Other _____
U. [ ] Undetermined

## M1 Presence of Automatic Extinguishment System *

N [ ] None Present
1 [X] Present — Complete rest of Section M

## M2 Type of Automatic Extinguishment System *
Required if fire was within designed range of AES

1. [ ] Wet pipe sprinkler
2. [ ] Dry pipe sprinkler
3. [ ] Other sprinkler system
4. [ ] Dry chemical system
5. [ ] Foam system
6. [ ] Halogen type system
7. [ ] Carbon dioxide (CO$_2$) system
0. [ ] Other special hazard system
U. [ ] Undetermined

## M3 Automatic Extinguishment System Operation
Required if fire was within designed range

1. [ ] Operated & effective (Go to M4)
2. [ ] Operated & not effective (M4)
3. [ ] Fire too small to activate
4. [ ] Failed to operate (Go to M5)
0. [ ] Other
U. [ ] Undetermined

## M4 Number of Sprinkler Heads Operating
Required if system operated

|__|__|__|
Number of sprinkler heads operating

## M5 Automatic Extinguishment System Failure Reason
Required if system failed

1. [ ] System shut off
2. [ ] Not enough agent discharged
3. [ ] Agent discharged but did not reach fire
4. [ ] Wrong type of system
5. [ ] Fire not in area protected
6. [ ] System components damaged
7. [ ] Lack of maintenance
8. [ ] Manual Intervention
0. [ ] Other _____
U. [ ] Undetermined

NFIRS-3 Revision 01/19/99

*Structure Fire Report - 000  Pg. 1*

COMM Fire Department

OY000339          01920   12/10/2003   03-0003330

| 01920 | MA | 12 | 10 | 2003 | 123 | 03-000333O | 000 | 3 | ☐ Delete ☐ Change | NFIRS - 7 HazMat |
|---|---|---|---|---|---|---|---|---|---|---|
| FDID * | State * | Incident Date * | | | Station | Incident Number * | Exposure * | Haz No * | | |

**HazMat ID**

| 1263 | | |
|---|---|---|
| UN Number | DOT Hazard Classification | CAS Registration Number |

Chemical Name *: Paint, oil base

**C1 Container Type**

☐ Container Type

More hazardous Materials? Use additional sheets.

**C2 Estimated Container Capacity**

|___|,|___|,|___|
Capacity: by volume or weight

**C3 Units: Capacity**  Check one box
VOLUME / WEIGHT
11 ☐ Ounces     21 ☐ Ounces
12 ☐ Gallons    22 ☐ Pounds
13 ☐ Barrels: 42 gal. 23 ☐ Grams
14 ☐ Liters     24 ☐ Kilograms
15 ☐ Cubic feet
16 ☐ Cubic meters

**D1 Estimated Amount Released**

|___|,|___|,| 1 |
Amount released: by volume or weight

**D2 Units: Released** Check one box
VOLUME / WEIGHT
11 ☐ Ounces     21 ☐ Ounces
12 ☒ Gallons    22 ☐ Pounds
13 ☐ Barrels: 42 gal. 23 ☐ Grams
14 ☐ Liters     24 ☐ Kilograms
15 ☐ Cubic feet
16 ☐ Cubic meters

**E1 Physical State When Released**
1 ☐ Solid
2 ☐ Liquid
3 ☐ Gas
U ☐ Undetermined

**E2 Released Into**
|___|
Released into

---

Complete the remainder of this form only for the first hazardous material involved in this incident.

**F1 Released From:** Check all applicable boxes
☐ Below grade
1 ☒ Inside/on structure
  |___| Story of Release
2 ☐ Outside of structure

**F2 Population Density**
1 ☐ Urban
2 ☐ Suburban
3 ☐ Rural

**G1 Area Affected**
1 ☐ Square Feet
2 ☐ Blocks
3 ☐ Square miles
|___|,|___|
Enter Measurement

**G2 Area Evacuated** ☐ None
1 ☐ Square Feet |___|,|___|
2 ☐ Blocks   Enter Measurement
3 ☐ Square miles

**G3 Estimated Number of People Evacuated**
|___|,|___|

**G4 Estimated Number of Buildings Evacuated**
|___|,|___| ☐ None

**H HazMat Actions Taken** Enter up to three actions taken
|___| |___| Primary Action Taken (1)
|___| |___| Additional Action Taken (2)
|___| |___| Additional Action Taken (3)

**I** If fire or explosion is involved with a release, which occurred first?
1 ☐ Ignition    U ☐ Undetermined
2 ☐ Release

---

**J Cause Of Release ***
1 ☐ Intentional
2 ☒ Unintentional release
3 ☐ Container/containment failure
4 ☐ Act of nature
5 ☐ Cause under investigation
U ☐ Cause undetermined after investigation

**K Factors Contributing to Release**
Enter up to three contributing factors
| 00 | Other factor contributed to |
Factor Contributing To Release (1)
|___| |___| Factor Contributing To Release (2)
|___| |___| Factor Contributing To Release (3)

**L Factors Affecting Mitigation**
Enter up to three factors or impediments that affected the mitigation of the incident
|___| |___| Factor or impediment (1)
|___| |___| Factor or impediment (2)
|___| |___| Factor or impediment (3)

---

**M Equipment Involved In Release**
☐ None
|___| |___| Equipment involved in release
Brand |___|
Model |___|
Serial Number |___|
Year |___|

**N Mobile Property Involved In Release** ☐ None
|___| |___| Mobile property type
|___| |___| Mobile property make
|___| |___| Mobile property model  Year |___|
License Plate Number     State |___|
DOT Number/ ICC Number

**O HazMat Disposition ***
1 ☐ Completed by fire service only
2 ☐ Completed w/ fire service present
3 ☐ Released to local agency
4 ☐ Released to county agency
5 ☐ Released to state agency
6 ☒ Released to federal agency
7 ☐ Released to a private agency
8 ☐ Released to property owner or manager

**O HazMat Civilian Casualties**
Deaths |___|   Injuries |___|

---

Structure Fire Report
pg 2.

OMM Fire Department

OY000340

| 01920 | MA | 12 1 2003 | 123 | 03-000333 | 000 | 1 | ☐ Delete ☐ Change | NFIRS - 7 HazMat |
|---|---|---|---|---|---|---|---|---|
| FDID * | State * | Incident Date * | Station | Incident Number * | Exposure * | Haz No * | | |

**B  HazMat ID**

| 1203 | | 8006-61-9 | Chemical Name * | Gasoline |
|---|---|---|---|---|
| UN Number | DOT Hazard Classification | CAS Registration Number | | |

**C1 Container Type** ☐ Container Type

More hazardous Materials? Use additional sheets.

**C2 Estimated Container Capacity**
|__|,|__|,|__| Capacity: by volume or weight

**C3 Units: Capacity**  Check one box
VOLUME
- 11 ☐ Ounces
- 12 ☐ Gallons
- 13 ☐ Barrels: 42 gal.
- 14 ☐ Liters
- 15 ☐ Cubic feet
- 16 ☐ Cubic meters

WEIGHT
- 21 ☐ Ounces
- 22 ☐ Pounds
- 23 ☐ Grams
- 24 ☐ Kilograms

**D1 Estimated Amount Released**
|__|,|__|,|__1| Amount released: by volume or weight

**D2 Units: Released**  Check one box
VOLUME
- 11 ☐ Ounces
- 12 ☒ Gallons
- 13 ☐ Barrels: 42 gal.
- 14 ☐ Liters
- 15 ☐ Cubic feet
- 16 ☐ Cubic meters

WEIGHT
- 21 ☐ Ounces
- 22 ☐ Pounds
- 23 ☐ Grams
- 24 ☐ Kilograms

**E1 Physical State When Released**
- 1 ☐ Solid
- 2 ☐ Liquid
- 3 ☐ Gas
- U ☐ Undetermined

**E2 Released Into** |__| Released into

Complete the remainder of this form only for the first hazardous material involved in this incident.

**F1 Released From:** Check all applicable boxes
- ☐ Below grade
- 1 ☒ Inside/on structure |__| Story of Release
- 2 ☐ Outside of structure

**F2 Population Density**
- 1 ☐ Urban
- 2 ☐ Suburban
- 3 ☐ Rural

**G1 Area Affected**
- 1 ☐ Square Feet
- 2 ☐ Blocks
- 3 ☐ Square miles
|__|,|__| Enter Measurement

**G2 Area Evacuated** ☐ None
- 1 ☐ Square Feet |__|,|__|
- 2 ☐ Blocks  Enter Measurement
- 3 ☐ Square miles

**G3 Estimated Number of People Evacuated**
|__|,|__|

**G4 Estimated Number of Buildings Evacuated**
|__|,|__|  ☐ None

**H HazMat Actions Taken**  Enter up to three actions taken
|__| |_____| Primary Action Taken (1)
|__| |_____| Additional Action Taken (2)
|__| |_____| Additional Action Taken (3)

**I** If fire or explosion is involved with a release, which occurred first?
- 1 ☐ Ignition   U ☐ Undetermined
- 2 ☐ Release

**J Cause Of Release ***
- 1 ☐ Intentional
- 2 ☒ Unintentional release
- 3 ☐ Container/containment failure
- 4 ☐ Act of nature
- 5 ☐ Cause under investigation
- U ☐ Cause undetermined after investigation

**K Factors Contributing to Release**  Enter up to three contributing factors
| 00 | Other factor contributed to |  Factor Contributing To Release (1)
|__| |_____| Factor Contributing To Release (2)
|__| |_____| Factor Contributing To Release (3)

**L Factors Affecting Mitigation**  Enter up to three factors or impediments that affected the mitigation of the incident
|__| |_____| Factor or impediment (1)
|__| |_____| Factor or impediment (2)
|__| |_____| Factor or impediment (3)

**M Equipment Involved In Release** ☐ None
|__| |_____| Equipment involved in release
Brand |_____|
Model |_____|
Serial Number |_____|
Year |_____|

**N Mobile Property Involved In Release** ☐ None
|__| |_____| Mobile property type
|_____| Mobile property make
|_____| |__| Mobile property model  Year
|_____|  |__| License Plate Number  State
|_____| DOT Number/ ICC Number

**O HazMat Disposition ***
- 1 ☐ Completed by fire service only
- 2 ☐ Completed w/ fire service present
- 3 ☐ Released to local agency
- 4 ☐ Released to county agency
- 5 ☐ Released to state agency
- 6 ☒ Released to federal agency
- 7 ☐ Released to a private agency
- 8 ☐ Released to property owner or manager

**Q HazMat Civilian Casualties**
Deaths |__|   Injuries |__|

HAZMAT - 000
Pg. 1

OMM Fire Department

OY000341

NFIRS-7 Revision 5/6/99
01920  12/10/2003  03-0003330

| 01920 | MA | 12 10 2003 | 123 | 03-0003330 | 000 | 2 | ☐ Delete ☐ Change | NFIRS - 7 HazMat |
|---|---|---|---|---|---|---|---|---|
| FDID * | State * | Incident Date * | Station | Incident Number * | Exposure * | Haz No * | | |

**B HazMat ID**

| 1202 | | |
|---|---|---|
| UN Number | DOT Hazard Classification | CAS Registration Number |

**Chemical Name *** Diesel fuel

**C1 Container Type**

Container Type

More hazardous Materials? Use additional sheets.

**C2 Estimated Container Capacity**

|___|,|___|,|___|
Capacity: by volume or weight

**C3 Units: Capacity** Check one box

| VOLUME | WEIGHT |
|---|---|
| 11 ☐ Ounces | 21 ☐ Ounces |
| 12 ☐ Gallons | 22 ☐ Pounds |
| 13 ☐ Barrels: 42 gal. | 23 ☐ Grams |
| 14 ☐ Liters | 24 ☐ Kilograms |
| 15 ☐ Cubic feet | |
| 16 ☐ Cubic meters | |

**D1 Estimated Amount Released**

|___|,|___|,|__1|
Amount released: by volume or weight

**D2 Units: Released** Check one box

| VOLUME | WEIGHT |
|---|---|
| 11 ☐ Ounces | 21 ☐ Ounces |
| 12 ☒ Gallons | 22 ☐ Pounds |
| 13 ☐ Barrels: 42 gal. | 23 ☐ Grams |
| 14 ☐ Liters | 24 ☐ Kilograms |
| 15 ☐ Cubic feet | |
| 16 ☐ Cubic meters | |

**E1 Physical State When Released**

1 ☐ Solid
2 ☒ Liquid
3 ☐ Gas
U ☐ Undetermined

**E2 Released Into**

|___|
Released Into

---

Complete the remainder of this form only for the first hazardous material involved in this incident.

**F1 Released From:**
Check all applicable boxes

☐ Below grade
1 ☒ Inside/on structure
|___| Story of Release
2 ☐ Outside of structure

**F2 Population Density**

1 ☐ Urban
2 ☐ Suburban
3 ☐ Rural

**G1 Area Affected**

1 ☐ Square Feet
2 ☐ Blocks
3 ☐ Square miles

|___|,|___|
Enter Measurement

**G2 Area Evacuated** ☐ None

1 ☐ Square Feet |___|,|___|
2 ☐ Blocks   Enter Measurement
3 ☐ Square miles

**G3 Estimated Number of People Evacuated**

|___|,|___|

**G4 Estimated Number of Buildings Evacuated**

|___|,|___|  ☐ None

**H HazMat Actions Taken**
Enter up to three actions taken

|___|___|
Primary Action Taken (1)

|___|___|
Additional Action Taken (2)

|___|___|
Additional Action Taken (3)

**I** If fire or explosion is involved with a release, which occurred first?

1 ☐ Ignition   U ☐ Undetermined
2 ☐ Release

---

**J Cause Of Release ***

1 ☐ Intentional
2 ☒ Unintentional release
3 ☐ Container/containment failure
4 ☐ Act of nature
5 ☐ Cause under investigation
U ☐ Cause undetermined after investigation

**K Factors Contributing to Release**
Enter up to three contributing factors

| 00 | Other factor contributed to |
Factor Contributing To Release (1)

|___|___|
Factor Contributing To Release (2)

|___|___|
Factor Contributing To Release (3)

**L Factors Affecting Mitigation**
Enter up to three factors or impediments that affected the mitigation of the incident

|___|___|
Factor or impediment (1)

|___|___|
Factor or impediment (2)

|___|___|
Factor or impediment (3)

---

**M Equipment Involved In Release**

☐ None

|___|___|
Equipment involved in release

Brand |_____|
Model |_____|
Serial Number |_____|
Year |_____|

**N Mobile Property Involved In Release** ☐ None

|___|___|
Mobile property type

|___|___|
Mobile property make

|___|___|   |___|
Mobile property model   Year

|_____|   |___|
License Plate Number   State

|_____|
DOT Number/ ICC Number

**O HazMat Disposition ***

1 ☐ Completed by fire service only
2 ☐ Completed w/ fire service present
3 ☐ Released to local agency
4 ☐ Released to county agency
5 ☐ Released to state agency
6 ☒ Released to federal agency
7 ☐ Released to a private agency
8 ☐ Released to property owner or manager

**O HazMat Civilian Casualties**

Deaths     Injuries
|___|      |___|

---

HAZ MAT - 000
Pg 2

OMM Fire Department

OY000342

NFIRS-7 Revision 5/6/99

01920    12/10/2003    03-0003330

# NFIRS -1 Basic

## A
| 01920 | MA | 12 | 1 | 2003 | 123 | 03-0003330 | 001 |
|---|---|---|---|---|---|---|---|
| FDID * | State * | Incident Date * | | | Station | Incident Number * | Exposure * |

☐ Delete
☐ Change
☐ No Activity

## B  Location *

☐ Check this box to indicate that the address for this incident is provided on the Wildland Fire Module in Section B "Alternative Location Specification". Use only for wildland fires.

Census Tract: [ ]

☒ Street address — 122 | | BRIDGE ST
☐ Intersection — Number/Milepost  Prefix  Street or Highway      Street Type  Suffix
☐ In front of
☐ Rear of — Apt./Suite/Room  OSTERVILLE    MA  02655
☐ Adjacent to —           City     State  Zip Code
☐ Directions

Cross street or directions, as applicable

## C Incident Type *
111 | Building fire
Incident Type

## D Aid Given or Received *
1 ☒ Mutual aid received
2 ☐ Automatic aid recv.
3 ☐ Mutual aid given
4 ☐ Automatic aid given
5 ☐ Other aid given
N ☐ None

Their FDID | Their State
Their Incident Number

## E1 Date & Times
Midnight is 0000
Check boxes if dates are the same as Alarm Date.
| | Month | Day | Year | Hr Min Sec |
|---|---|---|---|---|
| Alarm * | 12 | 10 | 2003 | 21:31:13 |
| ☒ Arrival * | 12 | 10 | 2003 | 22:00:32 |
| ☐ Controlled | | | | |
| ☐ Last Unit Cleared | 12 | 11 | 2003 | 08:53:13 |

ARRIVAL required, unless canceled or did not arrive
CONTROLLED Optional, Except for wildland fires
LAST UNIT CLEARED, required except for wildland fires

## E2 Shift & Alarms  Local Option
| 4 | 05 | 20 |
|---|---|---|
| Shift or Platoon | Alarms | District |

## E3 Special Studies  Local Option
| | |
|---|---|
| Special Study ID# | Special Study Value |

## F Actions Taken *
50 | Fires, rescues &
Primary Action Taken (1)

11 | Extinguish
Additional Action Taken (2)

81 | Incident command
Additional Action Taken (3)

## G1 Resources *
☐ Check this box and skip this section if an Apparatus or Personnel form is used.

| | Apparatus | Personnel |
|---|---|---|
| Suppression | 0017 | 0061 |
| EMS | 0003 | 0008 |
| Other | 0014 | 0022 |

☒ Check box if resource counts include aid received resources.

## G2 Estimated Dollar Losses & Values
LOSSES: Required for all... t known. Optional for non fires

Property $ _____ 000  ☐ None
Contents $ _____ ,_____ 000  ☐  [PENDING]

PRE-INCI... Optional
Property $ _____ ,_____ 000 ,_____ 000  ☐
Contents $ _____ ,_____ 000 ,_____ 000  ☐

## Completed Modules
☒ Fire-2
☒ Structure-3
☐ Civil Fire Cas.-4
☐ Fire Serv. Cas.-5
☐ EMS-6
☐ HazMat-7
☐ Wildland Fire-8
☒ Apparatus-9
☒ Personnel-10
☐ Arson-11

## H1 * Casualties ☒ None
| | Deaths | Injuries |
|---|---|---|
| Fire Service | | |
| Civilian | | |

## H2 Detector
Required for Confined Fires.
1 ☐ Detector alerted occupants
2 ☐ Detector did not alert them
U ☐ Unknown

## H3 Hazardous Materials Release
N ☐ None
1 ☐ Natural Gas: slow leak, no evacuation or HazMat actions
2 ☐ Propane gas: <21 lb. tank (as in home BBQ grill)
3 ☒ Gasoline: vehicle fuel tank or portable container
4 ☐ Kerosene: fuel burning equipment or portable storage
5 ☐ Diesel fuel/fuel oil: vehicle fuel tank or portable
6 ☐ Household solvents: home/office spill, cleanup only
7 ☐ Motor oil: from engine or portable container
8 ☐ Paint: from paint cans totaling < 55 gallons
0 ☐ Other: Special HazMat actions required or spill > 55gal., Please complete the HazMat form

## I Mixed Use Property
NN ☐ Not Mixed
10 ☐ Assembly use
20 ☐ Education use
33 ☐ Medical use
40 ☐ Residential use
51 ☐ Row of stores
53 ☐ Enclosed mall
58 ☐ Bus. & Residential
59 ☐ Office use
60 ☒ Industrial use
63 ☐ Military use
65 ☐ Farm use
00 ☐ Other mixed use

## J Property Use *  Structures
131 ☐ Church, place of worship
161 ☐ Restaurant or cafeteria
162 ☐ Bar/Tavern or nightclub
213 ☐ Elementary school or kindergarten
215 ☐ High school or junior high
241 ☐ College, adult education
311 ☐ Care facility for the aged
331 ☐ Hospital

341 ☐ Clinic, clinic type infirmary
342 ☐ Doctor/dentist office
361 ☐ Prison or jail, not juvenile
419 ☐ 1-or 2-family dwelling
429 ☐ Multi-family dwelling
439 ☐ Rooming/boarding house
449 ☐ Commercial hotel or motel
459 ☐ Residential, board and care
464 ☐ Dormitory/barracks
519 ☐ Food and beverage sales

539 ☐ Household goods, sales, repairs
579 ☐ Motor vehicle/boat sales/repair
571 ☐ Gas or service station
599 ☐ Business office
615 ☐ Electric generating plant
629 ☐ Laboratory/science lab
700 ☐ Manufacturing plant
819 ☐ Livestock/poultry storage (barn)
882 ☐ Non-residential parking garage
891 ☐ Warehouse

### Outside
124 ☐ Playground or park
655 ☐ Crops or orchard
669 ☐ Forest (timberland)
807 ☐ Outdoor storage area
919 ☐ Dump or sanitary landfill
931 ☐ Open land or field

936 ☐ Vacant lot
938 ☐ Graded/care for plot of land
946 ☐ Lake, river, stream
951 ☐ Railroad right of way
960 ☐ Other street
961 ☐ Highway/divided highway
962 ☐ Residential street/driveway

981 ☐ Construction site
984 ☐ Industrial plant yard

Lookup and enter a Property Use code only if you have NOT checked a Property Use box:
Property Use | 880 |
Vehicle storage, Other

NFIRS-1 Revision 03/11/99

Exposure 001

COMM Fire Department

Main Fire Report

OY000343

01920   12/10/2003   03-0003330

(1)

## 1 Person/Entity Involved
Local Option

Business name (if applicable) | Area Code | Phone Number

Mr.,Ms., Mrs. | First Name | MI | Last Name | Suffix

Check this Box if same address as incident location. Then skip the three duplicate address lines.

Number | Prefix | Street or Highway | Street Type | Suffix

Post Office Box | Apt./Suite/Room | City

State | Zip Code

☐ More people involved? Check this box and attach Supplemental Forms (NFIRS-1S) as necessary

## 2 Owner
☐ Same as person involved? Then check this box and skip The rest of this section.
Local Option

Business name (if Applicable) | Area Code | Phone Number

Mr.,Ms., Mrs. | First Name | MI | Last Name | Suffix

Check this box if same address as incident location. Then skip the three duplicate address lines.

Number | Prefix | Street or Highway | Street Type | Suffix

Post Office Box | Apt./Suite/Room | City

State | Zip Code

## Remarks
Local Option

See narrative for the main report - incident number 0003330.

D. Brady Rogers,
Lieutenant

## Authorization

| 8100 | FARRINGTON, JOHN M. | CHIEF | IC | 12 | 12 | 200 |
| Officer in charge ID | Signature | Position or rank | Assignment | Month | Day | Year |

Check box if same as Officer in charge.

| 8390 | ROGERS, D. BRADY | LT | Shift Comm | 12 | 12 | 200 |
| Member making report ID | Signature | Position or rank | Assignment | Month | Day | Year |

Exposure 001

OMM Fire Department

OY000344    01920    12/10/2003    03-0003330

(8)

| 01920 | MA | 12 | 2003 | 123 | 03-000333 | 001 | ☐ Delete ☐ Change ☐ No Activity | NFIRS-2 |
|---|---|---|---|---|---|---|---|---|
| FDID * | State * | Incident Date * | | Station | Incident Number * | Exposure * | | Fire |

## B Property Details

**B1** [____] ☒ Not Residential
*Estimated Number of residential living units in building of origin whether or not all units became involved*

**B2** [____] ☐ Buildings not involved
*Number of buildings involved*

**B3** [____] ☒ None  ☐ Less than one acre
*Acres burned (outside fires)*

## C On-Site Materials or Products ☐ None

*Complete if there were any significant amounts of commercial, industrial, energy or agricultural products or materials on the Property, whether or not they became involved*

Enter up to three codes. Check one or more boxes for each code entered.

| 821 | Boats, ships |
On-site material (1)

1 ☒ Bulk storage or warehousing
2 ☐ Processing or manufacturing
3 ☐ Packaged goods for sale
4 ☐ Repair or service

[____] [_____]
On-site material (2)

1 ☐ Bulk storage or warehousing
2 ☐ Processing or manufacturing
3 ☐ Packaged goods for sale
4 ☐ Repair or service

[____] [_____]
On-site material (3)

1 ☐ Bulk storage or warehousing
2 ☐ Processing or manufacturing
3 ☐ Packaged goods for sale
4 ☐ Repair or service

## D Ignition

**D1** | 40 | Storage area, Other |
*Area of fire origin ***

**D2** | 60 | Heat from other open |
*Heat source ***

**D3** | 10 | Structural component or |
*Item first ignited *  1 ☐ Check Box if fire spread was confined to object of origin*

**D4** | 99 | Multiple types of |
*Type of material first ignited.  Required only if item first ignited code is 00 or <70*

## E1 Cause of Ignition

☒ Check box if this is an exposure report. Skip to section G

1 ☐ Intentional
2 ☐ Unintentional
3 ☐ Failure of equipment or heat source
4 ☐ Act of nature
5 ☐ Cause under investigation
U ☐ Cause undetermined after investigation

## E2 Factors Contributing To Ignition

| 71 | Exposure fire | ☐ None
Factor Contributing To Ignition (1)

[____] [_____]
Factor Contributing To Ignition (2)

## E3 Human Factors Contributing To Ignition

Check all applicable boxes

1 ☐ Asleep           ☐ None
2 ☐ Possibly impaired by alcohol or drugs
3 ☐ Unattended person
4 ☐ Possibly mental disabled
5 ☐ Physically Disabled
6 ☐ Multiple persons involved
7 ☐ Age was a factor

Estimated age of person envolved [____]

1 ☐ Male           2 ☐ Female

## F1 Equipment Involved In Ignition

☐ None  If Equipment was not involved, Skip to Section G

[____] [_____]
Equipment Involved

Brand [_____]
Model [_____]
Serial # [_____]
Year [_____]

## F2 Equipment Power

[____] [____]
Equipment Power Source

## F3 Equipment Portability

1 ☐ Portable
2 ☐ Stationary

*Portable equipment normally can be moved by one person, is designed to be use in multiple locations, and requires no tools to install.*

## G Fire Suppression Factors

Enter up to three codes.  ☐ None

[____] [____]
Fire suppression factor (1)

[____] [____]
Fire suppression factor (2)

[____] [____]
Fire suppression factor (3)

## H1 Mobile Property Involved

☐ None

1 ☐ Not involved in ignition, but burned
2 ☐ Involved in ignition, but did not burn
3 ☐ Involved in ignition and burned

## H2 Mobile Property Type & Make

[____] [____]
Mobile property type

[____] [____]
Mobile property make

[_____]
Mobile property model

[_____] [__] [_____] [_____]
License Plate Number    State    VIN Number    Year

## Local Use

☐ Pre-Fire Plan Available

*Some of the information presented in this report may be based upon reports from other Agencies*

☐ Arson report attached
☐ Police report attached
☐ Coroner report attached
☐ Other reports attached

NFIRS-2 Revision 01/19/99

*Fire report - Exposure 001*

OMM Fire Department                    OY000345                    01920    12/10/2003    03-0003330

| L1 Structure Type * If fire was in enclosed building or a portable/mobile structure complete the rest of this form | I2 Building Status * | I3 Building Height Count the ROOF as part of the highest story | NFIRS-3 Structure Fire |
|---|---|---|---|
| 1 ☐ Enclosed Building<br>2 ☐ Portable/mobile structure<br>3 ☒ Open structure<br>4 ☐ Air supported structure<br>5 ☐ Tent<br>6 ☐ Open platform (e.g. piers)<br>7 ☐ Underground structure (work areas)<br>8 ☐ Connective structure (e.g. fences)<br>0 ☐ Other type of structure | 1 ☐ Under construction<br>2 ☐ Occupied & operating<br>3 ☐ Idle, not routinely used<br>4 ☐ Under major renovation<br>5 ☐ Vacant and secured<br>6 ☒ Vacant and unsecured<br>7 ☐ Being demolished<br>O ☐ Other<br>U ☐ Undetermined | \|001\|<br>Total number of stories at or above grade<br><br>\|  \|<br>Total number of stories below grade | \|  \|,\|003\|,\|000\|<br>Total square feet<br><br>OR<br><br>\|  \|,\|100\| BY \|  \|,\|030\|<br>Length in feet     Width in feet |

| J1 Fire Origin * | J3 Number of Stories Damaged By Flame<br>Count the ROOF as part of the highest story | K Material Contributing Most To Flame Spread |
|---|---|---|
| \|001\| ☐ Below Grade<br>Story of fire origin | \|  \| Number of stories w/ minor damage (1 to 24% flame damage)<br>\|  \| Number of stories w/ significant damage (25 to 49% flame damage) | ☐ Check if no flame spread OR same as material first ignited OR unable to determine   Skip To Section L |
| J2 Fire Spread *<br>1 ☐ Confined to object of origin<br>2 ☐ Confined to room of origin<br>3 ☐ Confined to floor of origin<br>4 ☐ Confined to building of origin<br>5 ☒ Beyond building of origin | \|  \| Number of stories w/ heavy damage (50 to 74% flame damage)<br>\|001\| Number of stories w/ extreme damage (75 to 100% flame damage) | K1 \|50\|  \|Storage supplies, Other\|<br>Item contributing most to flame spread<br><br>K2 \|00\|  \|Type of material first\|<br>Type of material contributing most of flame spread   Required only if item contributing code is 00 or <70 |

| L1 Presence of Detectors *<br>(In area of the fire) | L3 Detector Power Supply | L5 Detector Effectiveness<br>Required if detector operated |
|---|---|---|
| N ☒ None Present — Skip to section M<br>1 ☐ Present<br>U ☐ Undetermined | 1 ☐ Battery only<br>2 ☐ Hardwire only<br>3 ☐ Plug in<br>4 ☐ Hardwire with battery<br>5 ☐ Plug in with battery<br>6 ☐ Mechanical<br>7 ☐ Multple detectors & power supplies<br>0 ☐ Other _____<br>U ☐ Undetermined | 1 ☐ Alerted Occupants, occupants responded<br>2 ☐ Occupants failed to respond<br>3 ☐ There were no occupants<br>4 ☐ Failed to alert occupants<br>U ☐ Undetermined |
| L2 Detector Type<br>1 ☐ Smoke<br>2 ☐ Heat<br>3 ☐ Combination smoke - heat<br>4 ☐ Sprinkler, water flow detection<br>5 ☐ More than 1 type present<br>O ☐ Other _____<br>U ☐ Undetermined | L4 Detector Operation<br>1 ☐ Fire too small to activate<br>2 ☐ Operated (Complete Section L5)<br>3 ☐ Failed to Operate (Complete Section L6)<br>U ☐ Undetermined | L6 Detector Failure Reason<br>Required if detector failed to operate<br>1 ☐ Power failure, shutoff or disconnect<br>2 ☐ Improper installation or placement<br>3 ☐ Defective<br>4 ☐ Lack of maintenance, includes cleaning<br>5 ☐ Battery missing or disconnected<br>6 ☐ Battery discharged or dead<br>0 ☐ Other _____<br>U ☐ Undetermined |

| M1 Presence of Automatic Extinguishment System * | M3 Automatic Extinguishment System Operation<br>Required if fire was within designed range | M5 Automatic Extinguishment System Failure Reason<br>Required if system failed |
|---|---|---|
| N ☒ None Present<br>1 ☐ Present — Complete rest of Section M | 1 ☐ Operated & effective (Go to M4)<br>2 ☐ Operated & not effective (M4)<br>3 ☐ Fire too small to activate<br>4 ☐ Failed to operate (Go to M5)<br>0 ☐ Other<br>U ☐ Undetermined | 1 ☐ System shut off<br>2 ☐ Not enough agent discharged<br>3 ☐ Agent discharged but did not reach fire<br>4 ☐ Wrong type of system<br>5 ☐ Fire not in area protected<br>6 ☐ System components damaged<br>7 ☐ Lack of maintenance<br>8 ☐ Manual Intervention<br>0 ☐ Other _____<br>U ☐ Undetermined |
| M2 Type of Automatic Extinguishment System *<br>Required if fire was within designed range of AES<br>1 ☐ Wet pipe sprinkler<br>2 ☐ Dry pipe sprinkler<br>3 ☐ Other sprinkler system<br>4 ☐ Dry chemical system<br>5 ☐ Foam system<br>6 ☐ Halogen type system<br>7 ☐ Carbon dioxide ($CO_2$) system<br>0 ☐ Other special hazard system<br>U ☐ Undetermined | M4 Number of Sprinkler Heads Operating<br>Required if system operated<br>\|  \|<br>Number of sprinkler heads operating | NFIRS-3 Revision 01/19/99 |

Structure Fire Report

OMM Fire Department

Exposure 001

OY000346

01920   12/10/2003   03-0003330